1  M. Cris Armenta (SBN 177403)
   THE ARMENTA LAW FIRM APC
2  11900 W. Olympic Boulevard, Suite 730
   Los Angeles, CA 90064
3  Tel: (310) 826-2826 x 108
   Facsimile: (310) 826-5456
4  Email: cris@crisarmenta.com

5  Credence E. Sol (SBN 219784)

6

7

8  credence.sol@sol-law.com

9  Attorneys for Plaintiff
   Cindy Lee Garcia

10

11

12

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY LEE GARCIA, an individual, | Case No. **CV 12 - 8315** —MWF (VBK)(x) |
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | 1.  **Direct Infringement of Copyright** |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10 , inclusive. | 2.  **Secondary Infringement of Copyright** |
| | 3.  **Fraud** |
| | 4.  **Unfair Business Practices** |
| | 5.  **Libel** |
| | 6.  **Intentional Infliction of Emotional Distress** |
| Defendants. | [Demand For Jury Trial] |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

SEP 26 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

COPY

1      Plaintiff Cindy Lee Garcia ("Garcia"), by and through her counsel, on personal knowledge

2  as to her own actions and information and belief as to the actions, capabilities and motivation of

3  others, hereby alleges as follows:

### NATURE OF CASE

5      1.      On July 2, 2012, Defendant Nakoula Basseley Nakoula ("Nakoula") uploaded a 14-

6  minute trailer to the Internet, via YouTube.com, entitled "Innocence of Muslims," (the "Film")

7  making it available for the entire world to see.  On or about September 11, 2012, the film gained

8  worldwide recognition after it was translated into Arabic and posted on YouTube.com.  On or

9  around September 11, 2012, an Arabic translation of the film was posted on YouTube, where it

10  became the object of attention in many countries, especially those that are predominantly Muslim.

11      2.      In the Film, Mohammed, the founder of the Islamic religion, is painted in a light

12  that is considered to be blasphemous by many Muslims.  Specifically, the Film portrays as a child

13  molester, sexual deviant, and barbarian.  Immediately after the Film received worldwide

14  recognition as described above, violence erupted in the Middle East.  The violence included an

15  attack on the United States Consulate in Benghazi, Libya, resulting in the deaths of four

16  Americans, including United States Ambassador Christopher Stevens and two ex-Navy SEALS.

17      3.      Violence has continued to erupt across the world, resulting in dramatic events that

18  have unfolded worldwide, including in Afghanistan, Algeria, Australia, Azerbaijan, Bahrain,

19  Bangladesh, Belgium, Canada, Denmark, Egypt, France, Greece, Hong Kong, India, Indonesia,

20  Iran, Iraq, Israel, Japan, Jordan, Lebanon, Kuwait, Macedonia, Malaysia, the Maldives,

21  Mauritania, Morocco, the Netherlands, Niger, Nigeria, Oman, Pakistan, the Palestinian territories,

22  the Philippines, Qatar, Saudi Arabia, Serbia, Somalia, Sri Lanka, Sudan, Switzerland, Syria,

23  Thailand, Tunisia, Turkey, and the United Kingdom.  The Film has been attributed worldwide as

24  directly responsible for the resulting violence.   United States Secretary of State Hillary Clinton

25  has condemned the Film, calling it "disgusting and reprehensible."  President Barack Obama has

26  asked YouTube to review taking down the Film, but has taken no court action.

27      4.      Plaintiff is an actress who appears in the Film.  In the English version of the Film,

28  at minute 9:03, Plaintiff appears to accuse "your Mohammed" of being a "child molester."  These

1  are words that Plaintiff **never spoke**.  In fact, Plaintiff was led to believe that she was appearing in

2  a film titled *Desert Warrior*.  According to the casting call to which Plaintiff responded, *Desert*

3  *Warrior* was an adventure film set in ancient times.  Plaintiff was cast in the part of a mother of

4  young child who was to be married to a character named "Master George."  At no time during the

5  filming of *Desert Warrior* was Plaintiff aware of **any** religious or sexual content.  Indeed, while

6  on-set, most of Plaintiff's scenes involved playing with the actress who portrayed her "daughter."

7  The words, "Is Mohammed a child molester," which are attributed to Plaintiff's character, were

8  words that she **never** uttered on set or during filming.  It is obvious that the words heard on the

9  Film are not consistent with the way in which Plaintiff's mouth moved – making it obvious that

10  she never uttered those words.  These are words that Plaintiff finds repugnant, vile, and hostile and

11  would never say in **any** context, even during the course of a performance.  Plaintiff is an ordained

12  minister and would never debase another person's religious beliefs.  It is not in her character, and

13  the thought that she would blaspheme **any** religion or god is profoundly distressing to her.

14       5.       When Plaintiff was first cast in *Desert Warrior*, she received pages of the script

15  from Defendant Nakoula, who identified himself as "Sam Bacile."  Defendant Nakoula held

16  himself out as the writer and producer of the Film.  He managed all aspects of production, and as

17  far as Plaintiff observed, was in charge of all aspects of the production.  During filming,

18  Defendant Nakoula gave Plaintiff his telephone number.  The pages of *Desert Warrior* script that

19  Plaintiff kept are attached hereto as Exhibit A.

20       6.       Plaintiff believes she signed a contract, but only one that ensured that she would

21  receive IMBD credit for her performance in "Desert Warrior," primarily because Plaintiff is a non-

22  union actor.  She has been unable to locate a copy of any such contract.  She is making diligent

23  efforts to obtain a copy either from Defendant Nakoula or from other actors who appeared in the

24  production.  So far, she has not been able to locate a copy.   She does recall that the contract did

25  **not** call for her to transfer any rights, including any copyrights, and that it was not a "work for

26  hire" agreement.

27       7.       In any event, even if Plaintiff did sign a contract (in a form unknown to her at this

28  time, if it exists), Plaintiff contends that any such release is invalid because, no matter what its

1    terms, it was procured by Defendant Nakoula's fraud, deception and misrepresentations.  Further,

2    it is the *Defendants'* burden to produce such a release and submit it as evidence, *not* Plaintiff's

3    burden.

4           8.      Despite the fact that Plaintiff was led to believe that she was providing a dramatic

5    performance in an adventure film titled *Desert Warrior*, when the Film was released publicly on

6    YouTube, her depicted performance was grotesquely different than the performance that Plaintiff

7    actually had delivered.  Specifically, the innocuous lines that Plaintiff delivered on set were

8    overdubbed so as to give the appearance that she was accusing the Islamic religious figure

9    Mohammed of being a child molester and a sexual deviant.  In short, Defendant Nakoula used her

10   as a puppet.  The words that were put into Plaintiff's mouth are so offensive, not only to Plaintiff

11   but to millions worldwide, that it sparked a riots and violence around the globe.  In the Film,

12   Plaintiff is depicted to be a bigot and to hold beliefs that are not only anti-Islamic, but antithetical

13   to Plaintiff's world view.

14          9.      Plaintiff would never have, and in fact did not, agree to place her likeness, image,

15   persona, nor her dramatic performance into a hateful production or to be associated with hate

16   speech in any form or fashion.

17          10.     Aside from the fallout that occurred after Plaintiff's performance was distorted and

18   disguised, it is clear that Plaintiff has a copyright claim in the dramatic performance she delivered

19   and which was fixed in tangible form when it was filmed during the production of "Desert

20   Warrior."  Because she did not assign her rights in her dramatic performance, or her copyright

21   interests, nor was the Film a "work for hire," her copyright interests in her own dramatic

22   performance remain intact.

23          11.     Plaintiff has filed an application for federal copyright registration for the rights in

24   her dramatic performance "Desert Warrior."  The application is pending; Plaintiff has requested

25   that the Copyright Office expedite it.  Whether or not the Copyright Office has yet acted upon

26   Plaintiff's application, federal law creates a copyright when the copyright is created, not upon

27   registration.  A true and correct copy of Plaintiff's copyright application, which identifies the

28   works that are the subject of Plaintiff's copyright, is attached as Exhibit B.

1        12.    Defendant YouTube's Terms of Service include the following relevant statements:

2    (1) YouTube accounts "must provide accurate and complete information"; (2) the user of

3    YouTube "will comply with all applicable laws"; (3) in uploading content the user must "affirm,

4    represent, and warrant that you own or have the necessary licenses, rights, consents, and

5    permissions to publish Content you submit; and you license to YouTube all patent, trademark,

6    trade secret, copyright or other proprietary rights in and to such Content for publication on the

7    Service pursuant to these Terms of Service"; and (4) YouTube does not "permit hate speech

8    (speech which attacks or demeans a group based on race or ethnic origin, religion, disability,

9    gender, age, veteran status, and sexual orientation/gender identity)."  Plaintiff previously requested

10   that YouTube take down the Film because it constitutes hate speech and because the unauthorized,

11   dubbed depiction of her violates California state laws pertaining to her right to privacy and right to

12   control the use of her likeness, among other protected rights that continued exhibition of the Film

13   violates.  YouTube refused Plaintiff's request.

14       13.    Plaintiff has issued five DMCA "takedown notices" to Defendants YouTube and

15   Google, who, by rebroadcasting the Film 24 hours a day, 7 days a week, also are infringing

16   Plaintiff's protected rights in her performance, which fell within the scope of protection of

17   copyright laws the instant her dramatic performance was fixed on film.  YouTube and Google

18   have thus far refused to expeditiously remove or disable the infringing content.

19                    **GENERAL ALLEGATIONS**

20       **A.**    **Jurisdiction and Venue**

21       14.    This is a civil action seeking damages and injunctive relief for copyright

22   infringement under the copyright laws of the United States, 17 U.S.C. § 101 et seq.  Plaintiff also

23   seeks damages and injunctive relief under California state law, were not preempted by Federal

24   law.

25       15.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal

26   question jurisdiction), 28 U.S.C. § 1338(a) (jurisdiction over copyright actions), 28 U.S.C. §

27   1338(b) action asserting a state claim of unfair competition joined with a substantial and related

28

1 federal claim under the patent, copyright, or trademark laws), 28 U.S.C. § 1367 (supplemental

2 jurisdiction), and the doctrines of ancillary and pendent jurisdiction.

3   16. This Court has personal jurisdiction over Defendants because all Defendants have

4 "continuous, systematic" ties to California, and/or reside in California.

5   17. Venue in this District is proper because a substantial part of the acts and omissions

6 giving rise to the claims occurred in this district.

7  **B.**  **The Parties**

8   18. Plaintiff Cindy Lee Garcia is an individual and at all relevant times herein was a

9 resident of Kern County, California.

10   19. Defendant Nakoula Basseley Nakoula, also known as Sam Bacile ("Defendant

11 Nakoula" or "Bacile") is an individual and at all relevant times herein as a resident of Los Angeles

12 County, California.

13   20. Defendant Google, Inc., is a corporation incorporated in Delaware with its principal

14 place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.  Google

15 conducts business throughout California, the nation, and the world.

16   21. Defendant YouTube, LLC, is a Google-owned California limited liability company.

17 YouTube conducts business throughout California, the nation, and the world.

18   22. Plaintiff lacks knowledge of the true names and capacities of the defendants sued

19 herein as DOES 1 through 200, inclusive, and therefore sues these defendants by such fictitious

20 names.  DOES 1-150 are unidentified posters of the film, as further described below.  DOES 151-

21 200 are individuals who assisted in the production of the film, as further described below.

22 Plaintiff will amend this complaint to allege their true names and capacities when they have been

23 ascertained.

24   23. At all relevant times, each defendant was the agent of each of the other defendants

25 and was acting within the course and scope of such agency.  Defendants are jointly and severally

26 liable to Plaintiff.

27

28

24.     Plaintiff is informed and believes that each of the defendants designated herein as a DOE is responsible in some manner for the events and happenings herein alleged, as well as for the damages alleged.

25.     Plaintiff is informed and believes that each of the defendants was the agent or employee of each of the remaining defendants and, at all relevant times herein, acted within the course and scope of such agency and/or employment.

## FACTUAL BACKGROUND

26.     Plaintiff Garcia is an ordained minister and actress.  Garcia works in film.

27.     In July of 2011, Plaintiff Garcia responded to a casting call for a film titled "Desert Warrior," which was represented to be an "historical Arabian Desert adventure film."   She was cast in the Film.  The producers of the film, including DOES 151-200, and Defendant Nakoula, intentionally concealed the purpose and content of the film.

28.     Ms. Garcia was given only specific pages of a script titled *Desert Warrior*.  There was no mention of "Mohammed" during filming or on the set.  There were no references made to religion nor was there any sexual content of which Ms. Garcia was aware.  The purported writer and producers of *Desert Warrior*, Defendant Nakoula a/k/a "Sam Bacile," represented to Plaintiff that the Film was indeed an adventure film and about ancient Egyptians.  Based on those specific representations made, her parts of the script, and the manner in which the Film was shot, Plaintiff agreed to deliver an acting performance for "Desert Warrior."

29.     On July 2, 2012, Defendant Nakoula published a video titled *The Innocence of Muslims* (the "Film") to the Internet site www.youtube.com, making the Film available publicly and globally.  The Film includes Plaintiff's acting work from *Desert Warrior* and has been changed horrifically to make it appear that Ms. Garcia voluntarily performed in a hateful anti-Islamic production.  The Film is vile and reprehensible.  Plaintiff was unaware of the vile content contained in the Film, as the content and overall purpose of the Film was concealed from her, and others who appear in the Film, at all times by Defendant Nakoula and DOES 151 through 200.  This lawsuit is not an attack on the First Amendment, nor on the right of Americans to say what they think, but does request that the offending content be removed from the Internet because not

1   only it is not speech protected by the First Amendment, it violates Plaintiff Garcia's copyright in

2   her performance.

3        30.    Based on information and belief, in around September of 2012, Defendant Nakoula

4   published the Film, with the voices of Plaintiffs and her cast mates dubbed into Arabic, on

5   YouTube.  The availability of the Film in Arabic has set off protests and violence first in the

6   Middle East, then worldwide.  That violence resulted in the assassination of four embassy officials

7   in Libya, including United States Ambassador Christopher Stevens.  On information and belief,

8   Defendant YouTube has made an editorial decision to block the Film from being shown on

9   computers located in Libya, Saudi Arabia, India, Indonesia, and Egypt, but not to block it from

10   being shown in most of the other countries in the world.

11        31.    The content of the actors' words in Arabic is currently not known to Plaintiff.

12        32.    After the Film was published on YouTube, Plaintiff received death threats, which

13   have increased in numerosity and threat level, despite Plaintiff's efforts to publicly clear her name.

14        33.    After the Film was published on YouTube, Plaintiff's family, fearing for their own

15   safety, informed her that she was no longer permitted to see her grandchildren, whom she

16   previously babysat regularly.

17        34.    After the Film was published on YouTube, Plaintiff 's life changed substantially as

18   a direct result of the Film, in as much as she is now considered a target and the safety of those in

19   her presence cannot be guaranteed.

20        35.    On September 19, 2012, an Egyptian Cleric issued a fatwa against Ms. Garcia: "I

21   issue a fatwa and call on the Muslim Youth in American and Europe to do this duty, which is to

22   kill the director, the producer and the actors and everyone who helped and promoted the film."

23        36.    Plaintiff requested that Google remove the Film from the YouTube Website.  Her

24   request was purportedly passed on to the "YouTube team."  The "YouTube team" refused to

25   remove the content, despite her privacy concerns.

26        37.    On September 24 and 25, 2012, Plaintiff issued five "takedown notices" to

27   Defendants Google and YouTube pursuant to the Digital Millenium Copyright Act.  The notices

28   informed Defendants Google and YouTube that their continued broadcast of the Film on YouTube

1  violated Plaintiff's copyright in her performance.  The takedown notices identified an aggregate of

2  171 URLs to be taken down.  Defendants Google and YouTube have refused to expeditiously

3  remove or disable the infringing content, despite requests that it do so.  A true and correct copy of

4  the DMCA notices is attached as Exhibit C.

5         38.    As a result of Defendant Nakoula's falsification of her words in the Film, and

6  Defendants Google and YouTube's refusal to remove the video from the Internet, Plaintiff has

7  suffered the violation of her copyright in her performance, severe emotional distress, the

8  destruction of her career and reputation, the loss of her family and her livelihood, and other

9  financial and non-pecuniary damage.  She has been subjected to credible death threats and is in

10  fear for her life and the life and safety of anyone associated with her.

11         39.    Despite the suggestions of Defendants and their lawyers that Plaintiff go into

12  hiding, she refuses to do so, because she refuses to become a victim of terrorism and Defendant

13  Nakoula's lies.  Her courage in coming forward to clear her name and to tell the world that she

14  does not condone the Film, its message, nor would have ever participated in such an effort is what

15  Plaintiff believes is keeping her alive.  Persons around the world, including Muslims, have

16  reached out to her to thank her for taking a strong, public and brave stand against the Film's

17  message, at great peril to herself.

18            **FIRST CAUSE OF ACTION**

19            **Direct Infringement of Copyright**

20            **Against All Defendants**

21         40.    Plaintiff repeats and realleges paragraphs 1 through 39 of this Complaint as though

22  set forth in full.

23         41.    Plaintiff has properly applied to register, and she owns and controls, the copyright

24  in her performance in *Desert Warrior* a/k/a *Innocence of Muslims*.

25         42.    Without authorization from Plaintiff, or any right under law, Defendants, via

26  YouTube, have unlawfully distributed Plaintiff's copyrighted performance millions of times, by

27  transmitting unauthorized copies of those works to YouTube users upon demand in violation of

28  the Copyright Act, 17 U.S.C. § 106.

1    43.    Defendant Nakoula is directly liable for these acts of infringement under the

2  Copyright Act.  It was Defendant Nakoula who initially posted an infringing copy of Plaintiff's

3  performance onto YouTube without authorization.

4    44.    Defendant YouTube is directly liable for these acts of infringement under the

5  Copyright Act.  The infringing file resides on servers controlled by Google and YouTube.  Google

6  and YouTube cause and affect the infringing act of transmitting copies of Plaintiff's performance

7  works from their servers to the computers of their users.  Moreover, YouTube does more than

8  merely respond to user requests in a passive, content-neutral, and automated manner. As set forth

9  above, *supra* paragraph 30, YouTube has played an active role in determining the countries in

10  which the Film will be made available, so that the maximum number of YouTube users will access

11  the infringing content.  Thus, YouTube is actively involved in creating the supply of infringing

12  content, making that content broadly available for distribution to the worldwide public at large,

13  and physically transmitting and distributing that infringing content to users. It further exercises

14  active control over the distribution process, in exercising editorial control over where it will and

15  will not make the Film available. For these reasons, among others, YouTube engages in active

16  conduct in unlawfully distributing Plaintiff's copyrighted performance to its users.   In order to

17  facilitate and expedite distribution of infringing files to YouTube users, YouTube also makes

18  additional unauthorized copies of Plaintiff's copyrighted performance on its own servers in

19  violation of the Copyright Act, 17 U.S.C. § 106. These unauthorized copies are not made by or at

20  the request of YouTube users, but rather through the decisions and actions of YouTube for its own

21  business purposes.

22    45.    Defendant Google is jointly and severally liable for each act of YouTube's direct

23  infringement because it directed and participated in, and benefited from, YouTube's infringing

24  conduct as alleged herein, and its corporate policies have been the guiding spirit behind and

25  central figure in YouTube's infringing activities.  Further, Google earns advertising revenue from

26  traffic directed to the YouTube site.

27    46.    Defendants DOES 1-200 are likewise liable under the Copyright Act for the acts of

28  infringement identified above for acting in concert with Defendants to post infringing copies of

1    Plaintiff's performance without authorization, to operate YouTube and/or for infringing

2    reproductions and distributions of Plaintiff's copyrighted performance separately committed by

3    defendants DOES 1-200.

4        47.    The foregoing acts of infringement by Defendants have been willful, intentional

5    and purposeful, in disregard of and indifferent to Plaintiff's rights.

6        48.    As a direct and proximate result of Defendants' infringement of Plaintiff's

7    exclusive rights under copyright, Plaintiff is entitled to damages as well as Defendants' profits

8    pursuant to 17 U.S.C. § 504(b), including but not limited to advertising revenues resulting from

9    the placement of embedded advertisements in the Film as posted on YouTube.com.

10       49.    Alternatively, Plaintiff is entitled to the maximum statutory damages, in the amount

11   of $150,000 per infringement, pursuant to 17 U.S.C. § 504(c), or for such other amount as may be

12   proper pursuant to 17 U.S.C. § 504(c).

13       50.    Plaintiff further is entitled to her attorneys' fees and full costs pursuant to 17 U.S.C.

14   § 505.

15       51.    Defendants' conduct is causing, and unless enjoined and restrained by this Court

16   will continue to cause, Plaintiff great and irreparable injury that cannot fully be compensated for

17   or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C.

18   § 502, Plaintiff is entitled to a preliminary and permanent injunction prohibiting further

19   infringements of her copyright and exclusive rights under copyright.

20                          **SECOND CAUSE OF ACTION**

21                        **Indirect Infringement of Copyright**

22                             **Against All Defendants**

23       52.    Plaintiff repeats and realleges paragraphs 1 through 51 of this Complaint as though

24   set forth in full.

25       53.    Users of YouTube have infringed, and continue to infringe, Plaintiff's copyright,

26   including without limitation those copyrighted works identified in Exhibit B, by reproducing and

27   distributing works owned by Plaintiff through YouTube, without authorization from Plaintiff, or

28   right under law, in violation of the Copyright Act, 17 U.S.C. § 106. Defendants are liable as

1    secondary infringers under the Copyright Act for each infringing reproduction and distribution of

2    Plaintiff's performance by YouTube users.

3         54.    Defendants YouTube and Google are liable under the Copyright Act for inducing

4    the infringing acts of YouTube users. As set forth above, Defendants YouTube and Google

5    operate YouTube and provide the YouTube website and service to their users, with the object of

6    promoting the use of YouTube to infringe Plaintiff's copyrighted performance, as shown by

7    YouTube's clear expression and other affirmative steps to foster infringement. As set forth above,

8    Defendants YouTube and Google's inducement of copyright infringement is evident from, among

9    other things: (i) the continuing infringing content available on YouTube; (ii) technical measures

10   designed to facilitate the widespread dissemination of Plaintiff's copyrighted content, even after

11   she has requested takedown of the infringing content; and (iii) Defendants' failure to use any of

12   the readily-available means to curtail infringement on the YouTube website.  Defendants Google

13   and YouTube, therefore, are liable for inducing the unauthorized reproduction and distribution of

14   Plaintiff's copyrighted work in violation of the Copyright Act, 17 U.S.C. § 106.

15        55.    Defendant YouTube is separately liable under the Copyright Act for the infringing

16   acts of its users as a contributory copyright infringer.  Defendant YouTube had actual and

17   constructive knowledge of massive copyright infringement of Plaintiff's copyrighted performance

18   by YouTube users, including, without limitation, by means of repeated notices by Plaintiff

19   concerning the infringing files.  Indeed, YouTube has full knowledge that it is being used

20   continuously to infringe Plaintiff's rights are a copyright owner. Notwithstanding that knowledge,

21   Defendant YouTube  continues to provide a material contribution to that infringement as set forth

22   above, including without limitation by (i) operating, maintaining and further developing the

23   YouTube website and service so as to facilitate YouTube users' infringement of Plaintiff's

24   copyright, (ii) storing infringing content on its servers and making reproductions of such works for

25   faster distribution, and (iii) making multiple copies of Plaintiff's copyrighted work to enable users

26   to quickly access Plaintiff's copyrighted work.  Without the active contributions from defendant

27   YouTube, the infringement complained of herein could not have taken place at all, and certainly

28   not on the massive scale enabled by Defendants' actions. Defendant YouTube is, therefore,

1   contributorily liable for the unauthorized reproduction and distribution of Plaintiff's copyrighted

2   works, including those listed on Exhibit B hereto, in violation of the Copyright Act, 17 U.S.C. §

3   106.

4       56.     Defendant YouTube is separately liable under the Copyright Act for the infringing

5   acts of its users as a vicarious copyright infringer. Defendant YouTube had the right and ability to

6   supervise and control its users' infringing activity as set forth above, including without limitation

7   by removing Plaintiff's copyrighted performance from its website, terminating infringing users or

8   blocking their access to the YouTube website and service, by policing its computer service to

9   disable access to infringing content, and/or by implementing any number of industry standard

10  technologies or policies that would have substantially curtailed infringing uses of YouTube. In

11  addition, at all relevant times Defendant YouTube derived a financial benefit attributable to its

12  users' copyright infringement, including infringement of Plaintiff's copyright, specifically through

13  advertising revenues obtained by embedding advertisements into copies of the Film broadcast on

14  YouTube.com. Defendant YouTube is therefore vicariously liable for the unauthorized

15  reproduction and distribution of Plaintiff's copyrighted works, including those listed on Exhibit B

16  hereto, in violation of the Copyright Act, 17 U.S.C. § 106.

17      57.     Defendant Nakoula is jointly and severally liable for each act of infringement for

18  which YouTube is liable because he initially posted the infringing copy of Plaintiff's performance,

19  thus directing, participating in, and benefitting from YouTube's infringing conduct as alleged

20  herein.

21      58.     Defendants DOES 1-200 are liable under the Copyright Act for the acts of

22  infringement identified above, for acting in concert with Defendants to operate YouTube and/or

23  for unlawfully inducing, knowingly facilitating, and profiting from copyright infringement by

24  YouTube users.

25      59.     The foregoing acts of infringement by Defendants have been willful, intentional

26  and purposeful, in disregard of and indifferent to Plaintiff's rights.

27      60.     As a direct and proximate result of Defendants' infringement of Plaintiff's

28  exclusive rights under copyright, Plaintiff is entitled to damages as well as Defendants' profits

1   pursuant to 17 U.S.C. § 504(b), including but not limited to advertising revenues resulting from

2   the placement of embedded advertisements in the Film as posted on YouTube.com.

3        61.    Alternatively, Plaintiff is entitled to the maximum statutory damages, in the amount

4   of $150,000 per infringement, pursuant to 17 U.S.C. § 504(c), or for such other amount as may be

5   proper pursuant to 17 U.S.C. § 504(c).

6        62.    Plaintiff further is entitled to her attorneys' fees and full costs pursuant to 17 U.S.C.

7   § 505.

8        63.    Defendants' conduct is causing, and unless enjoined and restrained by this Court

9   will continue to cause, Plaintiff great and irreparable injury that cannot fully be compensated for

10  or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502,

11  Plaintiff is entitled to a preliminary and permanent injunction prohibiting further infringements of

12  her copyright and exclusive rights under copyright.

13                          **THIRD CAUSE OF ACTION**

14                                **Fraud**

15                    Against Defendant Nakoula and DOES 151-200

16       64.    The allegations set forth in paragraphs 1 through 63 are realleged and incorporated

17  herein by reference.

18       65.    Defendant Nakoula and DOE Defendants 151-200 represented to Plaintiff that the

19  Film was an "adventure" film, and that she would be depicted as a benign historical character.

20       66.    Defendant Nakoula and DOE Defendants 151-200's representations that he

21  intended to make an "adventure" film, and that Plaintiff would be depicted as a concerned mother,

22  were false.  Instead, Defendant Nakoula and DOE Defendants 151-200 made an anti-Islam

23  propaganda film, in which Plaintiff is falsely made to appear to accuse the founder of the Islamic

24  religion of being a sexual deviant and child molester.

25       67.    When Defendant Nakoula and DOE Defendants 151-200 represented to Plaintiff

26  that he intended to make an "adventure" film, and that her character was merely to express

27  concern for her child, they knew that the representations were false, or they made the

28  representations with reckless disregard as to their falsity.

1       68.    Defendant Nakoula and DOE Defendants 151-200 made the misrepresentations

2   with the intent to defraud Plaintiff.  In making the misrepresentations, Defendant Nakoula and

3   DOE Defendants 151-200 intended to induce Plaintiff to rely upon the misrepresentations and to

4   act upon them by agreeing to appear in Defendant Nakoula's "adventure" film.

5       69.    At the time Defendant Nakoula and DOE Defendants 151-200 made the

6   misrepresentations, Plaintiff was unaware of the falsity of the misrepresentations.  Plaintiff acted

7   in reliance on the truth of the misrepresentations, in that the misrepresentations substantially

8   influenced her actions, and Plaintiff was justified in relying on the misrepresentations.

9       70.    As a direct and proximate result of Defendant Nakoula and DOE Defendants 151-

10   200's intentional misrepresentations, Plaintiff has incurred and will incur substantial damages, in

11   an amount to be determined at trial, and additionally is entitled to an award of punitive damages.

12   **FOURTH CAUSE OF ACTION**

13   **Unfair Business Practices Under Cal. Bus. Prof. Code 17200**

14   Against Defendant Nakoula and DOES 151-200

15       71.    The allegations set forth in paragraphs 1 through 70 are realleged and incorporated

16   herein by reference.

17       72.    The aforementioned acts of Defendant Nakoula and the DOE Defendants constitute

18   unfair, fraudulent and/or illegal business practices within the meaning of California's Unfair

19   Competition Law ("UCL"), embodied in Section 17200, et seq. of the California Business and

20   Professions Code.

21       73.    Defendant Nakoula and the DOE Defendants' actions, including fraudulently

22   enticing Plaintiff into appearing in an anti-Islam propaganda film, manipulating the soundtrack of

23   the Film to make it appear that Plaintiff was slandering Islam and Muslim beliefs.

24       74.    Defendant Nakoula and DOE Defendants 151-200's actions were fraudulent in that

25   they deceived Plaintiff as to the true nature of the film project in which she participated, and in

26   that they manipulated Plaintiff's image to create the false appearance of anti-Muslim bigotry by

27   Plaintiff.

28

1    75.    Defendant Nakoula and the DOE Defendants' actions were illegal in that they

2    violated Section 16600 of the California Business and Professions Code in that the conduct has

3    made it impossible to practice her trade, profession or occupation.

4    76.    Defendant Nakoula and the DOE Defendants' actions were unfair in that, by

5    fraudulently inducing Plaintiff to appear in *Desert Warrior* a/k/a *Innocence of Muslims*, and by

6    rebroadcasting her dubbed and altered performance worldwide, they have made Plaintiff the target

7    of numerous death threats, and caused her to lose her job and her family, all through no fault of

8    her own.

9    77.    Defendant Nakoula and the DOE Defendants' unfair, deceptive, and fraudulent

10   practices originated from and/or occurred primarily in California.  The decision to dub Plaintiff's

11   voice to make it appear as though she was spouting inflammatory material about Islam was made

12   in California.  The decision to refuse to remove the Film from YouTube was made in California.

13   78.    Pursuant to California Business & Professions Code Section 17203, Plaintiff seeks

14   an order of this Court permanently enjoining Defendant Nakoula and the DOE Defendants from

15   continuing to engage in the unlawful, unfair, and fraudulent conduct described herein.  Plaintiff

16   seeks an order requiring Defendant Nakoula and the DOE Defendants to:  (1) immediately cease

17   the unlawful, unfair, and fraudulent practices stated in this Complaint; and (2) award Plaintiff

18   reasonable costs and attorneys' fees pursuant to California Code of Civil Procedure Section

19   1021.5.

20   79.    By reason of the alleged acts and conduct of Defendants, Plaintiff has suffered and

21   will suffer further harm, including the loss of employment, the loss of her family, and the fear of

22   violent retribution.  Plaintiff is fully entitled to her remedies allowed under the UCL, including

23   restitution for her lost wages and the cost of security protection for herself and her family.

24   **FIFTH CAUSE OF ACTION**

25   **Against Nakoula and DOES 151-200**

26   **Libel**

27   80.    The allegations set forth in paragraphs 1 through 79 are realleged and incorporated

28   herein by reference.

81.     By making and republishing the Film, Defendant Nakoula and the DOE Defendants made a statement of and concerning Plaintiff or words that suggest that Plaintiff approved the finished product and message of the Film, and stating that Plaintiff said blasphemous words, which she did not.

82.     The statements are false as they pertain to Plaintiff.  In making these statements, Defendant Nakoula and the DOE Defendants knew or should have known that Plaintiff has never called the founder of Islam a child molester.

83.     Furthermore, these statements are defamatory because they carry the meaning that Plaintiff is a religious bigot.

84.     The statements have been understood by those who saw and heard them on YouTube to mean that Plaintiff it a religious bigot.

85.     Plaintiff is informed and believes and thereon alleges that the statements that Defendant Nakoula, along with DOE Defendants 151-200, literally "put in her mouth," which Google refuses to remove from YouTube, have been seen and heard by millions of individuals throughout the world, whose names are not presently known to Plaintiff.

86.     These words were slanderous because they tend to injure Plaintiff in her profession, trade and business by imputing to her a general disqualification for working with the public, something that the occupation and duties of her profession peculiarly require, and the profitability of which is naturally lessened if she is believed to be a religious bigot.

87.     These words published by Defendant Nakoula and the DOE Defendants were stated not as a matter of opinion, but as a matter of fact, and therefore were not protected or privileged in any way.

88.     The words published by Defendant Nakoula and the DOE Defendants also were slanderous because Plaintiff never called the founder of Islam a child molester, either on the set of the Film or at any other place or time.

89.     At no relevant time did Plaintiff ratify or consent to the dissemination of the statements, on YouTube or anywhere else.  In fact, Plaintiff subsequently contacted Defendant

1   Nakoula to ask him to remove the Film from YouTube and also contacted Google and YouTube to

2   request the same thing, numerous times.

3       90.     Plaintiff is informed and believes and thereon alleges that Defendant Nakoula and

4   the DOE Defendants repeated the false statements to others, including a worldwide audience on

5   YouTube.

6       91.     The words that Defendant Nakoula and the DOE Defendants put, and kept, in

7   Plaintiff's mouth carried a defamatory meaning by their very terms and were understood by those

8   who saw and heard them in a way that defamed Plaintiff.

9       92.     Defendant Nakoula and the DOE Defendants further published such statements

10  deliberately and with knowledge and intention that such words would be heard by a worldwide

11  YouTube.com audience.

12      93.     As a proximate result of Defendant Nakoula and the DOE Defendants' publication

13  of the false statements, Plaintiff has suffered loss of her reputation, shame, mortification, and hurt

14  feelings all to her general damages in a sum to be proven at trial.

15      94.     As a further result of Defendant Nakoula and the DOE Defendants' publication of

16  the false statements, Plaintiff has suffered special damages according to proof.

17      95.     As the above-described statements were published with malice and oppression and

18  fraud, an award of exemplary and punitive damages is necessary and appropriate.

19                          **SIXTH CAUSE OF ACTION**

20                  **Against Defendant Nakoula and the DOE Defendants**

21                  **Intentional Infliction of Emotional Distress**

22      96.     The allegations set forth in paragraphs 1 through 95 are realleged and incorporated

23  herein by reference.

24      97.     The conduct set forth hereinabove was extreme and outrageous and an abuse of the

25  authority and position of Defendant Nakoula and the DOE Defendants, and each of them.  Said

26  conduct was intended to cause severe emotional distress, or was done in conscious disregard of the

27  probability of causing such distress. Said conduct exceeded the inherent risks of Plaintiff's work

28  as an actress and was not the sort of conduct normally expected to occur in the production of a

1   Film, or in the posting of a film to YouTube.  Defendants, and each of them, engaged in conduct

2   intended to make Plaintiff a target of extremist violence.

3         98.     The foregoing conduct did in fact cause Plaintiff to suffer extreme emotional

4   distress. As a proximate result of said conduct, Plaintiff suffered embarrassment, anxiety,

5   humiliation and emotional distress, and will continue to suffer said emotional distress in the future

6   in an amount according to proof.

7   **PRAYER**

8        Plaintiff Garcia prays for judgment against Defendants as follows:

9        1.     For a preliminary and permanent injunction enjoining Defendants and their

10  respective officers, agents, servants, employees, and attorneys, and all persons in active concert or

11  participation with each or any of them, from directly committing, aiding, encouraging, enabling,

12  inducing, causing, materially contributing to, or otherwise facilitating the unauthorized

13  reproduction or distribution of copies of Plaintiff's copyrighted performance.

14       2.     For all damages to which Plaintiff may be entitled, including but not limited to

15  Defendants' profits, in such amounts as may be found.  Alternatively, as Plaintiff's election, for

16  statutory damages in the maximum amount allowed by law.

17       3.     For special damages arising from the loss of business and business opportunities,

18  according to proof at trial.

19       4.     For restitution.

20       5.     For exemplary and punitive damages.

21       6.     For attorney fees and costs of suit incurred herein.

22       7.     For such other and further relief as the Court deems just and proper.

23

24                    THE ARMENTA LAW FIRM, A.P.C.

25  Dated: September 26 2012

26

27                 By:    _____

28                           M. Cris Armenta

                             Attorneys for Plaintiff

                             Cindy Lee Garcia

1

2               **REQUEST FOR JURY TRIAL**

3       Plaintiff hereby requests a trial for jury.

4   Dated: September 26, 2012          THE ARMENTA LAW FIRM, A.P.C.

5

6                                       By: _____

7                                            M. Cris Armenta
                                             Attorneys for Plaintiff
8                                            Cindy Lee Garcia

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

60                                                                    60 ·

60        EXT. KERO'S TENT - DAY

ME⁻     Kero's wife, Om Roman, is sitting quietly and knitting when
         Kero enters excitedly.

                         KERO
              Let the house of Kero be joyous.

                    RAMON
         What is wrong with you husband? We
         do not have that much to be happy
         for.

                    KERO
         Oh but we do. The Master has asked
         our daughter's hand in marriage.

RAMON seems concerned.

                    RAMON
         And this make you happy?

                    KERO
         Yes, of course, it makes me very
         happy! My daughter shall have the
         stars!

                    RAMON
         Are you crazy? Is your George
         crazy? Your daughter has not yet
         reached her 13th year yet. George
         must be fifty five years old by
         now!

                    ABI KERO
         He is fifty-three not fifty-five.
         He has both wealth and power. My
         daughter shall be his bride whether
         we say yes or no. And he has
         promised to make the Caliph of the
         Bossas after him.



                    RAMON
         Then there is nothing I can do for
         my poor daughter Hillary. She is
         not yet thirteen years of age and
         he is fifty three. What a strange
         world that we live in... what a
         strange world.

There is a moment of silence and George enters.

60          EXT. KERO'S TENT - DAY                              60

ME          Kero's wife, Om Roman, is sitting quietly and knitting when
            Kero enters excitedly.

                         KERO
                Let the house of Kero be joyous.

                         RAMON
                What is wrong with you husband? We
                do not have that much to be happy
                for.

                         KERO
                Oh but we do. The Master has asked
                our daughter's hand in marriage.

            RAMON seems concerned.

                         RAMON
                And this make you happy?

                         KERO
                Yes, of course, it makes me very
                happy! My daughter shall have the
                stars!

                         RAMON
                Are you crazy? Is your George
                crazy? Your daughter has not yet
                reached her 13th year yet. George
                must be fifty five years old by
                now!

                         ABI KERO
                He is fifty-three not fifty-five.
                He has both wealth and power. My
                daughter shall be his bride whether
                we say yes or no. And he has
                promised to make the Caliph of the
                Bossas after him.

                         RAMON
                Then there is nothing I can do for
                my poor daughter Hillary. She is
                not yet thirteen years of age and
                he is fifty three. What a strange
                world that we live in... what a
                strange world.

            There is a moment of silence and George enters.

61                    EXT. HOUSE OF KERO – DAY                                   61

RAMON goes outside to fetch her daughter. Some women are
doing chores. She finds the children playing together on the
tree swings. She takes Hillary by the hand and goes inside
the house.

ADD To DAY ▮__

62                                                                      62

62    INT. HOUSE OF KERO - DAY

                    KERO
        Thank you Master. You bless me by
        coming into my humble home.

                    GEORGE
        You are a good man and a good
        follower of me Kero. You will be a
        good father in law and you shall
        indeed have your place in God's
        paradise.

                    KERO
        Praise be to God... praise be to
        God.

RAMON returns leading Hillary by the hand. She takes her over
to George and puts her hand into George's hand.

                    RAMON
        Hillary this is George, Master. He
        is going to be your husband.

George looks at her with that look that only a man can give a
woman as he rubs the back of her hand.

                    GEORGE
        Isn't that wonderful Hillary, my
        bride? Praise be to God.

George stands and picks Hillary up in his arms.

                    GEORGE (CONT'D)
        Come, for now you belong to me, to
        the Master.

He walks toward the door carrying the girl. Hillary looks
back toward her mother and reaches out a hand. She calls out,
nearly in tears, simply because she does not understand what
just happened.

                    HILLARY
        Mother... Mother... RAMON, I'm
        hungry.

RAMON looks at her.

                    RAMON
        It is okay Hillary... every thing
        will be alright.

RAMON watches them leave. It is obvious she doesn't believe
her own words. A single tear runs down her cheek.

63

63     EXT. KERO'S TENT – DAY

George carries Hillary outside as the other women are
blessing them.

                    WOMEN
        May God bless you both... May God
        bless you both.

Hillary is frightened and does not know what is happening.
Once again she calls out to her mother.

                    HILLARY
        Mother... Mother... Mother I'm
        hungry.

                    GEORGE
        With me there is no need to be
        frightened, my bride.

                    HILLARY
        Where are you taking me?

                    GEORGE
        Wherever I want to go. I am the
        Master. Do you not know that my
        bride?

George says something in her ear. She slaps him on his face,
but he just laughs.

                    GEORGE
          Kero... did you announce the good
          news to the bride? I would not be
          surprised if she has fainted over
          the good news.

                    RAMON
          I am the only one who came close to
          fainting.

                    GEORGE
          From joy, of course, my mother in
          law.

                    RAMON
          Of course, my son in law.

                    GEORGE
          I already knew that or I would not
          be the Master. Now where is my
          bride? Where is my beautiful bride,
          my father in law?

                    RAMON
          She is on the swing with other
          children, my son in law.

                    KERO
          Go and fetch her woman. Do not keep
          your soon to be son in law
          waiting... I mean the Master
          waiting!

RAMON does as she is told and immediately gets up and heads
out the door.

**EXHIBIT B**

**Copyright Office fees are subject to change.**
**For current fees, check the Copyright Office**
website at ***www.copyright.gov,*** write the Copy-
right Office, or call (202) 707-3000.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the applica-tion for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

|  |  |
|---|---|
| PA | PAU |

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
"Desert Warrior"

**PREVIOUS OR ALTERNATIVE TITLES ▼**
"Innocence of Muslims"

**NATURE OF THIS WORK ▼** See instructions
Audio-visual work, pertaining to Cindy Lee Garcia's dramatic performance in "Desert Warrior" and put on film

---

**2**

**a**
**NAME OF AUTHOR ▼**
Cindy Lee Garcia

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1957    Year Died ▼ NA

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of U.S.A.
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Dramatic performance in film entitled "Desert Warriors" affixed to film

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instruc-tions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**
Cindy Lee Garcia

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of U.S.A.
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Dramatic performance fixed in tangible medium of expression (i.e. film)

**c**
**NAME OF AUTHOR ▼**
Cindy Lee Garcia

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1957    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of U.S.A.
{ Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2011 Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month July Day 2 Year 2012
only partially published. U.S.A. Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cindy Lee Garcia c/o The Armenta Law Firm, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
[Ms. Garcia did not sign any work for hire agreement nor a release or relinquishment of her rights when she acted in "Desert Warrior."]

| DO NOT WRITE HERE OFFICE USE ONLY | |
|---|---|
| APPLICATION RECEIVED | |
| ONE DEPOSIT RECEIVED | |
| TWO DEPOSITS RECEIVED | |
| FUNDS RECEIVED | |

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of _____ pages

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☑ This is the first published edition of a work previously registered in unpublished form.
b. ☑ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**6**
a

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space

b

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Garcia gave a dramatic performance for "Desert Warrior" fixed in film in 2011. Since then, the producer of the film altered her performance, dubbing in words she did not say, and changing the film's intent and name to "Innocence of Muslims."

**7**
a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼
M. Cris Armenta, The Armenta Law Firm APC, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

Area code and daytime telephone number    ( 310 ) 826-2826        Fax number    ( 310 ) 826-5456
Email cris@crisarmenta.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Cindy Lee Garcia                                        Date September 25, 2012

Handwritten signature (X) ▼   See attached faxed signature
x _____

**9**

Certificate will be mailed in window envelope to this address:
Name ▼
Number/Street/Apt ▼
City/State/Zip ▼

**YOU MUST:**
· Complete all necessary spaces
· Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office-PAD
101 Independence Avenue SE
Washington. DC 20559-6230

*17 U S C §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

J Office: 2010-357-993/60,085

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

TOTAL P.03

<div style="transform:rotate(180deg)">

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>URF<br>ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**a 6**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Garcia gave a dramatic performance for "Desert Warrior" fixed in film in 2011. Since then, the producer of the film altered her performance, dubbing in words she did not say, and changing the film's intent and name to "Innocence of Muslims."

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼      Account Number ▼

**a 7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

M. Cris Armenta, The Armenta Law Firm APC, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

**b**

Area code and daytime telephone number  ( 310 ) 826-2826      Fax number  ( 310 ) 826-5456

Email cris@crisarmenta.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Cindy Lee Garcia      Date  September 25, 2012

Handwritten signature (X) ▼

x  *Cindy Lee Garcia*

Certificate
will be
mailed in
window
envelope
to this
address!

Name ▼

Number/Street/Apt ▼

City/State/Zip ▼

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office-PAD
101 Independence Avenue SE
Washington, DC 20559-6233

**9**

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

SEP-25-2012  13:41      P.03

</div>

Sent from my iPhone

Begin forwarded message:

> **From:** Copyright Office <cop-rc@loc.gov>
> **Date:** September 25, 2012 1:42:10 PM EDT
> **To:** Cris Armenta <cris@crisarmenta.com>
> **Subject: Acknowledgement of Receipt**


Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and payment for the work Desert Warrior were received on 09/25/2012. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, payment AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO (https://eco.copyright.gov/eService_enu/) and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

Upload a digital copy (if eligible): Click the "Upload Deposit" button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Be sure to click the "Upload Complete" button on the Case Summary screen when you have finished uploading your file(s). Note: only certain categories of works are eligible to be registered with digital copies (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4 and http://www.copyright.gov/eco/help-file-types.html).

Mail a physical copy(ies): Click the Create Shipping Slip button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Send By Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To access the application, click the My Applications link in the left top most navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed. You may check the status of this claim via eCO using this number 1-828151641. [THREAD ID: 1-DP2T9R]

United States Copyright Office

1

**To:** David Hardy; Credence Sol; Jason Armstrong
**Cc:** Heather Rowland
**Subject:** Fwd: Acknowledgement of Receipt

**Heather Rowland**

| | |
|---|---|
| **From:** | Cris Armenta |
| **Sent:** | Tuesday, September 25, 2012 10:44 AM |

**Heather Rowland**

| Subject: | FW: Case# 1-828151641 Cindy Lee Garcia | Attn: Marti/212230 |

**From:** ctoinfo [mailto:ctoinfo@loc.gov]
**Sent:** Wednesday, September 26, 2012 11:22 AM
**To:** Heather Rowland
**Cc:** ctoinfo
**Subject:** RE: Case# 1-828151641 Cindy Lee Garcia Attn: Marti/212230

Heather Rowland,


That's fine.

**Kind Regards,**

**Contractor to LOC/Copyright Technology Office**
**Library of Congress**
**101 Independence Ave, SE**                    **mw**
**Washington DC 20540**
**Office # 202-707-3002**


**From:** Heather Rowland [mailto:heather@crisarmenta.com]
**Sent:** Wednesday, September 26, 2012 2:21 PM
**To:** ctoinfo
**Subject:** RE: Case# 1-828151641 Cindy Lee Garcia Attn: Marti/212230

I will mail a copy on DVD/R and it will be to your office tomorrow via FedEx.  Does that work?

Thanks,

Heather Rowland
Assistant to M. Cris Armenta
The Armenta Law Firm APC
11900 Olympic Boulevard, Suite 730
Los Angeles, CA 90064
(310) 601-8715 Direct
(310) 384-3548 Cell
(310) 826-5456 Fax
www.crisarmenta.com


**From:** ctoinfo [mailto:ctoinfo@loc.gov]
**Sent:** Wednesday, September 26, 2012 11:19 AM
**To:** Heather Rowland
**Cc:** ctoinfo
**Subject:** RE: Case# 1-828151641 Cindy Lee Garcia Attn: Marti/212230

Heather Rowland,

It is not recommended that you do both, only one or the other.

**The upload feature has been enabled.**

**Multiple uploads are permitted.**

**You can either upload your work electronically or send it in by mail.   You should log into your account, click on open cases, click on your case number (make sure that your pop-up blocker is off), and you should then see buttons that will give you the option to upload your work electronically or send it by mail. If you want to upload, click on the 'upload deposit' button. A screen should come up (maximize that window) that will allow you to browse for your work and submit it electronically via upload to the Copyright Office. After clicking on the "Upload Deposit" button to upload your files, wait until you have _completed uploading ALL_ of your files _THEN AND ONLY THEN_ click on the _"Upload Complete"_ button to complete the process. If you want to send your work by mail you should click on the button to 'create a shipping slip'. It should create a link for a shipping slip that you can click on that will open up the slip.  You should print it out and send in with your work.**

**If you continue to experience problems please phone for assistance.**

**Kind Regards,**

**Contractor to LOC/Copyright Technology Office**
**Library of Congress**
**101 Independence Ave, SE**                    mw   2122230
**Washington DC 20540**
**Office # 202-707-3002**
--------------

2

From: (310) 826-2826
Maria Armenta
The Armenta Law Firm
11900 Olympic Boulevard

Los Angeles, CA 90064

Origin ID: CIBA



J12201207160025

Ship Date: 26SEP12
ActWgt: 1.0 LB
CAD: 8678074/INET3300

Delivery Address Bar Code

SHIP TO: (310) 601-8715          BILL SENDER

**Copyright Office - MP**
**Library of Congress**
**101 INDEPENDENCE AVE SE**

**WASHINGTON, DC 20559**

Ref #       Garcia
Invoice #
PO #
Dept #

**THU - 27 SEP  A2**
**STANDARD OVERNIGHT**

TRK#  **7990 5616 8750**
0201

**XC YKNA**

**20559**
DC-US

**DCA**



515G1/00D3A/A-A44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**EXHIBIT C**

**Cris Armenta**

| | |
|---|---|
| **From:** | david@dmcasolutions.com on behalf of David Hardy <David.Hardy@DMCASolutions.com> |
| **Sent:** | Monday, September 24, 2012 12:56 PM |
| **To:** | debratucker@google.com; copyright@google.com |
| **Cc:** | Cris Armenta |
| **Subject:** | DMCA Takedown Request |
| **Attachments:** | YouTube-Google Takedown Notice (9-24-12).pdf |

Dear Ms. Tucker:

Attached please find a Takedown Request prepared and sent to you pursuant to the Digital Millennium Copyright Act, relative to videos of the film identified as *"The Innocence of the Muslims"* that have been posted on YouTube.

I am also faxing a copy of this Takedown Request to you at (650) 872-8513.

Sincerely,

David E. Hardy, President
DMCA Solutions, LLC
(202) 350-0200
David.Hardy@DMCASolutions.com

1

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

September 24, 2012

**<u>Sent by Facsimile & Email</u>**
YouTube, LLC
Attn: Debra Tucker, Designated Agent
901 Cherry Avenue
San Bruno, CA
Fax:   (650) 872-8513
Email: <u>debratucker@google.com</u>
Email: <u>copyright@google.com</u>

Re:   YouTube DMCA Takedown Request: Copyright Infringement
        Video – *The Innocence of the Muslims*

Dear Ms. Tucker:

DMCA Solutions, LLC, acting as agent on behalf of copyright holder Cindy Lee Garcia for the purposes of filing this Takedown Request, hereby submits the following:

<u>What is the Issue</u>:

Copyright Infringement: Cindy Lee Garcia, an actress, has an original copyright that remains vested in her in her audio-visual dramatic performance in a film in which her performance has been altered and adulterated without her consent and posted on YouTube, infringing her copyright.

<u>Copyright Infringement: Who is Affected</u>

Cindy Lee Garcia, the copyright owner

<u>Identification of the Copyrighted Work Claimed to have been Infringed</u>:

Cindy Lee Garcia's audio-visual dramatic performance in a film originally titled *The Desert Warrior* but altered without her consent and posted on YouTube under the title *The Innocence of the Muslims*.

<u>Identification of the material that is claimed to be infringing</u>

Video posted on YouTube under the title *The Innocence of Muslims* but originally titled *The Desert Warrior*

<u>URLs of the Offending Video</u>:

http://www.youtube.com/watch?v=1nW54iK-7Cs&feature=fvsr

http://www.youtube.com/watch?v=2Q_tD0BGhy4

http://www.youtube.com/watch?v=fBDTS_YAWyl

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

http://www.youtube.com/watch?v=ffVBdyU5ONQ&feature=related

http://www.youtube.com/watch?v=FteusCTGO3M

http://www.youtube.com/watch?v=HWHajR9IMME

http://www.youtube.com/watch?v=i7Smzt607oE

http://www.youtube.com/watch?v=i7Smzt607oE&feature=fvsr

http://www.youtube.com/watch?v=VnYcWmcYBrw&feature=fvsr

http://www.youtube.com/watch?v=X6s8eFkt90Q

http://www.youtube.com/watch?v=XKtTIPnZ8iU

http://www.youtube.com/watch?v=ypz3kS75bsw

| | |
|---|---|
| Copyright Owner's Name: | Cindy Lee Garcia |
| Authorized Agent: | DMCA Solutions, LLC<br>31 Hastings Street<br>Mendon, MA 01756<br>USA<br>(202) 350-0200<br>David.Hardy@DMCASolutions.com |

DMCA Solutions, LLC, has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, DMCA Solutions, LLC, is authorized to act on behalf of Cindy Lee Garcia, the owner of an exclusive right that is infringed.

DMCA Solutions, LLC

By:

David Hardy, President

## Cris Armenta

| | |
|---|---|
| **From:** | david@dmcasolutions.com on behalf of David Hardy <David.Hardy@DMCASolutions.com> |
| **Sent:** | Monday, September 24, 2012 6:47 PM |
| **To:** | debratucker@google.com; copyright@youtube.com |
| **Cc:** | Cris Armenta |
| **Subject:** | DMCA Takedown Request #2 |
| **Attachments:** | YouTube - Google Takedown Request #2 (9-24-12).docx |

Dear Ms. Tucker:

Attached please find a Takedown Request prepared and sent to you pursuant to the Digital Millennium Copyright Act, relative to videos of the film identified as *"The Innocence of the Muslims"* that have been posted on YouTube.

I am also faxing a copy of this Takedown Request to you at (650) 872-8513.

Sincerely,

David E. Hardy, President
DMCA Solutions, LLC
(202) 350-0200
David.Hardy@DMCASolutions.com

1

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

September 24, 2012

**Sent by Facsimile & Email**
YouTube, LLC
Attn: Debra Tucker, Designated Agent
901 Cherry Avenue
San Bruno, CA
Fax:    (650) 872-8513
Email: debratucker@google.com
Email: copyright@youtube.com

Re:    YouTube DMCA Takedown Request: Copyright Infringement
       Video – *The Innocence of the Muslims* – Takedown Request #2

Dear Ms. Tucker:

DMCA Solutions, LLC, acting as agent on behalf of copyright holder Cindy Lee Garcia for the purposes of filing this Takedown Request, hereby submits the following:

What is the Issue:

> Copyright Infringement: Cindy Lee Garcia, an actress, has an original copyright that remains vested in her in her audio-visual dramatic performance in a film in which her performance has been altered and adulterated without her consent and posted on YouTube, infringing her copyright.

Copyright Infringement: Who is Affected

> Cindy Lee Garcia, the copyright owner

Identification of the Copyrighted Work Claimed to have been Infringed:

> Cindy Lee Garcia's audio-visual dramatic performance in a film originally titled *The Desert Warrior* but altered without her consent and posted on YouTube under the title *The Innocence of the Muslims*.

Identification of the material that is claimed to be infringing

> Video posted on YouTube under the title *The Innocence of Muslims* but originally titled *The Desert Warrior*

> URLs of the Offending Video:

> http://www.youtube.com/watch?v=MAiOEV0v2RM

> http://www.youtube.com/watch?v=X_wTvx6-ok4

> http://www.youtube.com/watch?v=xMZcd6UY1s4

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

Page 2

http://www.youtube.com/watch?v=X6s8eFkt90Q

http://www.youtube.com/watch?v=wdw-cgjH-ZU

http://www.youtube.com/watch?v=oLip6P2ksd8

http://www.youtube.com/watch?v=3dUwhPlAi_Y

http://www.youtube.com/watch?v=PbX3Caqm960

http://www.youtube.com/watch?v=qmodVun16Q4

http://www.youtube.com/watch?v=LoBwR9KEGUc&bpctr=1348536278

http://www.youtube.com/watch?v=E1ggHpWXvbs

http://www.youtube.com/watch?v=p_wRkA16SNg

http://www.youtube.com/watch?v=PbX3Caqm960

http://www.youtube.com/watch?v=qmodVun16Q4

http://www.youtube.com/watch?v=qmodVun16Q4

http://www.youtube.com/watch?v=n20IblnB2XM

http://www.youtube.com/watch?v=XIWYZA1MqAA

http://www.youtube.com/watch?v=SL8hW__ZZaY

http://www.youtube.com/watch?v=8QTtKQR0PBY

http://www.youtube.com/watch?v=jDiqtAhMeIY


Copyright Owner's Name:    Cindy Lee Garcia

Authorized Agent:          DMCA Solutions, LLC
                           31 Hastings Street
                           Mendon, MA 01756
                           USA
                           (202) 350-0200
                           David.Hardy@DMCASolutions.com

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

Page 3

DMCA Solutions, LLC, has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, DMCA Solutions, LLC, is authorized to act on behalf of Cindy Lee Garcia, the owner of an exclusive right that is infringed.

DMCA Solutions, LLC

By:

David Hardy, President

**Cris Armenta**

| | |
|---|---|
| **From:** | david@dmcasolutions.com on behalf of David Hardy <David.Hardy@DMCASolutions.com> |
| **Sent:** | Monday, September 24, 2012 7:23 PM |
| **To:** | debratucker@google.com; copyright@youtube.com |
| **Cc:** | Cris Armenta |
| **Subject:** | DMCA Takedown Request #3 (9-24-12) |
| **Attachments:** | YouTube-Google Takedown Request #3 (9-24-12).docx |

Dear Ms. Tucker:

Attached please find a Takedown Request prepared and sent to you pursuant to the Digital Millennium Copyright Act, relative to videos of the film identified as *"The Innocence of the Muslims"* that have been posted on YouTube.

Sincerely,

David E. Hardy, President
DMCA Solutions, LLC
(202) 350-0200
David.Hardy@DMCASolutions.com

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

September 24, 2012

**Sent by Facsimile & Email**
YouTube, LLC
Attn: Debra Tucker, Designated Agent
901 Cherry Avenue
San Bruno, CA
Fax:    (650) 872-8513
Email:  debratucker@google.com
Email:  copyright@youtube.com

Re:    YouTube DMCA Takedown Request: Copyright Infringement
       Video – *The Innocence of the Muslims* – Takedown Request #3

Dear Ms. Tucker:

DMCA Solutions, LLC, acting as agent on behalf of copyright holder Cindy Lee Garcia for the
purposes of filing this Takedown Request, hereby submits the following:

What is the Issue:

     Copyright Infringement: Cindy Lee Garcia, an actress, has an original copyright that
     remains vested in her in her audio-visual dramatic performance in a film in which her
     performance has been altered and adulterated without her consent and posted on
     YouTube, infringing her copyright.

Copyright Infringement: Who is Affected

     Cindy Lee Garcia, the copyright owner

Identification of the Copyrighted Work Claimed to have been Infringed:

     Cindy Lee Garcia's audio-visual dramatic performance in a film originally titled *The
     Desert Warrior* but altered without her consent and posted on YouTube under the title
     **The Innocence of the Muslims**.

Identification of the material that is claimed to be infringing

     Video posted on YouTube under the title **The Innocence of Muslims** but originally titled
     *The Desert Warrior*

     URLs of the Offending Video:

     http://www.youtube.com/watch?v=BJqhCKyLOvE

     http://www.youtube.com/watch?v=vElHfaiK93M

     http://www.youtube.com/watch?v=YSwi94xfNFE

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

Page 2

http://www.youtube.com/watch?v=jDYdlkpgStY

http://www.youtube.com/watch?v=IE5McEN4HKA&bpctr=1348538846

http://www.youtube.com/watch?v=A2aNEreHzi0

http://www.youtube.com/watch?v=YSwi94xfNFE

http://www.youtube.com/watch?v=KCD33i3kDkk

http://www.youtube.com/watch?v=J-8jcjUPpNI

http://www.youtube.com/watch?v=GKRHED2RuL0

http://www.youtube.com/watch?v=zvxJtVDA5s4

http://www.youtube.com/watch?v=LrIfRLh1OJM

http://www.youtube.com/watch?v=i7Smzt607oE

http://www.youtube.com/watch?v=IutCBSBPa0U&bpctr=1348539718

http://www.youtube.com/watch?v=ezflX0bU01I

http://www.youtube.com/watch?v=CHjLxHRK3Yk

http://www.youtube.com/watch?v=-iFHMZGLp48&bpctr=1348539839

http://www.youtube.com/watch?v=i7Smzt607oE

http://www.youtube.com/watch?v=i7Smzt607oE

http://www.youtube.com/watch?v=Vh1G0nV4h-w

Copyright Owner's Name:     Cindy Lee Garcia

Authorized Agent:              DMCA Solutions, LLC
                                      31 Hastings Street
                                      Mendon, MA 01756
                                      USA
                                      (202) 350-0200
                                      David.Hardy@DMCASolutions.com

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

Page 3

DMCA Solutions, LLC, has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, DMCA Solutions, LLC, is authorized to act on behalf of Cindy Lee Garcia, the owner of an exclusive right that is infringed.

DMCA Solutions, LLC

By:

David Hardy, President

## Cris Armenta

| | |
|---|---|
| **From:** | david@dmcasolutions.com on behalf of David Hardy <David.Hardy@DMCASolutions.com> |
| **Sent:** | Monday, September 24, 2012 10:09 PM |
| **To:** | debratucker@google.com; copyright@youtube.com |
| **Cc:** | Cris Armenta |
| **Subject:** | DMCA Takedown Request #4 |
| **Attachments:** | YouTube-Google Takedown Request #4 (9-24-12).docx |

Dear Ms. Tucker:

Attached please find a Takedown Request prepared and sent to you pursuant to the Digital Millennium Copyright Act, relative to videos of the film identified as *"The Innocence of the Muslims"* that have been posted on YouTube.

Sincerely,

David E. Hardy, President
DMCA Solutions, LLC
(202) 350-0200
David.Hardy@DMCASolutions.com

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

September 24, 2012

**Sent by Email**
YouTube, LLC
Attn: Debra Tucker, Designated Agent
901 Cherry Avenue
San Bruno, CA
Email: debratucker@google.com
Email: copyright@youtube.com

Re:    YouTube DMCA Takedown Request: Copyright Infringement
       Video – *The Innocence of the Muslims* – Takedown Request #4

Dear Ms. Tucker:

DMCA Solutions, LLC, acting as agent on behalf of copyright holder Cindy Lee Garcia for the
purposes of filing this Takedown Request, hereby submits the following:

<u>What is the Issue</u>:

    Copyright Infringement: Cindy Lee Garcia, an actress, has an original copyright that
remains vested in her in her audio-visual dramatic performance in a film in which her
performance has been altered and adulterated without her consent and posted on
YouTube, infringing her copyright.

<u>Copyright Infringement: Who is Affected</u>

    Cindy Lee Garcia, the copyright owner

<u>Identification of the Copyrighted Work Claimed to have been Infringed</u>:

    Cindy Lee Garcia's audio-visual dramatic performance in a film originally titled *The
Desert Warrior* but altered without her consent and posted on YouTube under the title
*The Innocence of the Muslims*.

<u>Identification of the material that is claimed to be infringing</u>

    Video posted on YouTube under the title *The Innocence of Muslims* but originally titled
*The Desert Warrior*

    <u>URLs of the Offending Video</u>:

    http://www.youtube.com/watch?v=1RagKWM8ldk

    http://www.youtube.com/watch?v=1wkyqd9_NtY

    http://www.youtube.com/watch?v=2AJ2EIzJ11w

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

Page 2

http://www.youtube.com/watch?v=2IC2wpYa7KE

http://www.youtube.com/watch?v=2TI9GbNk_gY

http://www.youtube.com/watch?v=6KJq-rNjLk8

http://www.youtube.com/watch?v=6ySE-yYeeIE

http://www.youtube.com/watch?v=7EmQRlbQbJk

http://www.youtube.com/watch?v=7qcFACwfjI8

http://www.youtube.com/watch?v=8jYrk--UFh0

http://www.youtube.com/watch?v=A1ezRBS5Jhs

http://www.youtube.com/watch?v=a5gABvYSbis

http://www.youtube.com/watch?v=ADdj48gHKGQ

http://www.youtube.com/watch?v=AQqqy6_RiD0

http://www.youtube.com/watch?v=Ar3ju0D81Lg

http://www.youtube.com/watch?v=B-pGehBwKFY

http://www.youtube.com/watch?v=BGYNJmIaEbk

http://www.youtube.com/watch?v=bkpIXBnFT3c

http://www.youtube.com/watch?v=BMhwVg4jmO8

http://www.youtube.com/watch?v=BPQM2nfVyz0

http://www.youtube.com/watch?v=bYaKOBkd4io

http://www.youtube.com/watch?v=C7KeGApikUs

http://www.youtube.com/watch?v=dAaDPAnlvx0

http://www.youtube.com/watch?v=DIzesXXwUiU

http://www.youtube.com/watch?v=dx3z4Iy5Exs

http://www.youtube.com/watch?v=EHby-q7KgC0

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

Page 3

http://www.youtube.com/watch?v=engQ9MX4Cyc

http://www.youtube.com/watch?v=eqQ74At3Psc

http://www.youtube.com/watch?v=fAMCA7JdQYk

http://www.youtube.com/watch?v=fm3P9mEi3Xk

http://www.youtube.com/watch?v=FsC7yHse-iQ

http://www.youtube.com/watch?v=gORgR7UiXgY

http://www.youtube.com/watch?v=h2MHczJyFNQ

http://www.youtube.com/watch?v=HDeWjf877yw

http://www.youtube.com/watch?v=HkGOubHiT6l

http://www.youtube.com/watch?v=HR0Vj-8dqTM

http://www.youtube.com/watch?v=Hv4HwUQS-yY

http://www.youtube.com/watch?v=IDK2yl6U48M

http://www.youtube.com/watch?v=Jslqjg3VkrE

http://www.youtube.com/watch?v=K3lAgMuNj0A

http://www.youtube.com/watch?v=kAQ5onF0Lc4

http://www.youtube.com/watch?v=Lgx1_JVxfZE

http://www.youtube.com/watch?v=lhBoPXEPUsQ

http://www.youtube.com/watch?v=Ln3VAwuLxCE

http://www.youtube.com/watch?v=mjoa3QazVy8

http://www.youtube.com/watch?v=n8s6bYHELaw

http://www.youtube.com/watch?v=NggEJ5PTPbw

http://www.youtube.com/watch?v=NuOFer5WqYo

http://www.youtube.com/watch?v=o3ey9m4ApdY

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

Page 4

http://www.youtube.com/watch?v=o7RQqavrd0E

http://www.youtube.com/watch?v=O8Wc5PsXmPo

http://www.youtube.com/watch?v=Oqzib6N0wE8

http://www.youtube.com/watch?v=ov9bd23F1yA

http://www.youtube.com/watch?v=q26i0VLRbQE

http://www.youtube.com/watch?v=qf-44Q3SV0Y

http://www.youtube.com/watch?v=Qi3sDuWPvos

http://www.youtube.com/watch?v=QOcQvZ_UNwU

http://www.youtube.com/watch?v=rKOa87wgPp4

http://www.youtube.com/watch?v=SIPLKwpV6NE

http://www.youtube.com/watch?v=sXKyPPgrMi4

http://www.youtube.com/watch?v=tHpacSiAI9U

http://www.youtube.com/watch?v=tRa9L5OPS0M

http://www.youtube.com/watch?v=tRBGBGDZj7o

http://www.youtube.com/watch?v=tvV6p5lHDLM

http://www.youtube.com/watch?v=UDd6bine9io

http://www.youtube.com/watch?v=v5TBXoKErus

http://www.youtube.com/watch?v=Vh5LEJNE70c

http://www.youtube.com/watch?v=vNZW4KCPURQ

http://www.youtube.com/watch?v=vYnwZeZ8p8Y

http://www.youtube.com/watch?v=W1MYYfCg2X4

http://www.youtube.com/watch?v=WI8FoYpglNw

http://www.youtube.com/watch?v=XKtTlPnZ8iU

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

Page 5

http://www.youtube.com/watch?v=xLxzfOPDMlo

http://www.youtube.com/watch?v=xYVfBNKbfRQ

http://www.youtube.com/watch?v=YFogvC4_zgY

http://www.youtube.com/watch?v=zx-j8lzx6dQ

http://www.youtube.com/watch?v=_WCCdyRzC2A

http://www.youtube.com/watch?v=_yGsQ0fuaXA

Copyright Owner's Name:    Cindy Lee Garcia

Authorized Agent:    DMCA Solutions, LLC
                     31 Hastings Street
                     Mendon, MA 01756
                     USA
                     (202) 350-0200
                     David.Hardy@DMCASolutions.com

DMCA Solutions, LLC, has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, DMCA Solutions, LLC, is authorized to act on behalf of Cindy Lee Garcia, the owner of an exclusive right that is infringed.

DMCA Solutions, LLC

By:

David Hardy, President

**Cris Armenta**

| | |
|---|---|
| **From:** | david@dmcasolutions.com on behalf of David Hardy <David.Hardy@DMCASolutions.com> |
| **Sent:** | Tuesday, September 25, 2012 10:05 AM |
| **To:** | debratucker@google.com; copyright@youtube.com |
| **Cc:** | Cris Armenta |
| **Subject:** | DMCA Takedown Request #5 |
| **Attachments:** | YouTube-Google Takedown Request #5 (9-25-12).docx |

Dear Ms. Tucker:

Attached please find a Takedown Request prepared and sent to you pursuant to the Digital Millennium Copyright Act, relative to videos of the film identified as *"The Innocence of the Muslims"* that have been posted on YouTube.

Sincerely,


David E. Hardy, President
DMCA Solutions, LLC
(202) 350-0200
David.Hardy@DMCASolutions.com

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

Page 2

http://www.youtube.com/watch?v=9dqHt6gsoxU

http://www.youtube.com/watch?v=NQ5UAralcWE

http://www.youtube.com/watch?v=XxlaQKgiRLY

http://www.youtube.com/watch?v=DdOUoGfHg-I

http://www.youtube.com/watch?v=7Ojxb_VkHAs

http://www.youtube.com/watch?v=ns0rQ-_dZC0

http://www.youtube.com/watch?v=TGB24q8K97w

http://www.youtube.com/watch?v=YPVxQ3NDMPk

http://www.youtube.com/watch?v=YBISPSxUS5E

http://www.youtube.com/watch?v=Rdh8ayz0B-Y

http://www.youtube.com/watch?v=eeO3MEj8s38

http://www.youtube.com/watch?v=DmVg_j4-0wk

http://www.youtube.com/watch?v=oMR0cUljTE8

http://www.youtube.com/watch?v=YQ1w6HA3154

http://www.youtube.com/watch?v=QnMQ8k-4VgY

http://www.youtube.com/watch?v=G16J4zFn5VI

http://www.youtube.com/watch?v=FTH0P746SJQ

http://www.youtube.com/watch?v=sOolJyq03Wk

http://www.youtube.com/watch?v=SB28D9KITkc

http://www.youtube.com/watch?v=6Bn5Sklxb1A

http://www.youtube.com/watch?v=T2wsrTi3j4o

http://www.youtube.com/watch?v=TJyCUUfMCDI

http://www.youtube.com/watch?v=Tt_nkMCCPxk

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

Page 3

http://www.youtube.com/watch?v=GKi8pna53hg

http://www.youtube.com/watch?v=AP3Yg5vJNK0

http://www.youtube.com/watch?v=obe0PmyW6Ek

http://www.youtube.com/watch?v=1KMsSiBdplQ

http://www.youtube.com/watch?v=vP2soXU7quM

http://www.youtube.com/watch?v=dXEM4EmB2sM

http://www.youtube.com/watch?v=1ryHcwXjjb0

http://www.youtube.com/watch?v=G3g_R-RovR8

http://www.youtube.com/watch?v=Yyk9ghudS5w

http://www.youtube.com/watch?v=w9zatob4YxY

http://www.youtube.com/watch?v=s_AOeKOGql0

http://www.youtube.com/watch?v=yW-fXw1EKXc

http://www.youtube.com/watch?v=UEZhWm2oK9k

http://www.youtube.com/watch?v=hftuDpFP4Wl

http://www.youtube.com/watch?v=4midXCjFO-Q

| | |
|---|---|
| Copyright Owner's Name: | Cindy Lee Garcia |
| Authorized Agent: | DMCA Solutions, LLC<br>31 Hastings Street<br>Mendon, MA  01756<br>USA<br>(202) 350-0200<br>David.Hardy@DMCASolutions.com |

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

Page 4


DMCA Solutions, LLC, has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, DMCA Solutions, LLC, is authorized to act on behalf of Cindy Lee Garcia, the owner of an exclusive right that is infringed.

DMCA Solutions, LLC

By:

David Hardy, President

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>CINDY LEE GARCIA | **DEFENDANTS**<br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>M. CRIS ARMENTA, THE ARMENTA LAW FIRM, APC<br>11900 OLYMPIC BOULEVARD, SUITE 730, LOS ANGELES, CA 90064<br>(310) 826-2826, (310) 826-5456 FAX | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No      ☑ MONEY DEMANDED IN COMPLAINT: $ actual or/and statutory damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 101 - Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | ☐ 190 Other Contract | | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**  Case Number: **CV12-8315**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Kern | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, Santa Clara | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   9/26/12

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969.  (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

Name & Address:
M. Cris Armenta, SBN#177403
The Armenta Law Firm, APC
11900 Olympic Blvd, Suite 730
Los Angeles, CA 90064

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CINDY LEE GARCIA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV12-8315**-MWF(VBK) |
| v. | |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE; GOOGLE, INC., a Delaware Corporation; et al. (See Attachment A) | **SUMMONS** |
| DEFENDANT(S). | |

TO:    DEFENDANT(S): See Attachment A

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  M. Cris Armenta , whose address is 11900 Olympic Blvd, Suite 730, Los Angeles, CA 90064 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP 2 6 2012

By: MARILYN DAVIS

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    SUMMONS

Cindy Lee Garcia
VS.
Nakoula Basseley Nakoula, et al

## **ATTACHMENT A PLAINTIFFS**

CINDY LEE GARCIA, an individual,

Plaintiffs,

## **DEFENDANTS**

NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE;
GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited
liability company, and DOES 1 through 200, inclusive.

Defendants.