| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | FILED |
|---|---|
| M. Cris Armenta, SBN #177403<br>The Armenta Law Firm, APC<br>11900 Olympic Blvd, Suite 730<br>Los Angeles, CA 90064<br>Credence E. Sol SBN#219784<br>La Gareene<br>86300 Chauvigny<br>France, credence.sol@sol-law.com | 2012 SEP 26 PM 4:00<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |
| ATTORNEYS FOR: CINDY LEE GARCIA, Plaintiff | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| CINDY LEE GARCIA<br><br>Plaintiff(s),<br>v.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE; GOOGLE, INC., a Delaware Corporation; et al (see Attachment A)<br>Defendant(s) | CASE NUMBER:<br><br>CV12-8315-MWF(VBKx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Cindy Lee Garcia
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Nakoula Basseley Nakoula aka Sam Bacile
Google, Inc. a Delaware Coporation                    Defendants
YouTube, Inc. a California limited liability company
DOES 1-200

9/26/2012                                           Sign _M. Cris Armenta_
Date

M. Cris Armenta
Attorney of record for or party appearing in pro per

CV-30 (04/10)                           NOTICE OF INTERESTED PARTIES

Cindy Lee Garcia
VS.
Nakoula Basseley Nakoula, et al

## ATTACHMENT A PLAINTIFFS

CINDY LEE GARCIA, an individual,

Plaintiffs,

## DEFENDANTS

NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 200, inclusive.

Defendants.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On September 27, 2012 I served the following document(s) described as:

SUMMONS

COMPLAINT

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

NOTICE OF CASE ASSIGNMENT

CIVIL CASE COVER SHEET

CERTIFICATION AND NOTICE OF INTERESTED PARTIES

on the interested parties in this action by placing true copies thereof addressed as follows:

Timothy L. Alger
Perkins Coie LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
TAlger@perkinscoie.com

☑  BY ELECTRONIC MAIL, pursuant to the consent of the above counsel

I declare under penalty of perjury under the law of the State of California that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 27, 2012 in Los Angeles, California.

Heather Rowland

1