Name & Address:
M. Cris Armenta, SBN#177403
The Armenta Law Firm, APC
11900 Olympic Blvd, Suite 730
Los Angeles, CA 90064

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CINDY LEE GARCIA | CASE NUMBER |
|---|---|
|  | CV12-8315-MWF(VBKx) |
| PLAINTIFF(S) v. |  |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE; et al (See Attachment A) | Amended SUMMONS |
| DEFENDANT(S). |  |

TO: DEFENDANT(S): See Attachment A

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ ____First____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __M. Cris Armenta__, whose address is __11900 Olympic Blvd, Suite 730, Los Angeles, CA 90064__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __10/4/2012__    By: _____
Deputy Clerk
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)    Amended SUMMONS

Cindy Lee Garcia
VS.
Nakoula Basseley Nakoula, et al

## ATTACHMENT A PLAINTIFFS

CINDY LEE GARCIA, an individual,

Plaintiffs,

## DEFENDANTS

NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive.

Defendants.