1  M. Cris Armenta (SBN 177403)
   THE ARMENTA LAW FIRM APC
2  11900 W. Olympic Boulevard, Suite 730
   Los Angeles, CA 90064
3  Tel: (310) 826-2826 x 108
   Facsimile: (310) 826-5456
4  Email: cris@crisarmenta.com

5  Credence E. Sol (SBN 219784)
   La Garenne
6  86300 Chauvigny
   France
7  Telephone: 06 74 90 22 08
   Email: credence.sol@sol-law.com
8
   Attorneys for Plaintiff
9  Cindy Lee Garcia

10                UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | CINDY LEE GARCIA, an                | Case No. CV12-8315 MWF (VBKx)
   | individual,                         |
13 |                                     | **NOTICE OF FILING OF FORM
   |              Plaintiff,              | AO 121 REGARDING A
14 |                                     | COPYRIGHT**
   | vs.                                 |
15 |                                     |
   | NAKOULA BASSELEY
16 | NAKOULA, an individual also
   | known as SAM BACILE, MARK
17 | BASSELEY YOUSSEF,
   | ABANOB BASSELEY
18 | NAKOULA, MATTHEW
   | NEKOLA, AHMED HAMDY,
19 | AMAL NADA, DANIEL K.
   | CARESMAN, KRITBAG
20 | DIFRAT, SOBHI BUSHRA,
   | ROBERT BACILY, NICOLA
21 | BACILY, THOMAS J. TANAS,
   | ERWIN SALAMEH, YOUSSEFF
22 | M. BASSELEY, and/or MALID
   | AHLAWI; GOOGLE, INC., a
23 | Delaware Corporation;
   | YOUTUBE, LLC, a California
24 | limited liability company, and
   | DOES 1 through 10, inclusive.
25
   |              Defendants.
26
27
28

1     PLEASE TAKE NOTICE of the attached form "AO 121" attached hereto as
2 Exhibit A has been filed and a copy has been sent to the Register of Copyrights.

3

4 Dated: October 5, 2012         THE ARMENTA LAW FIRM, A.P.C.

5

6                               By: _____
                                     M. Cris Armenta
7                                   Attorneys for Plaintiff
8                                    Cindy Lee Garcia

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court/Central California<br>312 North Spring Street, LA, CA 90012 |
|---|---|---|
| DOCKET NO.<br>2:12-CV-8315-MWF | DATE FILED<br>9/27/2012 | |
| PLAINTIFF<br>Cindy Lee Garcia | | DEFENDANT<br>Nakoula et al, (See Attachment A) |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  1-828151641 | Desert Warrior | Cindy Lee Garcia |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Cindy Lee Garcia
VS.
Nakoula Basseley Nakoula, et al

## ATTACHMENT A PLAINTIFFS

CINDY LEE GARCIA, an individual,

Plaintiffs,

## DEFENDANTS

NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive.

Defendants.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On October 5, 2012 I served the following document(s) described as:

**NOTICE OF FILING OF FORM AO 121 REGARDING A COPYRIGHT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Timothy L. Alger**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**

**Rigister of Copyrights**
**Copyright Office**
**Library of Congress**
**Washington, D.C. 20559**

☑ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

Executed on October 5, 2012 in Los Angeles, California.

*Heather Rowland*

1
PROOF OF SERVICE