M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
La Garenne
86300 Chauvigny
France
Telephone: 06 74 90 22 08
credence.sol@sol-law.com

Attorneys for Plaintiff
Cindy Lee Garcia

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No. CV12-8315-MWF(VBKx)<br><br>(1) PLAINTIFF'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMITS SET FORTH IN LOCAL RULE 11-6;<br><br>(2) DECLARATION OF M. CRIS ARMENTA IN SUPPORT THEREOF;<br><br>(3) [PROPOSED] ORDER, LODGED SEPARATELY |

Plaintiff Cindy Lee Garcia respectfully requests that this Court extend the page limitations set forth in Local Civil Rule 11-6 for the briefing on Plaintiff's Ex Parte Application for a Temporary Restraining Order, Order to Show Cause Re Issuance of a Preliminary Injunction and an Order of Impoundment ("Application"). In support of this request, Plaintiff states that she has been unable to comply with the page limitations. Plaintiff respectfully requests ten (10) additional pages to adequately present the facts and complex legal issues necessary to consider Plaintiff's Application.

Wherefore, Plaintiff respectfully requests that:

1) Plaintiff be allowed up to thirty-five (35) pages for her Application;

2) That any briefs submitted in connection with this Application be permitted to be up to thirty (35) pages.[1]

Dated: October 11, 2012

THE ARMENTA LAW FIRM, A.P.C.

By: _____
M. Cris Armenta
Attorneys for Plaintiff
Cindy Lee Garcia

---

[1] Although counsel for Defendants YouTube and Google stated that he has no position on the issue of page limits, out of fairness and to avoid multiple requests on the same issue, Plaintiff hereby requests the same order on behalf of the defendants as well. (See Declaration of M. Cris Armenta, attached hereto.)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On October 11, 2012 I served the following document(s) described as:

**(1) PLAINTIFF'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMITS SET FORTH IN LOCAL RULE 11-6;**

**DECLARATION OF M. CRIS ARMENTA IN SUPPORT THEREOF;**

**[PROPOSED] ORDER, LODGED SEPARATELY**

**(2) [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXCEED PAGE LIMIT UNDER LOCAL RULE 11-6**

**(3) DECLARATION OF M. CRIS ARMENTA IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXCEED PAGE LIMIT UNDER LOCAL RULE 11-6**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Timothy L. Alger**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**

☑ ***BY MAIL:*** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

Executed on October 11, 2012 in Los Angeles, California.

*Heather Rowland*

1
PROOF OF SERVICE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On October 11, 2012 I served the following document(s) described as:

(1) PLAINTIFF'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMITS SET FORTH IN LOCAL RULE 11-6;

DECLARATION OF M. CRIS ARMENTA IN SUPPORT THEREOF;

[PROPOSED] ORDER, LODGED SEPARATELY

(2) [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXCEED PAGE LIMIT UNDER LOCAL RULE 11-6

(3) DECLARATION OF M. CRIS ARMENTA IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO EXCEED PAGE LIMIT UNDER LOCAL RULE 11-6

on the interested parties in this action by placing true copies thereof addressed as follows:

**Timothy L. Alger**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**
**TAlger@perkinscoie.com**

✓   BY ELECTRONIC MAIL, pursuant to the consent of the above counsel

I declare under penalty of perjury under the law of the State of California that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 11, 2012 in Los Angeles, California.

*[signature]*

Heather Rowland

1