M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
La Garenne
86300 Chauvigny
France
Telephone: 06 74 90 22 08
credence.sol@sol-law.com

Attorneys for Plaintiff
Cindy Lee Garcia

**DENIED**

BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive.<br><br>                    Defendants. | Case No. CV12-8315-MWF(VBKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXCEED PAGE LIMIT UNDER LOCAL RULE 11-6** |

1

1    Having considered Plaintiff's *Ex Parte* Motion to Extend Page Limits for her

2  Ex Parte Application for a Temporary Restraining Order, Issuance of an Order to

3  Show Cause Re Preliminary Injunction, and Order of Impoundment ("Application"),

4  the Court being duly advised, and good cause shown:

5    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Page Limits is

6  **GRANTED.**

7    **IT IS ORDERED** that Plaintiff has thirty-five (35) pages for the Application

8  and that all briefs in connection with that Application may be up to 35 pages in

9  length.

10    **IT IS SO ORDERED.**

11  Dated: October 12, 2012

12                          DENIED

13                          BY ORDER OF THE COURT

14  _____
                          United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S
*EX PARTE* MOTION TO EXCEED PAGE LIMIT
CV 12 8315 (VBKx)