1   M. Cris Armenta (SBN 177403)
    THE ARMENTA LAW FIRM APC
2   11900 W. Olympic Boulevard, Suite 730
    Los Angeles, CA 90064
3   Tel: (310) 826-2826 x 108
    Facsimile: (310) 826-5456
4   Email: cris@crisarmenta.com

5   Credence E. Sol (SBN 219784)
    La Garenne
6   86300 Chauvigny
    France
7   Telephone: 06 74 90 22 08
    credence.sol@sol-law.com
8
    Attorneys for Plaintiff
9   Cindy Lee Garcia

10              **UNITED STATES DISTRICT COURT**

11          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12  CINDY LEE GARCIA, an individual,        Case No. CV12-8315-MWF-(VBKx)

13              Plaintiff,                  **DECLARATIONS OF CINDY
                                            LEE GARCIA, DAN SUTTER,**
14  vs.                                     **GAYLORD FLYNN, DR.
                                            KHALED ABOU EL FADL,**
15  NAKOULA BASSELEY                        **ALL IN SUPPORT OF EX
    NAKOULA, an individual also             PARTE APPLICATION**
16  known as SAM BACILE, MARK
    BASSELEY YOUSSEF,
17  ABANOB BASSELEY
    NAKOULA, MATTHEW
18  NEKOLA, AHMED HAMDY,
    AMAL NADA, DANIEL K.
19  CARESMAN, KRITBAG
    DIFRAT, SOBHI BUSHRA,
20  ROBERT BACILY, NICOLA
    BACILY, THOMAS J. TANAS,
21  ERWIN SALAMEH, YOUSSEFF
    M. BASSELEY, and/or MALID
22  AHLAWI; GOOGLE, INC., a
    Delaware Corporation;
23  YOUTUBE, LLC, a California
    limited liability company, and
24  DOES 1 through 10, inclusive.

25              Defendants.

26

27

28

                                        1       DECLARATIONS IN SUPPORT OF EX PARTE APPLICATION
                                                                        CV 12 8315 (VBKx)

## DECLARATION OF CINDY LEE GARCIA

I, Cindy Lee Garcia, declare:

1.      I am over eighteen years of age and the Plaintiff in this action.  I make this declaration based on my own personal knowledge, and if called as a witness, would testify competently as follows:

2.      I am an actor who appeared in the film originally titled *Desert Warrior* and posted to YouTube with under title *Innocence of Muslims*.  I am the Plaintiff in this action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

3.      I am an ordained Christian minister.  After my husband suffered a debilitating head injury approximately 3.5 years ago, I began to look for work as an actress.  I have appeared in three films, including the film that is the subject of this lawsuit.

4.      Because of my life path and work as an ordained Christian minister, I have been extremely careful and cautious in selecting the types of movies in which I will act.  I preach tolerance of all religions and respect for each other's faith.  The depiction of me as a person who would participate in a hateful production that blasphemes any god or religion is profoundly devastating to me.

5.      In July of 2011, I responded to a casting notice for a film with a working title of *Desert Warrior*.  I auditioned for and was cast in a supporting role in *Desert Warrior*.  I met a man who told me his name was Sam Bacile.  A true and correct photograph of the man who told me his name was Sam Bacile is attached hereto as Exhibit A.  According to "Sam," I was to play the mother of a young woman who had been promised in marriage to the movie's protagonist, "Master George."

6.      After I was cast, "Sam" provided me with "call sheets" that indicated the days I was to be on set to render my performance, and also outlined the scenes

that would be filmed each day.  Additionally, "Sam" provided me with "script sheets" for those scenes in which my character was to appear.  None of those script sheets contained any sexual content or language that I perceived to be offensive to any religion.  More specifically, none of the script sheets referred to a character named "Mohammed."  I worked for approximately 3 and one-half days on the set of *Desert Warrior*.  I interacted regularly with "Sam Bacile".  I was paid approximately $500 for my work as an actress.  I acted and my performance was recorded on film.

7.     I was not an employee of "Sam Bacile."  I was not an employee of the production company nor was I an agent for "Sam Bacile," or anyone else associated with *Desert Warrior*,

8.     I never signed a release of any kind of my rights to my dramatic performance in the film, nor did I sign a work-for-hire agreement.  I am unaware of any other actors in the film having signed any kind of a release or work-for-hire agreement either.

9.     I did sign a document that related to my receipt of acting credit for the International Movie Database ("IMDB").  This was the only document that I signed in connection with *Desert Warrior* and it did not include any language pertaining to me releasing any rights to my performance to anyone.

10.     Both prior to accepting the role and while I was on set, I specifically asked "Same Bacile" about the content of the film, because I never received nor saw the script as a whole.  I was only given sheets for the particular portions in which I was to appear.  "Sam Bacile" told me that the film was titled *Desert Warriors*, and that it was an "adventure" story set in the Arabian desert of 2,000 years ago.  I believed him, because even though the production clearly was low-budget, "Sam Bacile's statements to me were consistent with my on-set observations of period costumes, sword fighting, and the general appearance that the film was set in ancient

2

times. *At no time during my presence on-set did I hear any mention of the Muslim faith nor any mention of Islam.* There was nothing in the call sheets nor in the few script pages that I was given that I perceived to be religiously offensive. Had I observed any denigration of the Muslim faith on-set, or witnessed any sexual content, I would not have appeared in the film: because of my strong faith and my own moral beliefs, I would never, and in fact, did not, agree to be in a film that had sexual content or blasphemed any god or religion.

11.     After filming of *Desert Warrior* was complete in July of 2011, "Sam Bacile" contacted me in March of 2012, when he requested that I participate in a post-production session where I spoke the same lines as I had on the set.

12.     The next time I spoke with "Sam Bacile" was sometime after July 2, 2012, when I telephoned him to ask whether *Desert Warrior* had been completed and was ready to be screened. It was only then that "Same Bacile" told me to search YouTube, under his name to locate the movie. When I accessed the trailer on YouTube, I discovered that my performing was dubbed over with racist and bigoted dialogue. To me, the video trailer was confusing because it did not appear to accurately depict the film that I believed I had performed. "Sam Bacile" literally turned me into a walking, talking "puppet" for his opinion that the Islamic religious figure Mohammed was a "child molester." That was also the point at which I learned that the film had been retitled, from *Desert Warrior* to *The Innocence of Muslims*. The words that I delivered on screen for *Desert Warrior*, in the scene in which my performance appears in *Innocence of Muslims*, were "Is George crazy? Our daughter is but a child?" Our "daughter" was named Hilary in *Desert Warrior*, and she is an adult actress over the age of eighteen. When I viewed *Innocence of Muslims*, my words were clearly dubbed over to look as if I actually said "Is your Mohammed a child molester?" I never uttered these words, let alone on the set of *Desert Warrior.*

3

13.     Immediately after seeing the news about the attacks in Libya and realizing that my dramatic performance in *Desert Warriors/The Innocence of Muslims* and the manner in which it was grotesquely manipulated was related to the violence erupting around the world, I telephoned "Sam Bacile" on his cellular telephone. I spoke to him directly. I asked him why he "did this?" He replied, "You are not responsible. Tell the world that you are innocent. I did this… I did it because I am tired of the radical Muslims killing innocent people." I never harbored any intent, jointly with "Sam Bacile" or with anyone else, who I understand is actually named Nakoula Basseley Nakoula or Mark Basseley Youseff, to commit my performance to *Innocence of Muslims*. In fact, had I known of Nakoula's intent, motive or plan, I would absolutely not have participated in any way in the film.

14.     Immediately after the film trailer "went viral" on YouTube, I began to receive calls from the media, all of whom were apparently already somehow aware that I had appeared in *The Innocence of Muslims*. Media camped outside my personal residence and sought interviews. I also learned that I had a *fatwa* on my head: that an Egyptian cleric had asked Muslims worldwide, and American youth in particular, to kill me. I began to receive numerous written death threats. In order to clear my name, ensure that the world was aware that I was, in fact, duped into performing, and that I never uttered the words attributed to me, I went public and advised the world through the media that I do not condone the film and that my dramatic performance was grotesquely mutilated when it was inserted into the video *The Innocence of Muslims*. I then took legal action to attempt to have the video removed from YouTube.

15.     While in Los Angeles Superior Court on September 20, 2012, for a hearing on my state court lawsuit (which has since been dismissed), I was directed to park in a secure location underground and was accompanied to the public hearing

4

1   by seven armed Los Angeles County Deputy Sheriffs.  My attorney was approached

2   by the head of security for the Los Angeles Superior Court and warned that we were

3   both in danger.  He expressed concern for me, for my lawyer and for both of our

4   families, advising that the people who were after me "are very patient." Both of us

5   were advised to take serious security measures entering and exiting the Los Angeles

6   Superior Court at any time in the future.

7         16.    While in New York during the last week of September, my attorney

8   and I were accompanied by retired New York City police officers and hotel security

9   personnel.  When we departed New York, the Port Authority Police (the law

10   enforcement agency for New York's airports) would not permit me to enter the La

11   Guardia International Airport Terminal.  Instead, I spent several hours at the airport

12   police station, and then officers took me directly to my airplane on the tarmac in a

13   squad car.  The precautions were taken because, as the officers explained to me, I

14   would become an "instant target" if permitted to be in the public areas of the airport

15   terminal.

16         17.    I have been advised by security personnel and law enforcement to

17   move my personal residence, which I have done.  I also moved my church's location

18   where I preach as a Christian ordained minister.  I have received numerous death

19   threats, all of which have been reported to the appropriate authorities.  Because of

20   security concerns, the authorities advised me not to release the details of which law

21   enforcement agencies have received those reports.  The death threats include, but

22   certainly are not limited to, the following:

23         "I am ready to die for MUHAMMAD (PBUH) and I would Like to
            Kill all Those Who contributed in the Shape of Acting or Financially
24         or any other Kind of Support in Shameless Movie."

25         "And If You Wanna to save your life and we consider your innocent
            then Just Kill Sam and Terry Jones."
26
27         "Dear the end is near."

28

1     "It's all a big joke.  She will be Killed by some one who loves and cares our Prophet Muhammad peace be upon him"

2     "She will know what she did now she is saying sorry about that"

3 Copies of these threats are attached hereto as Exhibit B.

4     18.    I have filed an application to register my acting performance in *Desert Warrior* work with the United States Copyright Office.  Attached as Exhibit C is a true and correct copy of my copyright application.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 12th day of October, 2012, at Bakersfield, California.

*See attached faxed signature*

_____
Cindy Lee Garcia

6

DECLARATION OF CINDY LEE GARCIA
CV 12 8315 (VBKx)

Christian ordained minister, I have received numerous death threats, all of which have been reported to the appropriate authorities. Because of security concerns, the authorities advised me not to release the details of which law enforcement agencies have received those reports. The death threats include, but certainly are not limited to, the following:

"I am ready to die for MUHAMMAD (PBUH) and I would Like to Kill all Those Who contributed in the Shape of Acting or Financially or any other Kind of Support in Shameless Movie."

"And If You Wanna to save your life and we consider your innocent then Just Kill Sam and Terry Jones."

"Dear the end is near."

"It's all a big joke. She will be Killed by some one who loves and cares our Prophet Muhammad peace be upon him"

"She will know what she did now she is saying sorry about that"

Copies of these threats are attached hereto as Exhibit B.

18. I have filed an application to register my acting performance in *Desert Warrior* work with the United States Copyright Office. Attached as Exhibit C is a true and correct copy of my copyright application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of October, 2012, at Bakersfield, California.

_Cindy Lee Garcia_    10-14-72

Cindy Lee Garcia

DECLARATION OF CINDY LEE GARIA
CV 12 8315 (VBKx)

EXHIBIT A



EXHIBIT B

'25'   Search for people, places and things

**Wikipedia**
On this day In 1859,
American abolitionist John
Brown led a raid on the
Harpers ...

John Brown's raid on Harp...

Cindy Lee Garcia

## Sami Ullhaq

**Sami Ullhaq**
cindy lee i want to kill you... why you make
the Muslims...if i reached to you than i finis
you to kill uuuuuu...........................

**Sami Ullhaq**
if i find u any where i will fuck u deep bitch

**Sami Ullhaq**
if i find u any where i will fuck u deep bitch

FAVORITES
News Feed
**Messages**
Other
🔟 Events                    10

ADS
Ads Manager

PAGES
Cindy Lee Garcia            14
Sugar & Spice & Company
Flame Of Fire Outreach
Like Pages

APPS
App Center                  10
TopFace                     20+
Slotomania                   4
Truth Game
Are You Interested?         11
Status Shuffle
Photo Contest                1
21 questions                 6
Zoosk                        6
Truths About You             2
Photos
My Friend Secrets            5
Games Feed                  20+

GROUPS
KERN COUNTY YA...           20+
Body Of Christ              20+
Create Group...

MORE

Write a reply...

Facebook © 2012 - English (US)

**Eric Reed** and Kraze Rock
are now friends.

**Dan Marquardt** earned
Medium Key Stone
Reward on Bejeweled
Blitz.

**Greg Mitchell** commented
on Dave Flood's photo: "Ya
Buddy!"

**Vinny's Bar** and Jimmy Clip
are now friends.

**Michael Lewis** and Martika
Halcomb are now friends.

**Robert Miller** likes Jonny
William Campbell's status.

**Brenda Winans**
SHORT SALES – Time is
ticking with the two laws in
place through the end of
2012...

**Glenn Beck** added a new

Aimee Lee Diosi

BJ Fuller

Clay Beaudette

Don Martin

Donna Perez

Justin Dane Chambers

Keasha Willingham–Bric...

Kristy Marie Rodriguez

Madeleine Shepherd Ma...

Mahmoud Ahmed Emara

Mary Miller

McNally's Fairview Lodge

Neil Agness

Nikki Kor

Nina Shaki Gomez

(1) Messages

Page 1 of 1







(3) Messages



Flame Of Fire Outreach

Search for people, places and things

Flame Of Fire Outreach    Messages

Flame Of Fire Outreach    Home

Create Page

**LionZaid Hamid**

Messages    Actions    Search This Conversation

See Your Ad Here

**Flame Of Fire Outreach**

**LionZaid Hamid**

it is my obligation that i tell you about the true way...now your wish...search on true way..death is near to you

September 17

We are all about reaching the lost 4 Jesus & doing the work of the Lord

Like · Flame Of Fire Outreach likes this

Reply

**Advertise Your Page**

About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help

LionZaid Hamid - Messages

Page 1 of 1

Search for people, places and things

Flame Of Fire Outreach   Home

Flame Of Fire Outreach   Messages

Create Page

See Your Ad Here

**LionZaid Hamid**

Messages    Actions    Search This Conversation

**LionZaid Hamid**
it is my obligation that i tell you about the true way...now your wish..search on true way..death is near to you

September 17

Reply

God has been good to me Oh God has been good to me !!
Watch out my Christian brothers and sisters and see how good he is....

Like This Page

Promote Your Page

Facebook © 2012 · English (US)

About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help

(13) Ahmad Masanawa - Messages

facebook

**Cindy Lee Garcia**

FAVORITES
- News Feed
- Messages    99+
- Other    0
- Events    10

ADS
- Ads Manager    0

PAGES
- Cindy Lee Garcia    17
- Sugar & Spice & Company    0
- Flame Of Fire Outreach    0
- Like Pages    0

APPS
- App Center    7
- TopFace    20+
- Slotomania    4
- Are You Interested?    11
- Photo Contest    1
- Truth Game    0
- 21 questions    6
- Zoosk    6
- Truths About You    2
- Games Feed    20+
- SlotSpot Casino    0

GROUPS
- KERN COUNTY YAR...    20+
- Body Of Christ    20+
- Create Group...    0

MORE ▾

Events
Create · See All

**Cindy Lee Garcia**    Home ▾

🔍 **Ahmad Masanawa**     ◀ Messages · ⚙ Actions ▾ · Search This Conversation

**Ahmad Masanawa**   October 10

for u have really insult our religion....why?i guess the answer is u didn`t respect our faith and tryin to make others do....But Remembr Islam is the only non-cristian faith that believe in jesus and is part ov ur faith 2 do so!!! so far we r tryin 2 live peacefully wf other faith but u have really offended islam and INSHA ALLAHU GOD WILL DO SOMETHING ABOUT IT /...JUST WAIT AND SEE!!!!!!!!!!!BISSALAM LAAA ILAH HA ILLALLAHU MUHAMMADAR RASSULULLAH

**Cindy Lee Garcia**   October 10

Dear Ahmad, I did not disrespect your prophet, the man who filmed the mo [Take a picture or video] with other words. I believe in God and love.........................would not disrespect you or your faith. All that has happened I have been trying so hard to clear up. That is why I came forward when everyone else hides. Never once was mentioned Mohammad or Muslims while we were filming on set while I was there. Nor was there any sexual content filmed while I was on set. I would not do that ever. I do love Jesus and I thank you for respect for Him. I know you do not know me as a person but I am telling you the truth, Cindy

**Ahmad Masanawa**   October 12

any way...d truth shall prove itself I day....Thanks and bye

**Cindy Lee Garcia**   October 12

yes it shall we have that assurance from God

📎 Link    Link

Facebook © 2012 · English (US)

Sponsored   Create an Ad

SinBiz Merchant Services
unitedpaymentservices.com
Lifetime Lowest Cost Guaranteed! Free to get started! Voted Best Processor 2008-2012!

Lose 7lbs / week
Cut down 7 lbs / week by following this surprising diet tip.
👍 Like · 16,258 people like this.

Verizon Wireless
Get the new Samsung Galaxy S III on America's Largest 4G LTE Network.

SEIU California
YES 80
Stand with Govenor Brown and say Yes to Prop 30 - help fix our budget mess. Like today.
👍 Like · 7,527 people like this.

🔴 ▮ 1● Chat (13)

Ahmed Batni - Messages





Hany Reda - Messages



facebook

Cindy Lee Garcia    Messages ▾    ▾    Highlights ▾

**Hany Reda**    ◀ Messages    ⚙ Actions ▾

**Hany Reda**                                    September 13
Get a real job and stop insulting other religions. Bitch

**Cindy Lee Garcia**                              October 8
I did not insult any religion, that man dubbed over my words. Watch
the news. Thank you

Hany is typing ...

Link                                             Link

+ Create Page

**See Your Ad Here**

The Innocence of Cindy Garcia

👍 Like This Page

Advertise Your Page

Flame Of Fire Outreach



**LionZaid Hamid**

it is my obligation that i tell you about the true way...now your wish..search on true way..death is near to you

September 17

LionZaid is typing ...

**Link**                                                     **Link**

Facebook © 2012 · English (US)      About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help



Mohammed El Berkenii - Messages



Muhamad Holil - Messages



facebook

Search for people, places and things

Cindy Lee Garcia    Home

Cindy Lee Garcia    Messages ▾    ▾    Highlights ▾

**Muhamad Holil**    ‹ Messages    ⚙ Actions ▾    Search This Conversation

+ Create Page

See Your Ad Here

The Innocence of Cindy Garcia

**Muhamad Holil**                                              September 22
O enemy of Allah if you are insulting Mohammed prophets life will
suffer forever never let you live it freely, sore and painful wait for reply

**Cindy Lee Garcia**                                          October 8
sir i did not insult the Prophet, I was in a movie called Dessert Warrior,
The MAN Sam Bassil dubbed over my lines and other actors, He also
added scenes into the film when I was not on set, I would never be
involved in a film like that.

**Muhamad Holil**                                             October 11
I apologize if the wrong people, because we Muslims are very angry
with the movie insults our prophet

i'm sorry

**Cindy Lee Garcia**                                          October 11
I know you are angry and so am I . This man made me look very bad,
and I am not that kind of woman

**Muhamad Holil**                                             12 hours ago
where are you came frome,can we friend to understand our religion

💬 Muhamad is typing ...

👍 Like This Page

Promote Your Page

Facebook © 2012 · English (US)

About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help

Link                                              Link
                                                    ×

(1) Cindy Lee Garcia



(1) Mukhtar Ahmad - Messages



(13) Nuraddeen Dauda Kurfi - Messages





محمد صلاح ابناعلآ - Messages

I have been hurt over all this and lied about

Can I ask you a favor

September 20

**Cindy Lee Garcia**
yes

September 20

Do me be your friend more serious friendship

September 21

Hello

September 24

**Cindy Lee Garcia**
i am married

September 24

In order to know what the problem

September 24

**Cindy Lee Garcia**
we r taking it off theYou Tube working very hard to do that

September 24

I can be a loyal friend to you what your opinion
Do you accept my friend I want a response

September 24

Welcome my friend

September 27

**Cindy Lee Garcia**
WHAT WAS THE FAVOR U WANTED

September 27

Nothing just friendship

September 27

**Cindy Lee Garcia**
FRIENDSHIP IS GOOD

September 27

Do you consider this acceptance

September 27

**Cindy Lee Garcia**
yes

September 27

I am very happy with this friendship

September 27

Good evening

September 28

hi

October 8

**Cindy Lee Garcia**
hello

October 8



**Cindy Lee Garcia**                                    October 8
how r u today

                                                       October 8
I'm good

                                                       October 8
What's new in your case

**Cindy Lee Garcia**                                    October 8
we are working so hard
Sam is in Jail
we are trying to get this clip of the internet
I am going to write a book I am working on it right now
I am suing google and you tube what they did all of them was wrong
I believe in freedom of speech, but not to hurt others
I pray all the time for the Lord to help me do the right thing
we do have a good plan in this, i believe it will work
but we must all work together
do yu have any power with the people where you are from

                                                       October 8
Can I help you with anything

**Cindy Lee Garcia**                                    October 8
I need to talk to people that are very well versed in the Koran both i
guess you would say radical and nor radical but still very committed to
their belief, so important to a book that I am in the middel of writing,
everyones voice needs to be heard
I am a Christian I love God, I would never hurt anyone like that, nor
would I be in a film where there was sexual content
The book I am writing I want everyone side to come out
I have some Muslim friends, they talk to me, they are wonderful
people
dedicated and committed and kind

                                                       October 8
I want to go to prayer and I'll be back after five minutes

**Cindy Lee Garcia**                                    October 8
I would like to talk also to some one who is radical so I can feel all that
is in there heart and why they go to such extreme, I would not judge
them, but my heart breaks for the hurt and anger they feel
I do not agree with violence, God has changed my heart in so many
ways since I put my faith in Hi, I want to bring understanding and
peace, so in the book I write I would not change a word. I would just
put everyones heart and views including my own
Let me know if you can help. Also I have to come up with money to
keep fighting in court, I am not wealthy, but I am doing the best I can,
my lawyer is helping me

                                                       October 8
I will collect money for the cause
There is no problem in terms of money

**Cindy Lee Garcia**                                    October 8
Oh dear Lord thank you
is there some one who can please talk to me about the Koran from
there heart

https://www.facebook.com/messages/?action=read&tid=id.435135099855022[10/16/2012 7:58:53 AM]

محرم صلاح الواع - Messages

October 8

What is your bank account number

**Cindy Lee Garcia**                                                    October 8

Both a radical Muslim and a Muslim who is very well versed and does
not believe in violence. It is so imprtant to me writing this book, I have
prayed. I believe it is Gods will, we all need understanding. Also we go
back to court soon, and I am trying to get this film out of his hands so
he can no longer hurt people

**Cindy Lee Garcia**                                                    October 8

I am wanting to go into the jail and meet him face to face, I have a
leagal law suit against him

but it is because i want this clip off the internet

October 8

I want to show you the Quranic verse indicates that you are innocent

After tomorrow I get section and I will send you

**Cindy Lee Garcia**                                                    October 8

ok, that will be good, I know you do not have a photo of yourself
posted may I have a photo of you so I can know who I am talking too.
Sincerely Cindy

October 8

I have a picture in my personal Wear orange shirt

You put a photograph me

**Cindy Lee Garcia**                                                    October 8

thank you

i posted on ur page

October 8

I contacted my friend and asked for a copy of the film and said I would
try to get them through hacking

**Cindy Lee Garcia**                                                    October 8

please do not post it anywhere, we want it taken down, but you can
see where they put words over my words, there is one small part of me
in the film

October 8

Yes, he says you must select the section that you wanted

My friend say you is sexy clip you want

**Cindy Lee Garcia**                                                    October 8

i was not in any sexual content at all. I just had a speaking part to the
man who played my husband

i have to take my boy to school b back

October 8

Good will work within a quarter of an hour

**Cindy Lee Garcia**                                                    October 8

ok, but do not post anything on the internet, we have to get this off
here

October 9

My dear friend every day increases my admiration for your

I love all the people fighting for principles

**Cindy Lee Garcia**                                                    October 9

be with you shortly

October 10

Welcome my dearest friends

Are you busy

https://www.facebook.com/messages/?action=read&tid=id.435135099855022[10/16/2012 7:58:53 AM]

محمد صلاح الاعلان - Messages



**Cindy Lee Garcia**                                            October 10

yes my friend

_____

                                                                15 hours ago

Good morning

I want you to answer explicit

Farewell with your friendship I want to admit that you that you have
caused grievous hurt to a Muslim family

_____

**Cindy Lee Garcia**                                            10 hours ago

I am so sorry for the hurt, that was never my intention, i thought you
realized that the man who made the movie dubbed over our voices put
words in our mouth that we did not say. All the sexual content in the
film was not filmed while I was on the set. It has been proven here in
the USA, I am so sorry for your pain. I would never try to hurt anyone
like that.
I pray for peace for all Cindy

_____

    is typing ...

_____

          You can no longer message . Learn more.

_____

Facebook © 2012 · English (US)                    About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help

Close popup and return
>

Shehrazade Shah - Messages



**Shehrazade Shah**    September...

thank you for your efforts at having the film removed. I doubt that you will be successful, unless you get some powerful force behind you... it is your effort, your courage that is so admirable... although the reasons to you are personal, I just wanted you to know, that our prayers are with you...

What I fear most for you, is not the repercussions by some fanatic Muslims... they haven't even thought about the actors.... yet... but the people whose noses you will put out of joint by raising the legal aspect of the violation.... you should have success, for it is quite clear cut...

i'm sure that your lawyer knows best... wishing you safety and happiness.. hope it doesn't affect your future career in any way!

best regards!

**Cindy Lee Garcia**    October 8

Thank you for getting back to me, I believe we will take this off the internet, I want to bring peace not just for me but for everyone who this film hurt. I am so sorry to all this film hurt. Had i known he was going to do anything like this, i would never had been involved in any way, I would have reported him to authorities

**Shehrazade Shah**    Sunday

thank you for your concern.. there are many of us who want peace.. not just in our immediate environment but in the world.. peace between all the religions and nations... and also to remove poverty so people can live without disparity.... wish you good luck in your endeavours.. do keep in touch! perhaps you would like to join our group that has people from all across the world of all religions, that want to work in educating people to remove hatred and poverty through education? let me know, and I'll add you! and do let me know if there's anything I can do for you! all the best!

**Cindy Lee Garcia**    Sunday

What information can you send me please ??

**Shehrazade Shah**    Sunday

what information would you need? we have formed a group that want to eradicate disparity and enmity in the world.... through education we want to bridge the vast schisms that the countries and societies world

Write a reply...

Link    Link



(13) Xaadi Mian - Messages

About · Create an Ad · Create a Page · Developers · Careers · Privacy · Cookies · Terms · Help

Facebook © 2012 · English (US)



**Debbie Brashear**
Traveling Nurse at Core Medical Group

See Friendship
27 mutual friends



# EXHIBIT C

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov,* write the Copy-
right Office, or call (202) 707-3000.

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

PA _____ PAU

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

"Desert Warrior"

PREVIOUS OR ALTERNATIVE TITLES ▼

"Innocence of Muslims"

NATURE OF THIS WORK ▼ See instructions

Audio-visual work, pertaining to Cindy Lee Garcia's dramatic performance in "Desert Warrior" and put on film

**2**

**a** NAME OF AUTHOR ▼

Cindy Lee Garcia

DATES OF BIRTH AND DEATH
Year Born ▼ 1957   Year Died ▼ NA

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of U.S.A. _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Dramatic performance in film entitled "Desert Warriors" affixed to film

**b** NAME OF AUTHOR ▼

Cindy Lee Garcia

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of U.S.A. _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Dramatic performance fixed in tangible medium of expression (i.e. film)

**c** NAME OF AUTHOR ▼

Cindy Lee Garcia

DATES OF BIRTH AND DEATH
Year Born ▼ 1957   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of U.S.A. _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2011 Year
This information must be given ONLY if this work has been published.
In all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information
Month July Day 2 Year 2012
only partially published. U.S.A. Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Cindy Lee Garcia c/o The Armenta Law Firm, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

[Ms. Garcia did not sign any work for hire agreement nor a release or relinquishment of her rights when she acted in "Desert Warrior."

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
· Complete all applicable spaces (numbers 5-9) on the reverse side of this page
· See detailed instructions   · Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

| | |
|---|---|
| EXAMINED BY | FORM PA |
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☑ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions before completing this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Garcia gave a dramatic performance for "Desert Warrior" fixed in film in 2011. Since then, the producer of the film altered her performance, dubbing in words she did not say, and changing the film's intent and name to "Innocence of Muslims."

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                      Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

M. Cris Armenta, The Armenta Law Firm APC, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

**b**

Area code and daytime telephone number    ( 310 ) 826-2826          Fax number   ( 310 ) 826-5456

Email cris@crisarmenta.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Cindy Lee Garcia                                          Date  September 25, 2012

Handwritten signature (X) ▼

X    See attached faxed signature

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ |
| | Number/Street/Apt ▼ |
| | City/State/Zip ▼ |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office-PAD
101 Independence Avenue SE
Washington, DC 20559-6230

**9**

\*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

| Office: 2010-357-997/60,085

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

TOTAL P.03

| EXAMINED BY | FORM PA |
| --- | --- |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Garcia gave a dramatic performance for "Desert Warrior" fixed in film in 2011. Since then, the producer of the film altered her performance, dubbing in words she did not say, and changing the film's intent and name to "Innocence of Muslims."

**7**
a. DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼        Account Number ▼

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
M. Cris Armenta, The Armenta Law Firm APC, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

Area code and daytime telephone number ( 310 ) 826-2826        Fax number ( 310 ) 826-5456
Email cris@crisarmenta.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive rights)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Cindy Lee Garcia        Date September 25, 2012

Handwritten signature (X) ▼
X _Cindy Lee Garcia_

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Number/Street/Apt ▼
City/State/Zip ▼

- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office-PA0
101 Independence Avenue SE
Washington, DC 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

## Cris Armenta

| | |
|---|---|
| **From:** | Copyright Office <cop-rc@loc.gov> |
| **Sent:** | Tuesday, September 25, 2012 10:42 AM |
| **To:** | Cris Armenta |
| **Subject:** | Acknowledgement of Receipt |

Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and payment for the work Desert Warrior were received on 09/25/2012. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, payment AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO (https://eco.copyright.gov/eService_enu/) and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

Upload a digital copy (if eligible):  Click the "Upload Deposit" button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Be sure to click the "Upload Complete" button on the Case Summary screen when you have finished uploading your file(s). Note: only certain categories of works are eligible to be registered with digital copies (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4 and http://www.copyright.gov/eco/help-file-types.html).

Mail a physical copy(ies):  Click the Create Shipping Slip button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Send By Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To access the application, click the My Applications link in the left top most navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed.
You may check the status of this claim via eCO using this number 1-828151641. [THREAD ID: 1-DP2T9R]

United States Copyright Office

## Cris Armenta

| | |
|---|---|
| **From:** | Copyright Office <cop-rc@loc.gov> |
| **Sent:** | Tuesday, September 25, 2012 10:54 AM |
| **To:** | Cris Armenta |
| **Subject:** | Acknowledgement of Uploaded Deposit |

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-828151641

File Name :Form PA.pdf
File Size :272 KB
Date/Time :9/25/2012 1:46:05 PM

[THREAD ID: 1-DP30BR]

United States Copyright Office

1

**Heather Rowland**

**Subject:**                    FW: Case# 1-828151641 Cindy Lee Garcia          Attn: Marti/212230

**From:** ctoinfo [mailto:ctoinfo@loc.gov]
**Sent:** Wednesday, September 26, 2012 11:22 AM
**To:** Heather Rowland
**Cc:** ctoinfo
**Subject:** RE: Case# 1-828151641 Cindy Lee Garcia Attn: Marti/212230

Heather Rowland,


That's fine.

**Kind Regards,**

**Contractor to LOC/Copyright Technology Office**
**Library of Congress**
**101 Independence Ave, SE**                    **mw**
**Washington DC 20540**
**Office # 202-707-3002**


**From:** Heather Rowland [mailto:heather@crisarmenta.com]
**Sent:** Wednesday, September 26, 2012 2:21 PM
**To:** ctoinfo
**Subject:** RE: Case# 1-828151641 Cindy Lee Garcia Attn: Marti/212230

I will mail a copy on DVD/R and it will be to your office tomorrow via FedEx.  Does that work?

Thanks,

Heather Rowland
Assistant to M. Cris Armenta
The Armenta Law Firm APC
11900 Olympic Boulevard, Suite 730
Los Angeles, CA 90064
(310) 601-8715 Direct
(310) 384-3548 Cell
(310) 826-5456 Fax
www.crisarmenta.com


**From:** ctoinfo [mailto:ctoinfo@loc.gov]
**Sent:** Wednesday, September 26, 2012 11:19 AM
**To:** Heather Rowland
**Cc:** ctoinfo
**Subject:** RE: Case# 1-828151641 Cindy Lee Garcia Attn: Marti/212230

Heather Rowland,

It is not recommended that you do both, only one or the other.

**The upload feature has been enabled.**

Multiple uploads are permitted.

You can either upload your work electronically or send it in by mail.  You should log into your account, click on open cases, click on your case number (make sure that your pop-up blocker is off), and you should then see buttons that will give you the option to upload your work electronically or send it by mail. If you want to upload, click on the 'upload deposit' button. A screen should come up (maximize that window) that will allow you to browse for your work and submit it electronically via upload to the Copyright Office. After clicking on the "Upload Deposit" button to upload your files, wait until you have _completed uploading ALL_ of your files *THEN AND ONLY THEN* click on the _"Upload Complete"_ button to complete the process. If you want to send your work by mail you should click on the button to 'create a shipping slip'. It should create a link for a shipping slip that you can click on that will open up the slip. You should print it out and send in with your work.

If you continue to experience problems please phone for assistance.

Kind Regards,

Contractor to LOC/Copyright Technology Office
Library of Congress
101 Independence Ave, SE        mw   2122230
Washington DC 20540
Office # 202-707-3002
--------------

2

https://www.fedex.com/shipping/html/en/PrintIFrame.html

From:  (310) 826-2826
Maria Armenta
The Armenta Law Firm
11900 Olympic Boulevard

Los Angeles, CA 90064

Origin ID: CBA



Ship Date: 26SEP12
ActWgt: 1.0 LB
CAD: 8678074/INET3300

Delivery Address Bar Code



SHIP TO: (310) 601-8715

**Copyright Office - MP**
**Library of Congress**
**101 INDEPENDENCE AVE SE**

**WASHINGTON, DC 20559**

BILL SENDER

Ref #      Garcia
Invoice #
PO #
Dept #

**THU - 27 SEP  A2**
**STANDARD OVERNIGHT**

TRK#  **7990 5616 8750**
0201

**XC YKNA**

**20559**
DC-US
**DCA**



515G1003AWA44

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

9/26/2012 11:05 AM

# DECLARATION

DECLARATION

1.    I am an actor who appeared in the film originally titled *Desert Warrior* and posted to YouTube with the title *Innocence of Muslims*. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    In July of 2011, I responded to a casting call on Craigslist.org. The casting call sought actors to appear in a film titled *Desert Warrior*. Various individuals involved in the production of the film, including Nakoula Basseley Nakoula (who originally introduced himself as "Sam Bacile"), informed me that the film was a historical adventure, and those individuals confirmed that the title was to be *Desert Warrior*.

3.    I was cast in the film. The film shoot lasted between one and two weeks. During the one and a half days that I was on the set, there was no mention of the Islamic religious figure Mohammad being a part of the storyline. My performance did not include any mention of Mohammed or the Islamic religion.

4.    I do not recall signing any form of actor or model release prior to delivering my performance in the film.

5.    In September of 2012, I learned that a trailer of *Desert Warrior* had been posted to YouTube. When I viewed the trailer, I learned that the title of the film had been changed to *Innocence of Muslims*. Worse, however, was the change to the content of the film, and to the lines that another character delivered in response to my character's question, which apparently were dubbed in during post-production.

6.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of September, 2012, at Los Angeles, California.

Dan Sutter

# DECLARATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF GAYLORD FLYNN</u>

I, GAYLORD FLYNN, declare:

1.      I am over eighteen and not a party to this action.   I am an actor who appeared in the film originally titled *Desert Warrior* and posted to YouTube with the title *Innocence of Muslims*.  I have asked for my name to be kept from the public because of my concerns for my life and safety, in light of world events.  I understand my true name will be redacted from this document, and I will be identified publicly as John Doe #1, but that an unredacted version will be given to counsel of record, and to the Court; and that an application will be made to file the entire unredacted declaration with my own name under seal at an appropriate time.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      In July of 2011, I responded to a casting call on Craigslist.org.  The casting call sought actors to appear in a film titled *Desert Warrior*.  Various individuals involved in the production of the film, including Nakoula Basseley Nakoula (who originally introduced himself to me as "Sam Bacile") informed me that the film was a historical adventure, and those individuals confirmed that the title was to be *Desert Warrior*.  In fact, the director of the film even used the email address desertwarrior2011@yahoo.com when corresponding with me.  Attached as Exhibit A is a true and correct copy of an email from *Desert Warrior* director Alan Roberts to me dated July 27, 2011.  Even after the film was posted to Youtube.com as *Innocence of Muslims* and violence had broken out in the Middle East over its content, the production team still referred to the film as *Desert Warrior*.  Attached as Exhibit B is a true and correct copy of an email from assistant director Jeffrey Robinson to me dated September 12, 2012.

3.      I played the role of Solymon in the film.  The film shoot lasted between one and two weeks.  During the time that I was on the set, there was no mention of the Islamic religious figure Mohammad being a part of the storyline.  My performance did not include any mention of Mohammed or the Islamic religion.

4.      I do not recall signing any form of actor or model release prior to delivering my

1

1   performance in the film. I am familiar enough with such releases, that if I had signed one, I would

2   be aware of such a thing. I was not an employee of Sam Bacile nor anyone associated with the

3   film; nor did I sign a work-for-hire agreement.

4       5.      In the fall of 2011, at which time the overdubbing sound tracks were made, Sam

5   Bacile informed me that there was to be a premiere of *Desert Warrior* that would be held

6   sometime in the future and he would notify me as to date and time. However, I never received any

7   further information about a premiere, and assumed that it did not take place.

8       6.      In July of 2012, I learned that a trailer of *Desert Warrior* had been posted to

9   YouTube. When I viewed the trailer, I learned that the title of the film had been changed to

10  *Innocence of Muslims*. Worse, however, was the change to the content of the film, and to the lines

11  that my character said, that apparently were dubbed in during post-production. The lines were

12  changed from " announce the marriage of Condelisa to George of the unknown father" and

13  second line was after "Condolesa" corrects me to say "George, son of Memo". The overdubbing

14  replaced the lines with "I announce the Marriage of Khadja to Mohammed son of Ablotott" or

15  something similar as I do not recall exactly and was not provided a script ahead of time. ( As a

16  note, I did say those lines for the overdubbing but performing a marriage is not something that I

17  would consider inflammatory. For an earlier scene I was just requested to say the name

18  "Mohammed", which was then overdubbed on my conversation with Condelisa during the scene

19  outside a tent, which is shown in the trailer posted on YouTube.

20      I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct.

22      Executed on this 12th day of October, 2012, at REDACTED.

23

24                                                       GAYLORD FLYNN –

25

26

27

28

2

# DECLARATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF KHALED ABOU EL FADL

I, KHALED ABOU EL FADL, declare:

     1.    I am over eighteen and not a party to this action. I make this declaration in support of the Application for a Temporary Restraining Order and Request for an Order to Show Cause Re Preliminary Injunction and Impoundment of Plaintiff Cindy Lee Garcia in the case <u>Garcia v. Nakoula, et al</u>, United States District Case No. CV 12 8315-MWF (VBKx), pending in the Central District of California, seeking to remove and/or disable the video trailer *Innocence of Muslims* from YouTube, Google and the Internet. If called as a witness, I could and would testify competently as follows:

     2.    I am a tenured Professor of Law and the Omar and Azmeralda Alfi Distinguished Professor of Islamic Law at the University of California at Los Angeles (UCLA) School of Law.  I also currently serve as the Chair of the Islamic Studies Program at UCLA.  I was a Visiting Professor of Law at the Yale Law School in academic year 2003-04, where I taught courses on Middle Eastern and Islamic Laws.  I am a member of the Pennsylvania and New Jersey Bars.  I am a member of the following associations:  American Bar Association; Committee on Islamic and International Law of the American Branch of the International Law Association; The American Society of International Law; The Law and Society Association; Middle Eastern Studies Association; and The American Immigration Lawyers Association.  A copy of my *curriculum vitae* is attached as Exhibit A.

     3.    After extensively studying Islamic law in Egypt and Kuwait, I earned my Bachelor of Arts from Yale University in 1986; a Juris Doctorate from the University of Pennsylvania in 1989, and a Ph.D. in Islamic Studies from Princeton University in 1999.  My Ph.D. dissertation on Islamic law won the Bayard and Cleveland Dodge Memorial Prize for Best Dissertation and honorable mention in the Malcom Kerr National Dissertation Award.  At Princeton, I was a Whiting

1  Fellow for 1994-95 and a Johnson Garrett '35 Merit Fellow for 1993-94. I have
2  been a professor of law at the UCLA School of Law since 1998. My designation is
3  the Omar and Azmeralda Alfi Distinguished Professor in Islamic Law. At UCLA,
4  I teach International Human Rights, Islamic Jurisprudence, National Security Law,
5  Law and Terrorism, Islam and Human Rights, Political Asylum and Refugee Law,
6  and Political Crimes and Legal Systems. In the past, I have taught Islamic and
7  Middle Eastern law at the University of Texas at Austin School of Law and Yale
8  Law School, as well as Princeton University. I have also taught Islamic history and
9  culture at the University of Texas at Austin, Department of Middle Eastern
10 Languages and Cultures. I held the Chair in Islam and Citizenship at the University
11 of Tilburg, The Netherlands from 2008 to 2009.

12         4.      I have written many books on Islamic law. I have also published a
13 large number of academic studies on Islamic law. My articles have appeared in
14 many publications, and in several edited books and encyclopedias. A list of all
15 such books and publications is included in my *curriculum vitae.* I am the academic
16 adviser to the Journal of Islamic and Near Eastern Law at the UCLA School of
17 Law. Furthermore, I have been invited to lecture on Islamic law in many
18 universities in the United States and in foreign countries such as Egypt, Italy, the
19 Netherlands, France, South Africa, Indonesia, Singapore, Kuwait, Morocco, and
20 England. I founded the UCLA Journal of Islamic and Near Eastern Law and
21 continue to serve as its academic advisor. I am also the editor for the Palgrave-
22 Macmillan Press series on Islamic Law, Theology, and History.

23         5.      I have lived and worked for many years in the Middle East.
24 Furthermore, I have acted as an expert advisor and legal consultant in over 50 cases
25 involving Islamic and Middle Eastern law. I have handled cases involving the
26 Laws of Saudi Arabia, Egypt, Kuwait, Syria, Jordan, the United Arab Emirates,
27 Qatar, and Yemen. Through my scholarship and personal experience I have

28

1  become very familiar with the legal and cultural practices of several Middle

2  Eastern countries.  I have also testified as an expert in numerous political asylum

3  cases in several cities including Los Angeles.  As such, I testified on behalf of

4  refugees from a number of countries including Egypt, Syria, Pakistan, Iran, and

5  Saudi Arabia.

6       6.      I was appointed by President George W. Bush to serve on the U.S.

7  Commission for International Religious Freedom, and also served as a member of

8  the Board of Directors of Human Rights Watch.  I serve on the Advisory Board of

9  Middle East Watch (part of Human Rights Watch) and regularly work with human

10  rights organizations such as Amnesty International and the Lawyers' Committee

11  for Human Rights (Human Rights First) as an expert in a wide variety of cases

12  involving human rights, terrorism, political asylum, and international and

13  commercial law.  I have been awarded the University of Oslo Human Rights

14  Award, the Leo and Lisl Eitinger Price in 2007 and named a Carnegie Scholar in

15  Islamic Law in 2005. In 2005, I was listed as one of LawDragon's Top 500

16  Lawyers in the Nation.

17       7.      In connection with my work and credentials as a legal and Islamic

18  Studies scholar and a human rights attorney, I am frequently consulted as an expert

19  in my field.  I hold strong concerns about the film *Innocence of Muslims* and in

20  regards to the life and safety of all the actors, but especially Cindy Lee Garcia, for

21  the reasons set forth below.

22       8.      According to the information on YouTube, the video trailer *Innocence*

23  *of* Muslims, 13:51 in length was first posted to YouTube by a poster identified only

24  as "Sam Bacile" on July 2, 2012.  Morris Sadek, the President of the National

25  American Coptic Assembly, based on Chantilly, Virginia, distributed an Arabic

26  translation of the film in early September of 2012.  On September 6, 2012, Sadek

27  emailed journalists around the world to promote the video trailer.  On or around

28

3

September 8, 2012, an excerpt of the video trailer was aired publicly on an Egyptian television station, Nas-TV. The public airing of the film sparked immediate protests in Cairo, Egypt. *The Wall Street Journal* reported that "hours after nightfall, dozens of young men remained standing on top of the embassy, shouting into megaphones. One of the youths climbed up the flagpole to hoist a black banner emblazoned with the Muslim profession of faith in white letters. I have also observed the news coverage of the protests over the film on a number of Arabic speaking channels including Al Jazeera, Al Arabiyya, and ESC (Egyptian State Channel). In a number of these protests, demonstrators raised banners containing threats to those involved in making the film. Several people interviewed in these news reports expressed their belief that this film is part of an ongoing campaign in the West intended to offend and degrade the revered symbols of Islam. A number of people interviewed by programs on Egyptian television channels such as Dream, Tahrir, and ON TV expressed the belief that the makers of this film are seeking to sow dissension and hatred between Muslims and Copts, and to ignite sectarian violence. Most of the interviews or comments I have watched or read in the Arabic speaking media agreed that the content of the film is deliberately incendiary, hateful, and malicious.

       9.     According to media reports, after the demonstrations began at the American Embassy in Cairo, the Embassy released a written statement: "The Embassy of the United States in Cairo condemns the continuing efforts by misguided individuals to hurt the religious feelings of Muslims – as we condemn efforts to offend believers of all religions. Today, the 11th anniversary of the September 11, 2011 terrorist attacks on the United States, Americans are honoring our patriots and those who serve our nation as the fitting response to the enemies of democracy. Respect for religious beliefs is a cornerstone of American democracy. We firmly reject the actions by those who abuse the universal right of free speech

1   to hurt the religious beliefs of others."  According to further reports, crowds began

2   to form, protesters stormed the compound and replaced the U.S. flag with an

3   Islamic flag.  The embassy then tweeted "This morning's condemnation (issued

4   before protest began) still stands. As does our condemnation of unjustified breach

5   of the Embassy."

6       10.     That night in Libya, on September 11, 2012, the United States

7   Consulate in Benghazi, Libya came under attack. Four Americans were killed,

8   including United States Ambassador Christopher Stevens.  Initial media reports

9   attributed the attack to protests that were sparked by the film *Innocence of Muslims*.

10      11.     After September 11, 2012, violence continued to erupt across the

11  world, resulting in dramatic events that have unfolded worldwide, including in

12  Afghanistan, Algeria, Australia, Azerbaijian, Bahrain, Bangladesh, Belgium,

13  Canada, Denmark, Egypt, France, Greece, Hong Kong, India, Indonesia, Iran, Iraq,

14  Israel, Japan, Jordan, Lebanon, Kuwait, Macedonia, Malaysia, the Maldives,

15  Morocco, the Netherlands, Niger, Nigeria, Oman, Pakistan, the Palestinian

16  Territories, the Philippines, Qatar, Saudi Arabia, Serbia, Somalia, Sri Lanka,

17  Sudan, Switzerland, Syria, Thailand, Tunisia, Turkey, and the United Kingdom.

18      12.     On September 13, 2012, the United States Secretary of State Hilary

19  Clinton issued a public statement about the video and ensuing violence:

20          Let me take a moment to address the video circulating on the internet
            that has led to these protests in a number of countries.  Let me state
21          very clearly and I hope it is obvious that the United States
            government had absolutely nothing to do with this video.  We
22          absolutely reject its content and its message.
            . . .
23          To me personally, this video is disgusting and reprehensible.  It
            appears to have a deeply cynical purpose – to denigrate a great
24          religion and to provoke rage.
            . . .
25          But as I said yesterday, there is no justification, none at all, for
            responding to this video with violence. We condemn the violence
26          that has resulted in the strongest terms.

27  Attached as Exhibit B are Secretary Clinton's remarks.

28

CV 12 8315 (VBKx)

13.     The video trailer *Innocence of Muslims* was a subject of President

Barack Obama's remarks at the 67th Session of the General Assembly at the United

Nations headquarters on September 25, 2012.  During his remarks, President

Obama stated:

> In every country, there are those who find different religious beliefs
> threatening.  In every culture, those who want freedom for themselves
> must ask themselves how much they are willing to tolerate freedom
> for others.  That is what we saw play out in the last two weeks.  A
> crude and disgusting video sparked outrage throughout the Muslim
> world.  I have made it clear that the United States government had
> nothing to do with this video.  And I believe its message must be
> rejected by all who respect our common humanity.  It is an insult not
> only to Muslims but to all Americans.

Attached as Exhibit C are President Obama's remarks.

14.     Following the global dissemination and attention the video trailer

*Innocence of Muslims* received through YouTube, a Salafist cleric in Egypt,

Ahmad Fouad Ashoush, called for the deaths of all those involved in making of the

video trailer *Innocence of Muslims*.  His words, published initially in internet

forums, and then reported in the media around the world partially stated, in Arabic,

the following:

> Those bastards who did this film are belligerent disbelievers.
> I issue a fatwa and call on the Muslim youth in America and Europe
> to do this duty, which is to kill the director, the producer and the
> actors and everyone who helped and promoted the film," he said.
> So, hurry, hurry, O Muslim youth in America and Europe, and teach
> those filthy lowly ones a lesson that all the monkeys and pigs in
> America and Europe will understand. May Allah guide.

15.     This fatwa was distributed world-wide as a result of the speed with

which news now travels on the Internet.  It has been published in various places

internationally, including: *The Telegraph, The Times of India, Los Angeles Times,*

*NY Daily News, New York Times, UPI, Dawn, Jakarta Globe, Waterloo Record,*

*Middle East Online,* as well as *thousands* of others.  Attached as Exhibit D are

news reports of the fatwa as well as descriptions of the violence, suicide bombings

and deaths which were *directly* attributed to the release and continued existence of

6

1  *Innocence of Muslims* on YouTube. It is significant to note that while there exists
2  great controversy over whether the film sparked the global violence, the violence in
3  fact occurred.

4      16.    According to news reports, General Secretary Hassan Nasrallah, the
5  leader of a Lebanese political party, Hezbollah, has described the film as "the worst
6  ever attack on Islam," worse than *The Satanic Verses* by British author Salman
7  Rushdie, who has been under an Iranian fatwa calling for his murder since 1989.
8  In my view, the fatwa issued on the life of the actors in the video trailer *Innocence*
9  *of Muslims* is no different than the one issued on Salman Rushdie decades ago after
10  he published the book *The Satanic Verses*.  As a result of the recent violence, the
11  Iranian fatwa has been now re-issued according to media reports contained in
12  Exhibit D.  It is not surprising therefore, that Cindy Lee Garcia has been barred
13  from entering international airports.  She likely has been earmarked by the United
14  States government, and others around the world as a high security risk, such that
15  her current right to travel is likely impinged and she may, in fact, be barred from
16  entering a multitude of countries.

17      17.    In the Islamic legal tradition, a fatwa is a non-binding legal opinion
18  that is issued by a competent jurist.  In the contemporary context, a fatwa is an
19  opinion and a direction to the followers of the particular jurist, or even imam with
20  little or no legal training, that proclaimed it.  There are many people today who
21  consider themselves qualified to issue fatwas.  As an expert in national security and
22  terrorism issues, I can say that a fatwa can be incredibly meaningful to those that
23  follow that particular imam. Ms. Cindy Lee Garcia is, in fact, in grave danger as a
24  result of her being involuntarily inserted into a global political matter of intense
25  significance.  More than fatwas or threats that are reported by or to the media, what
26  concerns me to a much greater degrees are unannounced or secretive calls by
27  extremist and fanatic groups to inflict harm upon Ms. Cindy Lee Garcia.
28

CV 12 8315 (VBKx)

1     18.    In the video trailer *Innocence of Muslims*, which I have studied in its

2  entirety, the Prophet Mohammed is portrayed as a sexual deviant, a buffoon, and a

3  child molester.  The portion in which Cindy Lee Garcia appears, where she appears

4  to be accusing the Prophet of being a child molester goes to the very heart of the

5  incendiary message contained in *Innocence of Muslims*. The incendiary words that

6  appear in the video trailer to have been spoken by Plaintiff Garcia are:

7        "Is your Mohammed a child molester?"

8  A great controversy has arisen concerning whether the worldwide violence arose

9  directly in response to the film.

10     19.    News reports indicate that many people worldwide have died in the

11  violence that the film has allegedly sparked.

12     20.    I have reviewed the written death threats issued to Plaintiff Garcia.

13  These include, but certainly are not limited to, the following:

14        "I am ready to die for MUHAMMAD (PBUH) and I would Like to
          Kill all Those Who contributed in the Shape of Acting or Financially

15        or any other Kind of Support in Shameless Movie."

16        "And If You Wanna to save your life and we consider your innocent
          then Just Kill Sam and Terry Jones."

17

18        "Dear the end is near."

19        "It's all a big joke.  She will be Killed by some one who loves and
          cares our Prophet Muhammad peace be upon him"

20        "She will know what she did now she is saying sorry about that"

21     21.    Cindy Lee Garcia's life and future have been changed forever.  As a

22  result of her involuntary appearance in this hate film, she cannot easily travel

23  internationally, especially in Europe or in any Muslim country.  She is a marked

24  woman. Her public statements condemning the film have been received in the

25  Muslim world with controversy.  There are many who believe that she is, in fact,

26  part of the conspiracy to hurt, harm, and denigrate Muslims.  It is significant to note

27  that the film is viewed as simply another attack on Islam, and the culture, the

28

1   religion, and the people of the Muslim world, in a war that has been perceived and

2   waged for decades.   It is only her public statements and her willingness to publicly

3   state her opinion about the film that may be keeping her alive for now.   The fact

4   that she filed the lawsuit is critically important to her safety and to the safety of

5   those around her that represent her, support her, or are in her family or church.   If

6   she is successful in pulling the content down from the internet, it will likely help

7   her in terms of believability of her message condemning the film and its message.

8        22.   What is most egregious is the fact that Cindy Lee Garcia was

9   involuntarily inserted into a major and significant international political

10   controversy, because this film enraged many due to its blasphemous and offensive

11   message.   As a professor of law and a scholar in the field, I am shocked at

12   YouTube's refusal to take down the film.   The film is absolutely, without any

13   question in my mind, bigoted hate speech.   According to YouTube, the company

14   does not support hate speech.   This film is deeply offensive and is profound and

15   remarkably obvious hate speech. World leaders have unequivocally condemned the

16   film as hate speech, reprehensible, disgusting, and offensive. Therefore, YouTube's

17   position to protect the rampant posting and reposting of the film throughout the

18   world is not only contrary to their established guidelines, but remarkably appalling.

19   There is nothing innocent or deliberatively rational about this film.   In my view, it

20   is insidious and malicious incitement against the sacred symbols and beliefs of

21   Muslims.

22        23.   Any person that understood what the purpose and content of the film

23   was to be would have *serious* questions, concerns, and doubts about being in such a

24   film.   It is not surprising that Cindy Lee Garcia did not consent to participate in this

25   film and believed it was an innocuous adventure film.   Anyone who understood the

26   purpose of the film, and its likely consequences, would not participate unless they

27   had as their intent the same malicious intent as the filmmaker or his associates.

28

1   Cindy Lee Garcia's appearance in the film will affect her in a variety of material

2   ways forever.   Her filing of this lawsuit, public attempts to clear her name and

3   condemn the film, and the possibility that she may succeed in disabling the content,

4   are acts of extraordinary courage that may well be keeping her alive.

5        24.    As an expert in terrorism and national security issues, I can say that it

6   is outrageous that Cindy Lee Garcia was involuntarily inserted into such an

7   incredibly controversy-laden political arena against her will.   Her appearance in the

8   film, against her will, has placed her in a global political, and even what many

9   perceive to be a cosmic, controversy that will and has changed her life forever.   In

10  many countries, for example, in the United Kingdom, there exist anti-blasphemy

11  laws.   It would not be surprising, therefore, that if she traveled to Britain, she could

12  be arrested, detained, and charged, for being in this film.   I do not take any position

13  that the film is a First Amendment issue; but rather that her involuntary insertion

14  into a serious matter of global intensity against her will is outrageous and insidious,

15  particularly when the film's impact on the Muslim world is reasonably foreseeable.

16  I cannot say that the film is what actually caused the violence.   However, the film is

17  certainly viewed by many as part of a continuous attack on the culture, religion,

18  and existence of Muslims.

19       25.    Cindy Lee Garcia's appears in a scene that lasts approximately 15

20  seconds in the 13:51 trailer.   *Significantly*, it is her performance that goes to the

21  heart of the trailer's message, which likely is why it is Cindy Lee Garcia,

22  apparently to a greater degree than some other actors who appeared in the video,

23  who is receiving credible death threats. In the portion used of Plaintiff Garcia's

24  dramatic performance, she accuses Mohammed of being a child molester – this

25  goes directly to the "heart" of the work *The Innocence of Muslims*, and is a key

26  component of what has caused the outrage around the world and in particular, in

27  the Middle East, and which has attracted *staggering* traffic to YouTube's site.

28

10

CV 12 8315 (VBKx)

1

2       I declare under the penalty of perjury under the laws of the United States of

3  America that the above is true and correct and that I executed this declaration on

4  October *15*, 2012, in Los Angeles, California.

5

6

7  Khaled Abou El Fadl

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CV 12 8315 (VBKx)

EXHIBIT A

# CURRICULUM VITAE

## KHALED M. ABOU EL FADL

UCLA School of Law
405 Hilgard Avenue, Room 1242, Los Angeles, CA 90095
C: (310) 426-0205, O: (310) 206-5401, F: (310) 206-7010
E-mail: abouelfadl@law.ucla.edu

**PROFESSIONAL**

- Admitted to the Pennsylvania and New Jersey Legal Bars.
- Member of: American Bar Association; Committee on Islamic and International Law of the American Branch of the International Law Association; The American Society of International Law; The Law & Society Association; American Immigration Lawyers Association.

**PERSONAL**

- United States Citizen
- Born in Kuwait. Raised in Egypt and Kuwait.

**EDUCATION**

**PRINCETON UNIVERSITY**, Ph.D., April, 1999. Department of Near Eastern Studies. Dissertation: The Islamic Law of Rebellion. Dissertation won the Bayard and Cleveland Dodge Memorial Prize for best dissertation, 1999. Second place in the Malcom Kerr National Dissertation Award, 1999. Other Awards: Whiting Fellow, 1994-95, Johnson Garrett '35 Merit Fellow, 1992-93.

**PRINCETON UNIVERSITY**, Master of Arts in Islamic Law, June, 1992. Johnson Garrett '35 Merit Fellow, 1991-92. 4.0 GPA.

**UNIVERSITY OF PENNSYLVANIA LAW SCHOOL**, Juris Doctorate, May, 1989. Best Oralist Award, Mid-Atlantic Regionals, Phillip C. Jessup International Moot Court Competition, 1988. Research Assistant to Professor Gerald Neuman, Spring 1988. Lawyering Process, Penn Legal Assistance Office, University of Pennsylvania Legal Clinic, 9/88-1/89. Immigration Law Clinic, Community Legal Services, Inc., associated with the University of Pennsylvania, 9/87-5/88.

**YALE UNIVERSITY**, Bachelor of Arts, Political Science, May 1986. Scholar of the House in Political Theory, 1985 – 1986. Summa Cum Laude, Distinction in Political Science.

**AMERICAN SCHOOL OF KUWAIT**, Diploma, May 1982. Awards in Arabic, Religion, English and Social Studies; International Honors Society.

**INFORMAL:**
Received 13 years of systematic instruction in Islamic Law, grammar and eloquence in Kuwait and Egypt.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 2

## PROFESSIONAL EMPLOYMENT AND APPOINTMENTS

**Full Professor.** Omar and Azmeralda Alfi Distinguished Professor of Law, UCLA School of Law. Fall 2001 – Present.  Acting Professor, Fall 1999 – Spring 2001.

**Chairman.** Islamic Studies Interdepartmental Degree Program, International Institute, University of California, Los Angeles.  January, 2010 – Present.  Acting Chair, March 2008 – January, 2010.

**Professor of "Islam and Citizenship".** Endowed Chair, University of Tilburg, Tilburg, The Netherlands.  Appointment funded by the Dutch Government: The Ministry for Housing, Regional Development and the Environment, 2008 - 2009.  Taught Master Class on Islam and the Foundations of Western Society.

**Visiting Professor**. Cleveland-Dodge Distinguished Visiting Professor at the American University in Cairo during the Spring 2006.

**Visiting Professor.** Yale Law School, Fall 2003 – Spring 2004.  Teaching National Security law, Islamic law and Immigration law.

**Visiting Professor**.  UCLA School of Law.  Teaching courses on Islamic and Middle Eastern Law, Islamic Law and Human Rights, Investment Law in the Arab World, and Immigration Law.  Fall 1998 – Spring 1999.

**Instructor**.  Department of Middle Eastern Languages and Cultures, University of Texas at Austin. Taught courses on Islamic and Middle Eastern History and Culture.  Fall 1995 – Spring 1999.

**Adjunct Professor**.  University of Texas at Austin Law School.  Taught courses on Islamic Law and Commercial Laws of the Middle East, Spring 1996 – Spring 1998.

**Teaching Assistant**.  Department of Near Eastern Studies, Princeton University.  Assisted Professor Hossein Modarressi in teaching a course entitled, "Introduction to Islamic Law," Spring 1995.

**Visiting Lecturer in Islamic Law**.  Yale Law School, Yale University.  Taught a course on Islamic and Middle Eastern Law, Fall 1994.

**Teaching Assistant**.  Department of Near Eastern Studies, Princeton University.  Assisted Professor Carl Brown in teaching a course entitled, "History of International Relations in the Modern Middle East."  Responsible for leading three precepts consisting of 40 students.  Spring 1992.

**International Law Practice.** Medhat Abu al-Fadl & Associates; Egypt & Kuwait.  Cases involving commercial and family law in Egypt, Jordan, Arabian Gulf and North Africa. 1991 – present.

**Immigration Law Practice**.  Handled immigration law cases including family reunifications, political asylum and employment applications.  9/90 – 5/94.

**Judicial Clerk**.  Judicial Assistant to the Honorable Justice J. Moeller.  Arizona Supreme Court. Assisted the Justice in deciding pending cases and drafted court opinions. 8/89 - 8/90.

**Summer Associate**.  Kirkpatrick & Lockhart, Washington, D.C.  Conducted legal research on a variety of issues including capital punishment, anti-boycott laws, securities, banking and corporate issues.  Summers, 1988 and 1989.

**Summer Law Clerk**.  Community Legal Services, Inc., Philadelphia, PA.  Represented clients in political asylum proceedings, deportation and exclusion cases, and researched constitutional issues arising under the 1986 reforms to the immigration laws.  Summer 1987.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 3

## AWARDS, HONORS AND SPECIAL RECOGNITION

**Ranked #178 on the Power 500 List of the World's Most Influential Arabs,** Arabian Business Magazine, 2012.

**Ranked #51 on the Power 500 List of the World's Most Influential Arabs,** Arabian Business Magazine, 2011.

**Named One of the World's 500 Most Influential Muslims** by the Royal Islamic Strategic Studies Center in Amman, Jordan, The Muslim 500 List, 2009.

**2007 University of Oslo Human Rights Award, The Lisl and Leo Eitinger Prize.** For lifetime contribution to the field of Human Rights.

**2005 Carnegie Scholar.** Named as a 2005 Carnegie Scholar in Islamic Law by the Carnegie Corporation of New York. Awarded funds for a two year research project on the first comprehensive study of jihad in Islamic jurisprudence.

**2005 LawDragon 500.** Named as one of the 500 Leading Lawyers in America by LawDragon Magazine.

**Achievement Award:** Universal Muslim Association of America Achievement Award for Scholastic Achievements and Service to Islam.

**Plaque of Recognition** from the International Institute of Islamic Thought and Civilization (ISTAC) of the International Islamic University Malaysia, July 2005.

**Plaque of Recognition** from the Khadijah Mosque of Singapore, July 2005.

**Fredric P. Sutherland Public Interest Award.** Awarded by UCLA School of Law in recognition of exemplary public service, 2001- 2002.

**The Thomas Evans Award.** Awarded by the University Religious Conference at UCLA for distinguished leadership at UCLA in support of programs that encourage tolerance, understanding and cooperation, among religions, 2002.

## SELECTED PROFESSIONAL ACTIVITIES

I am regularly retained by a large number of law firms, both pro bono and as a paid expert consultant on a wide range of cases involving Islamic law, political asylum law, and Middle Eastern commercial, criminal and family law.

**Legal Consultant and Expert Witness.** Kalbian Hagerty, Washington, D.C. Case involving Islamic and Saudi laws. 6/2011 – present.

**Pro Bono Consultant.** U.S. State Department, Secretary's Office of Global Women's Issues. Advising expert on Secretary of State Hillary Clinton's speech regarding the Qur'an Burning Incident in Florida. 9/2010.

**Pro Bono Consultant.** Defense Language Institute and Foreign Language Center (DLIFLC). Provided expertise for 8-part teaching series entitled, "The Impact of Religion on Military Operations in the Middle East" developed for training the Army, Marines, Navy, Air Force and Coast Guard, and other government agencies, in 30 different languages and cultural areas. January 2008 – present.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 4

**Advisory Board Member.** Carnegie Corporation of New York, Islam Initiative Publications Project, June, 2007 – present.

**Commissioner of the U.S.** Appointed by President George W. Bush to the United States Commission on International Religious Freedom, August 2003 – May 2007.

**Expert.** Member of the Council on Foreign Relations Independent Task Force on U.S. Policy Toward Reform in the Arab World, chaired by Madeleine Albright and Congressman Vin Weber. August 2004.

**Legal Consultant and Expert Witness.** Motley Rice, Providence, RI. Case representing 1,600 people killed on 9/11/01 and 5,500 of their family members, organized as the "9/11 Families United to Bankrupt Terrorism." Defendents in the lawsuit are individuals, charities, banks, businesses and governments alleged to have materially supported and/or aided and abetted the financing of al-Qaeda. 12/2003 – present.

**Legal Consultant and Expert Witness.** Podhurst Orseck, Miami, FL. Case involving complicated international issues involving the applicability of UAE law in the U.S. pertaining to a wrongful death in an airline crash. 11/2002 – present.

**Legal Consultant and Expert Witness.** Office of the Attorney General, State of Florida. Case involving Muslim woman seeking a drivers' license in Florida while wearing a full face veil. 7/2002 – 6/2003.

**Legal Consultant and Expert Witness.** United States Attorney's Office, Eastern District of Michigan. First terrorism case to be prosecuted post 9/11 against an al-Qaeda cell in Detroit, MI. Pro bono. 10/2002 – 5/2003.

**Legal Consultant and Expert Witness.** Allen & Overy, London, England. Cases involving Islamic and Qatari laws. 1/2000 – present.

**Legal Consultant and Expert Witness.** Richards, Spears, Kibbe & Orbe, New York. Case on Egyptian Antiquities. 3/2001 – present.

**Legal Consultant and Expert Witness.** Law Office of Roni P. Deutsch, Los Angeles, CA. Involved in many cases involving Immigration law, some Pro Bono, 9/99 – present.

**Expert Consultant for the animated film "Mohammad, The Last Prophet."** Produced by Rich-Crest Animation Studios. January 1999 – present.

**Legal Consultant and Expert Witness.** David J. Cowan, Attorney at Law (Pro Bono). Case involving employment discrimination, Los Angeles, CA, 4/2000 – 8/01.

**Legal Consultant and Expert Witness.** David W. Call, Attorney at Law. Case involving criminal and Islamic law, San Bernadino, CA. 8/00 – 4/01.

**Legal Consultant and Expert Witness.** Joseph Conrad Smith & Associates, Southfield, MI. Case involving employment discrimination, 2/00 – 4/01.

**Legal Consultant and Expert Witness.** Steel, Rudnick & Ruben (Pro Bono). Case involving immigration law and political asylum. 9/00 – 12/00.

**Legal Consultant and Expert Witness.** Charles F. Printz, Human Rights Advocates International, Inc. (Pro Bono). Case involving immigration law and political asylum. 5/00 – 11/00.

**Legal Consultant and Expert Witness.** Schneider, Reilly, Gabin and Costello, Attorneys at Law, Boston, MA. Case involving Saudi law, 10/99 to 9/00.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 5

## SELECTED PROFESSIONAL ACTIVITIES (Continued)

**Consultant**.  Nationalities Service Center, Philadelphia, PA. (Pro bono).  Political asylum case, 10/99 to 10/00.

**Expert Witness**.  Stock & Moeller, Anchorage, AK (Pro bono).  Cases involving immigration law. 6/99 to 5/00.

**Consultant**.  King Hall Civil Rights Clinic, University of California at Davis School of Law, Davis, CA (Pro bono).  Cases involving Muslim prison inmates, 10/98 – 10/99.

**Legal Consultant and Expert Witness**. Law Office of Enrique Arevalo, South Pasadena, CA.  Case involving immigration law. 12/98 – 6/99.

**Legal Consultant and Expert Witness**.  Barlow, Lyde & Gilbert, Solicitors, London, England. Case involving the law of Dubai, 4/97 – 5/98.

**Consultant**.  Texas Department of Criminal Justice, Austin, TX (Pro bono).  Cases involving Muslim prison inmates, 7/96 – 8/98.

**Consultant**.  Lawyers Committee for Human Rights, New York, NY.  Pro bono.  Assist the Lawyers Committee for Human Rights on several human rights projects.  Invited to represent the committee at Arab Lawyers Union congress in Tunisia.  8/92 - present.

**Legal Consultant and Expert Witness**.  Allen & Overy, London, England.  Cases involving Islamic and Qatari Laws, 7/96 - 11/96.

**Legal Consultant and Expert Witness**.  Sullivan & Cromwell, New York, NY.  Cases involving Islamic and Qatari Laws, 7/96 - 11/96.


## SELECTED SERVICE TO PROFESSIONAL SOCIETIES AND ORGANIZATIONS

**Consultant to the Committee Drafting the Egyptian Constitution:** Dr. Abou El Fadl has been asked to advise the committee drafting the new Egyptian Constitution.

**Member, Council for Dignity, Forgiveness, and Reconciliation. Ara Pacis Initiative.**  A project initiated by the Glocal Forum Italy Foundation and promoted by the Office of the Prime Minister of Italy, the Italian Ministry of Foreign Affairs and the City of Rome.  12/2009 – present.

**Advisory Board Member.**  Carnegie Corporation Advisory Board on Islamic Texts. June, 2007 – present.

**Advisory Board Member**. Yale Arab Alumni Association, Yale University, New Haven, CT. Fall 2008 – present.

**Carnegie Scholars Program Nominator,** selected as nominator for 2007.

**Advisor.** Generation Islam, October 2006 – present.

**Advisory Board Member**.  Middle East Watch, segment of Human Rights Watch New York, NY. 3/97 to present.

**Advisory Board Member,**  Muslim Mediators, providing mediation services to the American Muslim community, Spring 2010 – present.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 6

## SELECTED SERVICE TO PROFESSIONAL SOCIETIES AND ORGANIZATIONS (Continued)

**Board of Directors.** Member of the Board of Directors for Human Rights Watch, New York, NY. Assist Human Rights Watch in investigating and reporting on human rights violations, 2002-2005.

**Research Consultant.** Assisting Amnesty International draft a report on migrant workers and human rights in Saudi Arabia, 4/00 – 9/00.

## OTHER PROFESSIONAL ACTIVITIES

I am regularly interviewed on Islamic law issues by numerous television, radio and newspaper media including CNN, MSNBC, National Public Radio (NPR), New York Times, Los Angeles Times, The Washington Post, The Chicago Tribune, Dallas Morning News, Public Broadcasting Station (PBS), the British Broadcasting Company (BBC) and many others.

## UCLA UNIVERSITY COMMITTEES AND ACTIVITIES

**Chair, Islamic Studies Interdepartmental Degree Program,** UCLA, January 2010 – present. Acting Chair, March 2008 – January 2010.

**Faculty Tenure Review Committee.** UCLA, March, 2008 - present.

**Graduate Faculty Advisor** to Islamic Studies Interdepartmental Degree Program, UCLA, July 2006 – present.

**Faculty Advisor,** Muslim Law Student Association, UCLA School of Law, Spring 2006 – present.

**Committee Member.** Committee on Critical Race Studies Program, UCLA School of Law, 9/00 – present.

**Committee Member.** Committee on Near Eastern Studies, Letters and Science Executive Committee, UCLA, 6/99 – present.

**Committee Member.** International Studies and Overseas Programs (ISOP) Faculty Advisory Committee for the Center for Near Eastern Studies, UCLA, 6/99 – present.

**Summer Law School Program Professor.** Providing extended orientation to accelerate law school acclimation of 40 disadvantaged, new and incoming students, UCLA School of Law, 8/00 – present.

**Chairman.** Student Conduct Committee, University of California at Los Angeles (UCLA), 9/00 – 5/2005.

**Committee Member.** Graduate Admissions Committee, Islamic Studies Interdepartmental Degree Program, September 1999 – present.

**Committee Member.** Graduate Awards Committee, Islamic Studies Interdepartmental Degree Program, September 1999 – present.

## SELECTED ACADEMIC ACTIVITIES

**Distinguished Guest Lecturer:** Al-Azhar University, Cairo, 2010 - present.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 7

**SELECTED ACADEMIC ACTIVITIES (Continued)**

**Honorary Member.** Romanian Association on Comparative and International Law Studies, Bucharest, Romania. 08/2010 – present.

**Advisory Board Member.** For research project, "RELMIN: The legal status of religious minorities in the Euro-Mediterranean world (5th – 16th centuries)," funded by the European Research Council (2010-2014), based at the Maison des Sciences Ange Guépin in Nantes, France. Spring 2010 – present.

**Series Editor.** *Palgrave Series in Islamic Theology, Law, and History,* Palgrave Macmillan, 2009 - present.

**International Advisory Board Member.** National Centre of Excellence for Islamic Studies, University of Melbourne, Australia, Spring 2009 – present.

**Advisory Board Member.** University of Adelaide Research Unit for the Study of Society, Law and Religion (RUSSLR), Australia, April 2008 – present.

**Editorial Board Member.** *Journal of Islamic Law and Culture,* Routledge Publishers. February 2008 – present.

**Editorial Board Member.** *Political Theology.* Equinox Publishing Ltd., London. July 2007 – present.

**Advisory Board Member.** Carnegie Corporation of New York, Islam Initiative Publications Project, June, 2007 – present.

**Advisory Board Member.** E-journal: "Islamic Law and the Law of the Muslim World" in the Legal Scholarship Network (LSN) section of the Social Science Research Network (SSRN), June 2007 – present.

**Associate Editor.** *Hawa: Journal of Women of Middle East and the Islamic World,* published by E.J. Brill, 6/02 – present.

**Advisory Board Member.** *Harvard Press Series on Islamic Law.* 6/01 – present.

**Advisory Board Member.** UCLA Journal of Islamic and Near Eastern Law, UC Press, Los Angeles, CA. Directed and involved in all aspects of the founding and planning of the journal. First issue published 12/2001. 12/00 – present.

**Editorial Board Member.** Journal of Religious Ethics. 11/02 – 07/06.

**Advisory Board Member.** Journal of Islamic Law and Society, E.J. Brill, Leiden, 12/00 – present.

**Advisory Board Member.** Journal of Islamic Studies, Islamabad, Pakistan. 3/00 – present.

**Advisory Board Member.** Journal for Islamic Studies, University of the Western Cape, 6/97 – present.

**Committee Member.** 2001 Program Committee, Middle Eastern Studies Association (MESA). 1/2000 – 11/2001.

**Subject Matter Expert.** Assisted Editor in preparing an issue of the Journal of Law & Religion dedicated to Islamic Jurisprudence. Issue published in October, 2001.

**Managing Editor.** *Princeton Papers: In Near Eastern Studies,* Princeton University, Princeton, NJ. 3/93 - 9/95.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 8

## SELECTED ACADEMIC ACTIVITIES (Continued)

### Academic Reviewer for the following publications:

*American Journal of International Law*
*Brill Publications*
*Chronicle of Higher Education*
*Cambridge University Press*
*University of Texas Press*
*University of Utah Press*
*University Press of Florida*
*Harvard Middle Eastern and Islamic Review*
*Comparative Education Review*

*International Journal of Middle East Studies*
*Journal of Law & Religion*
*Journal of Islamic Law & Society*
*Journal of Islamic Studies*
*Journal of Religious Ethics*

## PUBLICATIONS – BOOKS

Series Editor: *Palgrave Series in Islamic Theology, Law, and History,* Palgrave Macmillan, forthcoming.

*Reasoning with God: Rationality and Thought in Islam*. Oxford: Oneworld Publications, forthcoming.

*Jihad in Islam*. Cambridge: Cambridge University Press, forthcoming.

*God and the Promise of Beauty: Islam and Human Rights.* Oxford: Oneworld Publications, forthcoming.

*Reclaiming Shariah: The Battle between Ugliness and Beauty in Islam.* Lanham, Ma: Rowman & Littlefield Publishers, forthcoming.

*And God Knows the Soldiers, Revised Edition* (University Press of America), forthcoming.

*The Challenge of Islamophobia (in Arabic)*. (Cairo: Al-Shorouk Al Dawliyya, forthcoming 2012).

*The Search for Beauty in Islam: A Conference of the Books*, Lanham, Ma: Rowman & Littlefield Publishers, 2006.

*The Great Theft: Wrestling Islam from the Extremists.* San Francisco, Ca.: HarperSanFrancisco, 2005. Translated into Arabic, Amharic, Japanese, Spanish, and Indonesian.

Series Editor: *Introducing Islam,* Broomall, Pa; Mason Crest Publishers, 2004

*Islam and the Challenge of Democracy.* Princeton, NJ: Princeton University Press, 2004. Translated into Arabic. Cairo, Egypt: Dar al-Shuru, 2005. Translated into Indonesian (*Islam Dan Tantangan Demokrasi* Jakarta: PT Serambi Ilmu Semesta, 2003).

*The Authoritative and Authoritarian in Islamic Discourses: A Contemporary Case Study*. 3rd edition. Washington, D.C.: Al-Saadawi Publishers, 2002. Translated into Arabic (*Al-Istibdad wa al-Marja'iyya fi al-Khitab al-Islami: Dirasat Hala Mu'asira*. Trans. Muhammad Adil Eid. Cairo, Egypt: Shorouq Dawliyya, 2003).

*The Place of Tolerance in Islam*. Boston, Ma.: Beacon Press, 2002. Translated into Indonesian (*Melawan "Tentara Tuhan"*. Jakarta: Indonesia, UFUK Press, 2004) Translated into Arabic, Cairo, Egypt: Madbouly Books, 2006.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 9

**PUBLICATIONS – BOOKS (Continued)**

*Speaking in God's Name: Islamic Law, Authority and Women.* Oxford: Oneworld Publications, 2001. Translated into Indonesian (*Atas Nama Tuhan: Dari Fikih Otoriter ke Fikih Otoritatif.* Jakarta: PT Serambi Ilmu Semesta, 2004) Translated into Arabic (Cairo, Egypt: Madbouly Books, 2006).

*And God Knows the Soldiers: The Authoritative and Authoritarian in Islamic Discourses.* Lanham, Md.: University Press of America/Rowman and Littlefield, 2001. Translated into Indonesian (*Melawan "Tentara Tuhan".* Jakarta: PT Serambi Ilmu Semesta, 2003).

*Conference of the Books: The Search for Beauty in Islam.* Lanham, Md.: University Press of America/Rowman and Littlefield, 2001. Translated into Indonesian (*Musyawarah Buku: Menyusuri Keindahan Islam dari Kitab ke Kitab.* Jakarta: PT Serambi Ilmu Semesta, 2003).

*Rebellion and Violence in Islamic Law.* Cambridge: Cambridge University Press, 2001.

*The Authoritative and Authoritarian in Islamic Discourses (Revised and Expanded).* 2nd edition. Austin, Tx.: Dar Taiba, 1997.

*The Authoritative and Authoritarian in Islamic Discourses.* Los Angeles, Ca: MVI, 1996.

**PUBLICATIONS – ACADEMIC ARTICLES**

**Encyclopedia Entry**: "Shariah." For Encyclopedia Britannica, forthcoming.

**Chapter**: "Reading the Signs: The Moral Compass of Transcendent Engagement." Lecture Publication for Conference, "Challenges for Islamic Theology in Europe," hosted by Paderborn University and the University of Münster in Münster, Germany on June 11, 2011.

**Chapter**: "Violence, Personal Commitment, and Democracy," in *God, Islam and English Law,* Ian Edge & Robin Griffith-Jones, eds. (Cambridge: Cambridge Univ. Press, forthcoming 2012).

**Chapter**: "Cultivating Human Rights: Islamic Law and the Humanist Imperative," in *Law and Tradition in Classical Islamic Thought,* Festschrift in honor of Professor Hossein Modarressi, edited by Asma Sayeed and Intisar Rabb, to be published by Palgrave in the *Palgrave Series in Islamic Theology, Law, and History* by Palgrave Macmillan, forthcoming 2012.

**Article**: "Conceptualizing Shari'a in the Modern State," 56 *Villanova Law Review* 4 (2012).

**Article**: "Religious Authority in the 21st Century," in the conference publication for "Speaking in God's Name: Re-examining Gender in Islam" (forthcoming, 2012).

**Preface**: to *Law and Tradition in Classical Islamic Thought,* Festschrift in honor of Professor Hossein Modarressi, edited by Asma Sayeed and Intisar Rabb, to be published by Palgrave in the *Palgrave Series in Islamic Theology, Law, and History* by Palgrave Macmillan, forthcoming 2012.

**Preface**: to *The Fatigue of the Shari'a* by Ahmed A. Ahmed (Palgrave Macmillan, 2012).

**Preface**: to *Constructing a Religiously Ideal 'Believer' and 'Woman' in Islam* by Adis Duderija (Palgrave Macmillan, 2011).

**KHALED M. ABOU EL FADL**
Curriculum Vitae, Page 10

**PUBLICATIONS – ACADEMIC ARTICLES (Continued)**

**"The Language of the Age: Shari'a and Natural Justice in the Egyptian Revolution,"** An Article in the Series: *Law in the Aftermath of the Egyptian Revolution of 25 January*, Harvard International Law Journal online, April 25, 2011, http://www.harvardilj.org/2011/04/online_52_el-fadl/.

**Series Editor:** *Palgrave Series in Islamic Theology, Law, and History*, Palgrave Macmillan. Dr. Abou el Fadl edits and writes a preface for all books under the series. Books in the series published to date and forthcoming by the following authors: Ayman Shabana, Amir Boozari, Ahmed Al-Dawoody, Adis Duderija, Ahmed Atif Ahmed.

**"Sharia."** In The Oxford University Handbook of Islam and Politics, part of the Oxford University Press Handbook series, forthcoming.

**"The Islamic Legal Tradition: A Comparative Law Perspective."** In Cambridge Companion to Comparative Law, Cambridge University Press, forthcoming.

**"Shariah and Constitutionalism"** in *"Constitutionalism in Islamic Countries: Between Upheaval and Continuity,"* ed. Rainer Grote and Tillman Roder (Oxford: Oxford University Press, 2011).

**"The Paradoxes of Islamophobia and the Future of the World,"** Introduction to The Essential Message of Islam by Muhammad Yunus and Ashfaque Ullah Syed, (Beltsville, Md: Amana Publications, 2009).

**"Fascism Triumphant?"** *Political Theology* 10, no. 4 (2009), pp.577-581.

**"Islamic Authority"** in *New Directions in Islamic Thought: Exploring Reform and Muslim Tradition*, ed. Kari Vogt, Lena Miller and Christian Moe, London: I.B. Tauris, 2009.

**"Islamic Law, Human Rights and Neo-Colonialism"** in *Oxford Amnesty Lectures 2006: The `War on Terror'*, ed. Chris Miller, Manchester University Press, 2009.

**"The Unique and International and the Imperative of Discourse."** 8 Chicago Journal of International Law 43-57 (2007).

**"Forward."** In *Inside the Gender Jihad: Women's Reform in Islam* by Amina Wadud. Oxford: Oneworld Publications, 2006, pp. vii-xiv.

**"Islam and Violence: Our Forgotten Legacy,"** In *Islam in Transition*. Edited by John Donohue and John Esposito. New York, NY: Oxford University Press, 2006, pp.460-464.

**"The Crusader."** *Boston Review* 28, no. 2 (March/April 2006).

**"The Place of Ethical Obligations in Islamic Law"**, *UCLA Journal of Islamic and Near Eastern Law*, no. 4 (2005): pp.1-40.

**"Introduction."** In *With God on our Side: Politics and Theology of the War on Terrorism*. London: Amal Press, 2005, pp. xli-xlv.

**"Islam and the Theology of Power,"** In *With God on our Side: Politics and Theology of the War on Terrorism*. London: Amal Press, 2005, pp. 299-311.

**"A distinctly Islamic View of Human Rights: Does it exist and is it compatible with the Universal Declaration of Human Rights?"** Vol. 27, No. 2, Center for Strategic and International Studies (CSIS) 27, 2005.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 11

PUBLICATIONS – ACADEMIC ARTICLES (Continued)

"**Islam and the Challenge of Democratic Commitment.**" In *Does Human Rights Need God?*, edited by Elizabeth M. Bucar and Barbra Barnett.  Wm. B. Eerdmans Publishing Co., Cambridge, U.K., 2005, pp. 58 – 103.

"**The Orphans of Modernity and the Clash of Civilisations.**"  In *Islam and Global Dialogue: Religious Pluralism and the Pursuit of Peace*, edited by Roger Boase. Ashgate Publishing Co., Hants, England, 2005 pp. 179-188.

Encyclopedia of Religion and Nature, s.v. "**Dogs in the Islamic Tradition and Nature.**" New York: Continuum International, 2005.

"**Legal and Jurisprudential Literature: 9th to 15th Century.**"  Encyclopedia of Women & Islamic Culture, Leiden: Brill Academic Publishers, 2004, pp. 37-41.

Encyclopedia of the Qur'an, Vol. 4, s.v. "Rebellion." Leiden: Brill Academic Publishers, 2004.

Encyclopedia of the Qur'an, Vol. 4, s.v. "Retaliation." Leiden: Brill Academic Publishers, 2004.

"**Speaking, Killing and Loving in God's Name.**" *The Hedgehog Review* 6, no. 1 (Spring 2004).

"**The Death Penalty, Mercy and Islam: A Call for Retrospection.**"  In *A Call for Reckoning: Religion and the Death Penalty*, Erik C. Owens, John D. Carlson & Eric P. Elshtain, eds.  Grand Rapids, Mi: Wm. B. Eerdmans Publishing Co., 2004, pp. 73-105.

"**Islam and the Challenge of Democratic Commitment.**" *Fordham International Law Journal* 27, no. 1 (December 2003): pp. 4 – 71.

"**9/11 and the Muslim Transformation.**"  In *September 11: A Transformative Moment? Culture, Religion and Politics in an Age of Uncertainty*, edited by Mary Dudziak.  Duke University Press, 2003, pp.70-111.

"**The Human Rights Commitment in Modern Islam.**"  In *Human Rights and Responsibilities in the World Religions*, edited by Joseph Runzo, Nancy M. Martin and Arvind Sharma.  Oxford: Oneworld Publications, 2003, pp. 301-364.

"**The Modern Ugly and the Ugly Modern:  Reclaiming the Beautiful in Islam.**"  In *Progressive Muslims*.  Edited by Omid Safi.  Oxford: Oneworld Publications, 2003, pp. 33 – 77.

"**Islam and the State: A Short History.**"  In Democracy and Islam in the New Constitution of Afghanistan", Edited by Cheryl Benard and Nina Hachigian.  Conference Proceedings, Rand Corporation and Center for Asia Pacific Policy, March, 2003.

"**The Culture of Ugliness in Modern Islam and Reengaging Morality.**"  *UCLA Journal of Islamic and Near Eastern Law 2*, no. 1 (Fall/Winter 2002-03): 33 – 97.

"**The Orphans of Modernity and the Clash of Civilisations.**"  *Global Dialogue*, vol. 4, no. 2 (Spring 2002), pp. 1 – 16.

"**Introduction.**"  In *Shattered Illusions: Analyzing the War on Terrorism*. London: Amal Press, 2002, pp. 19 – 44.

"**Peaceful Jihad.**"  In *Taking Back Islam*.  Edited by Michael Wolfe. Emmaus, Pa: Rodale Press, 2002, pp. 33 – 39.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 12

PUBLICATIONS – ACADEMIC ARTICLES (Continued)

"Islamic Law and Ambivalent Scholarship: A Review of Lawrence Rosen, *The Justice of Islam: Comparative Perspectives on Islamic Law and Society* (Oxford: Oxford University Press, 2000)." *Michigan Law Review*, vol. 100, no. 6, May 2002, pp. 1421– 1443.

"Soul Searching and the Spirit of Shari'ah: A Review of Bernard Weiss' *The Spirit of Islamic Law*." *Washington University Global Studies Law Review*, vol. 1, nos. 1 and 2, Winter/Summer 2002, pp. 553 – 72.

"Between Functionalism and Morality: The Juristic Debates on the Conduct of War." In *Islamic Ethics of Life: Abortion, War, and Euthanasia.* Edited by Jonathan E. Brockopp.  University of South Carolina Press, Columbia, SC: 2003, pp. 103 – 128.

"Islam and the Challenge of Democracy." *Boston Review* 28, no. 2 (April/May 2003).

"Conflict Resolution as a Normative Value in Islamic Law:  Handling Disputes with Non-Muslims." In *Faith-Based Diplomacy: Trumping Realpolitik*  Edited by Douglas Johnston.  New York: Oxford University Press, 2003, pp. 178 – 209.

"The Unbounded Law of God and Territorial Boundaries." In *States, Nations and Borders: The Ethics of Making Boundaries.*  Edited by Allen Buchanan and Margaret Moore.  Cambridge: Cambridge University Press, 2003, pp. 214 – 227.

"Constitutionalism and the Islamic Sunni Legacy."  *UCLA Journal of Islamic and Near Eastern Law* 1, no. 1 (Fall/Winter 2001-02): 67-101.

"Islam and Tolerance:  Abou El Fadl Replies." *Boston Review* 27, no. 1 (February/March 2002): 51.

"The Place of Tolerance in Islam."  *Boston Review* 26, no. 6 (December 2001/January 2002): 34 – 36.  Translated into Arabic for publication in *Al-Rashad*.

"Islam and the Theology of Power." *Middle East Report* 221 (Winter 2001): 28 – 33.

"What Became of Tolerance in Islam." In *Beauty for Ashes*, Edited by John Farina. New York, NY: Crossroad Publishing Company, 2001, pp.71-75.

"Negotiating Human Rights Through Language." *UCLA Journal of International Law and Foreign Affairs* 5, no. 2 (2001): 229 – 236.

Review of "*The Origins of Islamic Law: The Qur'an, the Muwatta' and Madinan 'Amal*," by Yasin Dutton. 32 *International Journal of Middle Eastern Studies* 32 (2000): 531 – 532.

"Fox Hunting, Pheasant Shooting and Comparative Law." Co-authored with Alan Watson. *American Journal of Comparative Law* 48 (2000): 1 - 37.

"The Use and Abuse of Holy War." A Review of James Johnson's, "The Holy War Idea in the Western & Islamic Traditions." *Ethics and International Affairs* 14 (2000): 133 - 140.

"The Rules of Killing at War:  An Inquiry into Classical Sources." *The Muslim World* 89, no. 2 (1999): 144 – 157.

"Striking the Balance:  Islamic Legal Discourse on Muslim Minorities." *Muslims on the Americanization Path?* Edited by Yvonne Haddad and John Esposito. Atlanta, Ga.: Scholars Press, 1998; Oxford: Oxford University Press, 1999.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 13

## PUBLICATIONS – ACADEMIC ARTICLES (Continued)

"Political Crime in Islamic Jurisprudence and Western Legal History." *UC Davis Journal of International Law and Policy* 4 (1998): 1 - 28.

"Muslims and Accessible Jurisprudence in Liberal Democracies:  A Response to Edward B. Foley's *Jurisprudence and Theology*." *Fordham Law Review* 66 (1998): 1227 – 1231.

Encyclopedia Iranica, Vol. 7, s.v. "Dia," 1996.

"Muslim Minorities and Self-Restraint in Liberal Democracies." *Loyola Law Review* 29, no. 4 1996, 1525 - 1542.

Encyclopedia of the Modern Islamic World, s.v. "Hostages." Co-authored with Asma Sayeed. Oxford:  Oxford University Press, 1995.

Encyclopedia of the Modern Islamic World, s.v. "Diplomatic Immunity." Oxford:  Oxford University Press, 1995.

"Democracy in Islamic Law." In *Under Siege:  Islam and Democracy*. Edited by Richard Bulliet. New York: Middle East Institute of Columbia University, 1994.

"Islamic Law and Muslim Minorities:  The Juristic Discourse on Muslim Minorities from the Second/Eighth to the Eleventh/Seventeenth Centuries." *Islamic Law and Society* 1, no. 2 (1994): 141 - 187.

"Legal Debates on Muslim Minorities:  Between Rejection and Accommodation." *Journal of Religious Ethics* 22, no. 1, (1994): 127 - 162.

Review of *Law and Islam in the Middle East,* by Daisy Hilse Dwyer, ed. *The American Journal of Islamic Social Sciences* 9, no. 2 (1992): 268 - 272.

"Tax Farming in Islamic Law:  A Search for a Concept." *Islamic Studies* 31, no. 1 (1992): 5 – 32.

"Law of Duress in Islamic Law and Common Law: A Comparative Study." *Arab Law Quarterly* 6, no. 2 (1991): 121; *Islamic Studies* 30, no. 3 (1991): 305 - 350.

"Ahkam al-Bughat:  Irregular Warfare and the Law of Rebellion in Islam."  In *Cross, Crescent & Sword:  The Justification and Limitation of War in Western and Islamic Tradition.* Edited by James Turner Johnson and John Kelsay.  Westport, Ct.: Greenwood Press, 1990.

## OTHER PUBLICATIONS

Article: "Renewing Islam in these Dark Ages," *Australian Broadcasting Corporation* (Aug. 2011), http://www.abc.net.au/religion/articles/2011/08/04/3285156.htm.

Article: "The Emergence of Supremacist Puritanism in Modern Islam," *Australian Broadcasting Corporation* (July 21, 2011), http://www.abc.net.au/religion/articles/2011/07/20/3273754.htm.

Article: "Islam and Vulgarity in the Modern Age," *Australian Broadcasting Corporation* (June 1, 2011), http://www.abc.net.au/religion/articles/2011/05/16/3218247.htm.

Article: "Which Clash? What Civilizations?" *Australian Broadcasting Corporation* (May 16, 2011), www.abc.net.au/religion/articles/2011/06/01/3232566.htm.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 14

**OTHER PUBLICATIONS (Continued)**

Article: "The Culture of Ugliness in Modern Islam," *Australian Broadcasting Corporation* (May 4, 2011), http://www.abc.net.au/religion/articles/2011/05/04/3208020.htm.

Article: "What is Shari'a?" *Australian Broadcasting Corporation* (March 22, 2011), http://www.abc.net.au/religion/articles/2011/03/22/3170810.htm.

Article: "The Narcissistic Delusions of Hosni Mubarak," *Australian Broadcasting Corporation* (March 10, 2011), http://www.abc.net.au/religion/articles/2011/03/10/3160282.htm.

**"The Nature of Law and Morality,"** Policy Research Center, Islamic Foundation, Islamic Society of Britain, April 2010, http://www.plainislam.com/in-depth/the-nature-of-law-and-morality.aspx.

**"More of the Same: Obama in Cairo."** In *Political Theology Online* at http://www.politicaltheology.com/PT/announcement/view/32.

**"Obama in Cairo"** Commentary, Religion and Ethics Newsweekly, June 4, 2009. http://www.pbs.org/wnet/religionandethics/episodes/june-5-2009/obama-in-cairo/3205/

**"Fascism Triumphant?"** Translated into Dutch. Opinion, *VolZin,* The Netherlands, Issue 15, August 7, 2009.

**"Al-Qaeda and Saudi Arabia."** Opinion, *Wall Street Journal,* 10 November, 2003.

**"On Rebuilding Iraq."** Opinion, *Wall Street Journal,* 21 April, 2003.

**"Past year has been difficult for American Muslims."** Editorial, *Dallas Morning News,* 8 September, 2002.

**"US Muslims, Unite and Stand Up."** Editorial, *Los Angeles Times,* 14, July 2002.

**"Moderate Muslims Under Siege."** Editorial, *New York Times,* 1 July 2002.

**"What Became of Tolerance in Islam?"** Editorial, *Los Angeles Times,* 14 September 2001.

**"Terrorism is at Odds With Islamic Tradition."** Editorial, *Los Angeles Times,* 22 August 2001.

**"Islamic Sex Laws."** Article, *LA Daily Journal,* 15 August 1999.

**"Human Rights Must Include Tolerance."** *Los Angeles Times,* 12 August 1997. Excerpted from my testimony before the Secretary of State's Advisory Committee on Religious Freedom Abroad, Bureau of Democracy, Human Rights & Labor, Office of External Affairs, U.S. Department of State, Washington, D.C., 6/97. Republished in: *Austin-American Statesman,* 15 August 1997; *The Orlando Sentinel,* 18 August 1997; *The Philadelphia Inquirer,* 22 August 1997; *The Trenton Times,* 25 August 1997; *Houston Chronicle,* 25 August 1997. Also appeared in Canadian newspapers and the *Herald Tribune* in London, England.

**"Critique: Review of the U.S. Department of State's Country Reports on Human Rights Practices, Egypt."** Lawyers Committee for Human Rights, 1992, 1993, 1994, 1995, and 1996.

**"Weathering Away."** Poem in *The Weathervane.* New Haven, Ct.: Yale University Press, 1985.

**"Lebanon: Microcosm of the Middle East Conflict."** *The Yale International Forum,* May 1984.

*Just Some Whispering Thoughts.* Book of Poetry. Kuwait: Dar al-Buhuth al-'Ilmiyya, 1980.

**KHALED M. ABOU EL FADL**
Curriculum Vitae, Page 15

Published several Arabic articles, short stories and poems in Egyptian and Kuwaiti newspapers.

## SELECTED LECTURES, PANELS AND PRESENTATIONS

**Panel Presentation:** "Responding to Islamophobia." Sponsored by Critical Race Studies Program, UCLA School of Law, April 16, 2012.

**Honorific Event:** "Event Honoring Dr. Khaled Abou El Fadl." UCLA School of Law, Los Angeles, CA, March 21, 2012.

**Keynote Lecture:** Conference, "The Changing Political Face of the Middle East and the Role for Islamic Law," University of Pennsylvania Law School, Philadelphia, PA, March 17, 2012.

**Keynote Lecture:** Conference, "Locating the Sharī'a: Creating New Sources for Knowledge and Inquiry," UCSB, Santa Barbara, CA, February 18, 2012.

**Roundtable Participant:** "Political Transition, Rule of Law, and Human Rights: What have we learned from the Arab Spring?" Symposium sponsored by the UCLA Journal of International Law and Foreign Affairs: "Law, Human Rights and Revolution: Transitions in the Wake of the Arab Spring," UCLA School of Law, Los Angeles, CA, February 16, 2012.

**Featured Lecture and Conversation:** with renowned Syrian theologian and philosopher, Jawdat Said. "The Challenging Confronting Modern Muslims: Reflections on Theology and Ethics." Annual Benefit Dinner, Masjid al-Hedayah, Santa Ana, CA, February 4, 2012.

**Keynote Lecture:** "Is Liberty God's Law? Shari'a, the Military and the Arab Revolutions." Symposium sponsored by the *University of Pennsylvania Journal of International Law,* "Democracy in the Middle East," University of Pennsylvania Law School, Philadelphia, PA, November 11, 2011.

**Featured Guest Speaker:** Book launch and discussion sponsored by UCLA Islamic Studies IDP and Muslims for Progressive Values, *Progressive Muslim Identities: Personal Stories from the U.S. and Canada,* UCLA, Los Angeles, CA, November 6, 2011.

**Endowed Lecture:** Kenner Lecture, Lehigh University, "Is Shariah the Solution? The Promises and Problematics of Divine Law Today," Bethlehem, PA, September 13, 2011.

**Egyptian TV Guest:** Discussed Islamophobia with the Grand Mufti of Egypt, Shaykh Ali Gomaa, on his TV show, "Kalimat al-Haqq", Cairo, Egypt, July 27, 2011.

**Lecture:** Delivered at conference, "Challenges for Islamic Theology in Europe" to help define the establishment of Islamic Theology within German universities in the context of developing Islamic Theology in Europe. Hosted by the Center of Religious Studies at the University of Munster, and the Center for Comparative Theology and Cultural Sciences at the University of Paderborn, Munster, German, June 10-12, 2011.

**Keynote Lecture:** "Speaking in God's Name: Gender and Islam." Conference named in honor of Dr. Abou El Fadl's book, "Speaking in God's Name: Islamic Law, Authority and Women." Hosted by Inspire, "an award winning consultancy helping Muslim women to reach their full potential in life." London, June 4-5, 2011.

**Lecture and Q&A for the book launch** of "The Great Theft: Wrestling Islam from the Extremists," translated into Azerbaijani by the U.S. Embassy in Baku, Azerbaijan. Lecture delivered by videoconference between U.S. Embassy in Azerbaijan and UCLA School of Law, May 26, 2011.

**Public Lecture and Extended Q&A, Part III:** "Shariah Watch: A View from the Inside." UCLA School of Law, Los Angeles, CA, April 14, 2011.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 16

SELECTED LECTURES, PANELS AND PRESENTATIONS (Continued)

**Endowed Lecture:** "Conceptualizing Shariah in the Modern State," Donald Giannella Annual Memorial Lecture on Law and Religion, Villanova Law School, Villanova, PA, March 23, 2011.

**Moderator.** Panel: "Looking Up From Occupation: Israel and the Global Pacification Industry. Examining the development and exportation of models of occupation. A Discussion with Jeff Halper, Coordinating Director of the Israeli Committee Against Housing Demolitions, sponsored by UCLA Law School's Students for Justice in Palestine and the National Lawyers Guild, February 7, 2011.

**Expert Panelist.** Guest on Channel KCET (Southern California Public Television) television program, "SoCal Connected," discussing the crisis in Egypt, Los Angeles, CA, February 4, 2011.

**Public Lecture and Extended Q&A, Part II:** "Shariah Watch: A View from the Inside." UCLA School of Law, Los Angeles, CA, February 3, 2011.

**Public Lecture and Extended Q&A:** "Shariah Watch: A View from the Inside." UCLA School of Law, Los Angeles, CA, November 3, 2010.

**Panels:** "Exclusion versus Cooperation: Present and Future; Dialogue between Dr. Maher Hathout and Professor Khaled Abou El Fadl" and "Human Rights beyond Confrontation and the Role of Religion" as part of the Second Annual Conference on Contemporary Islamic Thought: Islam and Non-Muslims: Relations beyond Confrontation, Islamic Center of Southern California, Los Angeles, CA, October 17, 2010.

**Lecture:** "The Core of Islam." Islamic Center of Southern California, Los Angeles, CA, September 26, 2010.

**Lecture:** "Rationality and Reasonableness in Islamic Law and Theology." Al-Ashari Conference: World Association of Al Azhar Graduates (WAAG), Al Azhar University, Cairo, Egypt. May 8, 2010.

**Distinguished Lecture:** "Law and Religion in Islam." The 2nd Annual Donald Clark Lecture on Law and Religion. Rutgers Law School, Camden, NJ, April 12, 2010.

**Lecture:** "The Future of Islam." Islamic Center of Southern California, Los Angeles, CA, March 28, 2010.

**Panel:** "Reinventing the Enemy Within: Anti-Arab and Islamophobic Legal Discourse and Practice Beyond September 11." Critical Race Studies Kick-off event for the 2009-2010 Series. UCLA School of Law, November 4, 2009.

**Lecture:** "The Paradoxes of Islamophobia and the Future of the World," University of Nijmegen, Nijmegen, The Netherlands, June 19, 2009.

**Commentary:** "I Want to Believe, But…" Commentary on Roberto Unger's Lecture on "The Future of Religion and the Religion of the Future," Tanner Lectures on Human Values, Stanford University, Stanford, CA, April 16, 2009.

**Opening Lecture:** "Women-Hating, Islam-Hating and the Predicament of Shari'ah." Part of Series "Muslim Women: Contemporary Realities," Scripps College, Claremont, CA, January 28, 2009.

**Panel:** "Identity Politics and Political Identities: Race to the White House 2008," sponsored by Critical Race Studies Program, UCLA School of Law, October 27, 2008.

**KHALED M. ABOU EL FADL**
Curriculum Vitae, Page 17

**SELECTED LECTURES, PANELS AND PRESENTATIONS (Continued)**

**Opening Inaugural Address:** "Islam and Citizenship," Tilburg University, Opening Ceremonies of the 2008-2009 Academic Year, Tilburg, The Netherlands. September 1, 2008.

**Lecture:** "Islamic Law and the Challenge of Islamophobia", The Burke Lectureship in Religion and Society, UC San Diego, San Diego, CA, May 5, 2008.

**Lecture:** "Islamic Theology, Shari'a, and Human Rights Doctrine", Inaugural lecture for the Interfaculty Initiative on Contemporary State and Society in the Islamic World, hosted by the Center for Middle Eastern Studies at Harvard University, Cambridge, MA, March 4, 2008.

**Lecture:** "Towards Coexistence: Wrestling Islam from Intolerance", Inaugural Keynote for "Islamic Awareness Series 2008: Our Jihad to Reform: The Struggle to Define our Faith," hosted by the Islamic Society of Stanford University, Palo Alto, CA, January 31, 2008.

**Seminar:** ""Shari'a and the Accommodation of Muslim Minorities under Secular Jurisdictions," University of Oslo, Oslo, Norway, November 13, 2007.

**Lecture:** "Islamic Law and Human Rights: Tensions or Mutual Support?" University of Oslo Human Rights Prize Ceremony Lecture, hosted by the University of Oslo, Oslo, Norway, November 12, 2007.

**Lecture:** "The Rise of Islamic Extremism and Islamophobia", Cleveland Town Hall Public Lecture Series, Cleveland, OH, October 8, 2007.

**Lecture:** "What is Islam?" Seicho-No-Ie Annual Conference, New York, NY, August 4, 2007.

**Lecture:** "A Tribute to Mustapha Aqad," The Armand Hammer Museum of Art and Cultural Center, Los Angeles, CA, June 23, 2007.

**Lecture:** "American Islam," part of "Spring Camp 2007: Enriching the Mind, Body, and Soul: An Endless Pursuit." hosted by Muslim Student Association of University of Illinois at Urbana-Champaign, April 14, 2007.

**Lecture:** "Extremism and Islam," followed by a book signing of *The Great Theft.* Hosted by the Political Student Assembly, University of Southern California, Los Angeles, CA, April 11, 2007.

**Lecture:** "American Islam: The Struggle for the Soul of a Religion. A Conversation with Paul Barret and Dr. Khaled Abou El Fadl", hosted by The Los Angeles Public Library, Los Angeles, CA, February 22, 2007.

**Lecture:** "Extremism and Islam," Part of the Hammer Forum on social and political issues, hosted by The Armand Hammer Museum of Art and Cultural Center, Los Angeles, CA, January 30, 2007.

**Keynote Lecture:** "Religion and the Contemporary World", Islamic Cultural Center of Northern California and Graduate Theological Union, Oakland, CA, August 16, 2006.

**Lecture:** "Clash of Civilization or Clash of Religion?" British University in Cairo, Egypt, March 15, 2006.

**Lecture:** "Searching for God's Law in the Contemporary Muslim World," American University in Cairo, Egypt, March 13, 2006.

**Lecture:** "Islamophobia in the West: Myth & Rise," American University in Cairo, Egypt, March 7, 2006.

**KHALED M. ABOU EL FADL**
Curriculum Vitae, Page 18

**SELECTED LECTURES, PANELS AND PRESENTATIONS (Continued)**

Lecture: "Is Human Rights Responsible for the War on Terror?" 2006 Oxford Amnesty Lectures Series, Oxford, United Kingdom, March 2, 2006.

**Lecture:** "The Great Theft", St. Bartholomew's Church, New York, NY, November 1, 2005.

**Lecture:** "The Great Theft", 92nd Street Y, New York, NY, October 30, 2005.

**Lecture:** "The Great Theft", Temple of Universal Judaism and Park Avenue Christian Church, New York, October 29, 2005.

**Lecture:** "The Great Theft", Grace Cathedral, San Francisco, Ca., October 16,2005.

**Lecture:** "The Great Theft", Commonwealth Club of Silicon Valley, San Jose, Ca., October 14,2005.

**Lecture:** "The Great Theft", World Affairs Council, San Francisco, Ca., October 12,2005.

**Lecture:** " Muslims Under Siege: Who Speaks for Islam Today?", International Institute of Islamic Thought and Civilization, Malaysia, July 28, 2005.

**Lecture:** "Terrorism—The Islamic Perspective" International Islamic University Malaysia (IIUM), Malaysia, July 28, 2005.

**Lecture:** "Playing God: Who  Speaks for Islam Today?" Hosted by the Sisters in Islam Organization, Malaysia, July 27, 2005.

**Lecture:** "A Blueprint for Cohesive Bonding Between the Muslim World and the USA", Akademi Aidit & AG Aspirations, Mayalsia, July 27, 2005.

**Keynote Lecture:** Women and New Social Order, International Conference, Jogjakarta, Indonesia, July 26, 2005.

**Lecture:** "Renewal of Islamic Thought: From Authoritarianism to Progressiveness," Islamic University of Jogjakarta , Jogjakarta, Indonesia, July 25, 2005.

**Lecture:** "The Place of Tolerance in Islam",  Jakarta, Indonesia, July 22, 2005.

**Lecture:** "Speaking in God's Name", Jakarta, Indonesia, July 21, 2005.

**Lecture:** " Free Speech", Muhammadiyah, Jakarta, Indonesia, July 20, 2005.

**Lecture:** "Uncovering The Authoritarianism in Religion", Launch of Journal PERSPEKTIF PROGRESIF, Jagkarta, Indonesia, July 18, 2005.

**Lecture:** "Muslims Under Siege", Abdul Aleem Siddique Mosque, Singapore, July 17, 2005.

**Lecture:** "The Good, The Bad & The Ugly: *The Search for Beauty in Islam",* Darul Arqam, Singapore, July 16, 2005.

**Lecture:** "Playing God: *Who Speaks for Islam Today?"* Darul Arqam Singapore, July 15, 2005.

**Lecture:** "The Islamic State: Between Myth and Reality", Institute of Defense and Strategic Studies (IDSS), Singapore, July 13, 2005.

**Lecture:** "Re-engaging Islam", Islamic Religious Council of Singapore, July 11, 2005.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 19

**SELECTED LECTURES, PANELS AND PRESENTATIONS (Continued)**

**Keynote Lecture:** "Political Islam", PISAP/NESA 12th Annual Conference, Political Islam: Critical and Emerging Ideologies and Actors, Arlington, VA, June 9, 2005.

**Lecture**: "Democracy and Global Islam" University of California at Berkeley's Institute of Governmental Studies, Berkeley, CA, April 22, 2005.

**Lecture:** "Democracy, Authoritarianism and Islamic Fundamentalism: Challenges and Opportunities." International Conference on "The Future Of Islam, Democracy, And Authoritarianism In The Muslim World," sponsored by the International Centre for Islam and Pluralism, Jakarta, Indonesia, December 6, 2004.

**Lecture:** "Is there a distinctly Islamic view of human rights and is it compatible with the Universal Declaration of Human Rights?" Islam Program at the Center for Strategic and International Studies (CSIS), Washington, D.C., September 7, 2004.

**Lecture:** "Islamic Law: Continuity or Change?" Conference on Critical Islamic Reflections, Yale Law School, April 24, 2004.

**Lecture:** "Shari'a and Women's Rights." Presented to the Council on Foreign Relations, New York, NY, April 15, 2004.

**Lecture:** "Tolerating Differences in Islamic Law." The 2004 Public Lecture on Law and Diversity. University of Toronto Law School, Toronto, Canada, March 18, 2004.

**Testimony:** Before the National Commission on Terrorist Attacks Upon the United States (aka 9/11 Commission) regarding "Security and Liberty" under the topic "Use of Immigration Laws to Combat Terrorism. Washington, D.C., December 8, 2003.

**Lecture:** "The Human Rights Challenge to Islamic Law." The Schell Center for International Human Rights, Yale Law School, New Haven, CT, December 5, 2003.

**Lecture:** "Speaking, Killing and Loving in God's Name." The Levinson Lectures on Religion, Democracy and Justice, University of Virginia, November 7, 2003.

**Lecture:** "Islam and Human Rights." Sponsored by the Clarke Fund for the Middle East and the Department of Near Eastern Studies, Cornell University, Ithaca, NY, September 19, 2003.

**Testimony:** Before the Senate Committee on the Judiciary Subcommittee on the Constitution, civil Rights and Property Rights and the Senate Committee on Foreign Relations Subcommittee on Near Eastern and South Asian Affairs, United States Senate, on "Constitutionalism, Human Rights, and the Rule of Law in Iraq." Washington, D.C., June 25, 2003.

**Discussion:** "Religion and Our World in Crisis." A public discussion with Rabbi Harold Schulweis, hosted by Krista Tippett, sponsored by "Speaking of Faith" Radio Program and Southern California Public Radio, produced by Minnesota Public Radio, Skirball Center, Los Angeles, CA. June 19, 2003.

**Testimony:** Before the Commission on International Religious Freedom on the role of Islamic law in Iraq and Afghanistan, June 12, 2003.

**Panel:** "Islam and American Democracy." Sponsored by the Center of Ethics and Public Policy, Washington, D.C. May 30, 2003.

**Panel:** "Islam and the Challenge of Democracy." Sponsored by the Boston Review and OnPoint Radio, WBUR, a Boston NPR station, at MIT, Boston, MA. May 13, 2003.

**KHALED M. ABOU EL FADL**
Curriculum Vitae, Page 20

**SELECTED LECTURES, PANELS AND PRESENTATIONS (Continued)**

**Lecture:** "Conflicting Visions and Competing Voices of Islam after 9/11." Sponsored by The Center for the Study of Religion and Conflict at Arizona State University, Tempe, AZ, April 30, 2003.

**Lecture:** "Islam and Democracy." Sponsored by the John M Olin Center or Inquiry into the Theory and Practice of Democracy, University of Chicago, Chicago, IL, April 24, 2003.

**Lecture:** "Islam and Women." Sponsored by Faculty Women's Club, UCLA, Los Angeles, CA, March 18, 2003.

**Panel:** "Nuclear Weapons, North Korea and US Foreign Policy." Sponsored by the International Law Society, UCLA School of Law, Los Angeles, CA, February 10, 2003.

**Lecture:** "The Applicability of Shari'a in a Contemporary World: the Case for Human Rights." Sponsored by the Council on Middle East Studies at the Yale Center for International and Area Studies and the Department of Religious Studies, Yale University, New Haven, CT, February, 2003

**Lecture:** "Islam and the Rules of War." Public lecture, Stanford Law School, February, 2003.

**Conference:** "Democracy and Islam in the New Constitution of Afghanistan." RAND Center for Asia Pacific Policy, Santa Monica, CA, January 28, 2003

**Paper:** "The Human Rights Commitment in Modern Islam." Delivered to the International Development Law Organization. Conference on "The Role of Law in a Modern Afghanistan," Rome, Italy, December, 2002.

**Lecture:** "Hearing Internal Islamic Dialogues". Delivered to Office of Near East and South Asia Analysis (NESA), the CIA research directorate. Arlington, VA, November, 2002.

**Lecture:** "Islamic Political Thought and Democracy: A Conversation with Khaled Abou El Fadl." Sponsored by the Ethics and Public Policy Center, Washington, D.C., November, 2002.

**Lecture:** "Islam, Judaism and the Middle East," a discussion with Rabbi Chaim Seidler-Feller. 2002 UCLA Leadership Symposium, sponsored by the UCLA Foundation, Indian Wells, CA, November, 2002.

**Debate:** "Martyrs or Murderers? Terrorism and Suicide Bombings." Plenary Discussion with Sheik Youssef Al Qaradawi, moderated by Stephen Cohen, at the 2002 Doha Conference on U.S. Relations with the Islamic World. Sponsored by the Brookings Institute and the Qatar Government. Doha, Qatar, October 19, 2002.

**Debate:** "A Conversation on the Theme: An Islamic Reformation?" Debate with Bernard Lewis, moderated by Gerald Seib, Wall Street Journal. Sponsored by Global Policy Exchange, Washington, D.C., October 18, 2002.

**Lecture:** "Contemporary Debates in Islam," part of conference on "Understanding the Islamic World." Sponsored by the US State Department's Policy Planning Department, Foreign Service Institute & The National Intelligence Council, Washington, D.C., September, 2002.

**Keynote Address:** "Islamic Reformation and Women." Delivered to the Canadian Council of Muslim Women, 10th Anniversary Conference, Toronto, Canada, October, 2002.

**Lecture:** "The Future: Prospects for a Muslim Reformation," at symposium on "The Jihadists, Mainstream Islam, and the Lessons and Consequences of September 11," presented to analysts and policy makers in the US Intelligence community, July 24, 2002.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 21

SELECTED LECTURES, PANELS AND PRESENTATIONS (Continued)

Forum: "Isaac Encounters Ishmael: A Muslim-Jewish Conversation." Discussion with Rabbi Chaim Seidler-Feller. Sponsored by the UCLA Center for Near Eastern Studies, May, 2002.

Lecture: "Islamic Law and Reason." 17th Annual Giorgio Levi Della Vida Award and Conference, "From Islamology to the Critique of 'Islamic' Reason." Sponsored by the UCLA Center for Near Eastern Studies, May, 2002.

Keynote Address: Equity, Tolerance and the Challenge of Fundamentalism, Inauguration of the Center for the Study of Constitutional Law, Cardozo University Law School, New York City, NY, April, 2002.

Discussion: "Understanding Islam in Light of the Issues of Our Times," sponsored by Hebrew Union College – Jewish Institute of Religion and the North American Federation of Temple Brotherhoods, Pacific Southwest Region, April, 2002.

Keynote Address: "Challenges and Prospects for Islamic Peacebuilding after September 11." The Kroc Institute, University of Notre Dame, South Bend, IN, April, 2002.

Keynote Address. "Dueling Fates: Should the International Legal Regime Accept a Collective or Individual Paradigm to Protect Women's Rights?" Michigan Journal of International Law, University of Michigan Law School. April, 2002.

Discussion: "Authority, Extremism and Religious Law." A discussion with Rabbi Yitzchok Adlerstein. Loyola Law School, Los Angeles, CA, March, 2002.

Panel: "The Islamic View." Part of "Law and Faith: A Conference of Religiously-based Law Schools." Sponsored by Pepperdine University, Malibu, CA, February, 2002.

Seminar: "The Future of Disciplinary Knowledges." Distinguished Lecturer Series, the inaugural program for the University of Texas Humanities Institute to open in the 2001-2002 academic year. Austin, TX, 2/2002.

Forum: "The Legacy of the Ten Commandments: Ancient Text and Modern Contexts." UCLA Center for Jewish Studies 2001-2002 Public Forum. Series of eleven lectures over fall and winter quarters featuring two speakers and a moderator each evening. Los Angeles, CA, 1/2002.

Conference: "A Call for Reckoning: Religion and the Death Penalty." Speaking on the topic of Faith Traditions & The Death Penalty. Sponsored by The Pew Forum on Religion and Public Life, The University of Chicago Divinity School, 1/2002.

Lecture: "Who Speaks for Islam?" Museum of Tolerance, Simon Wiesenthal Center, Los Angeles, CA, 12/2001.

Lecture: "Do Not Murder." Part of the series on the Ten Commandments. Sponsored by the UCLA Jewish Studies Program and University of Judaism, UCLA Campus, Los Angeles, CA, 11/2001.

Lecture: "Islamic Law and Terrorism." Representing the UCLA Medical Center and Medical Group through the Visiting Speakers Program. Lecture to 150 physicians at Tarzana Regional Medical Center, Tarzana CA, 11/2001.

Lecture: "Islamic Law and Terrorism." Delivering to the Anti-Defamation League Executive Board, Los Angeles, CA, 10/2001.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 22

SELECTED LECTURES, PANELS AND PRESENTATIONS (Continued)

**Lecture**: Delivered to the Advisory Committee of the Middle East Division of Human Rights Watch, New York, NY, 10/2001.

**Panel: "Perspectives on September 11, 2001: A UCLA Teach-In."** UCLA panel on the tragedies of September 11 and their implications for the world from diverse perspectives, 10/2000.

**Panel: "Perspectives on Central Asia and the Middle East."** Sponsored by UC Irvine Department of History, 10/2001.

**Lecture: "Women and Islamic Law."** Part of "Feminism and the Law" series at Rice University, sponsored by the Feminist Reading Group.

**"Racism."** Part of "Perspectives on September 11, 2001," UCLA Law School panel on the tragedies of September 11 and their impact. 10/2001.

**"Conflict Resolution as a Normative Value in Islamic Law: Handling Disputes with Non-Muslims."** Part of the Smith-Richardson Foundation Seminar Series, The Islam Seminar, sponsored by the International Center for Religion and Diplomacy, Washington D.C., 9/2001.

**"Muslim Identity in the West,"** Conference on Islam and Muslims in America, sponsored by the Middle East Studies Center and the Department of Near Eastern Languages and Cultures. Ohio State University, 5/2001.

**"The Challenge of Speaking in God's Name: Islamic Law and Authoritativeness."** Department of Religious Studies, Stanford University, 4/2001.

**"The Arrested Development of Muslim Thought: An Evening with Dr. Khaled Abou El Fadl."** Lecture sponsored by Muslim Support Group, Houston, TX, 4/2001.

**"Islamic Law and the Challenges of Modernity."** One-day seminar sponsored by Muslim Support Group, Houston, TX, 4/2001.

**Book Signing for** *Conference of the Books: The Search for Beauty in Islam.* Barnes and Noble Booksellers, Austin, TX, 4/2001.

**Book Signing for** *Conference of the Books: The Search for Beauty in Islam.* Midnight Special Bookstore, Santa Monica, CA, 4/2001.

**"Banished From the Constitution: Immigrants and the First Amendment."** Panel sponsored by the Near Eastern Legal Society, UCLA School of Law, and the Graduate Student Association. Helped organize the conference and delivered the introductory lecture. UCLA School of Law, 3/2001.

**"Islamic Law, Human Rights, and Terrorism,"** Law and Society in the Middle East Seminar Series, cosponsored by the Center for Law, Policy and Social Science; the Department of Near East Languages and Cultures; and the Middle East Studies Center. Ohio State University College of Law, 3/2001.

**Panel on "'Who Shall Live and Who Shall Die?' Faith-Based Responses to the Death Penalty."** Sponsored by The Jewish Community Relations Committee (JCRC) of The Jewish Federation's Metropolitan and Western Region, Los Angeles, CA, 11/2000.

KHALED M. ABOU EL FADL
Curriculum Vitae, Page 23

**SELECTED LECTURES, PANELS AND PRESENTATIONS (Continued)**

Panel participant: **"Shari'a: Islamic Jurisprudence and Minority Rights in Muslim Countries."** Part of *Conference on Islam and Religious Freedom*, co-sponsored by the U.S. Department of State; Bureau of Intelligence and Research; Bureau of Democracy, Human Rights and Labor, Washington, D.C., 11/2000.

**"Rebellion in Islamic Law: The Negotiative Legal Process."** Center for Middle Eastern Studies, University of California at Berkeley, 9/2000.

**"Two Days of Islamic Law with Dr. Khaled Abou El Fadl."** Special Weekend Program, Islamic Society of Akron and Kent, Cuyahoga Falls, OH, 7/2000.

Chair of Panel on **"Regional Concerns in 2000 and Beyond: Border Disputes."** International Conference on *Iran, Iraq and the Arab States of the Gulf*. Sponsored by the Center for Near Eastern Studies and Internal Studies and Overseas Programs, UCLA, Los Angeles, CA, 5/2000.

**"Islamic Law, Beauty and Ugliness."** Islamic Society of Orange County, Garden Grove, CA, 5/2000.

**"Constitutionalism in Islamic Juristic Sources."** Lecture at conference on *Islam and Constitutionalism*. Sponsored by the Islamic Legal Studies Program, Harvard Law School, 4/2000.

**"Colonizing Women: The Ethical and Legal Issues Surrounding Systematic Gender and Race Discrimination."** Conference co-sponsored by the Journal of International Law and Foreign Affairs and the International Law Society, UCLA School of Law. Helped organize the conference and delivered the introductory lecture. Los Angeles, CA, 4/2000.

**"A Secured Marriage: The Use of Conditions in Islamic Marriage Contracts."** Panel on *Women, Law & Reform in Modern Egypt* at the 51st Annual Meeting Program of The American Research Center in Egypt. Co-sponsored by UC Berkeley Center for Middle Eastern Studies; P.A. Hearst Museum of Anthropology; Department of Near Eastern Studies; Graduate Division of UCBerkeley; Graduate Program in Ancient History and Mediterranean Archeology. UC Berkeley, 4/2000.

Keynote Speaker: *Democracy in Islam* and *The Political Empowerment of Muslims in the U.S.* Sponsored by the Westchester American Muslim Association, New York, 4/2000.

**"Challenges Confronting Islamic Law in the Modern Age."** Three-part lecture series sponsored by the Islamic Center of Southern California, Los Angeles, CA 2/2000 – 3/2000.

**"Fundamentalism in Early Islam."** Lecture as part of the symposium entitled *Whither Islamic Fundamentalism?* sponsored by the G. E. Von Grunebaum Center for Near Eastern Studies, UCLA, Los Angeles, CA, 2/2000.

**"Islamic Law and Authority."** Winter 2000 Colloquium Series, Center for the Study of Religion, UCLA, Los Angeles, CA, 1/2000.

Invitation to International Conference on "Aspects of Islamic Law in the Pre-Modern Period." Sponsored by The Institute for Advanced Studies, The Hebrew University of Jerusalem, Jerusalem, 1/2000.

**Testified before the Secretary of State's Advisory Committee on Religious Freedom Abroad**, Bureau of Democracy, Human Rights & Labor, Office of External Affairs, U.S. Department of State, Washington, D.C., 6/97. This lecture was excerpted at length in The Los Angeles Times, 8/12/97 and republished in The Austin-American Statesman, 8/15/97; The Orlando Sentinel, 8/18/97; The Philadelphia Inquirer, 8/22/97; The Trenton Times, 8/25/97; Houston Chronicle, 8/25/97. Also appeared in Canadian papers and the Herald Tribune in London, England.

**KHALED M. ABOU EL FADL**
Curriculum Vitae,  Page 24

**OTHER LECTURES**

    I am regularly invited to lecture on various topics of Islamic law within a broad range of religious contexts, ie. services for the Islamic, Jewish and Christian faiths, as well as panel discussions among scholars of many faiths.  I have lectured around the country at numerous religious centers including: the Islamic Centers of Southern California; Orange County, CA; Palo Alto, CA; Cuyahoga Falls, Ohio; San Francisco, CA; Orlando, FL; Hillel House, Westwood, CA; UCLA Episcopalian Church.

**LANGUAGES**

    English, Arabic, French, Latin, Ottoman Turkish, Persian, Hebrew, Syriac and Aramaic.



EXHIBIT B



# EXHIBIT C

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On October 17, 2012 I served the following document(s) described as:

**(1) *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER OF IMPOUNDMENT**

**(2)   REQUEST FOR JUDICIAL NOTICE**

**(3) DECLARATIONS OF CINDY LEE GARCIA, DAN SUTTER, GAYLORD FLYNN, DR. KHALED ABOU EL FADL, ALL IN SUPPORT OF EX PARTE APPLICATION**

**(4) DECLARATION OF DAVID HARDY IN SUPPORT OF EX PARTE APPLICATION**

**(5) DECLARATION OF M. CRIS ARMENTA IN SUPPORT OF EX PARTE APPLICATION**

**(6) DECLARATION OF ZAHAVAH LEVINE IN SUPPORT OF EX PARTE APPLICATION**

**(7) [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER, ISSUANCE OF ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER OF IMPOUNDMENT**

1

on the interested parties in this action by placing true copies thereof addressed as follows:

**Timothy L. Alger**
**Sunita Bali**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**
**TAlger@perkinscoie.com**
**sbali@perkinscoie.com**

☑    BY ELECTRONIC MAIL, pursuant to the consent of the above counsel

I declare under penalty of perjury under the law of the State of California that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on  October 17, 2012 in Los Angeles, California.

Heather Rowland

**NOTICE OF RELATED CASES**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 1511 West Beverly Blvd, Los Angeles, California 90026.

On _____ I served the following document(s) described as:

**(1) *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER OF IMPOUNDMENT**

**(2)  REQUEST FOR JUDICIAL NOTICE**

**(3) DECLARATIONS OF CINDY LEE GARCIA, DAN SUTTER, GAYLORD FLYNN, DR. KHALED ABOU EL FADL, ALL IN SUPPORT OF EX PARTE APPLICATION**

**(4) DECLARATION OF DAVID HARDY IN SUPPORT OF EX PARTE APPLICATION**

**(5) DECLARATION OF M. CRIS ARMENTA IN SUPPORT OF EX PARTE APPLICATION**

**(6) DECLARATION OF ZAHAVAH LEVINE IN SUPPORT OF EX PARTE APPLICATION**

**(7) [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER, ISSUANCE OF ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, AND ORDER OF IMPOUNDMENT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

1
**PROOF OF SERVICE**

*Nakoula B. Nakoula*
*c/o*
*Los Angeles County Sheriff's Department*
*Stanley Mosk Courthouse*
*110 North Grand Avenue Room 525*
*Los Angeles, 90012*

☐   PERSONAL SERVICE: On _____ I served the foregoing
documents listed above by personally handing them to

_____

*I declare under penalty of perjury under the law of the United States of America that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.*

Executed on _____ in Los Angeles, California.

_____

**PROOF OF SERVICE**

2