1   Timothy L. Alger (SBN 160303)
    TAlger@perkinscoie.com
2   PERKINS COIE LLP
    3150 Porter Drive
3   Palo Alto, CA  94304-1212
    Telephone:  650.838.4300
4   Facsimile:  650.838.4350

5   Sunita Bali (SBN 274108)
    SBali@perkinscoie.com
6   PERKINS COIE LLP
    1888 Century Park E., Suite 1700
7   Los Angeles, CA  90067-1721
    Telephone:  310.788.9900
8   Facsimile:  310.788-3399

9   Attorneys for Defendant
    Google Inc. and YouTube, LLC
10

11                  UNITED STATES DISTRICT COURT

12                  CENTRAL DISTRICT OF CALIFORNIA

13

14  CINDY LEE GARCIA, an              Case No. 2:12-cv-08315-MWF-VBK
    individual,
15                                    **NOTICE OF APPEARANCE OF**
                 Plaintiff,           **COUNSEL**
16
17        v.

18  NAKOULA BASSELEY
    NAKOULA, an individual also
19  known as SAM BACILE, MARK
    BASSELEY YOUSSEF, ABANOB
20  BASSELEY NAKOULA,
    MATTHEW NEKOLA, AHMED
21  HAMDY, AMAL NADA, DANIEL
    K. CARESMAN, KRITBAG
22  DIFRAT, SOBHI BUSHRA,
    ROBERT BACILY, NICOLA
23  BACILY, THOMAS J. TANAS,
    ERWIN SALAMEH, YOUSSEFF
24  M. BASSELEY, and/or MALID
    AHLAWI; GOOGLE, INC., a
25  Delaware Corporation; YOUTUBE,
    LLC, a California limited liability
26  company, and DOES 1 through 10,
    inclusive,
27
                 Defendants.
28

91004-0006/LEGAL24935855.1            0        NOTICE OF APPEARANCE OF COUNSEL

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that Sunita Bali of Perkins Coie LLP is appearing

3    in this action for Defendants GOOGLE INC. and YOUTUBE, LLC and hereby

4    requests that all further paper, pleadings, filings and electronic filings be served

5    upon her at SBali@perkinscoie.com.

6

7    Dated:  October 18, 2012                 **PERKINS COIE LLP**

8                                             By: /s/ Sunita Bali
                                                 Sunita Bali
9                                                SBali@perkinscoie.com

10                                           Attorneys for Defendants
                                             GOOGLE INC. and YOUTUBE, LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

91004-0006/LEGAL24935855.1          1        NOTICE OF APPEARANCE OF COUNSEL

# PROOF OF SERVICE

I, Ivone Vasquez, declare,

I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721. On the date signed below, I served the documents named below on the parties in this action as follows:

## NOTICE OF APPEARANCE OF COUNSEL

Upon the parties named below as follows: (See attached service list.)

☒ **(BY MAIL)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on **October 18, 2012**, at Los Angeles, California.

_____
Ivone Vasquez

## SERVICE LIST

**Defendant**

Nakoula B. Nakoula aka Mark Basseley Youssef
c/o Los Angeles County Sherriff's Department
Stanley Mosk Courthouse
110 North Grand Avenue, Room 525
Los Angeles, CA  90012