1  Timothy L. Alger (SBN 160303)
   TAlger@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5  Sunita Bali (SBN 274108)
   SBali@perkinscoie.com
6  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
7  Los Angeles, CA 90067-1721
   Telephone: 310.788.9900
8  Facsimile: 310.788-3399

9  Attorneys for Defendants
   Google Inc. and YouTube, LLC
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| CINDY LEE GARCIA, an individual, | Case No. CV-12-8315-MWF (VBKx) |
| Plaintiff, | Assigned to the Honorable Michael W. Fitzgerald |
| v. | **STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive, | |
| Defendants. | |

## STIPULATION

Plaintiff Cindy Lee Garcia ("Plaintiff") and Defendants Google Inc. and YouTube, LLC (collectively, the "YouTube Defendants") hereby stipulate as follows:

1. On October 18, 2012, the Court issued an order denying Plaintiff's ex parte application for temporary restraining order and set a hearing on Plaintiff's motion for preliminary injunction for November 19, 2012;

2. Timothy L. Alger, lead counsel for the YouTube Defendants, has been ordered to attend a hearing on November 19, 2012, before United States District Court Judge Sam Sparks in the Western District of Texas, in Austin. Judge Sparks has ordered the attendance of lead counsel for 15 defendants (including Mr. Alger), and class action counsel for 16 plaintiffs, for a hearing on eight motions and other matters;

3. Accordingly, the YouTube Defendants have requested, and Plaintiff has agreed, that the hearing on Plaintiff's preliminary injunction motion should be rescheduled for the next regular hearing date at which counsel for Plaintiff and the YouTube Defendants are available, which is December 3, 2012; and

4. Defendant Nakoula Basseley Nakoula has not yet been served with the summons and complaint, and no counsel representing Nakoula has yet appeared in this action;

SUBJECT TO THE COURT'S APPROVAL, IT IS THEREFORE STIPULATED THAT the hearing on Plaintiff's motion for preliminary injunction shall be continued to December 3, 2012, at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: October 22, 2012          **PERKINS COIE LLP**

By: /s/ Timothy L. Alger
      Timothy L. Alger

Attorneys for Defendants
Google Inc. and YouTube, LLC

DATED: October 22, 2012          **THE ARMENTA LAW FIRM APC**

By: /s/ M. Cris Armenta
      M. Cris Armenta

Attorneys for Plaintiff
Cindy Lee Garcia

# PROOF OF SERVICE

I, Pamela Villeral, declare,

I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721. On the date signed below, I served the documents named below on the parties in this action as follows:

**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Upon the parties named below as follows: (See attached service list.)

☒ **(BY MAIL)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on **October 22, 2012**, at Los Angeles, California.

*Pamela Villeral*
Pamela Villeral

## SERVICE LIST

**Defendant**

Nakoula B. Nakoula aka Mark Basseley Youssef
c/o Los Angeles County Sherriff's Department
Stanley Mosk Courthouse
110 North Grand Avenue, Room 525
Los Angeles, CA  90012