| | |
|---|---|
| 1 | Timothy L. Alger (SBN 160303)<br>TAlger@perkinscoie.com |
| 2 | PERKINS COIE LLP<br>3150 Porter Drive |
| 3 | Palo Alto, CA  94304-1212<br>Telephone:  650.838.4300 |
| 4 | Facsimile:  650.838.4350 |
| 5 | Sunita Bali (SBN 274108)<br>SBali@perkinscoie.com |
| 6 | PERKINS COIE LLP<br>1888 Century Park E., Suite 1700 |
| 7 | Los Angeles, CA  90067-1721<br>Telephone:  310.788.9900 |
| 8 | Facsimile:  310.788-3399 |
| 9 | |
| 10 | Attorneys for Defendants<br>Google Inc. and YouTube, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. CV-12-8315-MWF (VBKx)<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties dated October 22, 2012, and good cause appearing, the Court hereby orders that the hearing on Plaintiff's motion for preliminary injunction shall be continued to December 3, 2012, at 10:00 a.m.

IT IS SO ORDERED.

DATED: _____, 2012

_____
Hon. Michael W. Fitzgerald
U.S. District Judge

## PROOF OF SERVICE

I, Pamela Villeral, declare,

I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721. On the date signed below, I served the documents named below on the parties in this action as follows:

**[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Upon the parties named below as follows: (See attached service list.)

☒ **(BY MAIL)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on **October 22, 2012**, at Los Angeles, California.

*/s/ Pamela Villeral*
Pamela Villeral

---

2                                                                    PROOF OF SERVICE

Case No. CV-12-8315-MWF (VBKx)

## SERVICE LIST

**Defendant**
Nakoula B. Nakoula aka Mark Basseley Youssef
c/o Los Angeles County Sherriff's Department
Stanley Mosk Courthouse
110 North Grand Avenue, Room 525
Los Angeles, CA 90012