FILED

1  Occupy Los Angeles Et Al (Full Name)
2  P.O. Box 94971 (Address Line 1)
3  Pasadena, CA 91104 (Address Line 2)
4  310-505-1052 (Phone Number)
5  Movant in Pro Per
6  (indicate Plaintiff or Defendant)

2012 OCT 19  PM 4:12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ms Cindy Garcia, Et Al )  Case No.: 12 CV 08315 MWF (VBK)
Plaintiff, )
 ) Movant's
vs. ) (indicate Plaintiff or Defendant)
Google Inc Et Al ) NOTICE OF MOTION AND
You Tube LLC ) MOTION to Intervene
Does 1-10, ) with Request
Defendant(s). ) For Judicial Notice
 ) of Joinder with
Related case ) Plaintiff TRO / Injunction
10 CV 01847 ) Hearing Date: 11-19-12
 ) Hearing Time: 10:00 AM
11 CR 01067 ) Judge: MWF
 ) (Judge's name)
09 CV 01575 ) Place: 1600
 ) (courtroom number)
 )
_____

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on 11-19-12 (date) at 10 AM (time), or as soon thereafter as this matter may be heard in the above-entitled Court

1

1  located at __312 N. SPRING ST LA CA__,
2                (address of the Court in which the motion is being made)
3  __O.L.A.__, the __Movant__
      (your name)                (indicate Plaintiff or Defendant)
4  in this case, will move this Court to: __Grant Motion__
                                          (describe the nature of your motion)
5  __to Intervene and Join__
6  __Plaintiff's Motion, T.R.O. and__
7  __Injunctive Relief set for__
8  __11-19-12 at 10:AM__.

11  This motion is based upon the following documents:
12  __Demand Letter to Google Inc__
      (list the documents, such as a Memorandum of Points and Authorities and a Declaration, that support your motion)
13  __Fax'd/Mailed 10-15-12 or About;__
14  __Plaintiff's (all) Pleadings and Judicial__  __Notice__
15  __Whole File and Related File 12C 00297__
16  the complete files and records in this action, and upon such oral and documentary
17  evidence as may be allowed at the hearing of this motion.

19  DATED: __10-19-12__

21  By: __[signature]__
                (sign)
22
23  __For Occupy Los Angeles__
        (print name)
24  __Moran__ in Pro Per
        (indicate Plaintiff or Defendant)

26  P.S. see, Federal Complaint
27  Removed 1-11-20,12 Join Pleading
28  therein as Filed Herein.

Pro Se Clinic Form                Notice of Motion and Motion

Exhibit A

COLA

OCTOBER, 15, 2012

1. OFFICIAL DEMAND FOR GOOGLE INC, ITS BOARD OF DIRECTORS AND / OR
2. THE PRESIDENT TO IMMEDIATELY WITHDRAW THE INNOCENSE MUSLIMS FILM. THIS
3. DEMAND INCORPORATES THE WHITE HOUSE C/O PRESIDENT OBAMA PRIOR DEMAND(S).
4. THIS DEMAND TO REMOVE THE INNOCENSE MUSLIM FILM OFF THE UTUBE FORTH-
5. WITH OR IN ANY EVENT WITHIN 24 HOURS AFTER RECEIPT OF THIS DEMAND. WE WILL ASSUME
6.
7. THIS DEMAND WAS RECEIVED BY YOU BY OCTOBER 16, 2012, UNLESS NOTIFIED OTHER
8.
9. WISE. IF SAID DEMAND IS NOT MET, OR THE UNDERSIGN IS NOT INFORMED OF (CALLED)
10. YOUR INTENTION TO DO THE SAME, WE WILL BE SERVING YOUR CORPORATION WITH (SOON)
11. A FEDERAL SUIT, FOR RICO ACT VIOLATIONS, AIDING AND ABETTING A CRIMINAL
12. CONSPIRACY TO ASSASSINATE THE PRESIDENT OF THE UNITED STATES OF AMERICA OR
13. OTHER HIGH RANKING OFFICIALS IN HIS CABINET OR POLITICAL PARTY. PLEASE BE
14. ADVISED THAT 17 PEOPLE HAVE ETERNALLY BEEN PUT TO REST AS A RESULT OF SAID
15. FILM AND /OR YOUR REFUSAL TO TAKE THE SAME OFF THE U-TUBE; OR, WILL ASSIST.
16. (YOU TUBE LLC)
17. WE UNDERSTAND YOUR COMMITMENT OR THE CONSTITUTIONAL RIGHT TO 1ST AMENDMENT
18. RIGHTS. HOWEVER, THE RULE OF LAW HAS PREVIOUSLY DETERMINED THAT YOU DO NOT
19. HAVE THE RIGHT TO YELL FIRE IN A TH EATERS!!!!!!!!!!! THIS IS NOT A LICENSE TO KILL!
20. THE PRESENT STATE OF UNREST IN THE WORLD AND THE SLANDEROUS CONNECTION
21. OF SAID FILM TO AN ON GOING RICO ACT VIOLATION BY OTHER CONTROLLING PERSONS
22. ( I.E. MORMON MAFIA, KKK, WHITE SUPREMIST, F.B.I. CHEEF, DOES 1 to 9 )
23. SHALL PLACE EACH AND EVERY MEMBER OF YOUR (BORED) BOARD OF DIRECTORS, YOUR
24. PRESIDENT AND YOUR LAWYERS AT RISK BY THE RICO ACT FOR BEING ARRESTED AND
25. CRIMINALLY, CIVILY OR QUASI- CRIMINAL BEING HELD ACCOUNTABLE FOR PASS,
26. PRESENT AND /OR FUTURE DEATHS AS A RESULT OF YOUR FAILURE TO REMOVE SAID VIDEO.
27. FINALLY, OCCUPY LOS ANGELES WILL GO PUBLIC, REQUEST A MASS EXIST OF THE
28. PUBLIC USERS OF GOOGLE TO GO TO YAHOO IN VARIOUS USA CITIES AND OVER

40 PARTNERS AROUND THE WORLD. THERE WILL BE A FINANCIAL BOYCOTT !!!!!!!

OCCUPY LOS ANGELES          a OCCUPY LOS ANGELES

# DOCUMENTATION

**U.S. Department of State, Bureau of Consular Affairs, Travel Warning:**
"The Department of State warns U.S. citizens against all but essential travel to Libya... [Political] violence, including car bombings in Tripoli and assassinations of military officers and alleged former regime officials in Benghazi, has increased. Inter-militia conflict can erupt at any time or any place in the country. (Travel Warning, U.S. Department of State, State.gov, August 27, 2012.)

**President's Schedule: September 6, 2012 - September 11, 2012, WhiteHouse.gov**
According to the White House calendar, there is no public record of President Barack Obama attending the daily intelligence briefing in the week leading up to the attacks on the U.S. embassy in Cairo and the assassinations of Libyan Ambassador Chris Stevens and three American members of his staff. (White House Schedule, WhiteHouse.gov.)

**Kim Sengupta, London Independent Defense Correspondent:**
"According to senior diplomatic sources, the US State Department had credible information 48 hours before mobs charged the consulate in Benghazi, and the embassy in Cairo, that American missions may be targeted, but no warnings were given for diplomats to go on high alert and 'lockdown', under which movement is severely restricted."
(The London Independent, September 14, 2012.)

**Mohamed Yousef El-Magariaf, Interim President of Libya:**
Bob Schieffer, CBS News: Was this a long-planned attack, as far as you know? Or what-- what do you know about that?
El-Magariaf: The way these perpetrators acted and moved... and they're choosing the specific date for this so-called demonstration, I think this leaves us with no doubt that this has preplanned, determined-- predetermined.
Schieffer: And you believe that this was the work of al Qaeda and you believe that it was led by foreigners. Is that-- is that what you are telling us?
El-Magariaf: It was planned-- definitely, it was planned by foreigners, by people who entered the country a few months ago, and they were planning this criminal act since their arrival.
(Face the Nation, CBS, September 16, 2012.)

**Susan Rice, U.S. Ambassador to the United Nations:**
"Our current best assessment, based on the information that we have at present, is that, in fact, what this began as, it was a spontaneous – not a premeditated – response to what had transpired in Cairo..."
"I've been to Libya and walked the streets of Benghazi myself. The U.S. is extremely popular in Libya."
(This Week, ABC News, September 16, 2012.)

**Jamal Mabrouk, Member of Libyan February 17th Brigade:**
A member of a Libyan security force said he had met with American diplomats in the capital of Benghazi three days before the deadly assault on the U.S. consulate to warn them about the deteriorating situation in the country.
"The situation is frightening, it scares us," Mabrouk said they told the U.S. officials. He would not say how they responded. Mabrouk said it was not the first time he has warned foreigners about the worsening security situation in the face of the growing presence of armed jihadist groups in the Benghazi area. (CNN.com, September 15, 2012.)

**Yevgeny Y. Satanovsky, President of the Institute of the Middle East, Moscow:**
American leaders should not expect "one word of sympathy from their Russian counterparts. It is a tragedy to the family of the poor ambassador, but his blood is on the hands of Hillary Clinton personally."
(New York Times, September 12, 2012.)

1  SebON ZEIGLER (Full Name)
2  P.O Box 94971 (Address Line 1)
3  Pasadena, CA 91109 (Address Line 2)
4  310 505-1052 (Phone Number)
5  Movant in Pro Per
6  (indicate Plaintiff or Defendant)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

OCCUPY LA,
    Plaintiff,
vs.
L.A.P.D.
    Defendant(s).

Case No.: 12CV00297 Related
Case 12 CV 08315 MWF (VBK)
& Personal Service 10-22-12

**PROOF OF SERVICE BY MAIL**

(A) Plaintiff - Cindy Garcia
11900 W Olympic Blvd Ste 730
Los Angeles, CA. 90064
c/o Sunita Bali, Esq

(B) Defendant(s) Google INC et al
1888 Century Park East 1700
Los Angeles, CA 90064

(C) Fed Prisoner CEO 111 N. Hill LA, CA
Rm 528
c/o Baca
LA County Sheriff

I, Sebon Zeigler, declare as follows:
(name of person serving documents)

My address is 94971 P.O. Box Pasadena, CA, which is located in the county where the mailing described below took place.

Pro Se Clinic Form

1
Proof of Service