Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:  650.838.4300
Facsimile:  650.838.4350

Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788-3399

Attorneys for Defendants
Google Inc. and YouTube, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-12-8315-MWF (VBKx)<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**STIPULATION RE YOUTUBE DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT** |

# STIPULATION

Plaintiff Cindy Lee Garcia ("Plaintiff") and Defendants Google Inc. and YouTube, LLC (collectively the "YouTube Defendants") stipulate as follows:

1. On September 26, 2012, Plaintiff filed her Complaint;
2. On October 4, 2012, Plaintiff filed her First Amended Complaint ("FAC");
3. On October 5, 2012, counsel for the YouTube Defendants signed and returned to Plaintiff's counsel a Notice and Acknowledgment of Receipt, acknowledging service of the FAC on the YouTube Defendants;
4. Plaintiff's Motion for a Preliminary Injunction is pending before the Court and is scheduled for hearing on December 3, 2012;
5. The parties met and conferred on Monday, October 22, 2012, regarding the YouTube Defendants' anticipated Motion to Dismiss;
6. The parties agreed that in the interest of conserving the resources of the parties and this Court, the YouTube Defendants' time to respond to the FAC should be extended until 30 days after the Court rules on Plaintiff's Motion for Preliminary Injunction;
7. The parties have not previously requested extensions of any deadlines, and the parties do not believe that this extension will affect the progress of the case;

SUBJECT TO THE COURT'S APPROVAL, IT IS THEREFORE STIPULATED THAT the time for Defendants Google Inc. and YouTube, LLC to respond to the FAC, whether by answer, motion, or otherwise, shall be continued to and including 30 days after entry of the Court's decision on Plaintiff's Motion for Preliminary Injunction.

**IT IS SO STIPULATED.**

DATED: October 26, 2012

**PERKINS COIE LLP**

By: /s/ Timothy L. Alger
    Timothy L. Alger

Attorneys for Defendants
Google Inc. and YouTube, LLC

DATED: October 26, 2012

**THE ARMENTA LAW FIRM APC**

By: /s/ M. Cris Armenta
    M. Cris Armenta

Attorneys for Plaintiff
Cindy Lee Garcia

# PROOF OF SERVICE

I, Pamela Villeral, declare,

I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721. On the date signed below, I served the documents named below on the parties in this action as follows:

**STIPULATION RE YOUTUBE DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT**

Upon the parties named below as follows: (See attached service list.)

☒ **(BY MAIL)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on **October 26, 2012**, at Los Angeles, California.

_____
Pamela Villeral

91004-0006/LEGAL24935853.1  -3-  PROOF OF SERVICE
Case No. CV-12-8315-MWF (VBKx)

## **SERVICE LIST**

**Defendant**

Nakoula B. Nakoula aka Mark Basseley Youssef
c/o Los Angeles County Sherriff's Department
Stanley Mosk Courthouse
110 North Grand Avenue, Room 525
Los Angeles, CA  90012