Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
Google Inc. and YouTube, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-12-8315-MWF (VBKx)<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF GOOGLE INC. AND YOUTUBE, LLC TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT<br><br>Date: December 3, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1600 |

  Pursuant to Federal Rule of Evidence 201, defendants Google Inc. and YouTube, LLC (collectively, the "YouTube Defendants") hereby request that the Court take judicial notice of the following documents filed in *Garcia v. Nakoula, et al.*, Los Angeles Superior Court Case No. BC492358 ("State Court Action"). The YouTube Defendants submit these documents in support of their Opposition to Plaintiff's Motion for Preliminary Injunction and Order of Impoundment.

  Federal Rule of Evidence 201 provides that the Court may take judicial notice of a fact that is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). "Courts have consistently held that courts may take judicial notice of documents filed in other court proceedings." *NuCal Foods, Inc. v. Quality Egg LLC*, 2012 WL 3528162, at * 2 (E.D. Cal. Aug. 15, 2012); *see also United States v. Black*, 482 F.3d 1035, 1041 (9th Cir. 2007) ("A federal court may 'take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have direct relation to the matters at issue'") (citations omitted); *Molus v. Swan*, 2007 WL 2326132, at *6 (S.D. Cal. Aug. 13, 2007) (taking judicial notice of pleadings filed by the plaintiff in an earlier state court action).

  Plaintiff unsuccessfully sought the same relief in the State Court Action as she now seeks from this Court: an injunction ordering the removal from Youtube.com of a trailer for a film called "Innocence of Muslims." The YouTube Defendants respectfully request that the Court take judicial notice of the following documents filed in the State Court Action, as they are not subject to reasonable dispute and are directly relevant to this case:

  1. Complaint filed by Plaintiff against the YouTube Defendants in the State Court Action on September 19, 2012, a true and correct copy of which is attached as **Exhibit A**.

-2-   Request for Judicial Notice in Support of Opp. of Google and Youtube to Motion for PI

CV-12-8315-MWF (VBKx)

2.     Minute Order entered on September 20, 2012, denying Plaintiff's Application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, because Plaintiff failed to show a likelihood of success on the merits, a true and correct copy of which is attached hereto as **Exhibit B**.

3.     Request for Dismissal entered in the State Court Action on September 25, 2012, a true and correct copy of which is attached hereto as **Exhibit C**.

DATED:  October 29, 2012

PERKINS COIE LLP

By: /s/ *Timothy L. Alger*
Timothy L. Alger

Attorneys for Defendants
Google Inc. and YouTube, LLC