Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
Google Inc. and YouTube, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV-12-8315-MWF (VBKx)<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>OBJECTIONS BY GOOGLE INC. AND YOUTUBE, LLC TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT<br><br>Date: December 3, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1600 |

Defendants Google Inc. and YouTube, LLC (collectively the "YouTube Defendants") submit the following objections to the evidence submitted by Plaintiff Cindy Lee Garcia in support of her Motion for Preliminary Injunction.[1]

## I. Objections to the Declaration of Zahavah Levine[2]

The YouTube Defendants object to the declaration in its entirety, including all exhibits, on the ground that it is irrelevant. The Digital Millennium Copyright Act ("DMCA") works as an affirmative defense to a claim for copyright infringement against a service provider. It eliminates monetary relief if a service provider expeditiously removes copyrighted matter upon request of the copyright owner or upon obtaining actual or constructive knowledge that specific material is infringing. 17 U.S.C. § 512(c). Plaintiff is seeking injunctive relief, not monetary relief. Therefore, testimony regarding YouTube's practices under the DMCA is not relevant to Plaintiff's motion.

The YouTube Defendants further object to the declaration in its entirety, including all exhibits, on the ground that it consists entirely of inadmissible hearsay that is not subject to any exception. Accordingly, it should be excluded.

## II. Objections to Declaration of Cindy Lee Garcia[3]

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 1. | Paragraph 5, fifth sentence. | Hearsay not subject to any exception. |
| 2. | Paragraph 7, in its entirety. | Improper legal conclusion. |
| 3. | Paragraph 8, first sentence. | Improper legal conclusion. |
| 4. | Paragraph 8, second sentence. | Speculation; lacks foundation. |
| 5. | Paragraph 9, second sentence. | Improper legal conclusion. |
| 6. | Paragraph 10, third and fourth sentences. | Hearsay not subject to any exception. |

---

[1] The Evidence addressed here was initially submitted in support of Plaintiff's ex parte application for a temporary restraining order, which was denied on October 18, 2012. [Dkt. No. 15.]
[2] *See* Dkt. No. 14-1.
[3] *See* Dkt. No. 14.

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 7. | Paragraph 10, seventh sentence. | Speculation. |
| 8. | Paragraph 12, sentence two. | Hearsay not subject to any exception. |
| 9. | Paragraph 13, first sentence. | Speculation; lacks foundation; improper opinion testimony as to the impact of the film. |
| 10. | Paragraph 13, fourth sentence. | Hearsay not subject to any exception. |
| 11. | Paragraph 13, sixth sentence. | Speculation. |
| 12. | Paragraph 14, first sentence. | Speculation; lacks foundation; hearsay not subject to any exception. |
| 13. | Paragraph 14, third sentence. | Hearsay not subject to any exception. |
| 14. | Paragraph 15, second, third and fourth sentences. | Hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 15. | Paragraph 16, fourth sentence. | Hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 16. | Paragraph 17, first, third, fourth, fifth sentences and Exhibit B. | Hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |

### III. Objections to Declaration of Dan Sutter[4]

The YouTube Defendants object to the declaration in its entirety on the ground that the matters stated by the declarant are irrelevant.

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 1. | Paragraph 2, second sentence. | Hearsay not subject to any exception. |
| 2. | Paragraph 4, in its entirety. | Improper legal conclusion. |
| 3. | Paragraph 5, third sentence. | Speculation; lacks foundation. |

### IV. Objections to Declaration of John Doe No. 1[5]

---

[4] See Dkt. No. 14.

The YouTube Defendants object to the declaration in its entirety on the ground that the matters stated by the declarant are irrelevant.

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 1. | Paragraph 2, third sentence. | Hearsay not subject to any exception. |
| 2. | Paragraph 2, sixth sentence. | Hearsay not subject to any exception; speculation; lacks foundation; improper opinion testimony as to the impact of the Film. |
| 3. | Paragraph 4, in its entirety. | Improper legal conclusion. |
| 4. | Paragraph 5, first sentence. | Lacks foundation; hearsay not subject to any exception. |
| 5. | Paragraph 6, third sentence. | Speculation; lacks foundation. |
| 6. | Paragraph 6, fifth sentence. | Speculation; vague; ambiguous. |
| 7. | Paragraph 6, sixth sentence. | Relevance; improper opinion testimony regarding the inflammatory nature of the lines. |
| 8. | Exhibit A. | Hearsay not subject to any exception; exhibit not attached. |
| 9. | Exhibit B. | Hearsay not subject to any exception; exhibit not attached. |

### V. Objections to Declaration of Khaled Abou El Fadl[6]

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 1. | Paragraph 7, second sentence. | Speculation; lacks foundation; improper expert opinion as to the safety of all actors in the film; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |

---

[5] See Dkt. No. 14. Although the Declaration of John Doe No. 1 states that he was told that an unredacted version of his declaration containing his true name would be filed under seal, his unredacted declaration, revealing his true name, was filed by Plaintiff's counsel through the Court's ECF system.

[6] See Dkt. No. 14.

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 2. | Paragraph 8, second, third, fourth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh and twelfth sentences. | Speculation; lacks foundation; lacks personal knowledge; hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 3. | Paragraph 8, fifth sentence. | Speculation; lacks foundation; lacks personal knowledge; improper expert opinion regarding the cause of protests in Cairo, Egypt |
| 4. | Paragraph 9, in its entirety. | Speculation; lacks foundation; lacks personal knowledge; hearsay not subject to any exception; best evidence rule; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 5. | Paragraph 10, in its entirety. | Lacks foundation; lacks personal knowledge; hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 6. | Paragraph 11, in its entirety. | Lacks foundation; hearsay not subject to any exception; lacks personal knowledge; vague and ambiguous as to the terms "violence" and "dramatic events"; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 7. | Paragraph 12, in its entirety, and Exhibit B. | Lacks foundation; hearsay not subject to any exception; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 8. | Paragraph 13, in its entirety, and Exhibit C. | Lacks foundation; hearsay not subject to any exception; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 9. | Paragraph 14, in its entirety. | Speculation; lacks foundation; lacks personal knowledge; hearsay not subject to any exception; best evidence rule; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 10. | Paragraph 15, in its entirety. | Speculation; lacks foundation; lacks |

Defendants' Objection to Evidence Submitted by Plaintiff ISO Mtn for Preliminary Injunction

CV-12-8315-MWF (VBKx)

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
|  |  | personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 11. | Paragraph 15, third sentence and Exhibit D. | Hearsay not subject to any exception; exhibit not attached. |
| 12. | Paragraph 15, fourth sentence. | Speculation; lacks foundation; improper expert opinion regarding whether violence occurred. |
| 13. | Paragraph 16, first and third sentences. | Hearsay not subject to any exception; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 14. | Paragraph 16, second sentence. | Speculation; lacks foundation; improper expert opinion regarding the fatwa allegedly issued on the life of the actors in the film. |
| 15. | Paragraph 16, third sentence. | Hearsay not subject to any exception; speculation; exhibit not attached. |
| 16. | Paragraph 16, fourth and fifth sentences. | Speculation; lacks foundation; lacks personal knowledge; improper legal conclusion; vague and ambiguous. |
| 17. | Paragraph 17, fourth sentence. | Speculation; lacks foundation; vague and ambiguous. |
| 18. | Paragraph 17, fifth sentence. | Speculation; lacks foundation; improper legal conclusion; improper expert testimony regarding the danger to Plaintiff; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 19. | Paragraph 17, sixth sentence. | Speculation; lacks foundation; improper expert testimony regarding unannounced or secretive calls by extremist or fanatic groups; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 20. | Paragraph 18, second sentence. | Speculation; lacks foundation; vague and ambiguous. |
| 21. | Paragraph 18, fourth sentence. | Lacks personal knowledge; speculation; lacks foundation; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 22. | Paragraph 19, in its entirety. | Hearsay not subject to any exception; lacks foundation; best evidence rule; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 23. | Paragraph 20, in its entirety. | Hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 24. | Paragraph 21, first sentence. | Speculation; lacks personal knowledge; lacks foundation; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 25. | Paragraph 21, second sentence. | Speculation; lacks personal knowledge; lacks foundation; improper legal conclusion; improper expert opinion regarding Plaintiff's ability to travel; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 26. | Paragraph 21, third sentence. | Speculation; lacks personal knowledge; lacks foundation; improper expert opinion regarding the world's view of Plaintiff; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 27. | Paragraph 21, fourth, fifth and sixth sentences. | Speculation; lacks personal knowledge; lacks foundation; hearsay not subject to any exception; improper expert opinion regarding how the film and Plaintiff are universally viewed; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 28. | Paragraph 21, seventh, eighth and ninth sentences. | Speculation; lacks personal knowledge; lacks foundation; improper legal conclusion; improper expert testimony regarding the danger to Plaintiff; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 29. | Paragraph 22, in its entirety. | Relevance; lacks personal knowledge; speculation; improper expert testimony regarding personal opinion of film; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 30. | Paragraph 22, third, fifth, seventh, eighth and ninth sentences. | Speculation; lacks foundation; improper legal conclusion; improper expert testimony regarding personal opinion of film; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 31. | Paragraph 22, sixth sentence. | Hearsay not subject to any exception; lacks foundation; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 32. | Paragraph 23, in its entirety. | Speculation; lacks foundation; vague and ambiguous; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 33. | Paragraph 23, fifth sentence. | Improper legal conclusion. |
| 34. | Paragraph 24, in its entirety. | Relevance; speculation; lacks foundation; improper expert opinion regarding how the film and Plaintiff are universally viewed; vague and ambiguous; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 35. | Paragraph 24, third and fourth sentences. | Speculation; lacks foundation; improper legal conclusion; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 36. | Paragraph 25, second and third sentences. | Speculation; lacks foundation; improper expert testimony regarding the "heart" of the work and the cause of outrage in the world; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |

## VI. Objections to Declaration of M. Cris Armenta[7]

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 1. | Paragraph 2, in its entirety. | Relevance; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |

---

[7] See Dkt. No. 14-3.

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 2. | Paragraph 2, fifth, sixth, seventh and eighth sentences. | Hearsay not subject to any exception. |
| 3. | Paragraph 3, in its entirety. | Relevance; hearsay not subject to any exception. |
| 4. | Paragraph 3, second and third sentences. | Speculation; lacks foundation. |
| 5. | Paragraph 4, in its entirety. | Relevance; hearsay not subject to any exception; misrepresents Defendants' position. |
| 6. | Paragraph 5, in its entirety. | Relevance; probative value outweighed by unfair prejudice (Fed. R. Evid. 403); misrepresents Defendants' position. |
| 7. | Paragraph 6, second sentence. | Relevance; hearsay not subject to any exception; misrepresents Defendants' position. |
| 8. | Paragraph 8, in its entirety, and Exhibit B. | Relevance. |
| 9. | Paragraph 9, in its entirety, and Exhibit C. | Hearsay not subject to any exception. |
| 10. | Paragraph 10, in its entirety. | Speculation; lacks foundation; relevance; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 11. | Paragraph 10, second, third, fourth sentences and Exhibit D. | Relevance; hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). |
| 12. | Paragraph 11, in its entirety. | Relevance. |
| 13. | Paragraph 11, third, fourth and fifth sentences. | Hearsay not subject to any exception. |

## VII. Objections to the Declaration of David Hardy[8]

The YouTube Defendants object to the declaration in its entirety, including all exhibits, on the ground that it is irrelevant. The DMCA works as an affirmative

---

[8] *See* Dkt. No. 14-2.

1 defense to a claim for copyright infringement against a service provider. It
2 eliminates monetary relief if a service provider expeditiously removes copyrighted
3 matter upon request of the copyright owner or upon obtaining actual or constructive
4 knowledge that specific material is infringing. 17 U.S.C. § 512(c). Plaintiff seeks
5 injunctive relief, not monetary relief, in her ex parte application. Therefore,
6 testimony regarding YouTube's practices under the DMCA is not relevant to
7 Plaintiff's motion.

8     The YouTube Defendants further object to the declaration in its entirety,
9 including all exhibits, on the ground that it consists almost entirely of inadmissible
10 hearsay that is not subject to any exception. Accordingly, it should be excluded.

11
12 DATED: October 29, 2012     **PERKINS COIE LLP**

13     By: */s/ Timothy L. Alger*
14         Timothy L. Alger

15     Attorneys for Defendants
    Google Inc. and YouTube, LLC

16
17
18
19
20
21
22
23
24
25
26
27
28