Timothy L. Alger (SBN 160303)
TAlger@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendant
Google Inc. and YouTube, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CINDY LEE GARCIA, an individual,

Plaintiff,

v.

NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive,

Defendants.

Case No. CV-12-8315-MWF (VBKx)

Assigned to the Honorable Michael W. Fitzgerald

[PROPOSED] ORDER SUSTAINING OBJECTIONS BY GOOGLE INC. AND YOUTUBE, LLC TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT

Date: December 3, 2012
Time: 10:00 a.m.
Courtroom: 1600

The Court, having considered the papers and evidence submitted in connection with defendants Google Inc. and YouTube, LLC's (collectively the "YouTube Defendants") Objections to Evidence Submitted in Support of Plaintiff's Motion for Preliminary Injunction[1], having heard arguments of counsel, and good cause appearing therefor, the Court orders as follows:

## I. Objections to Declaration of Zahavah Levine[2]

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 1. | The Levine Declaration in its entirety (including exhibits). | Relevance; hearsay not subject to any exception. | ___ Sustained<br>___ Overruled |

## II. Objections to Declaration of Cindy Lee Garcia[3]

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 1. | Paragraph 5, fifth sentence. | Hearsay not subject to any exception. | ___ Sustained<br>___ Overruled |
| 2. | Paragraph 7, in its entirety. | Improper legal conclusion. | ___ Sustained<br>___ Overruled |
| 3. | Paragraph 8, first sentence. | Improper legal conclusion. | ___ Sustained<br>___ Overruled |
| 4. | Paragraph 8, second sentence. | Speculation; lacks foundation. | ___ Sustained<br>___ Overruled |

---

[1] The Evidence addressed here was initially submitted in support of Plaintiff's ex parte application for a temporary restraining order, which was denied on October 18, 2012. [Dkt. No. 15]

[2] *See* Dkt. No. 14-1.

[3] *See* Dkt. No. 14.

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 5. | Paragraph 9, second sentence. | Improper legal conclusion. | ___ Sustained<br><br>___ Overruled |
| 6. | Paragraph 10, third and fourth sentences. | Hearsay not subject to any exception. | ___ Sustained<br><br>___ Overruled |
| 7. | Paragraph 10, seventh sentence. | Speculation. | ___ Sustained<br><br>___ Overruled |
| 8. | Paragraph 12, sentence two. | Hearsay not subject to any exception. | ___ Sustained<br><br>___ Overruled |
| 9. | Paragraph 13, first sentence. | Speculation; lacks foundation; improper opinion testimony as to the impact of the Film. | ___ Sustained<br><br>___ Overruled |
| 10. | Paragraph 13, fourth sentence. | Hearsay not subject to any exception. | ___ Sustained<br><br>___ Overruled |
| 11. | Paragraph 13, sixth sentence. | Speculation. | ___ Sustained<br><br>___ Overruled |
| 12. | Paragraph 14, first sentence. | Speculation; lacks foundation; hearsay not subject to any exception. | ___ Sustained<br><br>___ Overruled |
| 13. | Paragraph 14, third sentence. | Hearsay not subject to any exception. | ___ Sustained<br><br>___ Overruled |
| 14. | Paragraph 15, second, third and fourth sentences. | Hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br><br>___ Overruled |

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 15. | Paragraph 16, fourth sentence. | Hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 16. | Paragraph 17, first, third, fourth, fifth sentences and Exhibit B. | Hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |

## III. Objections to Declaration of Dan Sutter[4]

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 1. | Paragraph 2, second sentence. | Hearsay not subject to any exception. | ___ Sustained<br>___ Overruled |
| 2. | Paragraph 4, in its entirety. | Improper legal conclusion. | ___ Sustained<br>___ Overruled |
| 3. | Paragraph 5, third sentence. | Speculation; lacks foundation. | ___ Sustained<br>___ Overruled |

## IV. Objections to Declaration of John Doe No. 1[5]

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 1. | Paragraph 2, third sentence. | Hearsay not subject to any exception. | ___ Sustained<br>___ Overruled |

[4] *See* Dkt. No. 14.

[5] *See* Dkt. No. 14. Although the Declaration of John Doe No. 1 states that he was told that an unredacted version of his declaration containing his true name would be filed under seal, his unredacted declaration, revealing his true name, was filed by Plaintiff's counsel through the Court's ECF system.

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 2. | Paragraph 2, sixth sentence. | Hearsay not subject to any exception; speculation; lacks foundation; improper opinion testimony as to the impact of the Film. | ___ Sustained<br>___ Overruled |
| 3. | Paragraph 4, in its entirety. | Improper legal conclusion. | ___ Sustained<br>___ Overruled |
| 4. | Paragraph 5, first sentence. | Lacks foundation; hearsay not subject to any exception. | ___ Sustained<br>___ Overruled |
| 5. | Paragraph 6, third sentence. | Speculation; lacks foundation. | ___ Sustained<br>___ Overruled |
| 6. | Paragraph 6, fifth sentence. | Speculation; vague; ambiguous. | ___ Sustained<br>___ Overruled |
| 7. | Paragraph 6, sixth sentence. | Relevance; improper opinion testimony regarding the inflammatory nature of the lines. | ___ Sustained<br>___ Overruled |
| 8. | Exhibit A. | Hearsay not subject to any exception; exhibit not attached. | ___ Sustained<br>___ Overruled |
| 9. | Exhibit B. | Hearsay not subject to any exception; exhibit not attached. | ___ Sustained<br>___ Overruled |

## V. Objections to Declaration of Khaled Abou El Fadl[6]

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 1. | Paragraph 7, second sentence. | Speculation; lacks foundation; improper expert opinion as to the safety of all actors in the Film; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 2. | Paragraph 8, second, third, fourth, fifth, sixth, seventh, eighth, ninth, tenth, eleventh and twelfth sentences. | Speculation; lacks foundation; lacks personal knowledge; hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 3. | Paragraph 8, fifth sentence. | Speculation; lacks foundation; lacks personal knowledge; improper expert opinion regarding the cause of the protests tin Cairo, Egypt. | ___ Sustained<br>___ Overruled |
| 4. | Paragraph 9, in its entirety. | Speculation; lacks foundation; lacks personal knowledge; hearsay not subject to any exception; best evidence rule; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 5. | Paragraph 10, in its entirety. | Lacks foundation; lacks personal knowledge; hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |

[6] *See* Dkt. No. 14.

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 6. | Paragraph 11, in its entirety. | Lacks foundation; hearsay not subject to any exception; lacks personal knowledge; vague and ambiguous as to the terms "violence" and "dramatic events"; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 7. | Paragraph 12, in its entirety, and Exhibit B. | Lacks foundation; hearsay not subject to any exception; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 8. | Paragraph 13, in its entirety, and Exhibit C. | Lacks foundation; hearsay not subject to any exception; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 9. | Paragraph 14, in its entirety. | Speculation; lacks foundation; lacks personal knowledge; hearsay not subject to any exception; best evidence rule probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 10. | Paragraph 15, in its entirety. | Speculation; lacks foundation; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 11. | Paragraph 15, third sentence and Exhibit D. | Hearsay not subject to any exception; exhibit not attached. | ___ Sustained<br>___ Overruled |

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 12. | Paragraph 15, fourth sentence. | Speculation; lacks foundation; improper expert opinion regarding whether violence occurred. | ___ Sustained<br>___ Overruled |
| 13. | Paragraph 16, first and third sentences. | Hearsay not subject to any exception; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 14. | Paragraph 16, second sentence. | Speculation; lacks foundation; improper expert opinion regarding the fatwa allegedly issued on the life of the actors in the Film. | ___ Sustained<br>___ Overruled |
| 15. | Paragraph 16, third sentence. | Hearsay not subject to any exception; exhibit not attached. | ___ Sustained<br>___ Overruled |
| 16. | Paragraph 16, fourth and fifth sentences. | Speculation; lacks foundation; lacks personal knowledge; improper legal conclusion; vague and ambiguous. | ___ Sustained<br>___ Overruled |
| 17. | Paragraph 17, fourth sentence. | Speculation; lacks foundation; vague and ambiguous. | ___ Sustained<br>___ Overruled |
| 18. | Paragraph 17, fifth sentence. | Speculation; lacks foundation; improper legal conclusion; improper expert testimony regarding the danger to Plaintiff; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 19. | Paragraph 17, sixth sentence. | Speculation; lacks foundation; improper expert testimony regarding unannounced or secretive calls by extremist or fanatic groups; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 20. | Paragraph 18, second sentence. | Speculation; lacks foundation; vague and ambiguous. | ___ Sustained<br>___ Overruled |
| 21. | Paragraph 18, fourth sentence. | Lacks personal knowledge; speculation; lacks foundation; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 22. | Paragraph 19, in its entirety. | Hearsay not subject to any exception; lacks foundation; best evidence rule; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 23. | Paragraph 20, in its entirety. | Hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 24. | Paragraph 21, first sentence. | Speculation; lacks personal knowledge; lacks foundation; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 25. | Paragraph 21, second sentence. | Speculation; lacks personal knowledge; lacks foundation; improper legal conclusion; improper expert opinion regarding Plaintiff's ability to travel; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 26. | Paragraph 21, third sentence. | Speculation; lacks personal knowledge; lacks foundation; improper expert opinion regarding the world's view of Plaintiff; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 27. | Paragraph 21, fourth, fifth and sixth sentences. | Speculation; lacks personal knowledge; lacks foundation; hearsay not subject to any exception; improper expert opinion regarding how the Film and Plaintiff are universally viewed; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 28. | Paragraph 21, seventh, eighth and ninth sentences. | Speculation; lacks personal knowledge; lacks foundation; improper legal conclusion; improper expert testimony regarding the danger to Plaintiff; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 29. | Paragraph 22, in its entirety. | Relevance; lacks personal knowledge; speculation; improper expert testimony regarding personal opinion of Film; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 30. | Paragraph 22, third, fifth, seventh, eighth and ninth sentences. | Speculation; lacks foundation; improper legal conclusion; improper expert testimony regarding personal opinion of Film; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 31. | Paragraph 22, sixth sentence. | Hearsay not subject to any exception; lacks foundation; lacks personal knowledge; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 32. | Paragraph 23, in its entirety. | Speculation; lacks foundation; vague and ambiguous; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 33. | Paragraph 23, fifth sentence. | Improper legal conclusion. | ___ Sustained<br>___ Overruled |
| 34. | Paragraph 24, in its entirety. | Relevance; speculation; lacks foundation; improper expert opinion regarding how the Film and plaintiff are universally viewed; vague and ambiguous; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 35. | Paragraph 24, third and fourth sentences. | Speculation; lacks foundation; improper legal conclusion; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br><br>___ Overruled |
| 36. | Paragraph 25, second and third sentences. | Speculation; lacks foundation; improper expert testimony regarding the "heart" of the work and the cause of outrage in the world; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br><br>___ Overruled |

## VI. Objections to Declaration of M. Cris Armenta[7]

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 1. | Paragraph 2, in its entirety. | Relevance; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br><br>___ Overruled |
| 2. | Paragraph 2, fifth, sixth, seventh and eighth sentences. | Hearsay not subject to any exception. | ___ Sustained<br><br>___ Overruled |
| 3. | Paragraph 3, in its entirety. | Relevance; hearsay not subject to any exception. | ___ Sustained<br><br>___ Overruled |
| 4. | Paragraph 3, second and third sentences. | Speculation; lacks foundation. | ___ Sustained<br><br>___ Overruled |
| 5. | Paragraph 4, in its entirety. | Relevance; hearsay not subject to any exception; misrepresents Defendants' position. | ___ Sustained<br><br>___ Overruled |

[7] *See* Dkt. 14-3.

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 6. | Paragraph 5, in its entirety. | Relevance; probative value outweighed by unfair prejudice (Fed. R. Evid. 403); misrepresents Defendants' position. | ___ Sustained<br>___ Overruled |
| 7. | Paragraph 6, second sentence | Relevance; hearsay not subject to any exception; misrepresents Defendants' position. | ___ Sustained<br>___ Overruled |
| 8. | Paragraph 8, in its entirety, and Exhibit B. | Relevance. | ___ Sustained<br>___ Overruled |
| 9. | Paragraph 9, in its entirety, and Exhibit C. | Hearsay not subject to any exception. | ___ Sustained<br>___ Overruled |
| 10. | Paragraph 10, in its entirety. | Speculation; lacks foundation; relevance; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 11. | Paragraph 10, second, third, fourth sentences and Exhibit D. | Relevance; hearsay not subject to any exception; probative value outweighed by unfair prejudice (Fed. R. Evid. 403). | ___ Sustained<br>___ Overruled |
| 12. | Paragraph 11, in its entirety. | Relevance. | ___ Sustained<br>___ Overruled |
| 13. | Paragraph 11, third, fourth and fifth sentences. | Hearsay not subject to any exception. | ___ Sustained<br>___ Overruled |

## VII. Objections to Declaration of David Hardy[8]

| No. | Material Objected To | Ground(s) for Objection | Ruling |
|---|---|---|---|
| 1. | The Hardy Declaration in its entirety (including exhibits). | Relevance; hearsay not subject to any exception. | ___ Sustained<br>___ Overruled |

**IT IS SO ORDERED.**

Dated:______________________

MICHAEL W. FITZGERALD
United States District Judge

[8] *See* Dkt. No. 14-2.