1  Timothy L. Alger (SBN 160303)
   TAlger@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  Sunita Bali (SBN 274108)
   SBali@perkinscoie.com
6  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
7  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
8  Facsimile:  310.788.3399

9  Attorneys for Defendants
   Google Inc. and YouTube, LLC
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  CINDY LEE GARCIA, an individual,      Case No. CV-12-8315-MWF (VBKx)

15              Plaintiff,               Assigned to the Honorable Michael W.
                                         Fitzgerald
16       v.
                                         PROOF OF SERVICE
17  NAKOULA BASSELEY NAKOULA,
    an individual also known as SAM      Date:        December 3, 2012
18  BACILE, MARK BASSELEY               Time:        10:00 a.m.
    YOUSSEF, ABANOB BASSELEY            Courtroom:  1600
19  NAKOULA, MATTHEW NEKOLA,
    AHMED HAMDY, AMAL NADA,
20  DANIEL K. CARESMAN, KRITBAG
    DIFRAT, SOBHI BUSHRA, ROBERT
21  BACILY, NICOLA BACILY,
    THOMAS J. TANAS, ERWIN
22  SALAMEH, YOUSSEFF M.
    BASSELEY, and/or MALID
23  AHLAWI; GOOGLE, INC., a
    Delaware Corporation; YOUTUBE,
24  LLC, a California limited liability
    company, and DOES 1 through 10,
25  inclusive,

26              Defendants.

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 29, 2012, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1.  OPPOSITION OF GOOGLE INC. AND YOUTUBE, LLC TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT

2.  REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF GOOGLE INC. AND YOUTUBE, LLC TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT

3.  OPPOSITION OF GOOGLE INC. AND YOUTUBE, LLC TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT

4.  OBJECTIONS BY GOOGLE INC. AND YOUTUBE, LLC TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT

5.  [PROPOSED] ORDER SUSTAINING OBJECTIONS BY GOOGLE INC. AND YOUTUBE, LLC TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT

in a sealed envelope, postage fully paid, addressed as follows:

-2-

1  Nakoula B. Nakoula
2  c/o  Los Angeles County Sheriff's Department
       Stanley Most Courthouse
3  110 North Grand Ave., Room 525
4  Los Angeles, CA  90012

5  Following ordinary business practices, the envelope was sealed and placed

6  for collection and mailing on this date, and would, in the ordinary course of

7  business, be deposited with the United States Postal Service on this date.

8  I declare that I am employed in the office of a member of the bar of this court

9  at whose direction the service was made.

10  Executed on October 29, 2012, at Los Angeles, California.

11

12  _____
                    Sharon Jones
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-