M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
La Garenne
86300 Chauvigny
France
Telephone: 06 74 90 22 08
Email: credence.sol@sol-law.com

Attorneys for Plaintiff
Cindy Lee Garcia

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No. CV12-8315 MWF (VBKx) <br><br> **PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED BY GOOGLE INC. AND YOUTUBE, LLC IN OPPOSITION BRIEF TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT** |

Plaintiff Cindy Lee Garcia ("Plaintiff") submits the following objections to evidence Defendants have submitted in support of their opposition to her Motion for Preliminary Injunction. All of Plaintiff's objections relate to "evidence," provided in the form of URLs in the (10-point typeface) footnotes in Defendants' opposition brief.

| No. | Material Objected To | Ground(s) for Objection |
|---|---|---|
| 1. | Page 3, footnote 1: *US officials: We Didn't Link Libya Attack to Video*, available at http://www.google.com!hostednews/ap/article/ALegM5grvFY slQXSwZCxGSAa6gZS-0TA?docId=Oeb49cge195f4dfOb1080e8b9d065faO; | Lack of foundation. (FED. R. EVID. 602.)<br><br>Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)).<br><br>Hearsay. (FED. R. EVID. 802.)<br><br>Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 2. | Page 3, footnote 1: *State Department Admits It Knew Libya Attack was Terrorism*, available at http://www.csmonitor.comIWorldiLatest-News-Wires/20 1211 009/StateDepartment-admits-it-knew-Libya-attack -was-terrorism. | Lack of foundation. (FED. R. EVID. 602.)<br><br>Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. |

| | | |
|---|---|---|
| | | Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)). Hearsay. (FED. R. EVID. 802.) Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 3. | Page 9, footnote 8: Russell Goldman, *Actress Says Maker of Anti-Muslim Film Lied to Cast,* ABC News, Sept. 13, 2012, *available at* http://abcnews.go.comIBlotter/actress-maker-anti-muslim-film-lied-cast/story?id=17228157 | Lack of foundation. (FED. R. EVID. 602.) Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America,* 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)). Hearsay. (FED. R. EVID. 802.) Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 4. | Page 9, footnote 8: Anthony McCartney, *'Innocence of Muslims' Actress Cindy Lee Garcia Sues YouTube, Producer,* The Huffington Post, Sept. 19, 2012, *available at* http://www.huffingtonpost.com/20 12/09/19/innocence-of-muslims-actress-cindylee-garcia-youtube_n 1898577 .html. | Lack of foundation. (FED. R. EVID. 602.) Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America,* 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) |

| | | |
|---|---|---|
| | | (unauthenticated website materials inadmissible)). Hearsay. (FED. R. EVID. 802.) Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 5. | Page 9, footnote 8: Miguel Marquez and Stan Wilson, *Actress In Anti-Islamic Film Files Lawsuit Against Filmmaker and YouTube*, CNN, Sept. 19, 2012, *available at* http://www.cnn.com/2012/09/19/us/california-anti-islam-film-lawsuit | Lack of foundation. (FED. R. EVID. 602.) Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)). Hearsay. (FED. R. EVID. 802.) Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 6. | Page 9, footnote 8: *Effort to Take Down Anti-Muslim Film Rejected*, *available at* http://abclocal.go.com/kabc/video?id=8818769 | Lack of foundation. (FED. R. EVID. 602.) Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials |

| | | |
|---|---|---|
| | | inadmissible)). |
| | | Hearsay. (FED. R. EVID. 802.) |
| | | Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 7. | Page 9, footnote 8: "The View" (http://www.youtube.com/watch?v=tKghLkOagNA) | Lack of foundation. (FED. R. EVID. 602.) |
| | | Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)). |
| | | Hearsay. (FED. R. EVID. 802.) |
| | | Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 8. | Page 9, footnote 8: "Today Show" (http://today.msnbc.msn.com/id/49146658/ns/today-today news/t/actress-anti-islam-film-i-wasduped/#.UHS65fkn2Ew). | Lack of foundation. (FED. R. EVID. 602.) |
| | | Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)). |
| | | Hearsay. (FED. R. |

Case 2:12-cv-08315-MWF-VBK   Document 28   Filed 11/05/12   Page 6 of 8   Page ID #:809

| | | |
|---|---|---|
| | | Evid. 802.) |
| | | Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 9. | Pages 22-23, footnote 16: *See The Mystery a/Benghazi*, available at http://www.nytimes.coml20 *12/1 01141* opinionlsundayldouthat-the-mystery-of- benghazi.html?ref=ross douthat& FO | Lack of foundation. (Fed. R. Evid. 602.) Lack of authentication. (Fed. R. Evid. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)). Hearsay. (Fed. R. Evid. 802.) Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |
| 10. | Page 23, footnote 16: CIA Documents Supported Susan Rice's Description of Benghazi Attacks, available at http://www.washingtonpost.comlopinionslbenghazi-attack-becomes-political-ammunitionl20 12/1 0/19/el ad82ae-1 a2d-ll e2-bd1 0-5ffD56538b7 c story.html ?wprss=rss homepage | Lack of foundation. (Fed. R. Evid. 602.) Lack of authentication. (Fed. R. Evid. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)). Hearsay. (Fed. R. Evid. 802.) Failure to comply |

6   PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED BY GOOGLE INC. AND YOUTUBE, LLC IN OPPOSITION BRIEF TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT
CV12-8315 MWF (VBKx)

| | | |
|---|---|---|
| | | with 14-point-type rule. L.R. 11-3.1.1 |
| 11. | Page 23, footnote 16: Bneghazi [sic] and Arab Spring Rear Up in U.S. Campaign, available at http://www.nytimes.coml20 12/10/22/us/politicslbenghazi -and-arab-spring-rear-up-in-uscampaign. html?hp& FO | Lack of foundation. (FED. R. EVID. 602.) Lack of authentication. (FED. R. EVID. 901(a); *Wady v. Provident Life and Accident Ins. Co. of America*, 216 F. Supp. 2d 1060, 1064-1065) (C.D. Cal. 2002) (unauthenticated website materials inadmissible)). Hearsay. (FED. R. EVID. 802.) Failure to comply with 14-point-type rule. L.R. 11-3.1.1 |

Dated: November 5, 2012            THE ARMENTA LAW FIRM, A.P.C.

                                   By: /s/ M. Cris Armenta
                                       M. Cris Armenta
                                       Attorneys for Cindy Lee Garcia

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On November 5, 2012 I served the following document(s) described as:

(1) **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT; DECLARATION OF M. CRIS ARMENTA IN SUPPORT THEREOF (filed separately);**

(2) **PLAINTIFF'S RESPONSE TO OBJECTIONS BY GOOGLE, INC. AND YOUTUBE LLC TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INUNCTION AND ORDER OF IMPOUNDMENT (filed separately);**

(3) **PLAINTIFF'S OBJECTIONS TO EVIDENCE SUBMITTED BY GOOGLE INC., AND YOUTUBE, LLC. IN OPPOSITION BRIEF TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT (filed separately);**

(4) **[PROPOSED] ORDER SUSTAINING PLAINTIFF'S OBECTIONS TO EVIDENCE SUBMITTED BY GOOGLE, INC., AND YOUTUBE LLC IN OPPOSITION BRIEF TO PLAINTIFF'S MOTION FOR PRELIMINARY INUNCTION AND AN ORDER OF IMPOUNDMENT (lodged separately)**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Timothy L. Alger**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**

☑ ***BY MAIL:*** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

Executed on November 5, 2012 in Los Angeles, California.

*Heather Rowland*