1  Timothy L. Alger (SBN 160303)
   TAlger@perkinscoie.com
2  PERKINS COIE LLP
   3150 Porter Drive
3  Palo Alto, CA  94304-1212
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  Sunita Bali (SBN 274108)
   SBali@perkinscoie.com
6  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
7  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
8  Facsimile:  310.788.3399

9  Attorneys for Defendants
   Google Inc. and YouTube, LLC
10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  CINDY LEE GARCIA, an individual,      Case No.  CV-12-8315-MWF (VBKx)

15              Plaintiff,                Honorable Michael W. Fitzgerald

16       v.                               **PROOF OF SERVICE OF DOCUMENTS ON DEFENDANT MARK BASSELEY YOUSSEF AKA NAKOULA BASSELEY NAKOULA**

17  NAKOULA BASSELEY NAKOULA,
    an individual also known as SAM
18  BACILE, MARK BASSELEY
    YOUSSEF, ABANOB BASSELEY
19  NAKOULA, MATTHEW NEKOLA,
    AHMED HAMDY, AMAL NADA,
20  DANIEL K. CARESMAN, KRITBAG
    DIFRAT, SOBHI BUSHRA, ROBERT
21  BACILY, NICOLA BACILY,
    THOMAS J. TANAS, ERWIN
22  SALAMEH, YOUSSEFF M.
    BASSELEY, and/or MALID AHLAWI;
23  GOOGLE, INC., a Delaware
    Corporation; YOUTUBE, LLC, a
24  California limited liability company, and
    DOES 1 through 10, inclusive,
25
                Defendants.
26

27

28

41063-0244/LEGAL25081192.1

# PROOF OF SERVICE

I, Pamela Villeral, declare,

    I am employed in the City of Los Angeles, County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721.  On the date signed below, I served the documents named below on the parties in this action as follows:

1. **NOTICE OF APPEARANCE OF COUNSEL [TIMOTHY ALGER] [Dkt. No. 16]**

2. **NOTICE OF APPEARANCE OF COUNSEL [SUNITA BALI] [Dkt. No. 17]**

3. **STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Dkt. No. 18]**

4. **[PROPOSED] ORDER ON STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Dkt No. 18-1]**

5. **ORDER ON STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [Dkt. No. 20]**

6. **STIPULATION RE YOUTUBE DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT [Dkt. No. 21]**

7. **[PROPOSED] ORDER ON STIPULATION RE YOUTUBE DEFENDANTS' RESPONSE TO FIRST AMENDED COMPLAINT [Dkt. No. 21-1]**

8. **OPPOSITION OF GOOGLE INC. AND YOUTUBE, LLC TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT [Dkt. No. 22]**

9. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION OF GOOGLE INC. AND YOUTUBE, LLC PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT [Dkt. No. 22-1]**

10. **OPPOSITION OF GOOGLE INC. AND YOUTUBE, LLC TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND ORDER OF IMPOUNDMENT [Dkt. No. 23]**

11. **OBJECTIONS BY GOOGLE INC. AND YOUTUBE, LLC TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION AND ORDER OF IMPOUNDMENT [Dkt. No. 24]**

12. **[PROPOSED] ORDER SUSTAINING OBJECTIONS BY GOOGLE INC. AND YOUTUBE, LLC TO EVIDENCE SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION AND ORDER OF IMPOUNDMENT [Dkt. No. 24-1]**

13. **PROOF OF SERVICE [Dkt. No. 25]**

14. **ORDER ON STIPULATION RE YOUTUBE DEFENDANTS' RESPOSE TO FIRST AMENDED COMPLAINT [Dkt. No. 26]**

Upon the parties named below as follows:  (See attached service list.)

☒ **(BY MAIL)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Los Angeles, California.  I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on **November 5, 2012**, at Los Angeles, California.

_____ *Pamela Villeral* _____
Pamela Villeral

## SERVICE LIST

**Defendant**

Nakoula B. Nakoula aka Mark Basseley Youssef
(Inmate Register Number 56329-112)
MDC Los Angeles
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA 90053