UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-08315-MWF (VBKx)**     Date: **November 15, 2012**

Title:  Cindy Lee Garcia -v- Nakoula Basseley Nakoula, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS): ORDER DENYING MOTION TO INTERVENE [19]

    On October 19, 2012, third party "Occupy Los Angeles et al." filed a Motion to Intervene (the "Motion"). (Docket No. 19). The Court has read and considered the Motion and deems the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); Local Rule 7-15. Accordingly, the hearing set for **November 19, 2012**, is removed from the Court's calendar.

    The Motion is DENIED. "Occupy Los Angeles et al." has not demonstrated any basis for intervention as of right, Fed. R. Civ. P. 24(a), or permissive intervention, Fed. R. Civ. P. 24(b).

    IT IS SO ORDERED.