UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-8315-MWF(VBKx)**                    Dated: **November 28, 2012**

Title:     Cindy Lee Garcia -*v*- Nakoula Basseley Nakoula, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                         None Present
Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present


PROCEEDINGS (IN CHAMBERS):   ORDER RESCHEDULING TIME OF HEARING ON
                             MOTION FOR PRELIMINARY INJUNCTION [12]

     Counsel are hereby notified that the hearing on December 3, 2012 which is currently
set for 10:00 a.m., is hereby rescheduled for December 3, 2012 at **11:00 a.m.**


IT IS SO ORDERED.


Initials of Deputy Clerk   _rs_