1  M. Cris Armenta (SBN 177403)
   THE ARMENTA LAW FIRM APC
2  11900 W. Olympic Boulevard, Suite 730
   Los Angeles, CA 90064
3  Tel: (310) 826-2826 x 108
   Facsimile: (310) 826-5456
4  Email: cris@crisarmenta.com

5  Credence E. Sol (SBN 219784)
   La Garenne
6  86300 Chauvigny
   France
7  Telephone: 06 74 90 22 08
   credence.sol@sol-law.com
8
   Attorneys for Plaintiff
9  Cindy Lee Garcia

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No. CV12-8315-MWF(VBKx) <br><br> **PLAINTIFF'S NOTICE OF REQUEST UNDER CENTRAL DISTRICT LOCAL RULE 7-8 TO CROSS-EXAMINE DECLARANTS SUBMITTED BY DEFENDANTS GOOGLE INC. AND YOUTUBE LLC** |

Pursuant to Local Rule 7-8 of the Central District of California, Plaintiff Cindy Lee Garcia hereby requests that she be permitted to cross-examine Mark Basseley Youssef and Tim Alger. Their declarations were submitted to the Court on November 28, 2012 at 6:24 p.m. PST, five days before the scheduled hearing on December 3, 2012. Despite the lack of fairness to Plaintiff due to the delay of the Defendants, Plaintiff is willing to cross-examine both of these declarants on Monday, December 3, 2012. Since Mr. Alger will be present in Court, he will clearly be with the subpoena power of the Court. Since Mr. Youssef is residing four blocks away from the courthouse at the Metropolitan Detention Center and is in the custody of the Bureau of Prisons, he is also within the Court's grasp.

Plaintiff does not seek any further delay of this hearing and objects to any delay occasioned by the untimely filing of Defendants.

Pursuant to Local Rule 7-8, Plaintiff requests that the Court enter the order described therein. Since both declarants are within the Court's subpoena power, the Defendants may not object to the Court's order under this Rule.

Dated: November 29, 2012         THE ARMENTA LAW FIRM, A.P.C.

By: _____
M. Cris Armenta
Attorneys for Plaintiff
Cindy Lee Garcia

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On November 29, 2012 I served the following document(s) described as:

**PLAINTIFF'S NOTICE OF REQUEST UNDER CENTRAL DISTRICT LOCAL RULE 7-8 TO CROSS-EXAMINE DECLARANTS SUBMITTED BY DEFENDANTS GOOGLE INC. AND YOUTUBE LLC**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Timothy L. Alger**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**
**(by mail and courtesy email)**

**Nakoula B. Nakoula aka**
**Mark Basseley Youssef**
**Metropolitan Detention Center**
**Inmate #56329-112**
**180 N. Los Angeles St.**
**Los Angeles, CA 90012**
**(by mail only)**

☑ *BY MAIL:* I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

Executed on November 29, 2012 in Los Angeles, California.

*/s/ Heather Rowland*
Heather Rowland