UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-08315-MWF (VBKx)**                        Date:  **November 30, 2012**

Title:     Cindy Lee Garcia -*v*- Nakoula Basseley Nakoula, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DENYING REQUEST TO CROSS-EXAMINE [35]

On November 29, 2012, Plaintiff Cindy Lee Garcia filed a Notice of Request Under Central District Local Rule 7-8 to Cross-Examine Declarants Submitted by Defendants Google Inc. and YouTube LLC (the "Request").  (Docket No. 35). The hearing on Garcia's motion for a preliminary injunction currently is scheduled for Monday, December 3, 2012.  (*See* Docket No. 32).  Garcia requests that at the hearing she be permitted to cross-examine two declarants, whose declarations were submitted on November 28, 2012.  (*See* Docket Nos. 33, 34).

Putting aside the timing and procedural issues raised by the filing of these two declarations and the Request, Local Rule 7-8 states that "[n]o declaration of a declarant with respect to whom such a request has been granted shall be considered unless such declarant is personally present and available at the hearing for such cross-examination as the Court may permit."  *Id.*

The Court will not consider these two declarations in deciding Garcia's motion for a preliminary injunction.

The Request (Docket No. 35) is DENIED.

IT IS SO ORDERED.