1   M. Cris Armenta (SBN 177403)
    THE ARMENTA LAW FIRM APC
2   11900 W. Olympic Boulevard, Suite 730
    Los Angeles, CA 90064
3   Tel: (310) 826-2826 x 108
    Facsimile: (310) 826-5456
4   Email: cris@crisarmenta.com

5   Credence E. Sol (SBN 219784)
    La Garenne
6   86300 Chauvigny
    France
7   Tel: 06 74 90 22 08
    Email:  credence.sol@sol-law.com
8
    Attorneys for Plaintiff
9   Cindy Lee Garcia

10              **UNITED STATES DISTRICT COURT**

11          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12   CINDY LEE GARCIA, an                Case No. CV12-8315-MWF(VBKx)
     individual,
13                                       **DECLARATION OF JAMES A.**
                                         **BLANCO IN SUPPORT OF**
14                Plaintiff,             **OBJECTION AND REQUEST TO**
                                         **STRIKE DECLARATIONS OF**
15   vs.                                 **TIM ALGER AND MARK**
                                         **BASSELEY YOUSSEF**
16   NAKOULA BASSELEY
     NAKOULA, an individual also
17   known as SAM BACILE, MARK
     BASSELEY YOUSSEF,
18   ABANOB BASSELEY
     NAKOULA, MATTHEW
19   NEKOLA, AHMED HAMDY,
     AMAL NADA, DANIEL K.
20   CARESMAN, KRITBAG
     DIFRAT, SOBHI BUSHRA,
21   ROBERT BACILY, NICOLA
     BACILY, THOMAS J. TANAS,
22   ERWIN SALAMEH, YOUSSEFF
     M. BASSELEY, and/or MALID
23   AHLAWI; GOOGLE, INC., a
     Delaware Corporation;
24   YOUTUBE, LLC, a California
     limited liability company, and
25   DOES 1 through 10, inclusive.

26                Defendants.

27

28
                                                    1

## DECLARATION OF JAMES A. BLANCO

I, James A. Blanco declare as follows:

1.    I am James A. Blanco, all of the facts set forth in this declaration are of my own personal knowledge and if called as a witness I could and would competently testify as to the following:

## EXAMINER'S PROFESSIONAL BACKGROUND AND WORK HISTORY:

2.    I am a Forensic Document Examiner and I maintain a full time practice in Forensic Document Examinations. My business addresses are 55 New Montgomery Street, Suite 712 San Francisco California 94105 and 655 North Central Avenue 17th Floor, Glendale California 91203 and 1629 K Street N.W. Suite 300 Washington, DC 20006.  I have been in the field of Forensic Document Examinations for over twenty five years. My training, experience and qualifications as a Forensic Document Examiner are set forth in my three page curriculum vitae which is attached and incorporated hereto as EXHIBIT 1. My training included review of such notable cases as the Zodiac Killer and the Howard Hughes Will.

3.    I formally subscribe to the Collaborative Testing Services tests which are controlled tests with known results. These are the same tests given to forensic document experts in government laboratories that are accredited by ASCLAD (American Society of Crime Laboratory Directors). I continue to pass these ongoing tests maintaining a zero personal examiner error rate.  In my government positions I

DECLARATION OF JAMES A. BLANCO - 1

1   also accurately passed all of the "CTS" tests.

2   4.      I was formerly commissioned with the Federal Bureau of Alcohol, Tobacco

3   and Firearms working as a full time Forensic Document Examiner employee in their

4   Western Regional Forensic Science Crime laboratory. In this position I worked cases

5   for the numerous field offices ("Posts of Duty") in the United States and in the U.S.

6   Protectorates and Territories of the Special Agents of ATF which also occasionally

7   involved joint investigation cases involving DEA and FBI questioned documents

8   cases. I left this position on good terms for a full time Forensic Document Examiner

9   employee position with the California Department of Justice where I examined cases

10  for hundreds of government and law enforcement agencies throughout the State of

11  California.  I left this position on good terms to enter private practice as a Forensic

12  Document Examiner and have been in full time private practice now for fifteen years.

13  5.      In addition to civil casework, I also maintain the exclusive contract with the

14  California Secretary of State's Office for Forensic Document services wherein I

15  service their Forensic Document casework regarding voting fraud cases, and I also

16  work cases for numerous other government agencies both inside and outside of

17  California including the Montana Division of Criminal Investigation, the Federal

18  Defenders offices in Anchorage, Florida, Puerto Rico, and other agencies.

19  6.      I have rendered expert opinions regarding questioned documents on over

20

DECLARATION OF JAMES A. BLANCO - 2

1   7,000 occasions. I have qualified and testified as an expert witness concerning

2   questioned documents in excess of two hundred times in both Federal and Superior

3   Courts in numerous States and also abroad in Mexico, Singapore and the High Court

4   of South Africa. I have never been prevented from testifying in any venue. Attached

5   hereto as <u>EXHIBIT 2</u> is a list of my testimony over the past four years.

6   7.     My services are charged at $250.00 per hour with the exception of court or

7   deposition appearances/testimony which are charged at $300.00 per hour.

8   8.     I received from the law offices of Cris Armenta the following documents for

9   examination which are described as follows:

10   **<u>DESIGNATION OF DOCUMENTS BEARING QUESTIONED WRITINGS:</u>**

11   EXHIBIT 3    Personal Release dated 8/9/11 (Doc. 33 Page ID#:871)

12        **A copy of this questioned document is attached hereto as EXHIBIT 3**

13   EXHIBIT 4    Two-page Cast Deal Memo dated 8/9/11 (Doc. 33 Page ID#872 & 873)

14        **A copy of this questioned document is attached hereto as EXHIBIT 4.**

15   **<u>DESIGNATION OF KNOWN SPECIMEN DOCUMENTS:</u>**

16   EXHIBIT 5    Numerous documents bearing signatures and, or handwritings

17        attributed to Cindy Garcia are attached collectively hereto as **EXHIBIT 5**.

18   **<u>ASSIGNMENTS:</u>**

19   9.     I was asked to examine and compare the "Cindy Garcia" signatures and other

20

DECLARATION OF JAMES A. BLANCO - 3

1  handwritings on the EXHIBIT 3 and EXHIBIT 4 documents to the EXHIBIT 5

2  handwritings to determine whether or not Cindy Garcia was the author of the

3  handwritings on EXHIBIT 3 and, or on EXHIBIT 4.  I was advised that the

4  "Matthew mtta" handwritings were not a matter of investigation so my analysis did

5  not include these handwritings on EXHIBIT 3 or on EXHIBIT 4.

6  **EXAMINATIONS CONDUCTED:**

7  10.    The questioned and known handwritings were examined in detail.

8  Comparisons were made of line quality, letter forms and of letter proportions to

9  determine similarities and/or differences between the questioned and known

10  handwritings.  Copies of these documents were made and notes were taken during

11  the examination processes. ASTM Standard E-2290 was used as a guide in the

12  examination processes. This guide is titled, "Standard Guide for Examination of

13  Handwritten Items" and was developed by one of the scientific working group

14  committees of the American Society for Testing and Materials (ASTM) which has

15  established standard protocols for most of the forensic sciences including pathology,

16  fingerprints, DNA, firearms and tool marks, just to cite a few examples.

17  **ANALYSIS:**

18  11.    About twenty-five pages containing known specimen writings of Cindy Garcia

19  were presented for examination. This provided for a meaningful specimen group

20
DECLARATION OF JAMES A. BLANCO - 4

1   which sufficiently revealed the writing variations of Cindy Garcia, the writer of the

2   EXHIBIT 5 materials.  Detailed handwriting comparisons revealed numerous

3   persistent difference in handwriting features in the comparison of the handwritings

4   on EXHIBIT 3 and EXHIBIT 4 to the known handwritings of Cindy Garcia, the

5   author of the EXHIBIT 5 handwriting samples.  For example,

6       -The signatures by Cindy Garcia are more cursive and stylized in nature than

7           the questioned signatures on EXHIBIT 3 and on EXHIBIT 4.

8       -The letters "r" of the questioned writings are more hand printed than cursive

9           in nature.  Further, the "r"s of the known writings are more

10          elongated and vertical than the "r"s on the questioned documents.

11      -The letters "C" are different in form.

12      -The axis of the "d" in "Cindy" is oriented differently in the comparisons

13          between the questioned and known writings.

14      -The letters "a" by Cindy Garcia are more stylized than those observed on

15          EXHIBIT 3 and EXHIBIT 4.

16      -The "rc" connections of the questioned "Garcia" names are different in their

17          connection strokes.

18      Numerous additional differences were noted in the comparisons between the

19  questioned and known writings by Cindy Garcia.

20
    DECLARATION OF JAMES A. BLANCO - 5

**RESULTS OF EXAMINATIONS—OPINIONS:**

12.     Given all of the observed handwriting differences, it was determined that the handwriting features observed on the questioned documents did not represent the natural, normal, nor genuine handwriting characteristics of Cindy Garcia as demonstrated by her EXHIBIT 5 handwriting samples.  Consequently, Cindy Garcia *is eliminated* as the writer of the handwritings on EXHIBIT 3 and on EXHIBIT 4. An *"elimination"* is a term of art in Forensic Document Examination opinion rendering and represents the highest degree of confidence expressed by document examiners in handwriting  comparisons. That is, the examiner has no reservations whatever, and the examiner is certain, based on evidence contained in the handwriting, that the writer of the known material did not write the materials in question (**ASTM—A**merican **S**ociety *for* **T**esting *and* **M**aterials Designation: E 1658 – 08 Standard Terminology for Expressing Conclusions of Forensic Document Examiners).

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this _30th_ day of November 2012, at San Francisco, California.

JAMES A. BLANCO

DECLARATION OF JAMES A. BLANCO - 6

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

**BLANCO & Associates Inc.**
*Forensic Document Examiners*

| | | |
|---|---|---|
| **San Francisco Office** | **Washington D.C. Office** | **Los Angeles Office** |
| 55 New Montgomery Street, Suite 712 | 1629 K Street N.W.  Suite 300 | 655 N. Central  Ave 17th FL |
| San Francisco, CA 94105 | Washington, DC 20006 | Glendale, CA 91203 |
| Phone (415) 618-0068 | Phone (202) 821-1822 | Phone (818) 545-1155 |

## CURRICULUM VITAE  of  JAMES A. BLANCO

**AFFILIATIONS:**

Member:      American Society for Testing and Materials (ASTM)

Participant:   Subscribe to Proficiency Testing by the Collaborative Testing Services Inc.
**Formally** tested twice a year (controlled tests with <u>known</u> results) by the
Collaborative Testing Services, Inc.—**Test results reveal a**
**ZERO PERSONAL EXAMINER ERROR RATE**

Participant:   in $ST^2AR$ Network—Skill-Task Training Assessment & Research

**PROFESSIONAL ACHIEVEMENTS:**

- Testified as an expert in over **200** trials.
- Provided over *7000* expert opinions.

**PROFESSIONAL HISTORY:**

| | |
|---|---|
| 6/88<br>to<br>Present | **Blanco & Associates, Inc.**<br>Title – <u>Forensic Document Examiner</u> / <u>Examiner of Questioned Documents</u><br>Duties - Examination and comparison of handwriting and mechanical impressions for the purpose of suspect identification or elimination.  Expert witness testimony. Presentations of Forensic Document Examinations pertaining to civil and criminal litigation. |
| **Since 1998** | Exclusive Forensic Document Expert used by the California Secretary of State's office for their voting fraud cases. |
| 11/94<br>to<br>9/96 | **California Department of Justice**<br>Bureau of Forensic Services<br>4949 Broadway -  Sacramento, CA 95820<br>Laboratory Accreditation - This Laboratory is accredited by the American Society of Crime Laboratory Directors (ASCLAD)<br>Title - <u>Examiner of Questioned Documents</u><br>Duties - Examination and comparison of handwriting and mechanical impressions for the purpose of suspect identification or elimination.  Expert witness testimony. Participated in the proficiency testing program and peer review required by the ASCLAD Accreditation Board. |

(Page two of three Blanco C.V. – Form JBCV-0112.2)

**PROFESSIONAL HISTORY (Continued):**

1/92        **U.S. Treasury Department**
to             Federal Bureau of Alcohol, Tobacco and Firearms
9/94        Western Regional Forensic Science Laboratory
               355 North Wiget Lane,  Walnut Creek, California 94598
               Title - <u>Document Examiner</u>
               Duties- Examination and comparison of handwriting and mechanical impressions for
               the purpose of suspect identification or elimination in criminal investigations
               in the Western States.  Testified as prosecution expert witness in Oklahoma, Texas,
               New Mexico, Arizona, Alaska and California.  Participated in the proficiency testing
               program and peer review of the American Society of Crime Laboratory Directors.

1/89        **Sacramento County Sheriff** - Detectives Division
to             711 G. Street  Room 308 - Sacramento, California 95814
1/92        Title - <u>Questioned Document Examiner</u> (on County contract)
               Duties- Examined case work for the various Bureaus of the Sacramento County
               Sheriff's department including report writing and expert witness court testimony. Also
               responded to requests by local Judges and Deputy District Attorneys to perform
               examinations, report on findings and testify.

6/85        **Completed two years of apprenticeship training** in forensic documents under
to             T.H. Pascoe who worked for the California Department of Justice in their
1/89        Questioned Document Section for 30 years.

**TECHNICAL TRAINING COURSES:**

<u>ST²AR Network—Skill-Task Training Assessment & Research,</u>
Canon Photocopier, Facsimile and New Technology Workshop
Canon USA training center in Atlanta Georgia April 28-29, 2008

<u>Forensics Photoshop course,</u>
EEI Communications, San Francisco CA  December 15-16, 2006

<u>Printing Process Examinations, Infrared Examinations,</u>
American Board of Forensic Document Examiners Workshop,  Las Vegas, November 7-10 2005

<u>Altered Identification Documents,</u> sponsored by the California State Department of Justice
Criminalistics Institute March 1995

<u>Fundamentals of Document Examinations For Laboratory Personnel,</u>
FBI Academy, Quantico, Virginia- July 12-23 1993

<u>Symposium on Fluorescence Techniques in Questioned Documents,</u> sponsored by the California State
Department of Justice Criminalistics Institute Feb. 1992

<u>Paper Knowledge Workshop,</u> by Mead Paper Corp., Denver, Colorado Oct. 1992

(Page three of three Blanco C.V. – Form JBCV-0112.3)

## ACCOMPLISHMENTS:

**Qualified as an Expert in Federal, Superior and Court Martial Courts**

<u>**Publications:**</u>

**Journal:**    <u>Identifying Documents Printed by Dot Matrix Computer Printers</u>.  Forensic Science International, Elsevier Scientific Publishers Ireland Ltd.

**Published Books:**

*    <u>Business Fraud- Know It and Prevent It</u>,  Humanomics Publishing, 2001

*    <u>Identity Theft Prevention</u>,  (self published, 2001)

**Speaker- Presentations given to:**

* Association of Certified Fraud Specialists- Sacramento, CA July 12th, 2011
    Eight hour block of training re: Forensic Document Evidence and investigations

* Association of Certified Fraud Specialists- National Fraud Conference, Dallas, May 2011
    <u>Forged Documents In An Electronic World</u>

* Association of Forensic Document Examiners Annual Conference, Phoenix AZ, October 2010

* National Association of Document Examiners Annual Conference, Portland, OR, May 2010

* Association of Certified Fraud Specialists- National Fraud Conference, San Diego, Oct. 2009
    <u>Forged Documents In An Electronic World</u>

* The Southwestern Association of Forensic Document Examiners:
    <u>Identifying Documents Printed by Dot-Matrix Computer Printers</u>
        Tucson, Arizona - April, 1989.
    <u>Distinguishing Features of Color Laser Copiers</u>
        Long Beach, CA - October, 1990.
    <u>A Case Study in Forensic Ethics</u>  Las Vegas, Nevada - April, 1991.
    <u>Counterfeited Documents</u>  Phoenix, Arizona - October, 1991.
    <u>Photocopied Tracings</u>  San Diego, CA - April, 1992

* The American Society of Questioned Document Examiners:
    <u>Identifying Documents Printed by Dot-Matrix Computer Printers</u>,  Orlando, Florida- August, 1991
    <u>New Trends in Xerographic Technology</u>  Milwaukee, Wisconsin August, 1992

**Numerous additional Lectures and Presentations** given to State and Federal Law Enforcement, Legal, Banking and Business organizations.

**Advisor to POST** (California Commission on Peace Officer Standards and Training): As a subject matter expert in Forensic Documents, I was the only Document Examiner invited to San Diego to serve on the curriculum committee of the California Commission on POST, to design a Fraud/Questioned Document Course.

## EDUCATION:
Bachelor of Arts,    1975, California State University, Sacramento, CA
Master of Divinity, 1978, Western Theological Seminary, Portland, OR

# EXHIBIT 2

# EXHIBIT 2

# EXHIBIT 2

# BLANCO & Associates Inc.
### *Forensic Document Examiners*

| San Francisco Office | Washington D.C. Office | Los Angeles Office |
|---|---|---|
| 55 New Montgomery Street, Suite 712 | 1629 K Street N.W. Suite 300 | 655 N. Central Ave 17th FL |
| San Francisco, CA 94105 | Washington, DC 20006 | Glendale, CA 91203 |
| Phone (415) 618-0068 | Phone (202) 821-1822 | Phone (818) 545-1155 |

## TESTIMONY APPEARANCES

02/10/09 Los Angeles Superior Court, Hill Street
     Hon. Maren E. Nelson, Dept 60
     Marva v. Williams
     Attorney George Seidi

02/23/09 Las Vegas, Nevada
     Hon. Valerie Adair
     Dept. 21
     Re: Cameo Model & Talent Agency, LLC v. The Agency, LV, et al.
     Attorney Gus W. Flangas, Esq.

04/03/09 Los Angeles Superior Court, Hill Street
     Hon. Charles F. Palmer
     Dept 33
     Re:
     Attorney Rodney Bell

05/06/09 Los Angeles Superior Court, Hill Street
     Hon. O'Donnel
     Dept. 37
     Re: Sarvary vs. Voges
     Attorney Richard S. Van Dyke

05/22/09 Yolo County Superior Court, Woodland, CA
     Hon. Timothy Fall
     Dept. 2
     Re: Dev matter
     Attorney Michael Rothchild

06/25/09 Calaveras County Superior Court, San Andreas, CA
     Hon. Martin
     Dept. 6
     Re: Adams v. Berghouse, et al.
     Case #CV34998
     Attorney Reg J. Lormon

07/07/09 US District Court Central District California
     Hon. Fairbank
     Dept. 9
     Re: Amy Alcini, et al. v. Northwestern Mutual Life Insurance Co., et al. (Kay Cole, deceased)
     Case # CV-08-02889-VBF (AJWx)
     Attorney Rafael Bernardino, Jr.

07/13/09 Unites States Immigration Court, San Francisco
     Hon. Robert Yeargin
     Courtroom 6
     Re: Amarjit Singh
     Attorney Arwen Swink, Esq.

08/28/09 CA Superior Court, Glendale (LA area)
   Hon. Matz
   Dept. E
   Re: Toni Stutson v. Susane Savage
   Michael G. Steiniger, Esq.

09/24/09 Deposition, Irvine CA
   Re: Century 21 Landmark Properties; Alan Fasnacht, Lynn Fasnacht
   Deposed by
   Defended by   Charles Shelton, Esq.

09/29/09 Deposition, San Diego CA
   Re: Somo v. Chevron
   Deposed by   John H. Reaves, Esq.
         2488 Historic Decatur Rd, Ste 200
         San Diego, CA 92106
   Defended by   Julie Trotter, Esq.

10/08/09 Sacramento Superior Court, CA
   Jury Trial
   Hon. Judge David Brown
   Dept. 17
   Re: People v. Embra
   For the Defense, Maura De La Rosa

11/12/09 Superior Court of California, County of Santa Clara
   Deposition (in Los Altos, CA)
   Re: Marriage Of Ebrahimi
   Judge Berra
   Deposed by Abbas Hadjian, Esq.
   Defended by Rod Firoozye, Esq. (for Plaintiff Armin Ebrahimi)

11/19/09 Los Angeles Superior Court, CA (Hill Street)
   Bench Trial
   Dept 9, Judge Goetz
   Re: Garrison
   Stephen Moeller

12/14/09 Santa Monica, CA
   Deposition
   Re: Garrison
   Defended by Stephen Moeller

12/17/09 Superior Court of California, County of Santa Clara
   San Mateo, CA
   Judge Berra (San Mateo)
   Re: Marriage Of Ebrahimi
   Rod Firoozye for Armin Ebrahimi

12/18/09 Deposition testimony in San Francisco re: 3EB Case

01/14/10 Los Angeles Superior Court, CA (111 Hill Street)
   Bench Trial
   Dept 9, Judge Goetz
   Re: Garrison
   Stephen Moeller

02/16/10 Oceanside, CA
   Deposition
   Re: City of Oceanside v. Judd

03/05/10 Los Angeles Superior Court, CA (111 Hill Street)
      Bench Trial
      Dept 9, Judge Goetz
      Re: Garrison
      Stephen Moeller

03/09/10 San Jose, CA
      Deposition
      Re: Stanley Doty, Trustee of JDP Trust v. Cava Valley Roofing, et al.
      Shawn E. Cowles, Esq.

04/09/10 Irvine, CA
      Deposition
      Re: Martinez v. Williams
      Warren Miller

04/12/10 San Francisco, CA
      Jury Trial
      Hon. Tomar Mason, Courtroom 606
      Re: Julius Castle
      Jay T. Jambeck, The Schinner Law Group

05/11/10 Emeryville, CA
      Deposition
      Re: Shirley Hwang v. Winston Lum
      Nancy Davis, Esq. of Holme Roberts & Owen LLP

05/12/10 Santa Monica, CA
      Re: Nunnari v. Cecchi Gori Pictures
      Erica E. Hayward, Esq.

05/21/10 San Francisco, CA
      Deposition
      Re: Beijing Tong Ren Tang (USA), Corp. vs. TRT USA Corp et al
      Jing James Li, Ph.D. of Greenberg Taurig LLP

05/24/10 San Francisco, CA
      Deposition
      Bradley J. Jameson, Esq.
      Re: Sean C. McKean, Shawn P. McIlvenna **v.** Stephen E. Lawrence, Sophie Gasparatos

08/06/10 Santa Ana, CA
      Federal Courthouse
      Hon. Albert
      Re: Petition of William E. Preston
      Larry Halperine, Esq.

08/13/10 San Francisco, CA
      Deposition
      Re: Miller vs. California Pacific Medical Center
      Foley & Larner LLP
      Eileen R. Ridley, Esq. / (Kristy Marino)

08/16/10 San Jose, CA
      Federal Courthouse
      Dept 6
      Hon Ronald M. Whyte
      Re: Beijing Tong Ren Tang (USA), Corp. vs. TRT USA Corp et al
      Jing James Li, Ph.D. of Greenberg Taurig LLP

08/27/10 Los Angeles Superior Court, CA (111 Hill Street)
        Dept 39, 4th floor
        Hon. Michal C. Solner
        Re: Coliseo Housing Partnership v. POZ Village Development, Inc.
        J. Grant Kennedy, Esq.

09/21/10 Nevada County Superior Court (Nevada City, CA)
        Dept. 6
        Re: The Estate of Don Cunningham, Nevada County Superior Court Probate Case No. P14621
        Hon. Thomas M. Anderson
        R. Ellis Harper, Esq.

11/15/10  Down town Los Angeles, CA
        Arbitration
        Re: Ron Sahni
        Attorney Robert L. Kinkle

11/17/10  Riverside, CA
        Deposition Re: Gillis estate matter
        Attorney Rex Edwards

11/26/10 Bremmerton, WA
        Arbitration
        Re: Boston Pacific Matter
        Michael White, Esq. Patton Boggs LLP

12/02/10 Roseville, CA
        Deposition
        Re: Marquez et al. vs. Van Dyke, et al; Thielke et al. vs. Van Dyke, et al.
        Kevin Hull, Esq. Freidberg & Parker, LLP

12/21/10 Nevada County Superior Court (Nevada City, CA)
        Hon. Thomas M. Anderson
        Dept. 6
        Re: Niman v. Niman, Nevada County Superior Court Case No. P14839
        R. Ellis Harper, Esq.

01/05/11 San Francisco, CA
        Deposition
        Re: Alameda County Probate Case No. RP08420940
        Thomas Latham, Esq. & Brian F. Connors, Esq.

01/19/11 Los Angeles, CA (Korea Town)
        Arbitration
        Hon. Alan Penkower
        Re: Stanley v. State Farm
        Rob Pohls, Esq. of Pohls & Associates

02/01/11 Alameda Superior Court (Oakland)
        Hon. Marshall Whitley, Dept. 18
        Re:    Estate of Winston Nielsen Deceased, The Regents Of The University Of California, Petitioner, v.
                Kristin L. Johnson and Clifford R. Lancaster, Respondents
        Case No. RP 08-403581
        Charlie Wolff, Esq.  Evans, Latham & Campisi
        San Francisco, CA

4

02/09/11 Alameda Superior Court (Oakland)
        Hon. Marshall Whitley, Dept. 18
        [Rebuttal testimony]
        Re:     Estate of Winston Nielsen Deceased, The Regents Of The University Of California, Petitioner, v.
                 Kristin L. Johnson and Clifford R. Lancaster, Respondents
        Case No. RP 08-403581
        Charlie Wolff, Esq.  Evans, Latham & Campisi
        San Francisco, CA

03/22/11 Deposition in Alameda, CA
        Estate of Taruk Joseph Ben-Ali
        Defending: Vernon Goins, Esq. of Goins & Associates

04/19/11 Riverside Superior Court (Palm Springs)
        Dept. PS2
        Re: People of the State of California vs. Daniel Lee Smith RIF 144557
        Melanie N. Roe, Esq. of Kennedy & Roe (for the Defendant)

05/09/11 Fresno, California
        Deposition
        Re: Estate of Lillian Salwasser, deceased
        Fresno County Sup. Ct. Case No. 07CEPR00104
        Defending, Lee Cobb, Esq.

05/13/11 Federal Court Sacramento
        Hon David E. Russell Dept. 28
        Re: Kupka v. Dead Oaks Estates Inc.
        For the Respondent, George Hollister Esq.

05/31/11 San Jose, California
        Deposition
        Re: Straus v. Pavese et al
        Andrew Lauderdale, Esq.
        Santa Clara Superior Court

06/08/11 Sacramento, California
        Deposition
        Re: Wiens vs. Huff
        For the Plaintiff, Randall L. Wiens

07/14/11 Roseville, Placer County, CA
        Hon. O'Flauerty, Dept. 43
        Re: Jayraj Nair v. Dindu P. Nair
        Karen L. Mathes, Esq.

07/26/11 Santa Barbara, Superior Court
        Hon. Brian Hill
        Re: Peter Lance
        For the Defendant, Daryll Genis, Esq.

08/02/11 Watsonville, Superior Court
        Hon. Heather D. Morse
        Dept. C
        Re: Norton Dissolution
        For Scott Norton, Patricia Liberty, Esq.

08/11/11 San Francisco, Superior Court
        Hon. McCarthy
        Department 624
        Re: People v. Rory Talley
        For the defense, Jacque Wilson, Esq.

08/26/11 San Francisco, Superior Court
      Hon. Marla J. Miller
      Dept. 604
      Re: Miller v. CPMC
      For the defendant, Mike Naranjo of Foley & Lardner LLP

08/30/11 San Francisco, Superior Court
      Hon. Marla J. Miller
      Dept. 604
      Re: Miller v. CPMC
      For the defendant, Mike Naranjo of Foley & Lardner LLP

10/03/11 Santa Barbara, Superior Court
      Hon. Brian Hill
      Re: Peter Lance
      For the Defendant, Daryll Genis, Esq.

10/27/11 Oakland, Superior Court
      Hon.
      Dept. 6
      Re: People v. Rafael Duarte
      For the Defendant, William Cole

11/04/11 Sacramento, Deposition
      Re: Dovichi v. James V. de la Vergne...Bendahans/McCartney
      Deposing Law Firm: DLA Piper LLP (US)
      Deposing Attorney, Steven S. Kimball
      For the Plaintiff, Freidberg and Parker Law Firm
      Defending my deposition, Bret Spitzer

11/09/11 Oakland, Superior Court
      Homocide Trial
      Hon.
      Dept. 6
      Re: People v. Rafael Duarte
      For the Defendant, William Cole

03/05/12 San Mateo, Superior Court
      Civil, Imani trial
      Hon. Scott
      Dept. 25
      For Bita Imani, Mike Adams, Esq.

03/07/12 Burbank Superior Court
      Hon. William D. Stewart
      Dept. A
      Re: Hovsep
      Alex Gilanians, Esq.

07/25/12 New York, Deposition
      Paul Ceglia v. Facebook
      Offices of Gibson Dunn
      Defending for Ceglia, Dean Boland

09/06/12 Torrence, Deposition
      Goldstone vs. Murphy
      Deposed by Nick Campbell, Esq.
      Defending for Murphy, JoAnna Esty, Esq.

10/04/12  Los Angeles main courthouse 111 Hill Street
         Hon. Gregory Alarcon.
         Department 36
         Re: Kenny Teragawa vs. Borg Produce Sales, Inc. et al
         Dan Fears Esq. Pain & Fears LLP

# EXHIBIT 3

# EXHIBIT 3

# EXHIBIT 3

# PERSONAL RELEASE

Production Company *Desert Warriors*  & *matthew mitta.*

Address *1040 Hamilton rd.*
*Durarte Ca. 9010*      Date *8/9/11*

Ladies and Gentlemen:

I, the undersigned, hereby grant permission to *Sam Bessi (matthew mitta)*
("Producer") to photograph me and to record my voice, performances, poses, acts, plays and appearances, and use my picture, photograph, silhouette and other reproductions of my physical likeness and sound as part of the _____
*Ona Ronan*                                         tentatively entitled _____
_____ (the "Picture") and the unlimited distribution, advertising, promotion, exhibition and exploitation of the Picture by any method or device now known or hereafter devised in which the same may be used, and/or incorporated and/or exhibited and/or exploited.

I agree that I will not assert or maintain against you, your successors, assigns and licensees, any claim, action, suit or demand of any kind or nature whatsoever, including but not limited to, those grounded upon invasion of privacy, rights of publicity or other civil rights, or for any other reason in connection with your authorized use of my physical likeness and sound in the Picture as herein provided. I hereby release you, your successors, assigns and licensees, and each of them, from and against any and all claims, liabilities, demands, actions, causes of action(s), costs and expenses whatsoever, at law or in equity, known or unknown, anticipated or unanticipated, which I ever had, now have, or may, or shall hereafter have by reason, matter, cause or thing arising out of your use as herein provided.

I affirm that neither I, nor anyone acting for me, gave or agreed to give anything of value to any of your employees or a ____ representative of any television network, motion picture studio or production entity for arranging my appearance on the Picture.

The undersigned understands that they will not be compensated for their appearance in the recording.

I have read the foregoing and fully understand the meaning and effect thereof and, intending to be legally bound, I have signed this release.

Dated *8/9/11*                          Signature *Cindy Garcia*

                                        If a minor, Guardian's Signature

                                        Please Print Name

AGREED AND ACCEPTED TO                  Address

By _____                              REDACTED
                                        Phone Number

Release #1

# EXHIBIT 4

# EXHIBIT 4

# EXHIBIT 4

## Cast Deal Memo

This memo outlines terms of the agreement between *M.M.* ~~Media Holdings~~ LLC. and _Cindy Garcia_ (hereinafter "Producer") related to the production of ~~Desert seeds~~ (hereinafter "Motion Picture.")

1. *Services*:

_Cindy Garcia_ agrees to perform the services outlined in Appendix A.

2. *Compensation*:

Subject to the rest of the terms of this agreement, and upon satisfactory completion of the services outlined in Appendix A, Producer agrees to compensate _Cindy Garcia_ at the rate and time designated in Appendix B.

3. *Employment Status*:  [Independent Contractor]

[Independent Contractor:  The parties agree that _CG_ is an independent contractor, who is not required to work exclusively for Producer now or in the future, and who, as a professional, is expected to complete the assignment without supervision or training.  No fringe benefits or overtime compensation will be provided and the contractor is solely responsible for all income, self-employment and other taxes due upon this income received in conjunction with the services rendered under this agreement. **The contractor is not entitled to collect unemployment compensation under this agreement.**]

4. *Assignment of Rights*

[_CG_ assigns to producer all rights necessary for the development, production and exploitation of the Motion Picture, whether denominated copyrights, performance rights, or publicity rights, including the right to reasonable use of his/her name and likeness in conjunction with the development, production and exploitation of the Motion Picture, and waives any right to sue Producer over such use.]

[_CG_ warrants to Producer that all

**Exhibit A
Page -4-**

writing submitted for the Motion Picture is his own original
work.  The parties agree the script and all revisions of the
script of the film are "works made for hire" as defined under
article 101 of Title 17 of the U.S. Code.  If for any reason
the script should be determined to not be a "work made for
hire," _____ *CG*_____ assigns all rights he may have
to the work under U.S. and International copyright law to
Producer.

5. *Credits*:

Producer agrees to provide the following credits:
_____Sam__Bessi____(matthew motta)__

_____ 8|9|11_____
                                    Date

_____
Social Security Number

| REDACTED |

Address

_____   _____
Producer                       Date

Appendix A:

[Describe the services to be performed in plain English
including dates and times required to be available and any
equipment to be provided.]

[Examples:  actor playing (role); dates; times (or "as
needed"); related responsibilities. Writer; responsibilities
including revisions/turn around times between dates; Stunts/
effects...]

Appendix B:
Describe Compensation Rate

**Exhibit A**
**Page -5-**

# EXHIBIT 5

# EXHIBIT 5

# EXHIBIT 5

Sep 24 12 01:44p

09/24/2012  MON 10:06  FAX

P.2

☒002/002

| Form **W-9**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification** | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |
|---|---|---|

Name (as shown on your income tax return)

SSFCSCSDSIDDF

Business name/disregarded entity name, if different from above

*Cindy Garcia*

Check appropriate box for federal tax classification:

☒ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ ........

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

City, state, and ZIP code

Requester's name and address (optional)

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4

| Sign<br>Here | Signature of<br>U.S. person ▶ *Cindy Garcia* | Date ▶ *9-24-12* |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

Note. If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

12136878032

08:13:04 a.m.    09-19-2012        17 /40

## VERIFICATION

I, Cindy Lee Garcia, a Plaintiff in this proceeding, have read the documents:

### COMPLAINT FOR:

**Declaratory Relief
Invasion of Privacy
False Light Invasion of Privacy
Right of Publicity;
Fraud;
Unfair Business Practices
Slander;
Intentional Infliction of Emotional Distress**

**[Demand For Jury Trial]**

**[Ex Parte Application for a Temporary Restraining Order and a Preliminary
Injunction Requested]**

The information contained therein are true of my own knowledge, except as to those matters that are alleged on information and belief, and, as to those matters, I believe it to be true. I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of September, 2012 in Los Angeles, California.

Cindy Lee Garcia

Cindy Lee Garcia

---

PLAINTIFF CINDY LEE GARCIA VERIFICATION

NON-TRANSFERABLE

AAA.com

PRESENT THIS CARD AT TIME OF SERVICE

**TOLL-FREE NUMBERS**

Roadside & Battery Service in CA .......1.800.760.1480
Roadside Service outside CA ...............1.800.222.4357
AAA Premier® Services ........................1.800.852.7188
Emergency Travel / Medical outside U.S., Call Collect
1.804.673.1563

Member
Signature    *Cindy Lee:Earl*

TDD: 1.800.955.4833 for speech or hearing impaired. Roadside Assistance generally provided by independent service providers. All Club services are subject to change without notice. By subscription of Club membership, member agrees to be bound by Club's bylaws. Surrender card and Guaranteed Arrest Bond Certificate for minor traffic violations up to $1,000 (not accepted in all jurisdictions, including CA).

**Gun Association**

R IN GOOD STANDING

*Cindy Garcia*    11636

AUTHORIZED BY

# AMERICAN SURETY COMPANY
P.O. Box 68932
Indianapolis, Indiana 46268
1-317-875-8700

## RECEIPT AND STATEMENT OF CHARGES

Receipt No. 1005133

Received of

Date 11-1-12

*James Woods*
Name

BAL

4275

Address

Bail Bond Premium $ 4275

Expenses (itemize in detail, such as Guard Fees, Recording Fees, Notary Fees, Long Distance Calls, Telegrams, Travel and other actual, unusual expenses, where permitted by law.)

$ _____

$ _____

$ _____

*NEXT*

$ _____

*12-1-12*

$ _____

$ _____

*# 1068*

TOTAL CHARGES $ _____

Received on Account $ 125

Was Collateral taken?   (YES)   (NO)     Balance $ 4150

If Yes, Collateral Receipt No. _____

NAME AND ADDRESS OF BAIL BOND AGENCY

_____

_____

By _____

## MEMORANDUM OF BAIL BOND FURNISHED

Defendant _____

Bond No. _____ Bond Amt. $ _____

SSN _____ DOB _____

Charge _____

Date Filed _____ Date Released _____

Date to Appear _____ Time _____ A.M. / P.M.

Case No. _____

Court _____ City _____

Received Copy of above receipt and Memo

Indemnitors Signature X *Cindy Garve*

WHITE - ORIGINAL COPY
CANARY - COMPANY'S COPY
PINK - AGENT'S COPY

ASC-CA-2

*Thank You*

Left margin (partially visible form, rotated):

☐ CHP 215s
☐ Accident
...er's Responsibility (§40001 VC)

ZIP Code

...rcial Age    Birth Date
☐ No

Race / Ethnicity

☐ COMMERCIAL VEHICLE (§15210(b) VC)

☐ HAZARDOUS MATERIAL (§353 VC)

☐ Same as Driver

☐ Same as Driver

Misdemeanor or Infraction (Circle)

M   I
M   I
M   I
M   I

Special

Patrol Vehicle No.  ☐ MVARS

...e foregoing is true and correct.
California

...to
...D. No.    Vacation Dates
...to
...D. No.    Vacation Dates
INDICATED BELOW.

☐ AM  ☐ PM

...RSE
...OURT  ☐ JUVENILE



Hello My name is Cindy Lee Davis Garcia,

I am very interested in a part in this film, I am with instantcast and explore talent

my emil is flame4him1@sbcglobal.net

phone 661-833-8055

hope to hear from you

Sincerely Cindy Lee

5001 stormy ct.  bakersfield, CA 93309    T: 661 8338055    F: Home Fax Phone    W: Home URL



| TIME CHARGED | PURCHASE ORDER |
|---|---|
| JOB LOCATION | ORDERED BY |
| SAME | |

Quantity   Item #        Item Description

    1    038016-C    JPAINT SPRAYER, AIRLESS, ELEC   Minimum  =   $62.00 Ea
Rate/Ea        62.00 Day      300.00 Week     690.00 4Wk
       *

        THE ABOVE STATED RENTAL PRICE IS FOR A SINGLE
        SHIFT OPERATION. 8 HOURS PER DAY, 40 HRS PER WEEK
        OR 160 HRS PER 4 WEEK. ADD'L CHARGES WILL BE MADE
        IF HOURS USED EXCEED THESE LIMITS

                    SAFETY PRECAUTIONS
    A.   NEVER PUT FINGER NEAR SPRAY TIP OR AIM GUN TOWARD ANY PART OF BODY
    B.   IF LEAK SHOULD OCCUR IN LINE OR AT ANY FITTING, IMMEDIATELY SHUT
         OFF UNIT. DO NOT ATTEMPT TO STOP LEAKAGE WITH HAND OR PART OF BODY
    C.   IF THESE INSTRUCTIONS ARE NOT FOLLOWED, IT IS POSSIBLE THAT THE
         HIGH PRESSURE MIGHT BREAK THE SKIN & INJECT A SMALL QUANTITY OF
         MATERIAL.   IF THIS HAPPENS, GET IMMEDIATE MEDICAL ATTENTION AND
         HAVE THE DOCTOR INSPECT FOR & REMOVE FOREIGN MATERIAL.
    D.   NEVER ATTEMPT TO CHANGE THE SPRAY NOZZLE WITHOUT FIRST SHUTTING
         OFF UNIT & RELIEVING THE PRESSURE.   IF GUN IS EQUIPPED WITH A
         "TWIST TIP", BE CAREFUL NOT TO GET FINGER NEAR TIP WHEN TURNING
         TO CLEAR A BLOCKAGE.
    E.   BE SURE ELECTRICAL SUPPLY IS GROUNDED.
    F.   KEEP THE UNIT AT LEAST 25 FEET FROM SPRAYING AREA IN A WELL
         VENTILATED LOCATION.
    G.   DO NOT SPRAY VOLATILE MATERIALS WITH FLASH POINTS LESS THAN
         140 DEGREES F(60C). DO NOT SPRAY ANY MATERIAL IN THE VICINITY OF
         OPEN FLAME, PILOT LIGHTS, OR OTHER SOURCES OF IGNITION.

TERMS: CASH. ESTABLISHED OPEN ACCOUNTS ARE DUE AND PAYABLE NET 30TH. PAST DUE ACCOUNTS BEAR LATE PAYMENT PENALTIES AT 1½% PER MONTH.
I HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE DESCRIBED EQUIPMENT SUBJECT TO THE RENTAL

THIS IS YOUR CONTRACT. READ BEFORE SIGNING

SIGNATURE _____

PLEASE PRINT
YOUR NAME_____ CO. _____



TOTAL    $ 4,003.25

,All these clothes & shoes that we atre sending to Malawi Africa are a love donation to be handed out
to the widows & orphans as the word of God commands us.

Thank you for all your help both to the African Government and Churches that help in distribution.

Sincerely Pastor Cindy Garcia

Flames Of Fire Outreach Bakersfild, Ca. 93304

→ Pasta Cindy Garani
Pastor Garcaia Garcia  cc.

Please CAll me
BriAn ASAP
661- 817-3347
Need drop off
InformAtion



9/12/11

Flame Of Fire Outreach Bakersfield, Ca. 93394   r-661-817-3347 oR r-661-833-8055

Shipping Clothes to Africa



## Title Company

I have read the Preliminary Report dated January 6, 2010 covering the property described in your above numbered escrow. I know of no other matters pertaining to the condition of title other than stated in this report. Further we approve the legal description as being the property which is the subject of this escrow.

I hereby acknowledge receipt of a copy of said Preliminary Report.

Flame of Fire Outreach Church, a Non-Profit Organization

By: _Cindy L. Garcia_

Cindy L. Garcia, Authorized Agent



10-10-12
Date

10/10/12
Date

Cindy Co
Applicant

Agent

Garcia Declaration.doc                                          https://mail-attachment.googleusercontent.com/attachment/u/0/?ui=...

Christian ordained minister. I have received numerous death threats, all of which have been reported to the appropriate authorities. Because of security concerns, the authorities advised me not to release the details of which law enforcement agencies have received those reports. The death threats include, but certainly are not limited to, the following:

"I am ready to die for MUHAMMAD (PBUH) and I would Like to Kill all Those Who contributed in the Shape of Acting or Financially or any other Kind of Support in Shameless Movie."

"And If You Wanna to save your life and we consider your innocent then Just Kill Sam and Terry Jones."

"Dear the end is near."

"It's all a big joke. She will be Killed by some one who loves and cares our Prophet Muhammad peace be upon him"

"She will know what she did now she is saying sorry about that"

Copies of these threats are attached hereto as Exhibit B.

18. I have filed an application to register my acting performance in *Desert Warrior* work with the United States Copyright Office. Attached as Exhibit C is a true and correct copy of my copyright application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of October, 2012, at Bakersfield, California.

_Cindy Lee Garcia_

Cindy Lee Garcia

DECLARATION OF CINDY LEE GARIA
CV 12 8315 (VBKx)

COMPLAINT



Flame of Fire Outreach

**RE: CANCELLATION NOTICE**                                                              November 9, 2012



Dear Flame of Fire Outreach,

You recently indicated that you wish to cancel your alarm monitoring contract with SAFE Security®. For your protection against fraud and to ensure proper security of your property, please complete the information below as cancellation notification, and return this document to SAFE.

SAFE requires written notification of alarm monitoring account cancellation, which must be received  days before the end of your current contract term . Please refer to your monitoring agreement for details. Your monitoring account with SAFE will be cancelled once this form is returned and a final payment in the amount of **$150.92** has been received. This payment covers the remaining balance of your contract.

For your convenience, SAFE now accepts both checks and credit card payments by phone and via our web site at www.safesecurity.com. If you have already remitted a payment for this final amount, thank you and please disregard this letter.

If you are paying by check, be sure to include your account number on your check. If you wish to pay by credit card (VISA, MasterCard, Discover or American Express); you may also make your payment on our website at www.safesecurity.com. Click on SAFEPay.

Please be aware that if you are currently receiving a discount on your homeowner's insurance policy based on monitoring service, you may have an obligation to disclose to your insurance carrier your discontinuance of monitoring service. Failure to make such a disclosure could affect your rights under the policy.

Cancellation Reason: _____ *We moved from the building on Eye St. to Another Building due to Personal reasons. And left the building with Pastor Julco.*

Signature: *Cindy L Garcia* _____ Date: *11 - 12 12*

You may fax this notification to SAFE at (925) 871-4093 or mail it to:

Customer Care, SAFE Security, PO Box 5164, San Ramon CA 94583

We at SAFE Security are sorry to see you go, and we have greatly appreciated your business. We hope that you will think of us in the future when you require security equipment and alarm monitoring services. If you need further assistance, please contact SAFE Customer Care at (800) 669-7779.

Sincerely,
SAFE Security

Sent off

Kevin -
661-324-7000
Les.

**Notes®**

5   Parenthood  Episode 219 Taking The Leap
Role  Max's Teacher   age 30-45
well meaning  involved teacher, also hopeful
that max will continue at football, Guest Star
Second Shoot  3/11/11.   Sent (Cami Patton Casting
                                          (4640 Lankershim Blvd
                                          (Nort Hollywood 91602

Questions Sam Asked   March 2/2012
                    Me

Sam Bassil

Need to Convert From Hard drive to
HDCAM.  Find Someone!

2 hr movie.   also Color Correction



Cindy Lee GARCIA

19th                    200 deposit        530.⁰⁰
                        Prorater rent.     (Friday)
                        our deposit back 1300.00  Cashier check
                        Plus our money back from Donna Maing out
                        early.

On the 15th day of October, 2012, owner received $ 1,000.00 from the undersigned,
hereinafter called "Applicant", who offers to rent from Owner the premises described as

     1. Rent in advance of $ 900.00 per month, payable on the 1st day of each
month, tenancy to begin on the 18th day of October 2012, but subject to
any present resident vacating or the availability of the premises.

     2. A security deposit of $ 1,200.00

Owner shall return the full amount received an Applicant immediately if:

     (a) The premises are not available on the agreed date, or
     (b) Applicant executes the rental agreement and pays owner the first month's rent and security
deposit.

If, after notification of acceptance, Applicant fails to comply (by entering into the agreed rental agreement
and paying the first month's rent and security deposit), by the 18th day of October
2012, Owner may deduct form the amount received $ 30.00 per day for each day the premises
are vacant, from the date applicant's tenancy was to begin, to date tenancy commences or reletting, not to
exceed (30) days.

Owner, within seven days after the premises are relet, shall return to Applicant, to the Applicant's address
shown below, any balance remaining, with an itemization of Owner's damages.

If any legal action or proceeding be brought by either party to enforce any part of this agreement, the
prevailing party shall recover, in addition to all other relief, reasonable attorney's fees and costs.

Date 10/15/12   Time _____        Cindy Garcia
                                        _____
                                              Applicant
_____                   Cindy Garcia
   Owner/Agent                          _____
                                              Applicant
                                        _____
                                              Address
                                        _____
                                              Phone

Gmail - Desert Warrior - flame4him1@gma...          Gmail - Desert Warrior - flame4him1@gma...          https://mail.google.com/mail/?shva=1

*Casting Director Allen Roberts*

*Jeff Robinson A.D.*

*480-518-5197*

*Steve Goden Burg.*

*912-996-2263*

*Alan Roberts desert warrior 2011 @ yahoo.com*

*Auditioned Call*

**Gmail** Calendar Documents Photos Reader Web more

Gmai

Search Mail     Search the Web

Mail
Contacts
Tasks

Want to Be a Disney Star? - Auditions & Open Calls Now Open,

← Archive  Spam  Delete  + -     Move to ▼  Labels ▼  More ▼

Compose mail

**Desert Warrior**   □ | X   Inbox | X

Inbox (1)
Buzz
Starred
Important
Sent Mail
Drafts (22)

Personal
photos
photos from africa pas
Travel
6 more ▼

Alan Roberts
cindy garcia
cindy garcia
Alan Roberts
cindy garcia to Alan

Alan, thank you for getting back with me I appreciate it. I also would love the chance for
It was very nice to meet you, you were very professional and comfortable interact  with.
- Show quoted text -

**2 attachments** — Download all attachments   View all images



**cindy fulll face.jpg**
76K  View  Download



**CINDY BLACK DRESS.jpg**
106K  View  Download

Chat

Search, add, or invite

cindy garcia
Set status here          ▼

Call phone
Felix Mbeue
Kingdom Impact Worship
Manage Ment
Stargazing Entertainment
Alan Roberts
editor
etsy1
lowbowpictures
Merritt Films
Raj Thiruselvan

Invite a friend
Give Gmail to:

Send Invite    50 left
Preview Invite

↩ Reply   → Forward

Send    Save Now    Discard

To:  Alan Roberts <desertwarrior2011@yahoo.com>

Add Cc | Add Bcc | Edit Subject | Attach a file | Include original attachments

B  I  U  F  ·T·  T₂  T₃  ⊙  ⇆  ≡  ⋮≡  ⋮≡  ⫶≡  ⫶≡  66  ☰  ☰  ☰  ☰

On Fri, Jul 29, 2011 at 3:35 PM, cindy garcia <flame4him1@gmail.com> wrote:
Alan, thank you for getting back with me I appreciate it. I also would love the chance
It was very nice to meet you, you were very professional and comfortable interact  w

On Fri, Jul 29, 2011 at 12:29 PM, Alan Roberts <desertwarrior2011@yahoo.com> w
No female warriors.  Sorry.  But we will consider you for other role:

-— On Thu, 7/28/11, cindy garcia <flame4him1@gmail.com> wr

**Hourly Fees and Contingent Nature of Fee Recovery**

This Engagement Agreement is a contingency agreement governed by Section 6147(a) of the California Business and Professions Code. Under this Agreement, Counsel will recover payment for Attorney's Fees if any, only if Client obtains monetary recovery.   For the purpose of calculating the Contingency Fees (as defined herein), Attorneys' Fees shall also include all attorneys' fees, and paralegal fees.

Client's Action will be handled by M. Cris Armenta at an hourly rate of $450 per hour. Counsel may increase that rate upon thirty (30) days written notice and the absence of any objection shall be deemed Client's acquiescence to a rate increase.  Counsel may also retain other counsel or paralegals to work on Client's Action as appropriate in Counsel's discretion. Counsel will prepare and mail to Client each month an invoice reflecting charges at Counsel's full hourly billing rates for all timekeepers who worked on the Action that month.  From any monetary recovery, Counsel shall first subtract and pay to Counsel any unreimbursed Out-of-Pocket Costs and Reimbursable Costs.  From the remainder, Counsel shall be paid **one-third** as payment for Attorneys' Fees ("Contingency Fees") from any pre-trial settlement, and after heavy trial preparation begins (deemed to be forty-five days before the set trial date) **forty-percent**. Any award of Attorneys' Fees and costs ordered by the Court shall be separately paid to Counsel.  Client understands that the contingency fees are not set out by law and are instead an item negotiable between Client and Counsel, and that the Client may negotiate a lower rate of recovery for attorneys' fees for Counsel.

Despite the contingency nature of this Agreement, Counsel shall have the right to withdraw from representation of Client if Client fails to do any of the following: pay Counsel's statements for payment of Out-of-Pocket Costs in full upon presentation, follow Counsel's advice, cooperate with Counsel, or fail to communicate with Counsel.

**Lien on Recovery**

In the event of litigation, Client hereby grants to Counsel to the extent of Counsel's attorneys' fees and unreimbursed costs (whether Out-of-Pocket or Reimbursable Costs), a lien on any recovery achieved for Client by Counsel.  Any and all checks or drafts in payment of any settlement or judgment shall be made payable jointly to Client and Counsel unless otherwise agreed by Client and Counsel, and will be deposited into Counsel's client trust account.  Client further agrees that Counsel may deduct its share of such recovery, by advising the Client in writing of its intent to do so and providing the Client at least 5 days to respond to Counsel's accounting, with the balance being distributed to Client.

**No Guarantees**

Client acknowledges that Counsel has not made and will make no guarantee regarding the ultimate cost (in fees and expenses) or the outcome of any subject matter of the representation, and all expressions regarding such matters are preliminary assessments or opinions only.

**Forum For Disputes**

Any dispute arising out of or related to this agreement will be decided under California law. California will be the exclusive jurisdiction for resolution of all disputes.

2

# ENGAGEMENT AGREEMENT

Cindy Lee Lewis (hereinafter, "Client") retains The Armenta Law Firm (hereinafter "Counsel") on the following terms and conditions to represent Client in connection with the removal of the YouTube Video film known as "Innocence of Muslims" and advice and possible litigation against the responsible parties ("the Action").

## General Authorization

Client authorizes Counsel to undertake, on Client's behalf, any actions Counsel deems necessary or appropriate to advance Client's interests in connection with the Action. This authorization includes the right to institute such actions, and to retain investigators, experts, consultants, and other attorneys or law firms as Counsel deems necessary to assist in the Action.

## Monthly Billing Statements

Counsel's services will be billed to Client on a monthly basis. The statements generally will be prepared during the second week of the month following the month during which the services have been performed. The monthly billing statement will include time detail to show the time spent by Counsel or other timekeepers and a listing of Out-of-Pocket Costs and Reimbursable Costs (as defined below). Client agrees to pay the Out-of-Pocket Costs upon receipt of the monthly billing statement.

## Out-of-Pocket Costs and Reimbursable Costs

Client shall be responsible for all costs incurred which are reasonably necessary for the preparation and presentation of Client's representation. The Out-of-Pocket Costs include those items for which Counsel makes advances on behalf of Client. These typically include filing and messenger fees, investigator fees, external reproduction costs, delivery charges, postage, and all experts' and consultants' fees. The Reimbursable Costs include those costs that are internal to Counsel's office, such as internal reproduction costs, facsimiles, telephone charges or the like.

Counsel shall have the authority (but not the obligation) to make advances for such Out-of-Pocket Costs and Reimbursable Costs on Client's behalf, but Client shall remain ultimately responsible for payment or repayment of such costs. Notwithstanding the foregoing, Counsel shall receive the Client's verbal consent prior to any single Out-of-Pocket Cost or Reimbursable Cost in excess of $500.00 and shall receive the Client's written consent for any single Out-of-Pocket Cost in excess of $1000.00. An email from the Client shall suffice as "writing" under this provision.

In this case, Counsel has agreed to find the initial cost only of filing the case if one is to be filed, service costs for the summons and complaint and the filing costs for seeking a temporary restraining order or motion for preliminary injunction. Counsel has explained that after these procedures, Client and Counsel will have better information to assess whether the Court believes Client is "likely to prevail on the merits." At that juncture, both agree that Client and Counsel will meet, and either the costs will be shifted to the Client, or the Client will agree to dismiss the action without prejudice if the action does not seem likely to result in prevailing.

**Arbitration of Disputes**

It is understood and agreed that any claim arising out of the rendition or lack of rendition of services under this Agreement (including claims of legal malpractice) will be determined by submission to final and binding arbitration. This includes any claim that any legal services rendered under this contract were unnecessary or unauthorized or were improperly, negligently or incompetently rendered. At the sole option of the Client this arbitration agreement may also include any dispute over legal fees as provided in Sections 6200-6206 of the California Business and Professions Code.

All parties to this Engagement Agreement, by entering into it, are giving up their constitutional right to have any such dispute decided in a court of law before a jury and instead are accepting the use of arbitration. Client may wish to seek outside advice or counsel concerning this procedure.

The arbitration proceedings will be administered by the Santa Monica Office of JAMS/Endispute.

NOTICE: BY SIGNING THIS AGREEMENT YOU ARE AGREEING TO HAVE ANY ISSUE OF LEGAL MALPRACTICE DECIDED BY NEUTRAL ARBITRATION AND YOU ARE GIVING UP YOUR RIGHT TO A JURY OR COURT TRIAL.

_CG_     (Ms. ~~Lewis~~' initials)
          Garcia

**Entire Agreement**

This Engagement Agreement contains the entire agreement between Counsel and Client. Client acknowledges that there are no other agreements (either oral or written) between Client and Counsel other than as set forth in this Engagement Agreement. No modification or waiver of any term of this Engagement Agreement shall be valid unless agreed to in a writing signed by both Client and Counsel.

**Consultation With Independent Counsel**

Client has been advised that this is a legally binding Engagement Agreement, and that Client has the right to (and Counsel recommends that Client does) consult an independent attorney to review and advise Client as to all of the terms of this Engagement Agreement, including but not limited to the scope of this Agreement, the fee and cost provisions of this Engagement Agreement and the advisability of Client executing this Engagement Agreement.

The undersigned, having carefully read and understands all of the above terms and conditions, hereby agrees to them.

Dated:  September 14, 2012          _Cindy Lee Garcia_
                                    Cindy Lee ~~Lewis~~ Garcia

3

# FAX Transmission

Number of pages including cover sheet _13_

Attention: _Chris Armenta_          Date: _7-18-12_

Company: _Law firm_               From: _Cindy Garcia_

Phone: _310-826-2826_             Company: _____

Fax: _310-826-5456_               Phone: _661-817-3347_

Comments: _These are some of the threads, also Posting Call for everyone. Just Use me Also my Original Script_

## OfficeMax
## IMPRESS
# PRINT CENTER

4001 Ming Avenue
Bakersfield, CA 93309
Phone: 661-397-2886
Fax: 661-397-2661
E-mail: impress0150@officemax.com

Browse | Movies | Upload    Cindy Garcia

# Innocence of Muslims Actress Speaks "says film is nightmare"

talkincrazytv    Subscribe    195 videos

JAGUAR XF

Some good

Like    Add to    Share    15,932

Published on Sep 13, 2012 by talkincrazytv

An actress who starred in an anti-Muslim film that stirred extremists to protest across the Middle East claims she was tricked by the filmmaker, who she says lied to the cast about his own name and the true intentions of the movie.

Show more

21 likes, 41 dislikes

All Comments (94)    see all

Respond to this video...

Wow, u assholls who threaten that poor woman is exactly what is wrong with ur religion. Brainwashed idiots!!! There r plenty peaceful Muslims around the world but few mutherfuckers like u is all it takes to give bad name. If u believe in ur own Quran u r the ones who going to Hell. I also hope u get screwed in the ass with a long black dildo!

mch2011a 2 days ago

Her name is Cindy Lee Garcia

arimuzzio 2 days ago

*This has been flagged as spam* show

TheCerberusInferno 2 days ago

All this over such a idiot movie. Are you kidding me muslim world. I swear these people would look to anything just to start protesting or going to war. I am surprised they havent launched their Jihad yet

thnuropoan 3 days ago

I bet the handsome guy who played Mohammed will become famous nonetheless

montyzoma 3 days ago

CLUSTERFUCK 2012!

AndresUppsala1 3 days ago

People, brothers and sisters, stop! She's innocent! She didn't even know what the movie was about! She even apologized to the Muslims for this mistake! I'm a Muslim myself, and I hate the bastards who created this filth, but this lady here said she didn't know they were gonna record a nother voice over her voice and change the story!

Montazer Hamadi 3 days ago

Steve is a cunt. Fuck you Steve You are part of a Christian hate group...

**Single Muslim**
by singlemuslimltd
270,811 views
Ad

**Multiple Protests In Arab World over**
by SituationRoomNews
5,458 views

**Actress from anti Islamic film**
by ROAD2MERCY
19,752 views

**Actress In Anti-Islam Film Wants Name**
by AssociatedPress
88,238 views

**MUSLIM RESPONSE TO: Anti-Islamic Movie**
by IslamExplained
139,948 views

**2012 09 13 Anti Islam actress speaks out "I**
by belfe1111
1,982 views

**Feds Question Nakoula Basseley Nakoula (AKA**
by CultOfMilitarism
26,409 views

**[Full Movie Leaked] Innocence of Muslims**
by ILeakFullGames
58,279 views

**RE : Sam Bacile's The Muhammad Movie**
by therationalfaith
353,941 views

**"Innocence of Muslims" Producer**
by ibwalker
7,311 views

**Hillary Clinton calls anti-Muslim film,**
by HoodNews
133,039 views

**Actress from the "Innocence of**
by CultOfMilitarism
2,010 views

**Sam Bacile's "The Innocence of Muslims"**
by CultOfMilitarism
2,053 views

**لقاء خاص مع ممثلة الفيلم المسيء للمسلمين AP**
by AsadBm
3,988 views

**Actress in "The Innocence of Muslims"**
by CultOfMilitarism
398 views

_Content illegible._

Innocence of Muslims Actress Speaks "says film is nightmare" - Yo.          http://www.youtube.com/watch?NR=1&feature=endscreen&v=cw...

Browse | Movies | Upload                    Cindy Garcia

# Innocence of Muslims Actress Speaks "says film is nightmare"

talkfnews.tv        Subscribe        196 videos




**Single Muslim**
by singlemuslims
270,811 views
Ad


**Multiple Protests in Arab World over**
by libbekaKtootNews
8,468 views


**Actress from anti Islamic film**
by HOADZMONCY
10,783 views


**Actress in Anti-Islam Film Wants Name**
by AssociatedPress
86,238 views


**MUSLIM RESPONSE TO: Anti-Islamic Movie**
by tillamEngineered
128,945 views

Like    Add to    Share                                    15,932

Published on Sep 13, 2012 by talkinnov.tv          21 likes, 41 dislikes

An actress who starred in an anti-Muslim film that stirred extremists to protest across the Middle East claims she was tricked by the filmmaker, who she says lied to the cast about his own name and the intentions of the movie

Show more


**2012 09 13 Anti-Islam actress speaks out"1**
by balfa1111
1,562 views


**Fada Question Nakoula Basseley Nakoula (AKA**
by OutOfMakkatun
29,409 views

All Comments (94)                                                see all

 Respond to this video...


**[Full Movie Leaked] Innocence of Muslims**
by LeakFullGamer
64,279 views

WAKE UP AMERICA!! These attacks on America will have nothing to do with this movie!! It's a distraction! These attacks have been planned ... Doesn't anybody watch the news! Since when is freedom of speech a cause for terrorism? Obama is a Muslim and he is taking this country downhill
rommonl216   10 hours ago


**RE : Sam Becile's The Muhammad Movie**
by thundorshyim
353,941 views

The point here is that most of Americans support publishing such movies, and they forget the consequences. I am sure that if one who made this video knew that such a movie would cause bleeding. And this is worse than killing. Then if just four American were killed because of this, don't forget that tens of Muslims were killed and wounded. All Muslims condemn such killing and they condemn more such movies. Then, why you insist on us leave our religion of you really believe in freedom?
-Yah Naveed   in reply to bookralk7iza (Show the convert) 10 hours ago


**"Innocence of Muslims" Producer**
by tywkar
7,911 views

Yes, I'd certainly know one cocksucker thats your Population perspective/What the fuck are you on man? Its not perspective its common sense you retarded cunt with tourette's syndrom up My head which houses my superior intellect will rape your ugly ass retarded goralit which failed at math.Ummah is bigger than you most of the ummah is with me on this.And here's a message from the ummah to you Go f yourself.You worthless piece of Argana cocksuckka/Go rape both yours elf and your retarded mother u cunt
(14chKrzp435   in reply to abdullah rahman (Show the co...ment) 12 hours ago

↙ threat


**Hillary Clinton calls anti-Muslim film**
by HootNews
153,038 views

you'd know all the fucken cocksuckers wouldn't you... perverted sack of faggot shit , as for this population prospective I see w ng I admit that, too bad you're to ignorant and brainless. I bet your head could be used as fucken toilet for hate, and the fact that you said you're a part of the ummah pisses me the fuck off. you intolerant worthless piece of shit your not part of any umerah so go die in the most painful way possible and maybe god will show you some mercy. peace bitch
abdullah rahman   in reply to t4chtrog438 (Show the...ve...ment) 12 hours ago

↙ threat


**Actress from the "Innocence of**
by CultOfMakkatun
180 views

As a muslim, I call upon all muslims to listen and stop playing into the hands of this idiot who is clearly under the illusion that he is a film maker. Who ever is reacting to it in a violent manner is certainly COMPLICIT in this whole Saga. Also I think that number one co-conspiritor is the Egyptian religious channel Al-Nas for igniting and further fueling the situation by dubbing the footage in Arabic to further insult Muslims. Let's be Smart about this... She should have done her homework.
Cooksahlan   16 hours ago


**Sam Becile's "The Innocence of Muslims"**
by CultOfMakkatun
2,063 views

This has been flagged as spam   show
MaryxxkxntowxP   18 hours ago

To call them animals would be an insult to animals Really? do you know how many muslims there are in the world you dumb uneducated fuck? More than a billion 80% of a billion is 800 million The total population of up is 300 million where old tras extra 500 million come from you r tarded cocksuckerp?Or are you as bad at cocksucking as you are at Math? You are moron even muslims will call you a moron, what you can do best for my ummah is to jump off a building. maybe we'll even give you 30 virgins cnys
t4chtrogkdp   in reply to abdullah rahman (Show the co...ment) 19 hours ago


**AP ...** (Arabic text) **...**
by AwaQan
3,386 views


**Actress in "The Innocence of Muslims"**
by CultOfMakkatun
358 views


**"Muslim Innocence" Exposed**
by laenbph74
17,629 views


**Cindy Lee Garcia speaks out over**
by batoksbe
22 views


**Video anti-Islam : une des actrices s'explique**
by BFMTV
4,742 views


**Cindy Lee Davis Garcia Photo Gallery**
by EYuHOLLYWOOD
998 views

urcia Declaration at 42-cv-08315-MWF-VBK   Document 14   Filed 10/17/12   Page 8 of 94   Page ID #:222

Christian ordained minister, I have received numerous death threats, all of which have been reported to the appropriate authorities. Because of security concerns, the authorities advised me not to release the details of which law enforcement agencies have received those reports. The death threats include, but certainly are not limited to, the following:

"I am ready to die for MUHAMMAD (PBUH) and I would Like to Kill all Those Who contributed in the Shape of Acting or Financially or any other Kind of Support in Shameless Movie."

"And If You Wanna to save your life and we consider your innocent then Just Kill Sam and Terry Jones."

"Dear the end is near."

"It's all a big joke. She will be Killed by some one who loves and cares our Prophet Muhammad peace be upon him"

"She will know what she did now she is saying sorry about that"

Copies of these threats are attached hereto as Exhibit B.

18. I have filed an application to register my acting performance in *Desert Warrior* work with the United States Copyright Office. Attached as Exhibit C is a true and correct copy of my copyright application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of October, 2012, at Bakersfield, California.

_____

Cindy Lee Garcia                    10-14-72

DECLARATION OF CINDY LEE GARIA
CV 12 8315 (VBKx)

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA          PAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
"Desert Warrior"

**PREVIOUS OR ALTERNATIVE TITLES ▼**
"Innocence of Muslims"

**NATURE OF THIS WORK ▼** See instructions

Audio-visual work, pertaining to Cindy Lee Garcia's dramatic performance in "Desert Warrior" and put on film

**2**

**a**

**NAME OF AUTHOR ▼**
Cindy Lee Garcia

**DATES OF BIRTH AND DEATH**
Year Born ▼  1957          Year Died ▼  NA

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of  U.S.A.
OR ☐ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Dramatic performance in film entitled "Desert Warrior" affixed to film

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**
Cindy Lee Garcia

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of  U.S.A.
OR ☐ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Dramatic performance fixed in tangible medium of expression (i.e. film)

**c**

**NAME OF AUTHOR ▼**
Cindy Lee Garcia

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
☐ Citizen of  U.S.A.
OR ☐ Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2011  Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month  July          Day  2          Year  2012
only partially published  U.S.A          Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Cindy Lee Garcia c/o The Armenta Law Firm, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
[Ms. Garcia did not sign any work for hire agreement nor a release or relinquishment of her rights when she acted in "Desert Warrior."

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.        · Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of          pages

| EXAMINED BY | | FORM PA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

See instructions before completing this space

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Garcia gave a dramatic performance for "Desert Warrior" fixed in film in 2011. Since then, the producer of the film altered her performance, dubbing in words she did not say, and changing the film's intent and name to "Innocence of Muslims."

**7** **a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
M. Cris Armenta, The Armenta Law Firm APC, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

Area code and daytime telephone number ( 310 ) 826-2826   Fax number ( 310 ) 826-5456
Email cris@crisarmenta.com

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☐ authorized agent of
Name of author or other copyright claimant, or owner of exclusive rights(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Cindy Lee Garcia   Date September 25, 2012

Handwritten signature (X) ▼
x _Cindy Lee Garcia_

**9** Certificate will be mailed in window envelope to this address!
Name ▼
Number/Street/Apt ▼
City/State/Zip ▼

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office-PAD
101 Independence Avenue SE
Washington, DC 20559-6290

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

SEP-25-2012  13:41   P.03

## Panel 1

HELPING

THE FATHERLESS

4 Jesus

*Our Mission is Malawi, Africa*



Pastor Cindy Garcia (center) with Missionary Team

## Panel 2

BECOME A SPONSOR

Your name:

Your photo:

Your Pastor:

Your Missionary Crew:

Your E-mail, phone, or both

Your commitment amount if you so choose

*How can we preach except we be sent.*

- Become a sponsor
- Become a "father" to the fatherless
- Become a mentor
- Feed the hungry
- Clothe the naked
- Provide Shelter
- Show the goodness of God

*Together We Can Make A Difference*

## Panel 3

MATTHEW 25:31-40 (NLT)

31 "But when the Son of Man comes in his glory, and all the angels with him, then he will sit upon his glorious throne. 32 All the nations will be gathered in his presence, and he will separate the people as a shepherd separates the sheep from the goats. 33 He will place the sheep at his right hand and the goats at his left.

34 "Then the King will say to those on his right, 'Come, you who are blessed by my Father, inherit the Kingdom prepared for you from the creation of the world. 35 For I was hungry, and you fed me. I was thirsty, and you gave me a drink. I was a stranger, and you invited me into your home. 36 I was naked, and you gave me clothing. I was sick, and you cared for me. I was in prison, and you visited me.'

37 "Then these righteous ones will reply, 'Lord, when did we ever see you hungry and feed you? Or thirsty and give you something to drink? 38 Or a stranger and show you hospitality? Or naked and give you clothing? 39 When did we ever see you sick or in prison and visit you?'

40 "And the King will say, 'I tell you the truth, when you did it to one of the least of these my brothers and sisters, you were doing it to me!'

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On November 30, 2012 I served the following document(s) described as:

**DECLARATION OF JAMES A. BLANCO IN SUPPORT OF OBJECTION AND REQUEST TO STRIKE DECLARATIONS OF TIM ALGER AND MARK BASSELEY YOUSSEF**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Timothy L. Alger**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**
**(by mail and courtesy email)**

**Nakoula B. Nakoula aka**
**Mark Basseley Youssef**
**Metropolitan Detention Center**
**Inmate #56329-112**
**180 N. Los Angeles St.**
**Los Angeles, CA 90012**
**(by mail only)**

**BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business.  Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.  (C.C.P. § 1013 (a) and 1013a(3))

Executed on November 30, 2012 in Los Angeles, California.

Heather Rowland

1
**PROOF OF SERVICE**