Name/Address of Attorney or Pro Per
M. Cris Armenta, The Armenta Law Firm, APC
11900 Olympic Blvd, Suite 730
Los Angeles, CA 90064
Telephone (310) 826-2826

☐ FPD  ☐ Apptd  ☐ CJA  ☐ Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cindy Lee Garcia

PLAINTIFF(S),

v.

Nakoula Basseley Nakoula, et al.

DEFENDANT(S).

CASE NUMBER: CV-12-8315-MWF(VBKx)

Motion and Affidavit for Leave to Appeal In Forma Pauperis:
☐ 28 U.S.C. 753(f)
☒ 28 U.S.C. 1915

The undersigned Cindy Lee Garcia, a party in the within action, moves the Court under 28 USC § 1915 for authorization to prosecute an appeal without prepayment of fees and costs or security therefor, and for the preparation of a Court Reporter's transcript at government expense.

1. I believe I am entitled to redress, and the issues which I desire to present on my proposed appeal are the following:
   a. My copyright claim is valid because the producers exceeded the scope of any license. Effects Associates, Inc. v. Cohen,
   b. I am suffering irreparable harm; I am subject to death threats and a sentence of death.
   c. Google and YouTube submitted forged documents to the Court; I signed no release.

2. Because of my poverty I am unable to pay the costs of the proposed appeal proceeding or to give security therefor. I swear that the following responses are true.

   a. Are you presently employed? ☐ Yes ☒ No. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer. I was taking care of my grandchildren part time with Community Connections. Now I am not my granddaughter had moved out due to fear. Then she was so nervous she could not attend school anymore. Now I am just on Social Security Benifits due to illness.
   b. Have you received, within the past twelve months, any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source? ☒ Yes ☐ No.
   If the answer is yes, describe each source of income and state the amount received from each during the past twelve months. (Almost)
   I worked babysitting 2 grandchildren for last 5 month at 1.90 hr. per child. 3 days a week. While my granddaughter went to school. Now I have no Job. this whole thing has messed with my family, church, Life in every way. I do not work babysitting any longer, Also I had worked at Patrollum Club waitressing for a little over 2 months. but my body could not take the excessive work. They put me on no work list.

A-18 (04/10)   MOTION AND AFFIDAVIT FOR LEAVE APPEAL IN FORMA PAUPERIS   Page 1 of 2

c. Are you presently employed in prison? ☐ Yes ☒ No.
   If yes, state the number of hours you work per week and the hourly rate of pay.

d. Do you own any cash or do you have money in a checking or savings account? ☐ Yes ☒ No.
   If the answer is yes, state the amount of money in each account separately as of six (6) months prior to the date of this affidavit. The money I have is not enough to pay my bills things are very tight.

e. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? NO

f. In what year did you last file an income tax return? I tried to file last 2 years not enough money, due to Social Security and not enough income

g. Approximately how much income did your last tax return reflect? What Social Security gave me

h. List the persons who are dependent upon you for support and state your relationship to those persons. Justin L. Anderson grandson.

i. State monthly expenses, itemizing the major items. 900.00 Rent    PGE 180.00    Water 50.00    Food 250-300 - doesn't include my phone

I declare under penalty of perjury that the foregoing is true and correct.

_Cindy Lee Garcia_
Signature of Party

12-6-12
Date

Signature of Attorney
(Disregard if filed in propria persona)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On December 7, 2012 I served the following document(s) described as:

**MOTION AND AFFIDAVIT FOR LEAVE TO APPEAL IN FORMA PAUPERIS**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Timothy L. Alger**
**Perkins Coie LLP**
**3150 Porter Drive**
**Palo Alto, CA 94304-1212**

**Nakoula B. Nakoula aka**
**Mark Basseley Youssef**
**Metropolitan Detention Center**
**Inmate #56329-112**
**180 N. Los Angeles St.**
**Los Angeles, CA 90012**

☑ ***BY MAIL:*** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

Executed on December 7, 2012 in Los Angeles, California.

*[signature]*
Heather Rowland

---

1
**PROOF OF SERVICE**