```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA060407
Cashier ID: jacash
Transaction Date: 12/21/2012
Payer Name: THE ARMENTA LAW FIRM
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THE ARMENTA LAW FIRM
 Case/Party: D-CAC-2-12-CV-008315-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 5127
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```