Name: Occupy Los Angeles
Address: 12 6 De loro
City, State, Zip: Santa Baraba
Phone: 360 505-1052
Fax: 93109
E-Mail: P.O. Box 94971 Pasadena, CA 91109

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2012 DEC 17 PM 3:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___
FILED

Cindy Garcia et al
PLAINTIFF(S),
v.
Google Inc et al
DEFENDANT(S).

CASE NUMBER: 12CV08315 MWF (VBK)

NOTICE OF APPEAL, or Cross Appeal (see 12-7-12 NoA By Plaintiff)

NOTICE IS HEREBY GIVEN that Occupy Los Angeles DBA (Name of Appellant) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**
☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**
☐ Order (specify):

☒ Judgment (specify): all claims, Parties Rights Determined
☒ Other (specify): Filed 10-19-12
11-15-12 order Denying Intervention TRO.
and Judgment Denying 11-30-12 DN

Imposed or Filed on Nov 15, 30, 2012. Entered on the docket in this action on Nov 15, 30-2012

A copy of said judgment or order is attached hereto.

December 17, 2012
Date

Signature: _____ CEO
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk
Cheis Legal DBA Occupy Los Angeles

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                    NOTICE OF APPEAL