FILED

UNITED STATES COURT OF APPEALS

JAN 18 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CINDY LEE GARCIA, | No. 12-57333 |
| Plaintiff, | D.C. No. 2:12-cv-08315-MWF-VBK |
| and | Central District of California, Los Angeles |
| OCCUPY LOS ANGELES, | |
| Movant - Appellant, | ORDER |
| v. | |
| GOOGLE, INC., a Delaware Corporation; et al., | |
| Defendants - Appellees, | |
| and | |
| NAKOULA BASSELEY NAKOULA, AKA Sam Bacile; et al., | |
| Defendants. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

1/18/13

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

On November 30, 2012, the district court denied plaintiff Cindy Garcia's motion for a preliminary injunction. Garcia's timely notice of appeal from that order is proceeding in this court as docket number 12-57302.

MF/Pro Se

On November 15, 2012, the district court denied appellant's motion to intervene.  Appellant filed a notice of appeal on December 17, 2012 challenging both the order denying a preliminary injunction and the order denying the motion to intervene.  Appellant is not a party to the action below and therefore does not have standing to challenge the denial of a preliminary injunction.  *See Hoover v. Switlik Parachute Co.,* 663 F.2d 964, 966 (9th Cir. 1981) (appellant lacks standing to challenge order that pertains only to the co-defendant).  Accordingly, the scope of this appeal is limited to a review of the November 15, 2012 order denying appellant's motion to intervene.

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due.  Within 21 days after the date of this order, appellant shall pay to the district court the $455.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis.  Failure to pay the fees or file a motion to proceed in forma pauperis shall result in the automatic dismissal of the appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

The Clerk shall serve a Form 4 financial affidavit on appellant.