UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 12-08315-MWF (VBKx)**         Date:  **February 14, 2013**

Title:     Cindy Lee Garcia -v- Nakoula Basseley Nakoula, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

PROCEEDINGS (IN CHAMBERS):  ORDER DENYING MOTION FOR LEAVE TO APPEAL IFP [41]

This matter is before the Court on the Motion for Leave to Appeal In Forma Pauperis (the "Motion") filed by Plaintiff Cindy Lee Garcia. (Docket No. 41). On November 30, 2012, the Court denied Garcia's Motion for Preliminary Injunction. (*See* Docket Nos. 12, 39). On December 21, 2012, Garcia filed a Notice of Appeal from the "November 30 Order." (Docket No. 42). Garcia previously had filed this Motion on December 7, 2012. (Docket No. 41).

Garcia seeks to prosecute her appeal in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. The Court notes that, "[a]lthough the Ninth Circuit has not directly addressed whether non-prisoners may bring suit [IFP] under the 1996 amendment to § 1915(a), other circuits have found that this right still exists." *Jones v. Mortgageit*, Nos. C 10-00034 JW, C 09-05113 JW, 2010 WL 330226, at *1 (N.D. Cal. Jan. 21, 2010) (citations omitted).

Under Section 1915, the "term 'prisoner' means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h). Garcia is not a prisoner for purposes of Section 1915. Nevertheless, the Court assumes without deciding that Garcia can prosecute her appeal IFP pursuant to Section 1915.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-08315-MWF (VBKx)**                    Date:  **February 14, 2013**

Title:       Cindy Lee Garcia -*v*- Nakoula Basseley Nakoula, et al.

---

      Arguably, the Motion instead should have been filed pursuant to Federal Rule of Appellate Procedure 24.  *See* Fed. R. App. P. 24(a)(1) ("[A] party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court.").  In any event, the Motion would be denied under Rule 24 because Garcia did not "attach an affidavit" that "shows in the detail prescribed by Form 4 of the Appendix of Forms [her] inability to pay or to give security for fees and costs."  *See* Fed. R. App. P. 24(a)(1)(A).

      In the absence of this information, the Court declines to grant Garcia's Motion.  Accordingly, the Motion (Docket No. 41) is DENIED ***without prejudice***.  Garcia may re-submit a motion to prosecute her appeal IFP with the proper supporting documentation under Rule 24.

      IT IS SO ORDERED.