UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 12-8315-MWF(VBKx)**                    Date: **July 2, 2013**

Title:     Cindy Lee Garcia -*v*- Nakoula Basseley Nakoula, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                          None Present
Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
None                                         None

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: DISMISSAL FOR
LACK OF PROSECUTION

       Plaintiff is ordered to show cause, in writing, no later than August 5, 2013, why this
action should not be dismissed for lack of prosecution.

       The Court will consider the filing of the following on or before the above date as an
appropriate response to this Order to Show Cause:

____   Proof of service of summons and complaint

       Answer by the defendant or an application for entry of default pursuant to Federal
__X__  Rule of Civil Procedure 55(a)

       No oral argument on this matter will be heard unless otherwise ordered by the Court.
*See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of
the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will
result in the dismissal of this action.

       IT IS SO ORDERED.

(Rev. 10/1/04)                                           Initials of Deputy Clerk __rs__