M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
La Garenne
86300 Chauvigny
France
Tel: 06 74 90 22 08
Email:  credence.sol@sol-law.com

Attorneys for Plaintiff
Cindy Lee Garcia

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No. CV12-8315-MWF(VBKx) <br><br> **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |

Plaintiff Cindy Lee Garcia hereby responds to the Order to Show Cause Re: Dismissal for Lack of Prosecution, issued by the Court on July 2, 2013. [Dkt. No. 53.] For the most part, Plaintiff is in agreement with the statements made by Google, Inc. and YouTube LLC in their response.

The viability of the copyright claims currently pled against YouTube LLC and Google, Inc. hinges entirely on the anticipated decision by the Ninth Circuit Court of Appeals. After this Court denied Plaintiff's Motion for a Preliminary Injunction on November 30, 2012, Plaintiff appealed. The appeal stayed the action as to the matters involved in the appeal. See, e.g., City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper, 254 F.3d 882 (9th Cir. 2001); Natural Res. Def. Council, Inc. v. Southwest Marine, Inc., 242 F.3d 1163, 1166 (9th Cir. 2001). The specific matters involved in the appeal involve: (1) whether Plaintiff had a copyright interest when she performed on film for the benign adventure film "Desert Warrior;" (2) whether the producers/directors exceeded the scope of the license when they took her performance, mutilated it, and placed it into an entirely different film property, "The Innocence of Muslims," which was a Muslim hate-piece to which Plaintiff never consented to provide a performance or participation; (3) whether Ms. Garcia, having received death threats for her perceived participation on "The Innocence of Muslims" and its continued posting by Google and YouTube is entitled to a preliminary injunction.

The threshold matter is whether a copyright interest was created in Plaintiff's favor when her performance was fixed to a tangible medium. This Court disagreed, but that is precisely the matter heard and argued before the Ninth Circuit Court of Appeals. The decision on that matter will necessarily decide whether the copyright claims may go forward against YouTube and Google, and also against the film's purported producer Nakoula/Yousseff, as well as the other yet-unidentified producers, named only as Does in the First Amended Complaint. If the Ninth Circuit rules that Plaintiff has no copyright interest, then the copyright claims

against the Defendants may not proceed. For that reason, aside from the fact that the copyright claims are stayed, it would be a waste of parties' and judicial resources to force YouTube and Google to respond to the First Amended Complaint at this juncture. The issue pending before the Ninth Circuit is the same issue that would be raised in a motion to dismiss filed by the Defendants.

As to Defendant Nakoula/Youseff, there are two species of claims pending against him. The first are the federal copyright claims. The second are state law claims. If the copyright claims go forward, then Plaintiff intends to find and serve Mr. Yousseff. Service on Mr. Yousseff is complicated – he is currently in federal custody in an undisclosed location. The Bureau of Prisons Inmate Locator indicates that he is currently incarcerated in Community Corrections Housing ("CCH"), administered in Long Beach. A call to CCH reveals that Mr. Yousseff is presently committed to a half-way house and has been since January 17, 2013 and is scheduled for release on September 26, 2013. The location where he is detained is not publicly available information. (News reports indicate that Mr. Yousseff is located in La Tuna Federal Correctional Institution. A call to La Tuna indicates that Mr. Yousseff is not housed there.) So, serving Mr. Yousseff will require two steps: First, Plaintiff will need to find Mr. Youseef and may ask for the Court's assistance in that regard. Second, Plaintiff will need to file an application with the Court under Rule 4 of the Federal Rules of Civil Procedure to authorize the United States Marshal Service to serve Mr. Youseff with the summons and complaint. In any event, if the copyright claims are deemed not viable by the Ninth Circuit, then only state law claims would remain and the matter should likely be remanded to the state court for consideration of the state law claims against Mr. Youseff and the Doe

/ / /

/ / /

1  Defendants, who are the individuals who produced, financed and directed the movie
2  that is at issue.  For the foregoing reasons, Plaintiff asks that the Court discharge the
3  Order to Show Cause and stay this matter, pending the decision of the Ninth Circuit
4  Court of Appeals.  In the alternative, Plaintiff requests an extension of time to serve
5  Defendant Nakoula/Yousseff, which will require motion practice for an order that
6  the U.S. Marshall service serve that Defendant pursuant to Rule 4.

7

8  Dated: July 29, 2013                    THE ARMENTA LAW FIRM, A.P.C.

9

10                                         By: _____
11                                                   M. Cris Armenta
12                                                 Attorneys for Plaintiff
                                                   Cindy Lee Garcia
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>DECLARATION OF M. CRIS ARMENTA</u>

I, M. Cris Armenta, declare:

1.     I am an attorney licensed in the State of California and principal of the Armenta Law Firm, counsel of record for Plaintiff Cindy Lee Garcia in this action. I am a member in good standing before the State Bar of California, and admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.     I personally telephoned the Community Corrections Housing unit, part of the federal corrections system, in Long beach, California.  I was informed as of July 19, 2013, that Mr. Youssef is housed in an undisclosed location, at a half-way house.  I was informed that he has been detained there since he was transferred on January 17, 2013.  I also confirmed his release date is September 26, 2013.  CCH confirmed that they are unable to provide the precise location of the half-way house as that information is not publicly available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 29th day of July, 2013.

M. Cris Armenta