UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-8315-MWF(VBKx)**                                      Date: **July 302, 2013**

Title:     Cindy Lee Garcia -v- Nakoula Basseley Nakoula, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                  None Present
    Courtroom Deputy                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                                  None

PROCEEDINGS (IN CHAMBERS):   COURT ORDER

     The Court has received and read the responses to the Order to Show Cause, filed on July 11, 2013 and July 29, 2013.

     The Court ORDERS the Order to Show Cause discharged.  Plaintiff shall update the Court, by status report, every 90 days.

     IT IS SO ORDERED.

Initials of Deputy Clerk  rs

(Rev. 10/1/04)