| *Attorney or Party without Attorney:* <br> M. CRIS ARMENTA, ESQ., Bar #177403 <br> THE ARMENTA LAW FIRM, A.P.C. <br> 11900 OLYMPIC BOULEVARD <br> SUITE 730 <br> LOS ANGELES, CA 90064 <br> *Telephone No:* 310-826-2826   *FAX No:* 310-826-5456 <br> <br> *Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court, Central District Of California | |
| *Plaintiff:* CINDY LEE GARCIA, ETC. <br> *Defendant:* NAKOULA BASSELEY NAKOULA, ETC., ET AL. | |

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> CV12-8315-MWF (VBKX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR); ATTENTION: NEW CIVIL ACTIONS; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY.

3. a. *Party served:*   NAKOULA BASSELEY NAKOULA, AN INDIVIDUAL
   b. *Person served:*   PARTY IN ITEM 3A, SERVED UNDER F.R.C.P. RULE 4

4. *Address where the party was served:*   8301 WESTERN AVE. <br> BUENA PARK, CA 90621

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Oct. 30, 2013 (2) at: 9:10AM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. NANCY L. LEACH
   d. *The Fee for Service was:*

   First Legal <br> 301 Civic Center Drive West <br> Santa Ana, CA 92701 <br> Telephone   (714) 541-1110 <br> Fax   (714) 541-8182 <br> www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*   PSC 269
      (iii) *County:*   Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct. <br> Date: Thu, Oct. 31, 2013

   *(signature)* (NANCY L. LEACH) 5692054   .criar.567900

Judicial Council Form <br> Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS