M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
La Garenne
86300 Chauvigny
France
Tel: 06 74 90 22 08
Email: komenick@gmail.com

Attorneys for Plaintiff
Cindy Lee Garcia

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive.<br><br>　　　　　Defendants. | Case No. CV12-8315-MWF(VBKx)<br><br>**NINETY DAY STATUS UPDATE ON CASE** |

1    In response to the Court's order dated July 30, 2013, Plaintiff Cindy Garcia
2 provides the following status update on this pending case. The First Amended
3 Complaint was served on Defendants Google, Inc., and YouTube, LLC, on October
4 4, 2012. Google and YouTube have not answered the Complaint because the single
5 cause of action pending against them was ruled unmeritorious by this Court in
6 connection with the Motion for Preliminary Injunction, which this Court denied
7 without oral argument on October 18, 2012. Plaintiff appealed the denial of that
8 order to the Ninth Circuit Court of Appeals. The Ninth Circuit entertained oral
9 argument on June 26, 2013, but has not yet rendered its decision.

10   Defendant Nakoula was released from federal prison on September 26, 2013,
11 alleviating the difficulties in serving him that Plaintiff had anticipated. Plaintiff
12 asserted her First, Third, Fourth, Fifth and Sixth Claims for Relief against Defendant
13 Nakoula. In order to serve Defendant Nakoula while in federal custody, an order
14 from this Court would have been required. However, now that Defendant Nakoula
15 has been released, Plaintiff has located him, and served him on October 30, 2013
16 with the First Amended Complaint and Summons and related papers in this action.
17 Defendant Nakoula has until November 20, 2013 to respond to the First Amended
18 Complaint. The Proof of Service on Defendant Nakoula is being filed with the
19 Court concurrently with this response. Only a single cause of action against
20 Defendant Nakoula – the First Claim for Relief for Copyright Infringement – is
21 implicated by the pending matter before the Ninth Circuit. No matter what decision
22 the Ninth Circuit makes about the validity of the copyright claims, the balance of the
23 claims for relief will go forward, even if the case is remanded to state court for lack
24 of subject matter jurisdiction.

25   Accordingly, there is no longer any reason to hold this case in abeyance, and
26 the Plaintiff respectfully requests that the Court set a Scheduling Conference in this
27 matter. However, Plaintiffs do not object to the non-participation of Defendants
28 Google and YouTube, given that the entirety of the case pending against those

1  Defendants is necessarily dependent on the outcome of the copyright claims by
2  decision of the Ninth Circuit.

3  Dated: November 7, 2013                    THE ARMENTA LAW FIRM, A.P.C.

                                              By: _____
                                                       M. Cris Armenta
                                                       Attorneys for Plaintiff
                                                       Cindy Lee Garcia