UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.   CV-12-08315-MWF (VBKx) | Date:  February 26, 2014 |
| Title:   Cindy Lee Garcia -v- Google, Inc., et al. | |

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                                          Court Reporter:
Rita Sanchez                                           Not Reported

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:
None Present                                       None Present

**Proceedings (In Chambers):**   ORDER RE: PRELIMINARY INJUNCTION

The Court has reviewed the Ninth Circuit opinion in *Cindy Lee Garcia v. Google Inc., et al.*, Case No. 12-57302 (9th Cir. Feb. 26, 2014).  This Court does not regain jurisdiction over this action until after the Ninth Circuit issues a mandate.  *See Sgaraglino v. State Farm Fire & Cas. Co.*, 896 F.2d 420, 421 (9th Cir. 1990) ("Upon issuance of the mandate, the case was returned to the district court's jurisdiction."); *Mariscal-Sandoval v. Ashcroft*, 370 F.3d 851, 856 (9th Cir. 2004) ("Until the mandate issues, [the Ninth Circuit] retain[s] jurisdiction," and is "capable of modifying or rescinding" its opinion.).

The mandate issues "7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later."  Fed. R. App. P. 41(b); 9th Cir. R. 41-1 & 41-2.  A petition for rehearing "may be filed within 14 days after entry of judgment."  Fed. R. App. P. 40(a)(1).  In the absence of a petition for rehearing or motion for stay of mandate, the mandate will likely issue on March 19, 2014, at which time this Court will regain jurisdiction over this action.

To facilitate the timely issuance of a preliminary injunction consistent with the Ninth Circuit opinion, the Court directs counsel for Ms. Garcia and counsel for Google, Inc. and YouTube, LLC to meet and confer about the form of a preliminary injunction, with the goal of submitting a stipulation for preliminary injunction to this Court.  The meet-and-confer may be by telephone.  If the parties reach agreement on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-12-08315-MWF (VBKx)        **Date:** February 26, 2014
**Title:**     Cindy Lee Garcia -v- Google, Inc., et al.

the form of a preliminary injunction, then the proposed preliminary junction should be submitted by **March 14, 2014**.  After regaining jurisdiction, the Court will issue a preliminary injunction presumably incorporating much or all of the parties' stipulation.

       In the absence of an agreement, the parties should submit their separate proposed preliminary injunctions, accompanied by a memorandum of points and authorities no longer than **7 pages**, no later than **March 14, 2014**.  In the event that the parties are unable to reach agreement, the Court will immediately hold a hearing after it regains jurisdiction over this action.

       These deadlines shall remain in effect even if Appellees seek rehearing or a stay of the mandate.

       IT IS SO ORDERED.