**FILED**

**NOT FOR PUBLICATION**

FEB 19 2014

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CINDY LEE GARCIA,**<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>**GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,**<br><br>　　　　Defendants - Appellees,<br><br>　and<br><br>**NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,**<br><br>　　　　Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br><br>**ORDER**<br><br><br>RECEIVED<br>CLERK, U.S. DISTRICT COURT<br>2/28/2014<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:　　CR　　DEPUTY |

Before: **KOZINSKI**, Chief Judge, **GOULD** and **N.R. SMITH**, Circuit Judges.

page 2

Google, Inc. shall take down all copies of "Innocence of Muslims" from YouTube.com and from any other platforms under Google's control, and take all reasonable steps to prevent further uploads of "Innocence of Muslims" to those platforms. Google shall comply with this order within twenty-four hours of the issuance thereof.

Neither the parties nor counsel shall disclose this order, except as necessary to the takedown process, until the opinion in this case issues. This order will remain in effect until such time as the district court enters a preliminary injunction consistent with our opinion.