M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
La Garenne
86300 Chauvigny
France
Tel: 06 74 90 22 08
Email: credence.sol@orange.fr

Attorneys for Plaintiff
Cindy Lee Garcia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No. CV12-8315-MWF(VBKx) <br><br> **NOTICE OF SUBMISSION OF [PROPOSED] PRELIMINARY INJUNCTION ORDER** |

Pursuant to the Court's Order Re Preliminary Injunction dated February 26, 2014, counsel for Plaintiff Cindy Lee Garcia and Defendants Google Inc. and YouTube, LLC (collectively "Google") met-and-conferred and have agreed to submit the attached form of order granting a preliminary injunction consistent with the Ninth Circuit's Opinion of February 26, 2014 and Order of February 28, 2014.

Google has petitioned for rehearing en banc, and the Ninth Circuit also is considering whether to review en banc Google's motion for emergency stay. Google may wish to address the District Court regarding the form of injunction depending on further developments in the Ninth Circuit.

Respectfully submitted,

Dated: March 14, 2014         THE ARMENTA LAW FIRM, A.P.C.

                              By: ___/s/ M. Cris Armenta___
                                  M. Cris Armenta
                                  Attorneys for Plaintiff
                                  Cindy Lee Garcia

Dated: March 14, 2014         PERKINS COIE LLP

                              By: ___/s/ Timothy L. Alger___
                                  Timothy L. Alger
                                  Attorneys for Google Inc. and YouTube, LLC

NOTICE OF SUBMISSION OF [PROPOSED] PRELIMINARY INJUNCTION ORDER

CASE NUMBER CV-12-8315-MWF (VBKx)