UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-8315-MWF(VBKx)**                                   Date: **May 14, 2014**

Title:   Cindy Lee Garcia -v- Nakoula Basseley Nakoula, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Rosalyn Adams |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
           M. Cris Armenta                                              Timothy L. Alger

PROCEEDINGS:     TELEPHONIC STATUS CONFERENCE

    Case called and counsel state their appearance. The Court hears from counsel regarding the Status Report [71], filed on May 9, 2014. The Court lifts the stay as to Defendant Nakoula. A separate order will issue.

    IT IS SO ORDERED.

Initials of Deputy Clerk  rs
(Rev. 10/1/04)                                                                                                          :17