NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Mark B. Youssef (A.K.A Nakoula B. Nakoula)
6801 Western Ave.
Buena Park CA 90621
Tel: (562)278-5918

ATTORNEY(S) FOR: Defendant

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cindy Lee Garcia

Plaintiff(s),

v.

Mark B. Youssef

Defendant(s).

CASE NUMBER: CV12-8315-MWF(VBKx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Mark B. Youssef or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant: Mark B. Youssef. Google, Inc. Delaware Corporation; YouTube LLC, a California limited liability Company | Defendant |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: 5-20-14

Signature: _____

Attorney of record for (or name of party appearing in pro per):