Mark B. Youssef (Full Name)
6801 Western Ave. (Address Line 1)
Buena Park CA 90621 (Address Line 2)
(562) 278-5918 (Phone Number)
Defendant in Pro Per
(indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cindy Lee Garcia,
  Plaintiff,
vs.
Mark B. Youssef
Google Inc.- Delaware
Corporation; YouTube LLC
  Defendant(s).

Case No.: CV12-0315-MWF(VBKx)

**PROOF OF SERVICE BY MAIL**

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I, Mark B. Youssef, declare as follows:
(name of person serving documents)

My address is 6801 Western Ave. Buena Park CA 90621, which is located in the county where the mailing described below took place.

# PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF LOSANGELES

I am employed in the County of Los Angeles, State of California. I am over the age os eighteen years and not a party to the within action. My business address is 12608 Park St. Cerritos CA 90703.

On May 20, 2014 I served the following document(s) described as:

Answers to Amendments Complaint

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Timothy L. Alger | M. Cris Armenta (SBN177403) |
| Perkins Coie LLP | THE ARMENTA LAW FIRM APC |
| 315Porter Drive | 11900 W. Olympic Boulevard, Suite 730 |
| Palo Alto, CA 94304-1212 | Los Angeles, CA 90064 |
| | Tel: (310)826-2826 x 108 |
| | Facsimile: (310)826-5456 |
| | Email: cris@crisarmenta.com |

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los NAgeles, California, on that same day following ordinary business practices. (C.C.P 1013(a) and 1013a(3))

Executed on May 20 2014 in Los Angeles California



---

10      Proof of Service