M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
La Garenne
86300 Chauvigny
France
Tel: 06 74 90 22 08
Email: credence.sol@orange.fr
Attorneys for Plaintiff
Cindy Lee Garcia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CINDY LEE GARCIA, an individual, | Case No. CV12-8315-MWF(VBKx) |
| Plaintiff, | **AMENDMENT TO DOE 1** |
| vs. | |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and ALAN ROBERTS, an individual also known as ROBERT BROWNELL, DOES 2 through 10, inclusive. | |
| Defendants. | |

1   Upon the filing of the First Amended Complaint, the plaintiff being then

2   ignorant of the true names of the following defendants and having designated some

3   of the defendants in the complaint by fictitious names, hereby identifies them by

4   their true names as follows:

5   DOE 1:   Alan Roberts, also known as Robert Brownell.

6   This defendant is named to all causes action except the Third Cause of

7   Action.  Plaintiff continues to investigate and discover the identities of other Doe

8   Defendants and will name those upon confirmation of relevant facts.

9   Plaintiff also advises counsel for Google, Inc., and YouTube LLC and the

10   Court that Plaintiff anticipates amending the copyright-related claims and adding

11   additional copyright-related claims against all defendants including unnamed DOES

12   when and if jurisdiction on those causes of action returns to the district court.  In the

13   meanwhile, those claims are held in abeyance pending resolution of the appellate

14   issues.

15

16

17   Dated: May 27, 2014                    THE ARMENTA LAW FIRM, A.P.C.

18

19   By: _____

20                                              M. Cris Armenta
                                               Attorneys for Plaintiff
21                                               Cindy Lee Garcia

22

23

24

25

26

27

28