| | |
|---|---|
| 1 | Timothy L. Alger (SBN 160303) |
|   | TAlger@perkinscoie.com |
| 2 | Julie E. Schwartz (SBN 260624) |
|   | JSchwartz@perkinscoie.com |
| 3 | PERKINS COIE LLP |
|   | 3150 Porter Drive |
| 4 | Palo Alto, CA  94304-1212 |
|   | Telephone:  650.838.4300 |
| 5 | Facsimile:  650.838.4350 |
| 6 | Sunita Bali (SBN 274108) |
|   | SBali@perkinscoie.com |
| 7 | PERKINS COIE LLP |
|   | 1888 Century Park E., Suite 1700 |
| 8 | Los Angeles, CA  90067-1721 |
|   | Telephone:  310.788.9900 |
| 9 | Facsimile:  310.788.3399 |
| 10 | Attorneys for Defendants |
|    | Google Inc. and YouTube, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual, | Case No. CV-12-8315-MWF (VBK) |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and ALAN ROBERTS, an individual also known as ROBERT BROWNELL, DOES 2 through 10, inclusive, | |
| Defendants. | |

1. TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
2.     PLEASE TAKE NOTICE that Julie E. Schwartz of Perkins Coie LLP is
3. appearing in this action for Defendants Google Inc. and YouTube, LLC and hereby
4. requests that all further papers, pleadings, filings, and electronic filings be served
5. upon her at jschwartz@perkinscoie.com.
6. Dated:  May 29, 2014     **PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
    Julie E. Schwartz

Attorneys for Defendants
Google Inc. and YouTube, LLC

-2-　　NOTICE OF APPEARANCE OF COUNSEL