| | |
|---|---|
| 1 | Timothy L. Alger (SBN 160303) |
| 2 | TAlger@perkinscoie.com |
|   | Julie E. Schwartz (SBN 260624) |
| 3 | JSchwartz@perkinscoie.com |
|   | PERKINS COIE LLP |
| 4 | 3150 Porter Drive |
|   | Palo Alto, CA  94304-1212 |
| 5 | Telephone:  650.838.4300 |
|   | Facsimile:  650.838.4350 |

Sunita Bali (SBN 274108)
SBali@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendants
Google Inc. and YouTube, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual, | Case No. CV-12-8315-MWF (VBK) |
| Plaintiff, | |
| v. | PROOF OF SERVICE OF NOTICE OF APPEARANCE OF COUNSEL |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and ALAN ROBERTS, an individual also known as ROBERT BROWNELL, DOES 2 through 10, inclusive, | |
| Defendants. | |

I, Christina Henderson, declare,

I am employed in the City of Palo Alto, County of Santa Clara, State of California. I am over the age of 18 years and not a party to the within action. My business address is 3150 Porter Dr., Palo Alto, California 94304. On the date signed below, I served the document named below on the parties in this action as follows:

**NOTICE OF APPEARANCE OF COUNSEL**

Upon the parties named below as follows:

    Mark Basseley Youssef
    6801 Western Avenue
    Buena Park, CA 90621

☒ **(BY MAIL)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Palo Alto, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America the above is true and correct.

Executed on **May 29, 2014**, at Palo Alto, California.

*Henderson*
Christina Henderson