UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.   CV-12-08315-MWF (VBKx)                         Date:  June 2, 2014
Title:        Cindy Lee Garcia -v- Google, Inc., et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER RE: PLAINTIFF'S AMENDMENT TO DOE 1 [80]

    Before the Court is Plaintiff Cindy Lee Garcia's Amendment to Doe 1 (the "Amendment"), filed on May 28, 2014.  (Docket No. 80).

    The Amendment appears to use California procedural rules for naming fictitious Doe defendants once their true names are discovered.  *See* Cal. Civ. Proc. Code § 474.  The use of state procedural rules for amendment of complaints and joinder of defendants is not appropriate in federal court.

    The Court construes the Amendment as a motion to amend the Complaint to add a defendant under Federal Rule of Civil Procedure 15.  "The court should freely give leave [to amend] when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Plaintiff states that Alan Roberts, also known as Robert Bromwell, is Doe 1, and names him as a defendant in all claims for relief, except in the third claim for fraud.

    The First Amended Complaint ("FAC") (Docket No. 5) alleges that the Doe defendants are "unidentified posters of the film" and "individuals who assisted in the production of the film."  (FAC ¶ 22).  The FAC further alleges that the Doe defendants' liability stems from their posting or distributing infringing copies of Plaintiff's performance, particularly on or through www.YouTube.com.  (FAC ¶¶ 46, 58).  The allegations of the FAC appear sufficient to provide notice to Mr. Roberts of the substance of the claims against him.  Fed. R. Civ. P. 8.  If served, Mr. Roberts

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV-12-08315-MWF (VBKx)         **Date:**  June 2, 2014
**Title:**     Cindy Lee Garcia -v- Google, Inc., et al.

would be free to challenge the sufficiency of the allegations through a motion to dismiss.  Fed. R. Civ. P. 12(b)(6).

Even the copyright claims alleged against Defendants Google, Inc., and YouTube, LLC, saw no discovery before the appeal to the Ninth Circuit of the denial of the motion for a preliminary injunction.  The other claims in this action have not been litigated at all, but for the filing of Defendant Nakoula Basseley Nakoula's Answer.  (Docket No. 75).  Moreover, the allegations against Mr. Roberts are within the logical scope of the FAC.

Accordingly, the motion to amend the FAC is **GRANTED**.  The FAC is deemed amended to add Mr. Roberts as a Defendant and insert Mr. Roberts in place of Doe 1 wherever it appears in the FAC.

IT IS SO ORDERED.