M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Tel: (310) 826-2826 x 108
Facsimile: (310) 826-5456
Email: cris@crisarmenta.com

Credence E. Sol (SBN 219784)
c/o THE ARMENTA LAW FIRM APC
11900 W. Olympic Boulevard, Suite 730
Los Angeles, CA 90064
Telephone: 06 74 90 22 08
credence.sol@orange.fr

Attorneys for Plaintiff
Cindy Lee Garcia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and ALAN ROBERTS, an individual also known as ROBERT BROWNELL, DOES 2 through 10, inclusive.<br><br>Defendants. | Case No. CV12-8315-MWF(VBKx)<br><br>**CHANGE OF ADDRESS FOR CREDENCE E. SOL** |

1 | PLEASE TAKE NOTICE that the mailing address for counsel Credence E. Sol, counsel to
2 | Plaintiff has changed. Her new mailing address is:
3 |     c/o The Armenta Law Firm APC
4 |     11900 W. Olympic Boulevard, Suite 730
5 |     Los Angeles, CA 90064

Dated: June 2, 2014

THE ARMENTA LAW FIRM, A.P.C.

By: _____
M. Cris Armenta
Attorneys for Plaintiff
Cindy Lee Garcia

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 11900 Olympic Boulevard, Suite 730, Los Angeles, California 90064.

On June 2, 2014 I served the following document(s) described as:

**CHANGE OF ADDRESS FOR CREDENCE E. SOL**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

> Timothy L. Alger
> Perkins Coie LLP
> 3150 Porter Drive
> Palo Alto, CA 94304-1212
>
> Nakoula Basseley Nakoula
> a/k/a Mark Youssef
> a/k/a Sam Bacile
> First Southern Baptist Church
> c/o Pastor Wiley Drake
> Attn: Mark Youssef
> 6801 Western Ave
> Buena Park, CA 90621

☑ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices. (C.C.P. § 1013 (a) and 1013a(3))

Executed on June 2, 2014 in Los Angeles, California.

_/s/ Heather Rowland_
Heather Rowland

---

1
PROOF OF SERVICE