MARK BASSELEY YOUSSEFF
DEFENDANT IN PRO SE
12608 PARK STREET
CERRITOS, CA 90703-1142
TEL:562-278-5918

MARK BASSELEY YOUSSEFF
DEFENDANT IN PRO SE

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual, | Case No.: CV12-8315-MWF(VBKx) |
| | [PROPOSED ORDER] |
| PLAINITFF, | |
| vs. | |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEFF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J.TANAS, ERWIN SALAMEN, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Deleware Corporation; YOUTUBE, LLC, a California limited liability company, and DOES 1 through 10, inclusive | |
| DEFENDANTS | |

LODGED
CLERK, U.S. DISTRICT COURT
JUL 1 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

---

EX PARTE APPLICATION OR IN THE ALTERNATIVE REQUEST
FOR SHORTENING OF TIME RE APPLICATION TO SETTING
ASIDE A SUBPOENA TO THORIYA NAKOULA
– page: 15

1
2
3
4    Application having been made by Defendant Pro Se MARK BASSELEY
5    YOUSSEFF by through their attorney of record and good cause
6    appearing therefore:
7    IT IS ORDERED that the application granting an order to quash the subpoena to
8    Bank of America dated July 3, 2014, for records of Thoriya Nakoula is granted.
9
10
11
12
13
14
15
16
17   Dated: _____
18                    Judge Michael Fitzgerald
19
20
21
22
23
24
25
26
27
28