UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-08315-MWF (VBKx) | Date | July 23, 2014 |
|---|---|---|---|
| Title | Cindy Lee Garcia, et al. v. Google, Inc., et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None Present | None Present | |

**Proceedings:**       **(IN CHAMBERS)**

Plaintiff shall file any response to the third party's <u>Ex Parte</u> Application no later than July 24, 2014 at noon, with a copy delivered to chambers no later than 1:00 p.m.

In her response Plaintiff shall, <u>inter alia</u>, identify the current return date for the subpoena and the current status, if any, of the production called for by the subpoena.

**IT IS SO ORDERED**.

                                                                                      :
                                                    Initials of Preparer         RH