UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-08315 MWF (VBKx) | Date | July 24, 2014 |
|---|---|---|---|
| Title | Cindy Lee Garcia, et al. v. Google, Inc., et al. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**  In Chambers – Order Denying Ex Parte Application of Third Party Thoriya Nakoula [Doc 95]

This Court is handling this matter in Judge Kenton's absence.

On July 21, 2014, Third Party Thoriya Nakoula filed an ex parte application seeking either to shorten time or to set aside a subpoena, that apparently had been served upon Bank of America, and apparently called for production of records concerning Nakoula's bank account.  The Court ordered Plaintiff to file a response.

In her response, Plaintiff referenced a different ex parte application – one brought by Defendant, not by the third party, and which already had been ruled upon by Judge Fitzgerald on July 16, 2014.  Although Plaintiff's response therefore did not address the particular subpoena at issue on this application, it did reveal that the bank already had produced documents in response to the subpoena.  Accordingly, the ex parte application, which sought to halt the production, is moot.

The Court therefore denies the ex parte application.  The denial is without prejudice to the bringing of a noticed motion, if there are any other matters remaining to be decided with respect to the subpoena of Nakoula's bank account.

IT IS SO ORDERED.

cc:   Hon. Michael W. Fitzgerald
      Hon. Victor B. Kenton

                                                                              :
                                             Initials of Preparer         igb