UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**   CV-12-08315-MWF (VBKx)                **Date:**  July 29, 2014

Title:     Cindy Lee Garcia -v- Google, Inc., et al.

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Rosalyn Adams |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| M. Cris Armenta | Timothy L. Alger |
| | Mark Youssef – Pro Se |

**Proceedings:**           **STATUS CONFERENCE AND ORDER**
                           RE: INITIAL DISCLOSURES AND RULE 26(F)
                           REPORT AS TO PLAINTIFF CINDY LEE GARCIA
                           AND DEFENDANT MARK BASSELEY
                           YOUSSEFF

On July 29, 2014, the Court held a status conference to address how discovery will proceed with regard to Plaintiff Cindy Lee Garcia's claims against Defendant Mark Basseley Yousseff.

As stated at the status conference, the Court **ORDERS** the following:

On or before **August 7, 2014**, counsel for Garcia and Yousseff shall meet and confer to discuss the initial disclosures required by Federal Rule of Civil Procedure 26.

On or before **August 14, 2014**, Garcia (through counsel) and Yousseff shall make the initial disclosures required by Federal Rule of Civil Procedure 26.

On or before **August 21, 2014**, Garcia and Yousseff shall file a joint report pursuant to Federal Rule of Civil Procedure 26(f).  While both parties should collaborate in drafting the joint report, Garcia has the responsibility of filing it with the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV-12-08315-MWF (VBKx)             Date:  July 29, 2014
Title:       Cindy Lee Garcia -v- Google, Inc., et al.

Where the Federal Rules of Civil Procedure require that an item or document be served on the opposing party, notice shall also be served on Defendants Google, Inc. and YouTube, LLC.  Counsel will determine what means are required apart from United States mail in order to ensure timely notice.

The Court may not provide advice to **any** party, including persons who are not represented by a lawyer.  (Such persons are known as "pro se litigants.")  However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  The Clinic is administered by Public Counsel, a public interest law firm, and it is staffed by lawyers and a paralegal.  In order to benefit from the guidance that the Clinic may be in a position to provide, pro se litigants have to go there directly.  The Pro Se Clinic is open to members of the public on Mondays, Wednesdays and Fridays, and is open from 9:30 a.m. to 12:00 p.m. (noon) and from 2:00 p.m. to 4:00 p.m.  Individuals seeking assistance are seen on a first-come, first-served basis.  The clinic is located in Room G-19 on the Ground Floor of the U.S. Courthouse at 312 N. Spring Street, Los Angeles, California.

Although the Clinic does **not** provide assistance telephonically, a pro se litigant may call the Clinic to obtain further information.  The telephone number is (213) 385-2977, ext. 270.  Again, the Clinic does **not** provide any assistance over the telephone; the purpose of a telephone call would be **only** to get more information about the Clinic.  In addition, the Court has information of importance to pro se litigants at the "Pro Se" link on its website, http://www.cacd.uscourts.gov.

IT IS SO ORDERED.

:16

rs