Leonard Chaitin, SBN 81663
4570 Van Nuys Blvd. # 387
Sherman Oaks, CA 91403
(818) 430-1516
lchaitin@yahoo.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY GARCIA, ET AL. | CASE NUMBER:2:12-cv-08315-MWF-VBK |
| Plaintiff(s) | |
| v. | **ORDER ON** |
| NAKOULA BASSELEY NAKOULA, ET AL. | **REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

<u>NAKOULA BASSELEY NAKOULA [X]</u>  DEFENDANT IN PRO PER
*Name of Party*

to substitute <u>LEONARD CHAITIN, SBN 81663</u> who is [X] Retained Counsel

<u>4570 VAN NUYS BLVD. # 387</u>
*Street Address*

<u>SHERMAN OAKS, CA 91403</u>         <u>lchaitin@yahoo.com</u>
*City, State, Zip*                              *E-Mail Address*

<u>(818)430-1516</u>              <u>81663</u>
*Telephone Number*              *State Bar Number*

as attorney of record instead of _____ <u>NIKOULA BASSELEY NAKOULA, IN PRO PER</u>
*Present Attorney*

**is hereby     [  ] GRANTED     [  ] DENIED**

Dated _____       _____

U. S. District Judge/U.S. Magistrate Judge