Leonard Chaitin, SBN 81663
4570 Van Nuys Blvd. # 387
Sherman Oaks, CA 91403
(818) 430-1516
lchaitin@yahoo.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CINDY GARCIA, ET AL.

Plaintiff(s)

v.

NAKOULA BASSELEY NAKOULA, ET AL.

Defendant(s).

CASE NUMBER: 2:12-cv-08315-MWF-VBK

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

__NAKOULA BASSELEY NAKOULA [X] DEFENDANT IN PRO PER__
*Name of Party*

to substitute  LEONARD CHAITIN, SBN 81663  who is [X] Retained Counsel

__4570 VAN NUYS BLVD. # 387__
*Street Address*

__SHERMAN OAKS, CA 91403__        lchaitin@yahoo.com
*City, State, Zip*                 *E-Mail Address*

__(818)430-1516__                  __81663__
*Telephone Number*                 *State Bar Number*

as attorney of record instead of     NIKOULA BASSELEY NAKOULA, IN PRO PER
                                     *Present Attorney*

**is hereby**    [X] **GRANTED**    [ ] **DENIED**

Dated  September 18, 2014

/s/ Michael W. Fitzgerald

U. S. District Judge/U.S. Magistrate Judge

---

G-01 ORDER (06/13)        **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**