**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:12cv8315   Doc: 73

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

NIXIE    907312011-1N           10/06/14

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



RETURN TO SENDER
☐ NO SUCH NUMBER
☐ ATTEMPTED NOT KNOWN
☐ INSUFFICIENT ADDRESS
☒ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ REFUSED
ROUTE NUMBER _____ INITIALS _____

FILED
CLERK, U.S. DISTRICT COURT

OCT 14 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT -9 2014
CENTRAL DISTRICT OF CALIFORNIA



Case: 2:12cv8315   Doc: 73

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

------------------------------------------------------------

MIME-Version:1.0    From:cacd_ecfmail@cacd.uscourts.gov    To:ecfnef@cacd.uscourts.gov    Bcc: Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731
--Case Participants: M Cris Armenta (cris@crisarmenta.com, heather@crisarmenta.com), Timothy L Alger (docketpa@perkinscoie.com, ndyfoon@perkinscoie.com, talger@perkinscoie.com), Credence E Sol (komenick@gmail.com), Sunita Bali (docketsflit@perkinscoie.com, pvilleral@perkinscoie.com, sbali@perkinscoie.com, smerrill@perkinscoie.com), Judge Michael W. Fitzgerald (crd_fitzgerald@cacd.uscourts.gov), Magistrate Judge Victor B. Kenton (crd_kenton@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<17491616@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al v. Google Inc et al Telephone Conference Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 5/15/2014 at 12:33 PM PDT and filed on 5/14/2014

| | |
|---|---|
| Case Name: | Garcia et al v. Google Inc et al |
| Case Number: | 2:12-cv-08315-MWF-VBK (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542) |
| Filer: | |
| Document Number: | 73 (https://ecf.cacd.uscourts.gov/doc1/031118939756?caseid=543542&de_seq_num=249&magic_num=MAGIC&pdf_toggle_possible=1) |

Docket Text:
MINUTES OF TELEPHONIC STATUS CONFERENCE held before Judge Michael W. Fitzgerald: Case called and counsel state their appearance. The Court hears from counsel regarding the Status Report [71], filed on May 9, 2014. The Court lifts the stay as to Defendant Nakoula. A separate order will issue.Court Reporter: Rosalyn Adams.(bp)

2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:
M Cris Armenta     heather@crisarmenta.com, cris@crisarmenta.com
Timothy L Alger     ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com

Sunita Bali     docketsflit@perkinscoie.com, smerrill@perkinscoie.com, sbali@perkinscoie.com, pvilleral@perkinscoie.com
Credence E Sol     komenick@gmail.com
2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means

**BY THE FILER to :**
Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 12-8315-MWF(VBKx)                          Date: **May 14, 2014**

Title:   Cindy Lee Garcia -v- Nakoula Basseley Nakoula, et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                                     Rosalyn Adams
Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
M. Cris Armenta                                  Timothy L. Alger

PROCEEDINGS:          TELEPHONIC STATUS CONFERENCE

Case called and counsel state their appearance. The Court hears from counsel regarding the Status Report [71], filed on May 9, 2014. The Court lifts the stay as to Defendant Nakoula. A separate order will issue.

IT IS SO ORDERED.

Initials of Deputy Clerk  rs
(Rev. 10/1/04)                                                                   :17