**UNITED STATES DISTRICT COURT**
  **OFFICE OF THE CLERK**
 **U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

— OFFICIAL BUSINESS —



```
Case: 2:12cv08315   Doc: 74


  Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

NIXIE      907312011-1N       10/06/14

         RETURN TO SENDER
         UNABLE TO FORWARD
         UNABLE TO FORWARD
         RETURN TO SENDER
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

MWF



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY



Case: 2:12cv08315   Doc: 74

   Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

------------------------------------------------------------

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: Mark Basseley Youssef
6801 Western Ave
Buena Park CA 90621
US, Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731
--Case Participants: M Cris Armenta (cris@crisarmenta.com, heather@crisarmenta.com), Timothy L Alger (docketpa@perkinscoie.com, ndyfoon@perkinscoie.com, talger@perkinscoie.com), Credence E Sol (komenick@gmail.com), Sunita Bali (docketsflit@perkinscoie.com, pvilleral@perkinscoie.com, sbali@perkinscoie.com, smerrill@perkinscoie.com), Judge Michael W. Fitzgerald (crd_fitzgerald@cacd.uscourts.gov), Magistrate Judge Victor B. Kenton (crd_kenton@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<17534163@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al v. Google Inc et al Notice of Document Discrepancies - Granting Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/22/2014 at 5:07 PM PDT and filed on 5/22/2014

| | |
|---|---|
| Case Name: | Garcia et al v. Google Inc et al |
| Case Number: | 2:12-cv-08315-MWF-VBK (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542) |
| Filer: | Mark Basseley Youssef |
| Document Number: | 74 (https://ecf.cacd.uscourts.gov/doc1/031118988048?caseid=543542&de_seq_num=251&magic_num=MAGIC&pdf_toggle_possible=1) |

**Docket Text:**
NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Michael W. Fitzgerald, ORDERING Answer to the First Amended Complaint submitted by Defendant Mark Basseley Youssef received on 5/20/2014 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(jp)

**2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:**
M Cris Armenta     heather@crisarmenta.com, cris@crisarmenta.com
Timothy L Alger     ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com

Sunita Bali     docketsflit@perkinscoie.com, smerrill@perkinscoie.com, sbali@perkinscoie.com,

pvilleral@perkinscoie.com
Credence E Sol    komenick@gmail.com
**2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Mark Basseley Youssef
6801 Western Ave
Buena Park CA 90621
US
Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  MWF

From: Chris Sawyer, Deputy Clerk     Date Received: 5/20/14

Case No.: CV12-8315-MWF(VBKx)     Case Title: Garcia et al v. Google Inc et al

Document Entitled: Defendant answer to the first amended complaint.

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☑ Other: The summons was issued on 10/04/2012 on the first amended complaint answer is late, however judicial determination is required.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☑ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

May 22, 2014
Date     U.S. District Judge / U.S. Magistrate Judge

☐ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date     U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL-OFFICE     COPY 2 - JUDGE     COPY 3 - SIGNED & RETURNED TO FILER     COPY 4 - FILER RECEIPT

CV-104A (06/13)     NOTICE OF DOCUMENT DISCREPANCIES