**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS



```
Case: 2:12cv08315   Doc: 77



      Occupy Los Angeles
    C R Legal Sr dba Occupy Los Angeles

    P O Box 5133
    San Pedro, CA 90731

        B      907312011-1N        10/06/14
               RETURN TO SENDER
               UNABLE TO FORWARD
               UNABLE TO FORWARD
               RETURN TO SENDER
```

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY    KSS    DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 1 0 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY



MWF



Case: 2:12cv08315   Doc: 77

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

------------------------------------------------------------

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: Message-Id:<17534222@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al v. Google Inc et al Certificate/Notice of Interested Parties Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 5/22/2014 at 5:15 PM PDT and filed on 5/20/2014

| | |
|---|---|
| Case Name: | Garcia et al v. Google Inc et al |
| Case Number: | 2:12-cv-08315-MWF-VBK (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542) |
| Filer: | Mark Basseley Youssef |
| Document Number: | 77 (https://ecf.cacd.uscourts.gov/doc1/031118988111?caseid=543542&de_seq_num=258&magic_num=MAGIC) |

**Docket Text:**
CERTIFICATION AND NOTICE of Interested Parties filed by Defendant Mark Basseley Youssef. (jp)

**2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:**
Credence E Sol    komenick@gmail.com
M Cris Armenta    cris@crisarmenta.com, heather@crisarmenta.com
Sunita Bali    SBali@perkinscoie.com, DocketSFLIT@PerkinsCoie.com, pvilleral@perkinscoie.com, smerrill@perkinscoie.com
Timothy L Alger    talger@perkinscoie.com, docketpa@perkinscoie.com, ndyfoon@perkinscoie.com
**2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro, CA 90731
Mark Basseley Youssef
6801 Western Ave
Buena Park, CA 90621

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** LA12CV8315-MWF-CERTIFICATE.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2014] [FileNumber=17534220-0
] [b3765ae215079af07576f5e0fda4e56f67358ff86df6f9c8e2ad3802942a2f00299
d982af0bec406c3f9dff794347e544a86efa0d188897d17e649412eb62dab]]

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Mark B. Youssef (A.K.A Nakoula B. Nakoula)
6801 Western Ave.
Buena Park CA 90621
Tel: (562) 278-5918

ATTORNEY(S) FOR: Defendant

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Cindy Lee Garcia

Plaintiff(s),

v.

Mark B. Youssef

Defendant(s).

CASE NUMBER: CV12-8315-MWF(VBKx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Mark B. Youssef
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant: Mark B. Youssef. Google, Inc. Delaware Corporation; YouTube LLC, a California limited liability Company | Defendant |

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

5-20-14
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):