UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

☐ NO SUCH NUMBER    ☐ DECEASED
☐ ATTEMPTED NOT KNOWN   ☐ VACANT
☒ INSUFFICIENT ADDRESS   ☐ REFUSED
☒ NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

ROUTE NUMBER _____ INITIALS _____

Case: 2:12cv08315    Doc: 79

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

NIXIE    907312011-1N    10/06/14

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

FILED
CLERK, U.S. DISTRICT COURT
OCT 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 10 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____



Case: 2:12cv08315   Doc: 79

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

------------------------------------------------------------

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: Message-Id:<17534245@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al v. Google Inc et al Proof of Service (subsequent documents) Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 5/22/2014 at 5:19 PM PDT and filed on 5/20/2014

| | |
|---|---|
| Case Name: | Garcia et al v. Google Inc et al |
| Case Number: | 2:12-cv-08315-MWF-VBK (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542) |
| Filer: | Mark Basseley Youssef |
| Document Number: | 79 (https://ecf.cacd.uscourts.gov/doc1/031118988136?caseid=543542&de_seq_num=262&magic_num=MAGIC) |

Docket Text:
PROOF OF SERVICE BY MAIL filed by defendant Mark Basseley Youssef, re Answer to First Amended Complaint [75] served on 5/20/2014. (jp)

2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:
Credence E Sol     komenick@gmail.com
M Cris Armenta     cris@crisarmenta.com, heather@crisarmenta.com
Sunita Bali     SBali@perkinscoie.com, DocketSFLIT@PerkinsCoie.com, pvilleral@perkinscoie.com, smerrill@perkinscoie.com
Timothy L Alger     talger@perkinscoie.com, docketpa@perkinscoie.com, ndyfoon@perkinscoie.com
2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :
Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro, CA 90731
Mark Basseley Youssef
6801 Western Ave
Buena Park, CA 90621

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** LA12CV8315-MWF-POS.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/22/2014] [FileNumber=17534243-0
] [69a11a324f02a6d4903fcd82185c9eca9abfbe1f27eac585fd796d4d6e5b205b748
21269cecf64ad7d225cab0242db4bf2db8c92485903fc7c056aca970a675f]]

1  Mark B. Youssef _____ (Full Name)
2  6801 Western Ave. _____ (Address Line 1)
3  Buena Park CA 90621 _____ (Address Line 2)
4  (562) 278-5918 _____ (Phone Number)
5  Defendant _____ in Pro Per
6  (indicate Plaintiff or Defendant)

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cindy Lee Garcia _____ ,  )  Case No.: CV12-8315-MWF(VBKx)
         Plaintiff,          )
                             )  **PROOF OF SERVICE BY MAIL**
         vs.                 )
Mark B. Youssef              )
Google Inc.-Delaware         )
Corporation; YouTube LLC     )
_____      )
_____ ,    )
         Defendant(s).       )
                             )
_____      )

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, Mark B. Youssef _____ , declare as follows:
   (name of person serving documents)

My address is 6801 Western Ave. Buena Park CA 90621 _____ , which is located in the county where the mailing described below took place.

---

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF LOSANGELES

I am employed in the County of Los Angeles, State of California. I am over the age os eighteen years and not a party to the within action. My business address is 12608 Park St. Cerritos CA 90703.

On May 20, 2014 I served the following document(s) described as:

Answers to Amendments Complaint

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| Timothy L. Alger | M. Cris Armenta (SBN177403) |
| Perkins Coie LLP | THE ARMENTA LAW FIRM APC |
| 315Porter Drive | 11900 W. Olympic Boulevard, Suite 730 |
| Palo Alto, CA 94304-1212 | Los Angeles, CA 90064 |
| | Tel: (310)826-2826 x 108 |
| | Facsimile: (310)826-5456 |
| | Email: cris@crisarmenta.com |

BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los NAgeles, California, on that same day following ordinary business practices. (C.C.P 1013(a) and 1013a(3))

Executed on May 20 2014 in Los Angeles California

