# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
## U.S. COURTHOUSE, ROOM G8
## LOS ANGELES, CALIFORNIA 90012

### OFFICIAL BUSINESS

```
Case: 2:12cv08315   Doc: 70

NIXIE       907312011-1N         10/06/14
            RETURN TO SENDER
            UNABLE TO FORWARD
            UNABLE TO FORWARD
            RETURN TO SENDER
```

P O Box 5133
San Pedro, CA 90731





FILED
CLERK, U.S. DISTRICT COURT
OCT -9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY



RECEIVED
CLERK, U.S. DISTRICT COURT
OCT -9 2014
CENTRAL DISTRICT OF CALIFORNIA
                         DEPUTY





Case: 2:12cv08315   Doc: 70

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

-------------------------------------------------------------



**FILED**

**NOT FOR PUBLICATION**

MAR 31 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CINDY LEE GARCIA,** | No. 12-57302 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-08315-MWF-VBK |
| v. | |
| **GOOGLE, INC.,** a Delaware Corporation; **YOUTUBE, LLC,** a California limited liability company, | ORDER |
| Defendants - Appellees, | |
| and | |
| **NAKOULA BASSELEY NAKOULA,** an individual, AKA Sam Bacile; **MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,** | |
| Defendants. | |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/31/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CR____ DEPUTY

Before:   **KOZINSKI,** Chief Judge, **GOULD** and **N.R. SMITH,** Circuit Judges.