**UNITED STATES DISTRICT COURT**
  **OFFICE OF THE CLERK**
  **U.S. COURTHOUSE, ROOM G8**
  **LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Case: 2:12cv08315   Doc: 68



10/05/14

Occupy L.C.
C R           907312011-1N
NIXIE

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



FILED
CLERK, U.S. DISTRICT COURT

OCT -9 20..

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY



Case: 2:12cv08315   Doc: 68

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

------------------------------------------------------------


FILED

NOT FOR PUBLICATION

MAR 26 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CINDY LEE GARCIA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,<br><br>    Defendants - Appellees,<br><br>and<br><br>NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,<br><br>    Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br><br>ORDER<br><br> |

Before: **KOZINSKI**, Chief Judge, **GOULD** and **N.R. SMITH**, Circuit Judges.