**FILED**

**NOT FOR PUBLICATION**

NOV 12 2014

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **CINDY LEE GARCIA**, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> **GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company**, <br><br> Defendants - Appellees, <br><br> and <br><br> **NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI**, <br><br> Defendants. | No. 12-57302 <br><br> D.C. No. 2:12-cv-08315-MWF-VBK <br><br> **ORDER** <br><br>  |

Page 2

**THOMAS**, Circuit Judge:

En banc oral argument will take place during the week of December 15, 2014, in Pasadena, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (415) 355-8026.

Within seven days from the date of this order, the parties shall forward to the Clerk of Court twenty-five additional paper copies of the original briefs (including supplemental and amicus briefs) and excerpts of record. The paper copies must be accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available at http://www.ca9.uscourts.gov/datastore/uploads/cmecf/Certificate-for-Brief-in-Paper-Format.pdf. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.