

Case: 2:12cv08315   Doc: 78

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

90733-5133

------------------------------------------------------------

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc: Mark Basseley Youssef
6801 Western Ave
Buena Park CA 90621
US, Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731
--Case Participants: M Cris Armenta (cris@crisarmenta.com, heather@crisarmenta.com), Timothy L Alger (docketpa@perkinscoie.com, ndyfoon@perkinscoie.com, talger@perkinscoie.com), Credence E Sol (komenick@gmail.com), Sunita Bali (docketsflit@perkinscoie.com, pvilleral@perkinscoie.com, sbali@perkinscoie.com, smerrill@perkinscoie.com), Judge Michael W. Fitzgerald (crd_fitzgerald@cacd.uscourts.gov), Magistrate Judge Victor B. Kenton (crd_kenton@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<17534230@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al v. Google Inc et al Notice of Document Discrepancies - Granting Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 5/22/2014 at 5:17 PM PDT and filed on 5/22/2014

| | |
|---|---|
| Case Name: | Garcia et al v. Google Inc et al |
| Case Number: | 2:12-cv-08315-MWF-VBK (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542) |
| Filer: | Mark Basseley Youssef |
| Document Number: | 78 (https://ecf.cacd.uscourts.gov/doc1/031118988119?caseid=543542&de_seq_num=260&magic_num=MAGIC&pdf_toggle_possible=1) |

Docket Text:
NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Michael W. Fitzgerald, ORDERING Proof of Service in support of Answer submitted by Defendant Mark Basseley Youssef received on 5/20/2014 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(jp)

2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:
M Cris Armenta     heather@crisarmenta.com, cris@crisarmenta.com
Timothy L Alger     ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com

Sunita Bali     docketsflit@perkinscoie.com, smerrill@perkinscoie.com, sbali@perkinscoie.com,

pvilleral@perkinscoie.com
Credence E Sol    komenick@gmail.com
**2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means
<u>BY THE FILER</u> to :**
Mark Basseley Youssef
6801 Western Ave
Buena Park CA 90621
US
Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
MAY 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge  MWF

From: Chris Sawyer                , Deputy Clerk    Date Received: 5/20/14

Case No.: CV12-8315-MWF(VBKx)    Case Title: Garcia et al v. Google Inc et al

Document Entitled: Defendant proof of service in support of answer.

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☒ Other: Proof of service in support of answer, however judicial determination is required.

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

May 22, 2014
Date                                   U.S. District Judge / U.S. Magistrate Judge

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date                                   U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

CV-104A (06/13)              NOTICE OF DOCUMENT DISCREPANCIES

Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| v.          PLAINTIFF(S) |  |
| DEFENDANT(S) | NOTICE OF CHANGE OF ATTORNEY BUSINESS OR CONTACT INFORMATION |

## INSTRUCTIONS

*Attorneys with pending cases:*

If you are counsel of record in a case currently pending in this district and you need to update your business or contact information, you must file and serve this form in each of your pending cases. Doing so will satisfy your notice obligation under Local Rule 83-2.4. In addition, if you are a registered CM/ECF User, you must log in to your CM/ECF account and update your information directly in the CM/ECF System. *See* Local Rule 5-4.8.1.

*Attorneys with no pending cases:*

If you are a registered CM/ECF User with no cases currently pending in this district, and you need to update your business or contact information in the Court's records, you must log in to your CM/ECF account and update your information in the CM/ECF System. Doing so satisfies your obligations under Local Rules 5-4.8.1 and 83-2.4; you do not need to submit this or any other form.

If you are not a registered CM/ECF User, have no cases currently pending in this district, and need to update your business or contact information in the Court's records, please complete this form (you may leave the caption and case number blank) and e-mail it to email_update@cacd.uscourts.gov with the subject line "Attention: Attorney Admission Clerk." Doing so satisfies your notice obligation under Local Rule 83-2.4.

*Please note:*

Use this form only to make changes to an attorney's business or contact information, not to change a party's representation. If you need to add, remove, or substitute counsel in a particular case, use Form G-01 ("Request for Approval of Substitution or Withdrawal of Counsel") or Form G-123 ("Notice of Appearance or Withdrawal of Counsel").

## SECTION I - IDENTIFYING INFORMATION

Name: _____

Current e-mail address of record: _____

Check one: ☐ Member of the Central District Bar; CA Bar No: _____   ☐ Admitted *pro hac vice*

Counsel of record for (if filing in a pending case): _____

If you are an Assistant United States Attorney or Deputy Federal Public Defender in this district, indicate your agency and office:

☐ FPDO    ☐ USAO (specify): ☐ Civil Division  ☐ Criminal Division

☐ Los Angeles    ☐ Santa Ana    ☐ Riverside

## SECTION II - UPDATED INFORMATION

☐ I need to update the e-mail address associated with my CM/ECF account. My new primary e-mail address is: _____

*Note: if you need to update the secondary e-mail address(es) associated with your CM/ECF account, you must log in to CM/ECF and makes those changes yourself. Court staff will not update that information for you.*

☐ I need to update other business or contact information. Please replace my current contact information with the following new information:

Attorney's name changed to: _____

Name of new firm or government agency: _____

New address: _____

New telephone number: _____   New fax number: _____

New e-mail address *(for non-CM/ECF Users)*: _____

## SECTION III - APPLICATION TO CLOSED CASES

If you are a CM/ECF User, you will have the opportunity to change your contact information in cases that are no longer pending when you update your information in CM/ECF. If you are not a registered CM/ECF User, using this form to update your information will affect pending and future cases only, unless you check one of the boxes below:

☐ Update my information in all cases (including closed cases) in which I am listed as counsel of record.

☐ Update my information in only the following cases (*include case name and number; attach additional pages if necessary*):

_____
_____
_____
_____

## SECTION IV - REQUEST A CM/ECF LOGIN AND PASSWORD

If you are not a registered CM/ECF User, you may register simply by checking the box below and providing an e-mail address. (Attending a training session is no longer required.)

☐ I wish to register as a CM/ECF User. Please send a CM/ECF login and password to me at the e-mail address given above (or at the following e-mail address, if none given above: _____ ). I agree to abide by all Court rules, orders, policies, and procedures governing use of the Court's CM/ECF System, and I understand that the combination of my user ID and password will serve as my signature when filing documents. I will protect the security of my password, and will notify the Court immediately if I suspect that my password has been compromised.

*Note that, pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION V - SIGNATURE

Pursuant to Rule 83-2.4 of the Local Rules for the Central District of California, I hereby notify the Clerk of Court and all parties to this action, if any action is named above, that my business or contact information has changed as indicated herein.

Date: _____   Signature: _____