The Armenta Law Firm, APC
M. Cris Armenta
11900 W. Olympic Blvd, Suite 730
Los Angeles, CA 90064
310-826-2826 x108

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cindy Lee Garcia,<br><br>Plaintiff(s)<br>v.<br><br>Nakoula Basseley Nakoula, an individual also known as Sam Bacile; et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>CV12-8315-MWF(VBKx)<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that _____Bruce Friedman_____ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: December 4, 2014           M. Cris Armenta
                                  Attorney For Plaintiff   Cindy Garcia

Dated: December 4, 2014           Leonard Chaitin
                                  Attorney For Plaintiff   Mark Youssef

Dated: _____                     _____
                                  Attorney For Defendant   _____

Dated: _____                     _____
                                  Attorney For Defendant   _____

Attorney for Plaintiff to electronically file original document.