UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

**OFFICIAL BUSINESS**

NIXIE  907313001-1N  12/05/14
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



FILED
CLERK, U.S. DISTRICT COURT
DEC - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

CV12-08315



RECEIVED
CLERK, U.S. DISTRICT COURT
DEC - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Case: 2:12cv8315   Doc: 62

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

------------------------------------------------------------

MIME-Version:1.0   From:cacd_ecfmail@cacd.uscourts.gov   To:ecfnef@cacd.uscourts.gov   Bcc:
Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731
--Case Participants: M Cris Armenta (cris@crisarmenta.com, heather@crisarmenta.com), Timothy L Alger (docketpa@perkinscoie.com, ndyfoon@perkinscoie.com, talger@perkinscoie.com), Credence E Sol (komenick@gmail.com), Sunita Bali (docketsflit@perkinscoie.com, pvilleral@perkinscoie.com, sbali@perkinscoie.com, smerrill@perkinscoie.com), Judge Michael W. Fitzgerald (crd_fitzgerald@cacd.uscourts.gov), Magistrate Judge Victor B. Kenton (crd_kenton@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<17099596@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al v. Google Inc et al USCA Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 3/5/2014 at 10:51 AM PST and filed on 2/28/2014

| | |
|---|---|
| Case Name: | Garcia et al v. Google Inc et al |
| Case Number: | 2:12-cv-08315-MWF-VBK (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542) |
| Filer: | |
| Document Number: | 62 (https://ecf.cacd.uscourts.gov/doc1/031118495816?caseid=543542&de_seq_num=218&magic_num=MAGIC&pdf_toggle_possible=1) |

Docket Text:
ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals [42] filed by Cindy Lee Garcia CCA # 12-57302. Appellees second emergency stay motion is denied. The order of February19, 2014, is modified as follows:Google, Inc. shall take down all copies of Innocence of Muslims fromYouTube.com and from any other platforms under Googles control, and take allreasonable steps to prevent further uploads of Innocence of Muslims to thoseplatforms. Google shall comply with this order within twenty-four hours of theissuance thereof. This order does not preclude the posting or display of anyversion of Innocence of Muslims that does not include Cindy Lee Garciasperformance.This order will remain in effect until such time as the district court enters apreliminary injunction consistent with our opinion. Order received in this district on 2/28/2014. (dmap)

**2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:**

M Cris Armenta     heather@crisarmenta.com, cris@crisarmenta.com

Timothy L Alger     ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com

Sunita Bali     docketsflit@perkinscoie.com, smerrill@perkinscoie.com, sbali@perkinscoie.com, pvilleral@perkinscoie.com

Credence E Sol     komenick@gmail.com

**2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731

**NOT FOR PUBLICATION**

**FILED**

FEB 28 2014

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| CINDY LEE GARCIA,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,<br><br>    Defendants - Appellees,<br><br>and<br><br>NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,<br><br>    Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br><br>ORDER<br><br> |

Before: **KOZINSKI**, Chief Judge, **GOULD** and **N.R. SMITH**, Circuit Judges.

page 2

Appellees' second emergency stay motion is denied. The order of February 19, 2014, is modified as follows:

Google, Inc. shall take down all copies of "Innocence of Muslims" from YouTube.com and from any other platforms under Google's control, and take all reasonable steps to prevent further uploads of "Innocence of Muslims" to those platforms. Google shall comply with this order within twenty-four hours of the issuance thereof. This order does not preclude the posting or display of any version of "Innocence of Muslims" that does not include Cindy Lee Garcia's performance.

This order will remain in effect until such time as the district court enters a preliminary injunction consistent with our opinion.