**UNITED STATES DISTRICT COURT**
  **OFFICE OF THE CLERK**
  **U.S. COURTHOUSE, ROOM G8**
  **LOS ANGELES, CALIFORNIA 90012**

  **OFFICIAL BUSINESS**

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

```
NIXIE      907317025-1N      12/06/14
           RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
           RETURN TO SENDER
```

CV12-08315





RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 11 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case: 2:12cv8315   Doc: 67

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

--------------------------------------------------------------

MIME-Version:1.0   From:cacd_ecfmail@cacd.uscourts.gov   To:ecfnef@cacd.uscourts.gov   Bcc: Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731
--Case Participants: M Cris Armenta (cris@crisarmenta.com, heather@crisarmenta.com), Timothy L Alger (docketpa@perkinscoie.com, ndyfoon@perkinscoie.com, talger@perkinscoie.com), Credence E Sol (komenick@gmail.com), Sunita Bali (docketsflit@perkinscoie.com, pvilleral@perkinscoie.com, sbali@perkinscoie.com, smerrill@perkinscoie.com), Judge Michael W. Fitzgerald (crd_fitzgerald@cacd.uscourts.gov), Magistrate Judge Victor B. Kenton (crd_kenton@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<17174890@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al v. Google Inc et al USCA Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 3/18/2014 at 3:36 PM PDT and filed on 3/14/2014

| | |
|---|---|
| Case Name: | Garcia et al v. Google Inc et al |
| Case Number: | 2:12-cv-08315-MWF-VBK (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542) |
| Filer: | |
| Document Number: | 67 (https://ecf.cacd.uscourts.gov/doc1/031118580826?caseid=543542&de_seq_num=232&magic_num=MAGIC&pdf_toggle_possible=1) |

Docket Text:
ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals [42] filed by Cindy Lee Garcia, CCA # 12-57302. A majority of the non-recused active judges did not vote in favor of rehearing en banc. Therefore, pursuant to General Order 5.5(c), the panel shall resume control of the case. Any further proceedings as to the panel opinion, including any petitions for rehearing and rehearing en banc, will be considered separately. Order received in this district on 3/14/14. [See document for details] (mat)

2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:
M Cris Armenta     heather@crisarmenta.com, cris@crisarmenta.com
Timothy L Alger    ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com

Sunita Bali        docketsflit@perkinscoie.com, smerrill@perkinscoie.com, sbali@perkinscoie.com, pvilleral@perkinscoie.com

Credence E Sol    komenick@gmail.com
**2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CINDY LEE GARCIA,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>GOOGLE, INC., a Delaware Corporation; et al.,<br><br>　　　　Defendants - Appellees,<br><br>And<br><br>NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; et al.,<br><br>　　　　Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

3/14/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DLM _____ DEPUTY

Before: THOMAS, Circuit Judge and En Banc Coordinator

A judge of this Court has made a *sua sponte* request for a vote on whether to rehear *en banc* the panel's order of February 28, 2014 denying a stay of the panel's prior orders, as amended, directing Google and YouTube to remove immediately all or part of a film entitled "Innocence of Muslims" from its platforms worldwide and to prevent further uploads.

Pursuant to General Order 5.5(b), a vote of the non-recused active judges was conducted as to whether to rehear the panel order *en banc*. A majority of the non-recused active judges did not vote in favor of rehearing *en banc*.

Therefore, pursuant to General Order 5.5(c), the panel shall resume control of the case. Any further proceedings as to the panel opinion, including any petitions for rehearing and rehearing en banc, will be considered separately.