**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**U.S. COURTHOUSE, ROOM G8**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

```
NIXIE      907317025-1N           12/06/14
           RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
        RETURN TO SENDER
```

FILED
CLERK, U.S. DISTRICT COURT

DEC 15 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

CV12-08315

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Case: 2:12cv8315   Doc: 63

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles

P O Box 5133
San Pedro, CA 90731

------------------------------------------------------------

MIME-Version:1.0   From:cacd_ecfmail@cacd.uscourts.gov   To:ecfnef@cacd.uscourts.gov   Bcc: Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731
--Case Participants: Timothy L Alger (docketpa@perkinscoie.com, ndyfoon@perkinscoie.com, talger@perkinscoie.com), M Cris Armenta (cris@crisarmenta.com, heather@crisarmenta.com), Sunita Bali (docketsflit@perkinscoie.com, pvilleral@perkinscoie.com, sbali@perkinscoie.com, smerrill@perkinscoie.com), Credence E Sol (komenick@gmail.com), Judge Michael W. Fitzgerald (crd_fitzgerald@cacd.uscourts.gov), Magistrate Judge Victor B. Kenton (crd_kenton@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<17121939@cacd.uscourts.gov>Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al v. Google Inc et al USCA Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

Notice of Electronic Filing

The following transaction was entered on 3/10/2014 at 9:49 AM PDT and filed on 3/6/2014

| | |
|---|---|
| Case Name: | Garcia et al v. Google Inc et al |
| Case Number: | 2:12-cv-08315-MWF-VBK (https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542) |
| Filer: | |
| Document Number: | 63 (https://ecf.cacd.uscourts.gov/doc1/031118521052?caseid=543542&de_seq_num=221&magic_num=MAGIC&pdf_toggle_possible=1) |

Docket Text:
ORDER from 9th CCA filed re: Notice of Appeal to 9th Circuit Court of Appeals [42] filed by Cindy Lee Garcia CCA # 12-57302. A judge of this Court has made a sua sponte request for a vote on whether to rehear en banc the panel's order of February 28, 2014 denying a stay of the panel's prior orders, as amended, directing Google and YouTube to remove immediately all or part of a film entitled "Innocence of Muslims" from its platforms worldwide and to prevent further uploads. Pursuant to General Order 5.4(c)(3), the parties are requested to filesimultaneous briefs setting forth their respective positions as to whether or not theorder should be reheard en banc. The briefs are not to exceed 10,000 words andshall be electronically filed on or before 5:00 p.m., Pacific time, Wednesday March12. The en banc call is confined to the stay order only, and the parties shouldaddress only the order in briefing. Any further proceedings as to the panel opinion,including any petitions for rehearing and rehearing en banc, will be consideredseparately. Order received in this district on 3/6/2014. (dmap)

**2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:**

M Cris Armenta     heather@crisarmenta.com, cris@crisarmenta.com

Timothy L Alger     ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com

Sunita Bali     docketsflit@perkinscoie.com, smerrill@perkinscoie.com, sbali@perkinscoie.com, pvilleral@perkinscoie.com

Credence E Sol     komenick@gmail.com

**2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731



```
                UNITED STATES COURT OF APPEALS           MAR 6 2014

                      FOR THE NINTH CIRCUIT             MOLLY C. DWYER, CLERK
                                                         U.S. COURT OF APPEALS
```

| | |
|---|---|
| CINDY LEE GARCIA, | No. 12-57302 |
| Plaintiff - Appellant, | |
| v. | D.C. No. 2:12-cv-08315-MWF-VBK<br>Central District of California,<br>Los Angeles |
| GOOGLE, INC., a Delaware Corporation; et al., | |
| Defendants - Appellees, | ORDER |
| And | |
| NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; et al., | |
| Defendants. | |



Before: THOMAS, Circuit Judge and En Banc Coordinator

A judge of this Court has made a *sua sponte* request for a vote on whether to rehear *en banc* the panel's order of February 28, 2014 denying a stay of the panel's prior orders, as amended, directing Google and YouTube to remove immediately all or part of a film entitled "Innocence of Muslims" from its platforms worldwide and to prevent further uploads.

Pursuant to General Order 5.4(c)(3), the parties are requested to file simultaneous briefs setting forth their respective positions as to whether or not the order should be reheard *en banc*. The briefs are not to exceed 10,000 words and shall be electronically filed on or before 5:00 p.m., Pacific time, Wednesday March 12.

The *en banc* call is confined to the stay order only, and the parties should address only the order in briefing. Any further proceedings as to the panel opinion, including any petitions for rehearing and rehearing en banc, will be considered separately.