OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
DEC 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

MWF

CR Legal Sr, dba
Occupy Los Angeles
P.O. Box 5133
San Pedro Ca 90733-5133

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ZIP 90012
02 1W
0001388101DE

Date Transmitted:          7/2/2013 2:26:29 PM

2:12-cv-08315   Doc: 53



```
     FILED
CLERK, U.S. DISTRICT COURT

   DEC 2 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro, CA    90731

Number of Pages:       1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al
v. Google Inc et al Minutes of In Chambers Order/Directive -
 no proceeding held
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered  on 7/2/2013 at 2:06 PM PDT and filed
on 7/2/2013

Case Name:
Garcia et al v. Google Inc et al
Case Number:2:12-cv-08315-MWF-VBK

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031117094840?case
id=543542&de_seq_num=193&magic_num=MAGIC&pdf_toggle_possible
=1
>53
```

Docket Text:

MINUTE ORDER IN CHAMBERS by Judge Michael W. Fitzgerald. Plaintiff is ordered
to show cause, in writing, no later than August 5, 2013, why this action
should not be dismissed for lack of prosecution. The Court will consider
the filing of the following on or before the above date as an appropriate
response to this Order to Show Cause: Answer by the defendant or an application
for entry of default pursuant to Federal Rule of Civil Procedure 55(a). (kbr)

2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:

M Cris Armenta        heather@crisarmenta.com, cris@crisarmenta.com

Timothy L Alger       ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com

Sunita Bali    docketsflit@perkinscoie.com, lalcorn@perkinscoie.com,
sbali@perkinscoie.com, pvilleral@perkinscoie.com

Credence E Sol    credence.sol@sol-law.com

2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 12-8315-MWF(VBKx)                    Date: **July 2, 2013**

Title:   Cindy Lee Garcia -v- Nakoula Basseley Nakoula, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                                      None

PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause, in writing, no later than August 5, 2013, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

____ Proof of service of summons and complaint

**X** Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk __rs__

(Rev. 10/1/04)