**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 07 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CINDY LEE GARCIA,<br><br>         Plaintiff - Appellant,<br><br>   v.<br><br>GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company,<br><br>         Defendants - Appellees,<br><br>   And<br><br>NAKOULA BASSELEY NAKOULA, an individual, AKA Sam Bacile; MARK BASSELEY YOUSSEF; ABANOB BASSELEY NAKOULA; MATTHEW NEKOLA; AHMED HAMDY; AMAL NADA; DANIEL K. CARESMAN; KRITBAG DIFRAT; SOBHI BUSHRA; ROBERT BACILY; NICOLA BACILY; THOMAS J. TANAS; ERWIN SALAMEH; YOUSSEFF M. BASSELEY; MALID AHLAWI,<br><br>         Defendants. | No. 12-57302<br><br>D.C. No. 2:12-cv-08315-MWF-VBK<br>Central District of California,<br>Los Angeles<br><br>ORDER  |

Before: THOMAS, Chief Judge, and KOZINSKI, McKEOWN, BERZON, RAWLINSON, CLIFTON, CALLAHAN, N.R. SMITH, MURGUIA, CHRISTEN and WATFORD, Circuit Judges.

The motion of the news organizations for leave to file an amicus brief in support of defendants Google, Inc., and Nakoula Basseley Nakoula is GRANTED.