Case 2:12-cv-08315-MWF-VBK   Document 128   Filed 01/22/15   Page 1 of 6   Page ID #:1495

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Occupy Los Angeles
C R Boyd
P.O. Box
San Pedro

OCCU133
FORWARD TIME EXP RTN TO SEND
OCCUPY LOS ANGELES
PO BOX 94971
PASADENA CA 91109-4971

RETURN TO SENDER
01/15/15

9073320215-1B13

ZIP 90012
02 1W
0001388 1

Date Transmitted:        7/2/2013 2:26:29 PM

2:12-cv-08315   Doc: 53

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731
,



FILED
CLERK, U.S. DISTRICT COURT

JAN 20 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Number of Pages:        1

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al
v. Google Inc et al Minutes of In Chambers Order/Directive -
no proceeding held
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users.  To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.


UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

---

The following transaction was entered  on 7/2/2013 at 2:06 PM PDT and filed on 7/2/2013

Case Name:
Garcia et al v. Google Inc et al
Case Number:2:12-cv-08315-MWF-VBK

Filer:

Document Number:

```
<a href=https://ecf.cacd.uscourts.gov/doc1/031117094840?case
id=543542&de_seq_num=193&magic_num=MAGIC&pdf_toggle_possible
=1
>53
```

Docket Text:

MINUTE ORDER IN CHAMBERS by Judge Michael W. Fitzgerald. Plaintiff is ordered
to show cause, in writing, no later than August 5, 2013, why this action
should not be dismissed for lack of prosecution. The Court will consider
the filing of the following on or before the above date as an appropriate
response to this Order to Show Cause: Answer by the defendant or an application
for entry of default pursuant to Federal Rule of Civil Procedure 55(a). (kbr)

2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:

M Cris Armenta     heather@crisarmenta.com, cris@crisarmenta.com

Timothy L Alger    ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com


```
Sunita   Bali      docketsflit@perkinscoie.com, lalcorn@perkinscoie.com,
sbali@perkinscoie.com, pvilleral@perkinscoie.com

Credence E Sol      credence.sol@sol-law.com
```

2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail
or by other means BY THE FILER to :

```
Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 12-8315-MWF(VBKx)                    Date: **July 2, 2013**

Title:    Cindy Lee Garcia -v- Nakoula Basseley Nakoula, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Rita Sanchez                              None Present
Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                      None

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: DISMISSAL FOR
                            LACK OF PROSECUTION

Plaintiff is ordered to show cause, in writing, no later than August 5, 2013, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

____   Proof of service of summons and complaint

 X     Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a)

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk  rs

(Rev. 10/1/04)