OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

FILED
CLERK, U.S. DISTRICT COURT
JAN 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 20 2015
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Occupy Los Angeles
C R Boyd
P.O. Box
San Pedro

OCCU133
FORWARD TIME EXP RTN TO SEND
OCCUPY LOS ANGELES
PO BOX 94971
PASADENA CA 91109-4971
RETURN TO SENDER
907332015-1B13
01/15/15

ZIP 90012
02 1W
0001388 1

Date Transmitted:        2/26/2014 4:42:40 PM

2:12-cv-08315   Doc: 60

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731



FILED
CLERK, U.S. DISTRICT COURT

JAN 2  2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Number of Pages:        2

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

```
MIME-Version:1.0
From:cacd_ecfmail@cacd.uscourts.gov
To:ecfnef@cacd.uscourts.gov
Message-Id:
Subject:Activity in Case 2:12-cv-08315-MWF-VBK Garcia et al
v. Google Inc et al Minutes of In Chambers Order/Directive -
 no proceeding held
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system.

Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing

The following transaction was entered on 2/26/2014 at 4:39 PM PST and filed on 2/26/2014

Case Name: Garcia et al v. Google Inc et al
Case Number:<A HREF=https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?543542> 2:12-cv-08315-MWF-VBK

Document Number:

<a href=https://ecf.cacd.uscourts.gov/doc1/031118456657?caseid=543542&de_seq_num=211&magic_num=MAGIC&pdf_toggle_possible=1
>60

Docket Text:

MINUTE IN CHAMBERS ORDER RE: PRELIMINARY INJUNCTION by Judge Michael W. Fitzgerald: the Court directs counsel for
Ms. Garcia and counsel for Google, Inc., and YouTube, LLC to meet and confer
about the form of a preliminary injunction, with the goal of submitting a
stipulation for preliminary injunction to this Court. The meet-and-confer
may be by telephone. If the parties reach agreement on the form of a preliminary
injunction, then the proposed preliminary junction should be submitted by
3/14/2014. The parties should submit their separate proposed preliminary
injunctions, accompanied by a memorandum of points and authorities no longer
than 7 pages, no later than 3/14/2014. These deadlines shall remain in effect
even if Appellees seek rehearing or a stay of the mandate. (jp)

2:12-cv-08315-MWF-VBK Notice has been electronically mailed to:

M Cris Armenta     heather@crisarmenta.com, cris@crisarmenta.com

Timothy L Alger     ndyfoon@perkinscoie.com, talger@perkinscoie.com, docketpa@perkinscoie.com

Sunita Bali     docketsflit@perkinscoie.com, smerrill@perkinscoie.com, sbali@perkinscoie.com, pvilleral@perkinscoie.com

Credence E Sol     komenick@gmail.com

2:12-cv-08315-MWF-VBK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :

Occupy Los Angeles
C R Legal Sr dba Occupy Los Angeles
P O Box 5133
San Pedro CA 90731

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** CV-12-08315-MWF (VBKx) | **Date:** February 26, 2014 |
| **Title:** Cindy Lee Garcia -v- Google, Inc., et al. | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER RE: PRELIMINARY INJUNCTION

The Court has reviewed the Ninth Circuit opinion in *Cindy Lee Garcia v. Google Inc., et al.*, Case No. 12-57302 (9th Cir. Feb. 26, 2014). This Court does not regain jurisdiction over this action until after the Ninth Circuit issues a mandate. *See Sgaraglino v. State Farm Fire & Cas. Co.*, 896 F.2d 420, 421 (9th Cir. 1990) ("Upon issuance of the mandate, the case was returned to the district court's jurisdiction."); *Mariscal-Sandoval v. Ashcroft*, 370 F.3d 851, 856 (9th Cir. 2004) ("Until the mandate issues, [the Ninth Circuit] retain[s] jurisdiction," and is "capable of modifying or rescinding" its opinion.).

The mandate issues "7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later." Fed. R. App. P. 41(b); 9th Cir. R. 41-1 & 41-2. A petition for rehearing "may be filed within 14 days after entry of judgment." Fed. R. App. P. 40(a)(1). In the absence of a petition for rehearing or motion for stay of mandate, the mandate will likely issue on March 19, 2014, at which time this Court will regain jurisdiction over this action.

To facilitate the timely issuance of a preliminary injunction consistent with the Ninth Circuit opinion, the Court directs counsel for Ms. Garcia and counsel for Google, Inc. and YouTube, LLC to meet and confer about the form of a preliminary injunction, with the goal of submitting a stipulation for preliminary injunction to this Court. The meet-and-confer may be by telephone. If the parties reach agreement on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.** CV-12-08315-MWF (VBKx)     **Date:** February 26, 2014

**Title:**     Cindy Lee Garcia -v- Google, Inc., et al.

the form of a preliminary injunction, then the proposed preliminary junction should be submitted by **March 14, 2014**. After regaining jurisdiction, the Court will issue a preliminary injunction presumably incorporating much or all of the parties' stipulation.

In the absence of an agreement, the parties should submit their separate proposed preliminary injunctions, accompanied by a memorandum of points and authorities no longer than **7 pages**, no later than **March 14, 2014**. In the event that the parties are unable to reach agreement, the Court will immediately hold a hearing after it regains jurisdiction over this action.

These deadlines shall remain in effect even if Appellees seek rehearing or a stay of the mandate.

IT IS SO ORDERED.