M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, CA 90266
Tel: (310) 826-2826 x 108
Facsimile: (310) 695-2560
Email: cris@crisarmenta.com

Attorneys for Plaintiff
Cindy Lee Garcia

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and ALAN ROBERTS, an individual also known as ROBERT BROWNELL, DOES 2 through 10, inclusive.<br><br>                Defendants. | Case No. CV12-8315-MWF(VBKx)<br><br>1.   **EX PARTE APPLICATON TO STAY ACTION;**<br><br>2.   **DECLARATION OF M. CRIS ARMENTA;**<br><br>3.   **[PROPOSED] ORDER** (lodged separately) |

# EX PARTE APPLICATION

Plaintiff Cindy Lee Garcia ("Plaintiff") applies, ex parte, for an order immediately staying this case. The ongoing proceedings at the district court level are between Plaintiff and Defendants Mark Youssef (aka Nakoula Basseley Nakoula) and unserved Defendant Alan Roberts (aka Robert Brownell). The parties have conducted discovery, and have several depositions that were scheduled to take place over the next two weeks. Recent events globally have heightened the security issues associated with this case. This includes events in Paris, Denmark and most recently, the reported beheading of 21 Coptic Christians in Libya.

The depositions scheduled to take place were of Plaintiff, the continued deposition of Youssef and the deposition of Morris Sadek. By all accounts, Youssef is one of the most sought-after Coptic Christians in the United States. Sadek is on Al Qaeda's top ten lists of targets for assassination. In the past two weeks, three of the members of Plaintiff's legal team have been subjected to computer hacking or access or blockage of their networks and email accounts. This matter has been reported to the Federal Bureau of Investigation. Based on a concern that taking the depositions and continuing to prosecute this case at this time will place the parties, their counsel, and any employees of counsel, or of the federal court in danger, Plaintiff requests that the case be stayed. In addition, the copyright portion of the case against Google and YouTube is still pending a determination by the en banc panel of the Ninth Circuit Court of Appeals. Oral argument was heard on December 15, 2014, and the matter is still under submission.

This Ex Parte Application is based on this Notice, the Memorandum of Points and Authorities, the conference of counsel, and the Declaration of M. Cris Armenta, as well as the matters of which the Court may take judicial notice.

1

2          Plaintiff has discussed the relief sought and the reasons with counsel for

3  Defendant Youssef.  Defendant Youssef's counsel does not object to the request and

4  the depositions have been taken off-calendar, pending this Court's determination on

5  the Ex Parte Application.

6

7                                Respectfully submitted,

8

9  Dated:  February 23, 2015       THE ARMENTA LAW FIRM, A.P.C.

10

11                           By: _____

12                                  M. Cris Armenta

13                            Attorneys for Plaintiff

14                            Cindy Lee Garcia

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

Plaintiff Cindy Lee Garcia ("Garcia") requests that the Court stay this action, pending the unfolding of certain global events which have heightened the security concerns in this case. This case concerns the allegations that Garcia was defrauded and that her copyright interest in her performance in a film called "Desert Warrior" were infringed when Defendant Mark Youssef (aka Nakoula Basseley Nakoula) used her performance in a video published on YouTube called "Innocence of Muslims."

After the publication of her performance, she received numerous threats of death and harm. Plaintiff sought an injunction, and while this Court denied the motion for a preliminary injunction against Defendants Google and YouTube, the matter is still pending at the Ninth Circuit Court of Appeals before an en banc panel. Oral argument was heard on December 15, 2014, and the matter is still under submission.

The case as against Google and YouTube is stayed pending the outcome of the appellate proceedings, but Garcia and Youssef have proceeded amongst themselves at the district court level. Garcia and Youseff have exchanged Rule 26 disclosures, met and conferred, conducted third party discovery and taken the depositions of Youssef (not completed), Steve Klein and Jimmy Israel. Garcia sent numerous subpoenas to third parties and has received both returns and objections which will require further meet and confer efforts and possibly motions to compel. Garcia has also sent numerous subpoenas and expended substantial investigative efforts in locating Defendant Alan Roberts aka Robert Brownell, but Mr. Roberts has successfully gone into hiding. Garcia has identified several other witnesses who have evaded service and/or successfully made themselves scarce in order to either avoid participation in this case, protect themselves from harm or both.

1       The parties intended to take the following depositions in the next two weeks:

2   the completed deposition of Youssef, the deposition of Garcia, and the deposition of

3   Morris Sadek.  Because of recent events involving Garcia and her counsel and

4   global events around the world, a heightened security concern exists such that

5   Plaintiff asks that the case be stayed until further investigation by law enforcement

6   is completed and/or events around the world unfold further so that they can be

7   better understood as they relate to the safety of the parties, counsel and personnel

8   involved in this case.

9       Garcia asks the Court to employ its broad discretion and stay these

10  proceedings at this time.  The only prejudice caused, if any, will be to Garcia, as it

11  is quite possible that witnesses will continue to disappear or may suffer harm during

12  a stay.  Nevertheless, in the interests of safety, Garcia requests a stay.  It would

13  clearly be inequitable for the parties and counsel to be directly in harm's way as a

14  result of prosecuting this case at this sensitive time.  Defendant Youssef has agreed

15  to the stay after counsel met and conferred.

16  **II.    STANDARD**

17      The district court "has broad discretion to stay proceedings as an incident to

18  its power to control its own docket." Clinton v. Jones, 520 U.S. 681, 706–07, 117

19  S.Ct. 1636, 137 L.Ed.2d 945 (1997) (citing Landis v. N. Am. Co., 299 U.S. 248, 57

20  S.Ct. 163, 81 L.Ed. 153 (1936)). In determining whether to grant a motion to stay,

21  "the competing interests which will be affected by the granting or refusal to grant a

22  stay must be weighed." Lockyer v. Mirant Corp., 398 F.3d 1098, 1110 (9th

23  Cir.2005) (citing CMAX Inc. v. Hall, 300 F.2d 265, 268 (9th Cir.1962)). These

24  interests include: 1) the possible damage which may result from a stay, 2) the

25  hardship or inequity which a party may suffer if a stay is not entered, and 3)

26  whether a stay simplifies or complicates issues, proof, and questions of law. Id. The

27  moving party bears the burden of proving that a stay is warranted and must "make

28

1  out a clear case of hardship or inequity in being required to go forward." <u>Clinton</u>,

2  520 U.S. at 708; Landis, 299 U.S. at 255.

3  **III.   MATERIAL FACTS AND ARGUMENT**

4  <u>Status of Appeal</u>:  This court's denial of Garcia's Motion for Preliminary

5  Injunction as against Google, Inc., and YouTube LLC, is currently before an en

6  banc panel of the Ninth Circuit.  Oral argument was heard on December 15, 2014 in

7  Pasadena, California.  The matter is still under submission.  As a result, the

8  proceedings at the district court level in this matter are stayed as a matter of law.

9  <u>Status of Discovery:</u>  With respect to the portion of the case against

10  Defendant Mark Youssef (aka Nakoula Basseley Nakoula) and unserved Defendant

11  Alan Roberts (aka Robert Brownell), the case has proceeded.  Garcia and Youssef

12  have exchanged Rule 26 disclosures and exchanged written discovery and

13  documents.  Garcia has taken the depositions of Youssef (which is not completed),

14  Jimmy Israel and Steve Klein.  Garcia has also undertaken substantial investigative

15  efforts and interviewed and or interacted with many witnesses, their counsel and/or

16  their agents.  Garcia has also issued numerous subpoenas to third parties and

17  received documents from those third parties.  A few subpoenas are outstanding, and

18  at least one (the one to Google and YouTube) will require continued meet and

19  confer efforts and/or a motion to compel compliance with the subpoenas.

20  <u>Planned Discovery:</u>  Garcia intends to propound additional third parties

21  subpoenas and has outstanding subpoenas designed to elicit the location of

22  Defendant Alan Roberts who has successfully gone into hiding, reportedly because

23  he is in fear for his life.  Additional material third party witnesses, including those

24  who financed the funding for the movie "Desert Warrior" and the trailer "Innocence

25  of Muslims" have also made themselves difficult to physically locate.   The planned

26  depositions over the next two weeks included the depositions of Defendant

27  Youssef, third party witness Morris Sadek, and Garcia.  Because of security

28

1  concerns, the depositions for these deponents were going to be held in a secure

2  location.

3      Recent Events Concerning Garcia and Counsel:   In the last two weeks,

4  Garcia has been followed, stalked and her computers have been compromised.  She

5  also suffered an attempted break-in at her personal residence.  The matters have

6  been reported to law enforcement.  In the last ten days, Plaintiff's counsel has

7  personally been the subject of five attempts of computer hacking.  On February 22,

8  2015, at 6:00 a.m., Plaintiff's counsel detected that one of her computers was being

9  remotely accessed and files were being transferred.  On February 23, 2015 at 5:12

10  a.m., Plaintiff's counsel detected that another computer was being remotely

11  accessed.  Both of these matters have been reported to the Federal Bureau of

12  Investigation (FBI).  Because of the security associated with the planned upcoming

13  depositions and the possibility that someone has been able to access information

14  relative to this case, Garcia and her counsel are concerned for the safety of those

15  who would attend the deposition and concerned that it would endanger those

16  employed at the location where the depositions where scheduled to take place.

17      Recent Global Events and Their Relationship to The Witnesses In This Case:

18  On January 7, 2015, two Islamist terrorists armed with assault rifles attacked

19  personnel at the office of satirical newspaper Charlie Hebdo in Paris, killing 11

20  people and injuring 11 others.  The newspaper attracted controversy and computer

21  hacks after it published satirical cartoons of the Prophet Muhammad.  The attack

22  followed the publication of a "hit list" in Al Qaeda's magazine titled "Inspire."

23  The attack was cited as motive for the "revenge for the honor" of Muhammad.  In

24  the same edition, the witness in this case Morris Sadek was listed as well, under the

25  heading "Wanted Dead or Alive for Crimes Against Islam."  Similarly, news

26  agencies report that a $200,000 bounty was offered for anyone who kills Defendant

27  Youssef.   On February 15, 2015, a gunman attacked a free speech forum in

28

EX PARTE APPLICATION

CASE NUMBER CV-12-8315-MWF (VBKx)

1  Copenhagen that featured a controversial cartoonist.  Two people were killed and
2  five law enforcement officers were wounded.  On February 15, 2015, ISIS released
3  a video purporting to show the beheading of 21 Egyptian Christians in Libya.  By
4  all accounts, both Mark Youssef and Morris Sadek are Egyptian and U.S.-based
5  Coptic Christians and are visible globally and targeted.  Due to the compromise of
6  the computers of Garcia's counsel, it cannot be ascertained at this time whether the
7  planned location of the depositions remains confidential.  Garcia and her counsel
8  are concerned for the safety of Garcia, counsel, the parties and anyone that might be
9  present or near the deposition location.

10      Weighing of Interests:  It is possible that if a stay is instituted, Garcia's case
11  may be prejudiced as more witnesses may continue to disappear or hide and with
12  the passage of time there always exists a concern that memories of witnesses will
13  fade.  However, and despite the possible prejudice a stay might cause to Garcia's
14  interests, Plaintiff and her counsel believe that a stay is in the personal security
15  interests of the parties, their counsel, and the personnel affiliated with the
16  administration of this case.  It is not yet known how the current barrage of attacks
17  against those who are perceived to criticize Islam or the Prophet Muhammad will
18  end.  It is impossible for Garcia to ensure the safety of those involved.  And, law
19  enforcement has not yet completed its investigation of the recent events involving
20  counsel and Ms. Garcia.  Further, with respect to the case against Google and
21  YouTube, that portion of the case is already stayed due to the pendency of the
22  appeal.  For all of those reasons, Plaintiff respectfully requests an immediate stay of
23  this case.

24  /
25  /
26  /
27  /
28

## IV.   CONCLUSION

Based on the foregoing, Plaintiff respectfully requests that the Court stay this case.

Respectfully submitted,

Dated:  February 23, 2015                THE ARMENTA LAW FIRM, A.P.C.

By: _____
                                                M. Cris Armenta
                                                Attorneys for Plaintiff
                                                Cindy Lee Garcia

# DECLARATION OF M. CRIS ARMENTA

I, M. Cris Armenta, declare:

    1.    I am a member of good standing of the State Bar of California, and admitted to practice before this Court.  I am the principal of The Armenta Law Firm, APC, counsel of record for Plaintiff Cindy Lee Garcia.  I make this declaration based on my own personal knowledge.  If called as a witness, I could and would testify competently as follows:

    2.    <u>Status of Appeal</u>:  This court's denial of Garcia's Motion for Preliminary Injunction as against Google, Inc., and YouTube LLC, is currently before an en banc panel of the Ninth Circuit.  Oral argument was heard on December 15, 2014 in Pasadena, California.  The matter is still under submission.  As a result, the proceedings at the district court level in this matter are stayed as a matter of law.

    3.    <u>Status of Discovery:</u>  With respect to the portion of the case against Defendant Mark Youssef (aka Nakoula Basseley Nakoula) and unserved Defendant Alan Roberts (aka Robert Brownell), the case has proceeded.   Garcia and Youssef have exchanged Rule 26 disclosures and exchanged written discovery and documents.  Garcia has taken the depositions of Youssef (which is not completed), Jimmy Israel and Steve Klein.  Garcia has also undertaken substantial investigative efforts and interviewed and or interacted with many witnesses, their counsel and/or their agents.  Garcia has also issued numerous subpoenas to third parties and received documents from those third parties.  A few subpoenas are outstanding, and at least one (the one to Google and YouTube) will require continued meet and confer efforts and/or a motion to compel compliance with the subpoenas.

    4.    <u>Planned Discovery:</u>  Garcia intends to propound additional third party subpoenas and has outstanding subpoenas designed to elicit the location of Defendant Alan Roberts who has successfully gone into hiding , reportedly because

1   he is in fear for his life.  Additional material third party witnesses, including those

2   who financed the funding for the movie "Desert Warrior" and the trailer "Innocence

3   of Muslims" have also made themselves difficult to physically locate.  The planned

4   depositions over the next two weeks included the depositions of Defendant

5   Youssef, third party witness Morris Sadek, and Garcia.  Because of security

6   concerns, the depositions for these deponents were going to be held in a secure

7   location.

8          5.    Recent Events Concerning Garcia and Counsel:   In the last two weeks,

9   Garcia has been followed, stalked and her computers have been compromised.  She

10  also suffered an attempted break-in at her personal residence.  The matters have

11  been reported to law enforcement.  In the last ten days, I have personally been the

12  subject of five attempts of computer hacking.  On February 22, 2015, at 6:00 a.m., I

13  detected that one of my computers was being remotely accessed and files were

14  being transferred.  On February 23, 2015 at 5:12 a.m., I detected that another

15  computer was being remotely accessed.  Both of these matters have been reported

16  to the Federal Bureau of Investigation (FBI).  Because of the security associated

17  with the planned upcoming depositions and the possibility that someone has been

18  able to access information relative to this case, I am concerned for the safety of

19  those who would attend the deposition and concerned that it would endanger those

20  employed at the location where the depositions where scheduled to take place.

21         6.    Recent Global Events and Their Relationship to The Witnesses In This

22  Case:   On January 7, 2015, two Islamist terrorists armed with assault rifles

23  attacked personnel at the office of satirical newspaper Charlie Hebdo in Paris,

24  killing 11 people and injuring 11 others.  The newspaper attracted controversy and

25  computer hacks after it published satirical cartoons of the Prophet Muhammad.  The

26  attack followed the publication of a "hit list" in Al Qaeda's magazine titled

27  "Inspire."  The attack was cited as motive for the "revenge for the honor" of

28

EX PARTE APPLICATION

CASE NUMBER CV-12-8315-MWF (VBKx)

1   Muhammad.  In the same edition, the witness in this case Morris Sadek was listed

2   as well, under the heading "Wanted Dead or Alive for Crimes Against Islam."

3   Similarly, news agencies report that a $200,000 bounty was offered for anyone who

4   kills Defendant Youssef.  On February 15, 2015, a gunman attacked a free speech

5   forum in Copenhagen that featured a controversial cartoonist.  Two people were

6   killed and five law enforcement officers were wounded.  On February 15, 2015,

7   ISIS released a video purporting to show the beheading of 21 Egyptian Christians in

8   Libya.  By all accounts, both Mark Youssef and Morris Sadek are Egyptian and

9   U.S.-based Coptic Christians and are visible globally and targeted.  Due to the

10  compromise of the computers of Garcia's counsel, it cannot be ascertained at this

11  time whether the planned location of the depositions remains confidential.  I am

12  concerned for the safety of my client, counsel, the parties and anyone that might be

13  present or near the deposition location.

14          7.    <u>Weighing of Interests:</u>  It is possible that if a stay is instituted,

15  Garcia's case may be prejudiced as more witnesses may continue to disappear or

16  hide and with the passage of time there always exists a concern that memories of

17  witnesses will fade.  However, and despite the possible prejudice a stay might cause

18  to Garcia's interests, Plaintiff and her counsel believe that a stay is in the personal

19  security interests of the parties, their counsel, and the personnel affiliated with the

20  administration of this case.   It is not yet known how the current barrage of attacks

21  against those who are perceived to criticize Islam or the Prophet Muhammad will

22  end.  It is impossible for Garcia to ensure the safety of those involved.  And, law

23  enforcement has not yet completed its investigation of the recent events involving

24  counsel and Ms. Garcia.  Further, with respect to the case against Google and

25  YouTube, that portion of the case is already stayed due to the pendency of the

26  appeal.  For all of those reasons, Plaintiff and her counsel request that the Court

27  enter a stay in this action.

28

8.    Plaintiff's counsel met and conferred with Defendant Youssef and provided non-participating Defendants YouTube and Google advance notice of this Application.  Yousef is not opposed to staying the proceedings.

I declare under the penalty of perjury under the laws of the United States of America that I executed this declaration on February 23, 2015 in California.

M. Cris Armenta