M. Cris Armenta (SBN 177403)
THE ARMENTA LAW FIRM APC
1230 Rosecrans Avenue, Suite 300
Manhattan Beach, CA 90266
Tel: (310) 826-2826 x 108
Facsimile: 310-695-2560
Email: cris@crisarmenta.com

Attorneys for Plaintiff
Cindy Lee Garcia

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; YOUTUBE, LLC, a California limited liability company, and ALAN ROBERTS, an individual also known as ROBERT BROWNELL, DOES 2 through 10, inclusive.<br><br>Defendants. | Case No. CV12-8315-MWF(VBKx)<br><br>**[PROPOSED] ORDER ON EX PARTE APPLICATION GRANTING STAY** |

Good Cause appearing therefore, the Court orders that this matter is stayed pending the outcome of the appeal, and orders Plaintiff to submit a status report each 90 days as to the status of the case and/or the propriety of lifting the stay.

**IT IS SO ORDERED.**

Dated: February __, 2015

_____
United States District Court Judge