UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 12-8315-MWF(VBKx)                    Date:  February 25, 2015
Title:    Cindy Lee Garcia -v- Google, Inc., et al.

Present:  The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Cheryl Wynn | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER GRANTING EX PARTE FOR STAY [131]

Before the Court is Plaintiff's Ex Parte Application to Stay Action (the "Application") filed on February 23, 2015.  (Docket No. 131).  Defendant Mark Yousef (aka Naoula Basseley Nakoula) does not oppose the stay.   Google, Inc. has been informed of the Application but Plaintiff does not indicate its position on the matter.

The current procedural posture of this action is that there is an appeal pending from an order issued by this Court denying Plaintiff a preliminary injunction as the case pertains to Defendant Google, Inc.  (Docket Nos. 39, 45).  Oral argument was heard before an en banc panel of the Ninth Circuit on December 15, 2014, and a decision is pending.  The case against the remaining Defendants, however, continues to go forward and the parties have exchanged Rule 26 disclosures, conducted discovery and scheduled depositions.

Within this context Plaintiff asks the Court to stay the case until the Ninth Circuit issues its decision.  The case relates to the controversial film, *The Innocence of Muslims*, in which Plaintiff played a minor role.  Plaintiff alleges that the current world climate surrounding portrayals of Muslims and the recent instances of violence associated with it makes it unsafe for the parties to continue.  In support, Plaintiff cites the recent attacks on the French magazine, *Charlie Hebdo*, attacks on a free speech forum in Copenhagen, and the appearance of parties on an Al Qaeda hit list.  Plaintiff furthers alleges that she has been followed, and that her counsel's computer has been

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 12-8315-MWF(VBKx)  **Date:**  February 25, 2015
**Title:**     Cindy Lee Garcia -v- Google, Inc., et al.

hacked, rendering the location and times of depositions no longer confidential, putting the parties and their counsel at risk.

The Court will grant the requested stay until the Ninth Circuit issues its decision on Plaintiff's appeal.  However, the Court does so because the length of the stay is likely to be modest, and it will be helpful to all parties to litigate the case with the benefit of further guidance from the Ninth Circuit.  Plaintiff should not presume that a request to extend the stay will be granted.

Accordingly, the Court **GRANTS** Plaintiff's Application and **STAYS** the case as to all Defendants until the Court receives the mandate from the Ninth Circuit in Plaintiff's appeal of the Court's order denying a preliminary injunction.

IT IS SO ORDERED.