| | |
|---|---|
| 1 | M. Cris Armenta (SBN 177403) |
| | THE ARMENTA LAW FIRM APC |
| 2 | 1230 Rosecrans Avenue, Suite 300 |
| | Manhattan Beach, CA 90266 |
| 3 | Telephone: (310) 826-2826 x 108 |
| | Facsimile: (310) 695-2560 |
| 4 | Email: cris@crisarmenta.com |
| 5 | Attorneys for Plaintiff |
| | Cindy Lee Garcia |
| 6 | |
| 7 | Leonard Chaitin (SBN 81663) |
| | 4570 Van Nuys Blvd., #387 |
| | Sherman Oaks, CA 91403 |
| 8 | Telephone: (818) 430-1516 |
| | Facsimile: (818) 401-0711 |
| 9 | Email: lchaitin@yahoo.com |
| 10 | Attorneys for Defendant |
| | Nakoula Basseley Nakoula |
| 11 | |
| 12 | Timothy L. Alger (SBN 160303) |
| | TAlger@perkinscoie.com |
| | Sunita Bali (SBN 274108) |
| 13 | SBali@perkinscoie.com |
| | PERKINS COIE LLP |
| 14 | 3150 Porter Drive |
| | Palo Alto, CA 94304-1212 |
| 15 | Telephone: 650.838.4300 |
| | Facsimile: 650.838.4350 |
| 16 | |
| 17 | Attorneys for Defendants |
| | Google Inc. and YouTube, LLC |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CINDY LEE GARCIA, an individual, | Case No. CV-12-8315-MWF (VBKx) |
| Plaintiff, | **STIPULATION TO DISMISS ACTION** |
| v. | |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, et al., | |
| Defendants. | |

STIPULATION TO DISMISS ACTION
Case No. CV-12-8315-MWF (VBKx)

Plaintiff Cindy Lee Garcia ("Plaintiff"), defendant Nakoula Basseley Nakoula, and defendants Google Inc. and YouTube, LLC stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-entitled action may be dismissed with prejudice with each party to bear its own fees and costs.

DATED:  June 26, 2015        THE ARMENTA LAW FIRM APC

By */s/ M. Cris Armenta*
M. Cris Armenta
Attorneys for Plaintiff Cindy Lee Garcia

DATED:  June 26, 2015        LAW OFFICE OF LEONARD CHAITIN

By */s/ Leonard Chaitin*
Leonard Chaitin
Attorneys for Defendant Nakoula Basseley Nakoula

DATED:  June 26, 2015        PERKINS COIE LLP

By */s/ Timothy L. Alger*
Timothy L. Alger
Attorneys for Defendants Google Inc. and YouTube, LLC

---

STIPULATION TO DISMISS ACTION
Case No. CV-12-8315-MWF (VBKx)

1