1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11 CINDY LEE GARCIA, an individual,

12

13                                Plaintiff,

                    v.

14

15 NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, et al.,

16

17                                Defendants.

Case No. CV-12-8315-MWF (VBKx)

**[PROPOSED] ORDER DISMISSING ACTION**

18

19

20         Based on the parties' Stipulation for Dismissal of Action, the Court hereby

dismisses this action with prejudice, with each party to bear its own fees and costs.

21

22         IT IS SO ORDERED.

23

24 DATED:  June __, 2015

25                                   _____
                                   Honorable Michael W. Fitzgerald
                                   United States District Judge

26

27

28