JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

6/29/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY LEE GARCIA, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, et al.,<br><br>               Defendants. | Case No. CV-12-8315-MWF (VBKx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION |

Based on the parties' Stipulation for Dismissal of Action, the Court hereby dismisses this action with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED.

DATED:  June 29, 2015

_____
Honorable Michael W. Fitzgerald
United States District Judge